# Exhibit A

**FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM**

NYSCEF DOC. NO. 1

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| TIMOTHY REIF and DAVID FRAENKEL, as Co-Trustees of the LEON FISCHER TRUST FOR THE LIFE AND WORK OF FRITZ GRUNBAUM and MILOS VAVRA, <br><br> *Plaintiffs,* <br><br> -against - <br><br> THE ART INSTITUTE OF CHICAGO, <br><br> *Defendant,* <br><br> An Artwork *RUSSIAN PRISONER OF WAR* (1916) by the Artist Egon Schiele, <br><br> *Defendant-in-rem.* | Index No.: <br><br> **SUMMONS** <br><br> **Jury Trial Demanded** |

To The Defendants Named Above:

 **YOU ARE HEREBY SUMMONED** to answer the attached Verified Complaint in this action, and to serve a copy of your verified answer, or if the Verified Complaint is not served with this Summons, to serve a notice of appearance on the Plaintiffs' counsel, Dunnington Bartholow & Miller LLP, at the address set forth below within twenty (20) days after the service of this Summons (not counting the day of service itself), or within thirty (30) days after service is complete if this Summons is not delivered personally to you within the State of New York.

 **PLEASE TAKE FURTHER NOTICE** that should you fail to answer or appear, a judgment will be entered against you by default for the relief in the Verified Complaint together with the costs and disbursements of this action.

Dated: New York, New York
   December 14, 2022

<div align="center">1</div>

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM
NYSCEF DOC. NO. 1

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

**DUNNINGTON BARTHOLOW & MILLER LLP**
*Attorneys for Plaintiffs*

By:   \_\_\_\_s/Raymond J. Dowd_____
         Raymond J. Dowd
         Claudia G. Jaffe
         230 Park Avenue, 21st Floor
         New York, New York 10169
         Phone: (212) 682-8811
         Facsimile: (212) 661-7769
         RDowd@dunnington.com
         CJaffe@dunnington.com

2

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 1

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

TIMOTHY REIF and DAVID FRAENKEL, as Co-
Trustees of the LEON FISCHER TRUST FOR THE
LIFE AND WORK OF FRITZ GRUNBAUM and
MILOS VAVRA,

    *Plaintiffs,*

  -against -

THE ART INSTITUTE OF CHICAGO,

    *Defendant,*

An Artwork *RUSSIAN PRISONER OF WAR* (1916) by
the Artist Egon Schiele,

    *Defendant-in-rem.*

Index No.:

**VERIFIED COMPLAINT**

**Jury Trial Demanded**

  Plaintiffs, by and through their counsel, DUNNINGTON BARTHOLOW & MILLER LLP, hereby complain of the Defendants as follows:

**PRELIMINARY STATEMENT**

  1. This is an action by the heirs of Franz Friedrich ("Fritz") Grünbaum (the Grünbaum Heirs) to recover a painting by Egon Schiele entitled *Russian Prisoner of War* (1916) (the "Artwork") which, upon information and belief, is currently located in the City of Chicago at the Art Institute of Chicago, 111 South Michigan Avenue, Chicago IL 60603 ("the Art Institute").



FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM
NYSCEF DOC. NO. 1

INDEX NO. 654836/2022
RECEIVED NYSCEF: 12/14/2022

2.      The Artwork, pictured above left, is catalogued in Kallir, Jane, *Egon Schiele: The Complete Works* (Harry Abrams 1990 & 1998) as a drawing, designated D. 1839.

3.      An image, pictured above right) appearing on the Artwork's recto is catalogued in Kallir, Jane, *Egon Schiele: The Complete Works* (Harry Abrams 1990 & 1998) as a drawing, designated D. 1449.

4.      Plaintiffs assert causes of action for replevin and declaratory judgment.

5.      The Artwork is a unique chattel as defined by CPLR 7109(a) which authorizes injunctive relief.

6.      The Nazi regime stole the Artwork from Grünbaum while he was imprisoned in the Dachau Concentration Camp, where the Nazis tortured him and compelled him to sign an unlawful power of attorney giving his wife authority to convey his property, before murdering him.

7.      This action is related to *Reif v. Nagy* because the Hon. Charles Ramos determined conveyances pursuant to the unlawful Dachau power of attorney to be invalid because "[a] signature at gunpoint cannot lead to a valid conveyance." *Reif v. Nagy,* 61 Misc.3d 319, 326, 80 N.Y.S.3d 629, 634 (Sup. Ct. New York County Comm. Div. 2018), *aff'd,* 175 A.D.3d 107, 106 N.Y.S.3d 5 (1st Dept. 2019), *leave to review declined,* 25 N.Y.3d 986, 125 N.Y.S.3d 76 (May 24, 2022).

8.      The Artwork was among artworks stolen from Grünbaum by the Nazis based on the unlawful Dachau power of attorney.

### THE PARTIES

9.       Plaintiffs are co-heirs of the estate of Grünbaum, a Viennese Jewish cabaret performer (born in Brno, Moravia) who was arrested by the Gestapo on March 22, 1938,

INDEX NO. 654836/2022
NYSCEF DOC. NO. 1
RECEIVED NYSCEF: 12/14/2022

imprisoned in the Dachau Concentration Camp, despoiled of all of his property by the Nazi

regime, and murdered in Dachau on January 14, 1941.

10.     Plaintiffs Reif and Fraenkel are co-trustees of the testamentary Leon Fischer Trust

for the Life and Work of Fritz Grünbaum (the "Fischer Trust") and hold valid letters of

trusteeship representing the late Leon Fischer's 50% ownership interest in Grünbaum's estate.

11.     Plaintiff Reif is a resident of the City, County and State of New York.

12.     Plaintiff Fraenkel is a resident of the State of Florida.

13.     Plaintiff Vavra is a resident of the Czech Republic who owns a 50% interest in

Grünbaum's estate.

14.     Defendant the Art Institute is a museum and institution located at 111 South

Michigan Avenue, Chicago IL, 60603.

15.     The Artwork, upon information and belief, is presently located at the Art Institute

bearing the inventory number 1966.172 and is being sued herein *in rem.*

### ALLEGATIONS SUPPORTING JURISDICTION IN NEW YORK COUNTY

16.      From late 1956 until around 1966, the Artwork was located in New York County

in the possession of the Galerie St. Etienne on 57th Street.

17.     From late 1956 until around 1966, Grünbaum's heirs were entitled to possession

and all right, title and interest in and to the Artwork which was part of Grünbaum's estate.

18.     From late 1956 until the present, one or more of Grünbaum's heirs resided and

continues to reside in New York County.

19.     Without any right, title or interest in the Artwork, and without conducting a

reasonable provenance inquiry that would have shown that the Artwork belonged to New York

3

residents, the Art Institute of Chicago tortiously caused Galerie St. Etienne to transport the Artwork outside New York County.

20.     Because this tort occurred in New York County, this court has long arm jurisdiction over this controversy under Section 302 of the New York Civil Practice Law and Rules.

21.     Because this controversy seeks declaratory relief and involves the rights of a decedent's estate held by residents of New York to sue for a stolen chattel, this court has jurisdiction to grant declaratory relief and exercise jurisdiction over non-domiciliaries for this "chose in action" involving a chattel located outside New York for the reasons set forth in *Estate of Stettiner,* 148 A.D.3d 184 (First Dept. 2017).

## ALLEGATIONS SUPPORTING PLAINTIFFS' STANDING

22.     On July 16, 1938, Nazis forced Grünbaum to sign a power of attorney in the Dachau Concentration Camp permitting his wife Elisabeth to liquidate his assets and hand the assets over to the Nazi regime.  **Exhibit A** at 3. (true copy of the power of attorney ("Vollmacht") (including a certified English translation))**.**

23.     From 1938 to 1939, Elisabeth was forced to liquidate Fritz's assets pursuant to Nazi decrees.

24.     On Grünbaum's death (in the Dachau Concentration Camp where he was imprisoned), a Vienna notary certified that Fritz had no property, there was nothing left. **Exhibit B** at 3 (true copy of the notary's certification).

25.     On October 5, 1942 Elisabeth was deported to the Maly Trostinec death camp in Minsk, where she was murdered.

4

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM
NYSCEF DOC. NO. 1

INDEX NO. 654836/2022
RECEIVED NYSCEF: 12/14/2022

26.     Elisabeth Grünbaum's June 1939 Jewish Property Declaration shows that all of her property had been taken by the Nazis before she was murdered. E**xhibit C** ( true copy of Elisabeth's Jewish Property Declaration (including a certified English translation); *see* **Exhibit C** at 3, 28 (stamp "Erledigt" ["done" or "completed"] and "Gesperrt" ["closed"]).

27.     As explained more fully below, these documents show conclusively that the Grünbaums lost Grünbaum's art collection prior to their deaths.

28.     Austrian government records demonstrate that no Grünbaum family member could have legally recovered the art collection following the deaths of Fritz and Elisabeth Grünbaum.

29.     Austrian government records show that from 1941 until 2002 Grünbaum had no heirs appointed by an Austrian court and no Austrian decrees of distribution were issued.

30.     Under Austrian law, for a family member to transfer a decedent's assets, that family member must first be declared an heir and receive a decree of distribution.

31.     Thus, the lack of any heirship or distribution decrees from 1941 until 2002 in Austrian government files signifies, as a matter of law, that no family member could have taken title to Grünbaum's art collection, or title to any individual artworks belonging to Grünbaum.

32.     Pursuant to a Certificate of Heirship issued by the District Court Innere Stadt Vienna dated September 12, 2002, Leon Fischer ("Fischer") and Milos Vavra ("Vavra") were each declared an heir of Fritz Grönbaum's estate entitled to an undivided fifty percent (50%) share. **Exhibit D** (true copy of the Certificate of Heirship).

33.     Prior to District Attorney Robert Morgenthau's seizure of Grünbaum's *Dead City III* at the Museum of Modern Art in New York City in 1999, neither Fischer nor Vavra had any idea that Grünbaum's art collection survived World War II.

5

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM
NYSCEF DOC. NO. 1

INDEX NO. 654836/2022
RECEIVED NYSCEF: 12/14/2022

34.     Pursuant to a last will and testament dated February 2012, Fischer appointed Reif and Fraenkel as executors of his estate.

35.     Fischer died on August 16, 2013.

36.     Upon learning of the art collection's existence, Fischer and Vavra diligently pursued Grönbaum's art collection.

37.     Letters testamentary were issued to Reif and Fraenkel and Fischer's will was duly probated.

38.      Fischer's will created the Leon Fischer Trust for the Life and Work of Fritz Grünbaum (the "Fischer Trust") to pursue Grönbaum's artworks with proceeds going to charity.

39.     Reif and Fraenkel are now co-trustees of the Fischer Trust and hold valid letters of trusteeship.

**ALLEGATIONS SUPPORTING RECOVERY OF THE STOLEN ARTWORK**

40.     Otto (Nirenstein) Kallir (1894-1978) was a Viennese art dealer who worked at the Wurthle Gallery in Vienna before founding his own art gallery in 1923 called the "Neue Galerie".

41.     In 1925 the Wurthle Gallery displayed 22 artworks from Fritz Grunbaum's art collection.  A true copy of the 1925 Wurthle Gallery catalogue is attached hereto as **Exhibit E**.

42.     In 1928, Fritz Grünbaum permitted Otto Kallir to enter his Vienna apartment (in Grünbaum's absence) to select from among Grünbaum's Schieles the works that Kallir wanted to display at an exhibition commemorating the tenth anniversary of Schiele's death.  A true copy of the Kallir/Grunbaum 1928 correspondence ("the 1928 Correspondence") is attached hereto as **Exhibit F**.

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 1

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

43.    The 1928 Correspondence was donated by the Kallir family to the Austrian National Gallery (the Belvedere) as a gift of the Neue Galerie's business records following Otto Kallir's death and is currently maintained by the Austrian government as part of the Neue Galerie archive.

44.    The 1928 Correspondence shows that Grünbaum trusted Kallir.

45.    The 1928 Correspondence shows that Kallir was familiar with the contents of Grünbaum's art collection, in particularly Grünbaum's Schieles.

46.    The 1928 Correspondence lists four oils and 21 drawings and watercolors either by name or by description, including "Ich liebe Gegensatze" (1912) or "I Love Antitheses" (1912).

47.    In 1930, Otto Kallir published a catalogue raisonné of Egon Schiele's oil paintings that documented Fritz Grünbaum's ownership of works including "Dead City III".

48.    The foregoing pre-war documentation was used by scholars and historians to trace artworks looted from Fritz Grünbaum's art collection when portion of the collection after World War II when portions of the collection surfaced in Berne, Switzerland.

49.

50.    On April 26, 1938, the Nazi regime decreed all Jewish property in excess of 5,000 Reichsmarks ("RM") to be available to the Nazi Reich for Field Marshal Goering's Four Year Plan to build the Nazi war machine.

51.    The April 26, 1938 decree required all Jews with property in excess of 5,000 RM to declare their assets quarterly until the assets were gone or until the Jews left the Reich.

52.    Jews were forbidden to transfer declared property, including art, without permission from Nazi authorities.

7

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 1

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

53.     As part of the process of securing Jewish assets to prevent transfers or sales, the Jewish Property Transaction Office (Vermögensverkehrsstelle) of Vienna commissioned inventories and valuation reports.   The Jewish victims were charged a fee for this process.

54.     A Vermögensverkehrsstelle inventory thus signified that Jewish assets were secured by the Nazi government.

55.     Pursuant to that process, the Vermögensverkehrsstelle commissioned Franz Kieslinger, an expert of the Dorotheum, to inventory Grünbaum's art collection while Grünbaum was in the Dachau Concentration Camp in 1938.

56.     The Kieslinger Inventory is part of the Elisabeth and Fritz Grunbaum Jewish Property files maintained in the Austrian State Archives. **Exhibit E** at 3, 14-16, 27, 40-43. (true copy of Fritz Grönbaum's July 16, 1938 Jewish Property Declaration, which declares the art collection and includes the Kieslinger Inventory).

57.     The Dorotheum was a Nazi-controlled auction house in Vienna used by the Nazi regime to sell art plundered from Jews and turn the proceeds over to the Nazi Reich.

58.     The Kieslinger Inventory shows Grönbaum's art collection to be valued at 5,791 RM.  **Exhibit G** at 16, 42.

59.     Grönbaum's art collection contained at least eighty-one works by the artist Egon Schiele.

60.     The stamps "Erledigt" ["done" or "completed"] and "Gesperrt" ["closed" or "blocked"] were official Nazi stamps indicating that the property of the Jewish person in question had been spoliated.

61.     Fritz's Jewish Property Declarations bears "Erledigt" and "Gesperrt" stamps. **Exhibit G** at 17, 43.

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 1

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

62.     Because the art collection was inventoried and described in the Jewish Property Declarations, the "Erledigt" and "Gesperrt" stamps demonstrate conclusively that the Nazis stole Fritz Grünbaum's art collection.

63.     In November and December 1938, surrounding the Kristallnacht pogrom, the Nazis passed additional laws to steal Jewish property and to forbid Jews from engaging in property transactions without Nazi approval.

64.     One of the laws provided for "Aryan" trustees to be appointed to liquidate Jewish property.

65.     All proceeds from sales or transfers of Jewish property went to the Nazi Reich, with commissions to the Aryan trustees.

66.     Some time prior to January 1939, Vienna attorney Ludwig Rochlitzer was appointed Aryan trustee of the "property of the Grünbaums."  **Exhibit H** (a true copy of a January 31, 1939 letter from Rochlitzer to Elisabeth announcing Rochlitzer's appointment as Aryan trustee for the Grünbaum property, together with certified English translation).

67.     From the time of Rochlitzer's appointment as Aryan trustee, neither Fritz nor Elisabeth had access to Fritz's art collection.

68.     Grünbaum never voluntarily abandoned his art collection during his lifetime.

**U.S. State Department Warns U.S. Museums, Colleges And Art Dealers Against Acquiring Potentially Stolen Artworks From Europe In Highly Publicized Campaign, Thus Putting The World On Notice**

69.     Following World War II, Nazi looting of artworks from Jewish victims received tremendous media attention in the United States.

9

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 1

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

70.     Following World War II, the U.S. State Department put out bulletins to museums, universities, art dealers and others urging U.S. citizens to be vigilant against acquiring Nazi-looted artwork and asking for assistance in returning stolen art.

71.     Media and government efforts put the art and museum community on heightened notice that acquiring artworks that were in Europe after 1933 and created prior to 1946 without complete provenances.

72.     Accordingly, any U.S. person acquiring artworks that were in Europe after 1933 and created prior to 1946 without complete provenances cannot be prejudiced by the inaction of a Holocaust victim family in seeking to recover artworks stolen by Nazis because that person should have exercised vigilance prior to and after acquiring the artwork.

73.     The Art Institute was on inquiry notice prior to acquiring the Artwork that it might be stolen and failed to exercise appropriate diligence in acquiring the Artwork or to make reasonable efforts to ascertain the true owners of the Artwork prior to taking possession.

74.     New York law protects the right of the owner whose property has been stolen to recover that property, even if it is in the possession of a good-faith purchaser for value.

*Solomon R. Guggenheim Found. v. Lubell,* 77 NY2d 311, 317-18 [1991]

75.     New York places the burden of investigating the provenance of a work of art on the potential purchaser in furtherance of discouraging the trade in stolen art. *Solomon R. Guggenheim Found. v. Lubell,* 77 N.Y.2d 311, 320-21 (1991).

**Grünbaum's Art Collection Surfaces In Switzerland In 1956**

76.     The Artwork is featured in a 1956 Gutekunst & Klipstein Sales catalogue of Egon Schiele's artworks as number 39. **Exhibit I (**a true copy of the 1956 Gutekunst & Klipstein Schiele sale catalogue, with certified English translation) at 26.

10

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM
NYSCEF DOC. NO. 1

INDEX NO. 654836/2022
RECEIVED NYSCEF: 12/14/2022

77.     All artworks in the 1956 Gutekunst & Klipstein sales catalogue were stolen from Grünbaum, including the famous *Dead City III*, which was seized by the District Attorney Robert Morgenthau from the Museum of Modern Art in New York City in 1998. *Reif v. Nagy*, 175 A.D.3d 107 at 110, 114, 121.

78.     According to a Gutekunst & Klipstein invoice September 18, 1956 Otto Kallir purchased *Dead City III*, from Gutekunst & Klipstein together with 19 other artworks by Egon Schiele.  A true copy is attached hereto as **Exhibit J**.

79.     Examination of pre-war documentation prior to acquisition of the Artwork would have revealed evidence that it had been stolen from Grünbaum.

**Bakalar Sues The Grünbaum Heirs To Extinguish Rights In Grünbaum's Art Collection Using Fabricated Evidence**

80.     In 2005, Fischer and Vavra were sued by David Bakalar, a Massachusetts resident who sought to extinguish their rights in an Egon Schiele drawing stolen from Grünbaum titled *Seated Woman with Bent Left Leg* in an action captioned *Bakalar v. Vavra*.

81.     Bakalar had sought to auction *Seated Woman With Bent Left Leg* at Sotheby's in New York and London.

82.     In doing so, Bakalar promoted the false story that Grünbaum's sister-in-law Mathilde Lukacs obtained Grünbaum's art collection and sold it to Swiss art dealer Eberhard Kornfeld in 1956.

83.     The "Mathilde Lukacs" story, first floated in 1998 by Eberhard Kornfeld after *Dead City III's* seizure, has long been derided by Holocaust scholars as implausible because Lukacs was herself imprisoned in Belgium during World War II after escaping Vienna.

84.     Bakalar succeeded in excluding as untimely an expert report of historian Dr. Jonathan Petropoulos debunking the Mathilde Lukacs provenance and excluding an expert report

11

on Czech law of Dr. Milan Kostohryz showing that the Vavra line of heirs was persecuted and trapped behind the Iron Curtain in Communist Czechoslovakia.

85.     Because of these exclusions of key evidence and because Eberhard Kornfeld denied the Grünbaum Heirs' handwriting expert access to handwriting samples of Mathilde Lukacs that would have demonstrated forgeries, the *Bakalar v. Vavra* case was not fully or fairly litigated.

86.     In 2006, the Southern District of New York denied Fischer's and Vavra's request to amend the pleadings to permit them to pursue additional artworks owned by Fritz Grünbaum. *Bakalar v. Vavra,* 237 F.R.D. 59 (S.D.N.Y. 2006).

87.     From 2005 to 2012, Fischer and Vavra unsuccessfully sought in *Bakalar v. Vavra* to assert a possessory interest in *Seated Woman with Bent Left Leg*.

88.     Following a bench trial, the district court concluded that Bakalar could not establish by a preponderance of the evidence that Grünbaum voluntarily relinquished possession of the drawing or that he did so intending to pass title. *Bakalar v. Vavra,* 819 F.Supp.2d 293 at 300.

89.     The district court further found that Mathilde Lukacs did not acquire valid title to the drawing.  819 F.Supp.2d 293 at 302-303.

90.     Despite Bakalar's inability to prove legal title, the Hon. William Pauley determined that inactions of predecessors-in-interest of Leon Fischer and Milos Vavra extinguished possessory rights of the Grünbaum Heirs, as against Bakalar, a Massachusetts purchaser who purchased an artwork in New York from Otto Kallir of Galerie St. Etienne, who had in turn purchased *Seated Woman with Bent Left Leg* from the 1956 Gutekunst & Klipstein sale together with 18 other Schiele artworks, including *Dead City III.*   819 F.Supp.2d 293, 305

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM          INDEX NO. 654836/2022

NYSCEF DOC. NO. 1                                          RECEIVED NYSCEF: 12/14/2022

(S.D.N.Y. 2011).   The district court invoked the doctrine of laches to reach this result.  The court applied laches in a manner inconsistent with the approach of New York common law courts to applying the equitable doctrine of laches and in a manner inconsistent with public policy protecting true owners of stolen artworks.

91.     On October 11, 2012, the Second Circuit Court of Appeals, in a summary (non-precedential) order, affirmed Judge Pauley's decision by finding it not clearly erroneous. *Bakalar v. Vavra*, 500 Fed. Appx. 6 (2d Cir. 2012).

92.     In doing so, the Second Circuit mistakenly relied on a fabricated version of the Grünbaum Heirs' case offered by the plaintiff that was nowhere contained in the record and --- when raised for the first time on appeal by plaintiff ---- had been vigorously contradicted by Vavra and Fischer.   *Bakalar v Vavra*, 500 Fed Appx. 6, 7-8 (2d Cir. 2012) ("Vavra and Fischer's hypothesis—that the Nazis stole the Drawing from Grunbaum only to subsequently return or sell it to his Jewish sister-in-law—does not come close to showing that the district court's finding was clearly erroneous.").

93.     To underscore, neither Vavra nor Fischer ever argued that Nazis returned or sold artworks to Mathilde Lukacs (and the record contained no evidence to support this manufactured narrative).

94.     To the contrary, from the first pleadings, Vavra and Fischer argued that the story that Mathilde Lukacs sold Grünbaum's art collection to Gutekunst & Klipstein was entirely a fabrication.

95.     Also from the first pleadings, Vavra and Fischer argued that even if, assuming arguendo, the Mathilde Lukacs story were true, Lukacs would not have had good title, which, in turn, meant that she could not have given good title to Bakalar.

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM
NYSCEF DOC. NO. 1

INDEX NO. 654836/2022
RECEIVED NYSCEF: 12/14/2022

96.      *In Matter of Flamenbaum*, 22 N.Y.3d 962, 966 (2013), decided after *Bakalar*,

clarified that, in the context of missing testimony relevant to a laches defense, the proponent of

the defense must show that the missing evidence would have been relevant to establishing legal

title. ("although the decedent's testimony may have shed light on how he came into possession of

the (artwork), we can perceive of no scenario whereby the decedent could have shown that he

held (good) title").

**In The Wake Of *Bakalar*, And Prior to *Reif v. Nagy*, Three Art Dealers Conspire To Strip German Lost Art Database (www.lostart.de) of Grünbaum Claims**

97.      During the course of the *Bakalar* litigation, Grünbaum's heirs were criticized for

not having registered search requests related to Grünbaum's art collection on the Lost Art

Database located at www.lostart.de.

98.      Accordingly, Vavra and Fischer registered the "search requests" based on the

Kieslinger inventory and other pre-World War II material to artworks that appeared

circumstantially to fit the description of artworks lost by Grünbaum.

99.      Below is the Lost Art Database's description of what "search requests" are:

*Lost Art Database*

*The Lost Art Database documents cultural property expropriated as a result of Nazi persecution, especially from Jewish owners, between 1933 and 1945 ("Nazi-looted art"), or which such a loss cannot be ruled out. With the help of the publication of so-called Search Requests and Found-Object Reports, former owners or their heirs are to be brought together with current owners and thus support all stakeholders in finding a just and fair solution.*

*The Lost Art Database also contains reports on cultural property that was removed as a result of the Second World War ("trophy art"). Their publication is intended to support solutions in accordance with international law. The Lost Art Database is accessible worldwide free of charge. www.lostart.de/en/start*

14

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 1

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

100.     On September 23, 2015, German attorney Jutta von Falkenhausen wrote to the Lost Art Database on behalf of Galerie Kornfeld Verlag AG (Bern) represented by Christine Stauffer, Galerie St. Etienne (New York) represented by Jane Kallir, and Richard Nagy Ltd. (London) represented by Richard Nagy. **Exhibit K** (true copy of von Falkenhausen's letter)**.**

101.     Relying on *Bakalar v. Vavra* and on Austrian decisions that, in turn, relied on *Bakalar v. Vavra* and the fabricated "Mathilde Lukacs" story, von Falkenhausen demanded that the Lost Art Database delist certain of the Grünbaum heirs' claims.

102.     Von Falkenhausen's request included Schiele's *Dead City III* and the *Red Blouse*, both of which are located at the Leopold Museum in Vienna.  **Exhibit K** at 12.

103.     Over the Grünbaum Heirs' objections, the Lost Art Database erased the Grünbaum Heirs' claims, in particular, the claims relating to artworks in the 1956 Gutekunst & Klipstein Schiele sale.

104.      Today, if one types in the name "Grünbaum" one will find a number of requests. Under "status" it states "This announcement is contradicted by third parties." **Exhibit L** (Mountain Landscape (Farmhouse in the Tirol) Lost art-ID 478864.  On August 26, 2018, the New York Times reported on the dispute between the Grünbaum Heirs and the Lost Art Database in the article by William Cohan: *Jewish Heirs Take on an Art Foundation That Rights Nazi Wrongs* **Exhibit M**. https://www.nytimes.com/2018/08/26/arts/design/nazi-art-egon-schiele-fritz-grunbaum.html.

***Reif v. Nagy* Debunks Fabricated Mathilde Lukacs Provenance**

105.     In November 2015, shortly after learning that two other Egon Schiele artworks from the 1956 Gutekunst & Klipstein sale catalogue (*Woman Hiding Her Face* and *Woman In Black Pinafore*) were displayed by London art dealer Richard Nagy at the Park Avenue Armory,

15

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 1

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

Reif, Fraenkel and Vavra commenced *Reif v. Nagy* in the New York State Supreme Court, New York County.

106.    The Supreme Court, Ramos, J., after carefully considering expert testimony from Dr. Petropoulos and Dr. Kostohryz that had been excluded in the *Bakalar* case, granted summary judgment on the plaintiffs' replevin and conversion claims.  *Reif v. Nagy,* 61 Misc.3d at 330, 80 N.Y.S.3d at 367.

107.    Justice Ramos found that the Nazis confiscated Fritz Grünbaum's artworks by forcing him to sign the power of attorney to his wife, who was herself later murdered by the Nazis, and that the act of signing the power of attorney was involuntary: "[a] signature at gunpoint cannot lead to a valid conveyance." *Id.,* 61 Misc.3d at 326, 80 N.Y.S.3d at 634.

108.    In affirming, the Appellate Division, First Department, determined that the power of attorney the Nazis forced Fritz to execute in favor of Elisabeth while Fritz was imprisoned in Dachau was not voluntarily executed, "reject[ing] the notion that a person who signed a power of attorney in a death camp can be said to have executed the document voluntarily." *Reif v. Nagy,* 175 A.D.3d 107, 129, 106 N.Y.S.3d 5, 21 (First Dept. 2019).

109.    The First Department concluded Elisabeth was never able to convey good title. 175 A.D.3d at 129, 106 N.Y.S.3d at 21.

110.    The First Department determined that Grönbaum's art collection "never legally left Austria."  175 A.D.3d at 111.

111.    The First Department also determined that the art collection was in Austria on June 30, 1939, after Grönbaum's sister-in-law Mathilde Lukacs had fled Vienna for Belgium. 175 A.D.3d at 112.

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 1

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

112.    Unlike the *Bakalar* court, *Reif v. Nagy* carefully analyzed the historical circumstances and rejected decisively the arguments that Grönbaum's sister-in-law Mathilde Lukacs had laundered Grönbaum's artworks through Switzerland.

113.    The Appellate Division carefully analyzed overwhelming evidence suggesting that Mathilde Lukacs never had custody of the art collection, and certainly lacked custody during the War when she was imprisoned.

114.    The Appellate Division further noted:

> We note that there are no records, including invoices, checks, or receipts documenting that the Artworks were purchased by Kornfeld from Mathilde. Moreover, even if Mathilde had possession of Grunbaum's art collection, possession is not equivalent to legal title.

*Id.* at 127.

115.    The First Department also analyzed record evidence not available to the *Bakalar* court, such as post-*Bakalar* revelations involving Eberhard Kornfeld's dealings with Cornelius Gurlitt and Kornfeld's trafficking other Nazi-looted artworks.

116.    Thus, *Reif v. Nagy's* factual findings are based on a developed factual record and supercede the factual record in *Bakalar*, further making *Bakalar* an untrustworthy precedent.

117.    In affirming, the First Department determined that relative to the art dealer (Nagy), Reif, Frankel and Vavra had "superior ownership and possessory interests" in the Schiele artworks. *Id.,* 175 A.D.3d at 132, 106 N.Y.S.3d at 24.

118.    Unlike *Bakalar, Reif v. Nagy* rejected the proposition that the decedent Mathilde Lukacs's missing testimony could have prejudiced Nagy because "Mathilde could not have shown she had good title to the artworks and her testimony would not have been probative." 175 A.D.3d 107 (First Dept. 2019).

17

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM
NYSCEF DOC. NO. 1

INDEX NO. 654836/2022
RECEIVED NYSCEF: 12/14/2022

119.    In rejecting Nagy's "prejudice" argument, *Reif v. Nagy* relied on the New York

Court of Appeals 2013 decision clarifying that a the proponent of the laches defense must show

that a decedent's missing testimony would have supported a claim of title.  *Matter of*

*Flamenbaum*, 22 N.Y.3d 962, 966 (2013).

120.    *Reif v. Nagy's* trustworthy application of *Matter of Flamenbaum* constitutes an

intervening change or clarification of law that further renders the *Bakalar* precedent unreliable.

121.    Because Nagy refused to return the artworks, the Appellate Division affirmed an

award of prejudgment interest in the amount of $700,964.44.  *Reif v. Nagy,* 199 A.D.3d 616, 158

N.Y.S.3d 89 (1st Dept. 2021).

122.    Nagy persisted in challenging the Heirs' possessory interest in artworks stolen

from Grünbaum until the Court of Appeals' May 24, 2022 denial of Nagy's motion for leave to

appeal.  *Reif v. Nagy,* 38 N.Y.3d 908, 168 N.Y.S.3d 720 (2022).

123.    The Court of Appeals' May 2022 decision established a possessory interest in

Grünbaum's heirs under New York law to artworks stolen from Fritz Grünbaum, by the Nazis,

such as Schiele's *Russian Prisoner of War (1916)* in the Art Institute's possession.

**Schieles Stolen From Grünbaum Featured in 1956 Gutekunst & Klipstein Sales Catalogue**

124.    The Artwork is featured in a 1956 Gutekunst & Klipstein Sales catalogue of Egon

Schiele's artworks.

125.    All artworks in the 1956 Gutekunst & Klipstein sales catalogue were stolen from

Grünbaum, including the famous *Dead City III*, which was seized by District Attorney Robert

Morgenthau from the Museum of Modern Art in New York City in 1998. *Reif v. Nagy,* 175 A.D.3d

107 at 110, 114, 121 (1st Dept. 2019). The Gutekunst & Klipstein sales catalogue made no mention

of Mathilde Lukacs in the provenance of the artworks.

18

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM
NYSCEF DOC. NO. 1

INDEX NO. 654836/2022
RECEIVED NYSCEF: 12/14/2022

126.    In the 1997 Museum of Modern Art Catalogue:  *"Egon Schiele: the Leopold collection, Vienna, Texts by Magdalena Dabrowski and Rudolf Leopold* (Yale University Press), the provenance of *Dead City III* (1911) appears as follows (with no mention of Mathilde Lukacs):



Arthur Roessler, Vienna; Alfred Spitzer, Vienna; Fritz Grünbaum, Vienna; Gutekunst & Klipstein, Bern, Galerie St. Etienne, New York; Rudolf Leopold, Vienna.  **Exhibit N** at 144.



127.    In the 1997 Museum of Modern Art Catalogue:  *"Egon Schiele : the Leopold collection, Vienna, Texts by Magdalena Dabrowski and Rudolf Leopold* (Yale University Press), the provenance of *Red Blouse ("Rote Bluse")* (1913) appears as follows (with no mention of

19

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 1

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

Mathilde Lukacs): Fritz Grunbaum, Vienna; Heirs of Fritz Grunbaum, The Netherlands; Galerie Kornfeld, Bern (auction), 1981; Rudolf Leopold, Vienna. **Exhibit N** at 220.

<div align="center">

**AS AND FOR A FIRST CAUSE OF ACTION –
DECLARATORY JUDGMENT**

</div>

128.    Plaintiffs repeat and reallege the foregoing paragraphs as if set forth herein.

129.    CPLR 3001 authorizes the Court to enter a declaratory judgment where a justiciable controversy exists regardless of whether other relief is available.

130.    A justiciable controversy exists concerning the ownership of the Artwork that only the Supreme Court may determine.

131.    Therefore, Plaintiffs request a declaratory judgment that the Artwork is the property of Plaintiffs.

**WHEREFORE,** Plaintiffs demand: (1) a declaratory judgment that Plaintiffs own the Artwork; (2) an award of costs and interest; and (3) such other and further relief the Court deems just, proper and equitable.

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM   INDEX NO. 654836/2022
NYSCEF DOC. NO. 1                                    RECEIVED NYSCEF: 12/14/2022

Dated: New York, New York
December 14, 2022

Respectfully submitted,

**DUNNINGTON BARTHOLOW & MILLER
LLP**
*Attorneys for Plaintiffs*


By:  /s/ Raymond J. Dowd_____
        Raymond J. Dowd
        Claudia G. Jaffe
        230 Park Avenue 21st Floor
        New York, New York 10169
        Telephone: 212-682-8811
        Facsimile: 212-661-7769
        rdowd@dunnington.com
        cjaffe@dunnington.com

21

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM
NYSCEF DOC. NO. 1

INDEX NO. 654836/2022
RECEIVED NYSCEF: 12/14/2022

## VERIFICATION

TIMOTHY M. REIF, affirms, subject to penalties of perjury under the laws of the State

of New York as follows:

1. I am a plaintiff in this action and an attorney admitted to practice in the State of New

   York.

2. I have read the foregoing Complaint with exhibits, know the contents thereof and the

   same are true and correct to my own knowledge, except where alleged upon

   information and belief, and with respect to those allegations, I believe them to be true.

3. The grounds of my belief as to all matters not stated to upon my knowledge are

   documents, papers and data contained in the files pertaining to this matter.

December 14, 2022

_____
TIMOTHY M. REIF

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

INDEX NO. 654836/2022

NYSCEF DOC. NO. 2

RECEIVED NYSCEF: 12/14/2022

# EXHIBIT A

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM     INDEX NO. 654836/2022

NYSCEF DOC. NO. 2                                      RECEIVED NYSCEF: 12/14/2022

44614

Dachau, 16.Juli 1938 - - - - - - - - - - - - - - - - - - - -

### V O L L M A C H T ,

mit welcher ich, gefertigter Frans Friedrich ( genant Frits )
G r ü n b a u m , Schauspieler in Wien, IV., Rechte Wienzeile
29, derzeit Dachau, meine Ehefrau Elisabeth G r ü n b a u m ,
Wien IV., Rechte Wienzeile 29 , ermächtige, für mich das
gesetzlich vorgeschriebene Vermögensbekenntnis einzubringen
und alle für dessen Rechtswirksamkeit nach den gesetzlichen
Vorschriften erforderlichen Erklärungen und Unterschriften
für mich abzugeben und mich überhaupt in allen meinen Ange-
legenheiten rechtswirksam zu vertreten . Ich ermächtige sie
gleichzeitig auch , diese Vollmacht im gleichen oder ein-
geschränkten Umfang auf eine andere Person nach ihrem freien
Ermessen zu übertragen . - - - - - - - - - - - - - - - - - - -
- - - - - - - - - - - - - - - - - Frits Grünbaum m.p. - - - - - - -

Abschrift stimmt mit dem mir vorliegenden, ungestem-
pelten Originale, welches aus einem Bogen besteht , vollkom-
men überein . - - - - - - - - - - - - - - - - - - - - - - - -
- - - Wien, am sechsundzwanzigsten Juli Eintausendneunhundert
achtunddreissig . - - - - - - - - - - - - - - - - - - - - - - -
Ges.Geb. 1.20 RM.

7

INDEX NO. 654826/2022

44614

*Wert 27. 4. 38*

*Herr Franz Friedrich (Fritz) Grünbaum* Wien

| | | | | |
|---|---|---|---|---|
| 1 gold. Zip Etui, moos grün. | | RM | 350 | — |
| 1 " Dunhill Feuerzeug | | " | 100 | — |
| 1 " Uhr Kette | | " | 80 | — |
| 1 " Taschenuhr "Vacheron & Constantin" | | " | 220 | — |
| | | RM | 750 | — |

*Wien 28. Juli 1938*

*Carl Brunner*

KOMMERZIALRAT
**CARL BRUNNER**
GER. BEEID. SACHVERST. u. SCHÄTZMEISTER
Inh. d Fa. M. HÜBNER, Juwelier
WIEN I, KOHLMARKT 16

JUWELIER
**M. HÜBNER**
WIEN I.
KOHLMARKT 16



*8*

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM
NYSCEF DOC. NO. 2

INDEX NO. 654836/2022
RECEIVED NYSCEF: 12/14/2022

44614

Dachau, 16 July 1938

## POWER OF ATTORNEY

by which I, the undersigned Franz Friedrich (called Fritz ) Grünbaum,

actor in Vienna, XV., Rechte Wienzeile 29, currently at Dachau, authorise my wife

Elisabeth  Grünbaum,Vienna XV., Rechte Wienzeile 29, to submit the statutorily required

registration of assets on my behalf and to make all declarations and signatures required under

legal provisions for its legal effectiveness, and to represent me in all my matters with legal

effect. At the same time, I authorise her to assign this Power of Attorney to the same or

limited extent to another person at her free discretion.

Fritz Grünbaum m.p





(Revenue stamp)

This is a true copy of the unstamped original which is before me and which consist of one
sheet.

Vienna, on the twenty sixth of July one thousand nine hundred and
thirty eight.

Legal fee 1.20 RM  (Stamp Dr.
Hans Wallner Notary Public,
Vienna/Wieden)

Signature by Dr. Hans Wallner, Notary Public

PAGE 3

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM
NYSCEF DOC. NO. 2

INDEX NO. 654836/2022
RECEIVED NYSCEF: 12/14/2022

44614

Value at 27 April 38

Mr. Franz Friedrich (Fritz) Grünbaum, Vienna

| | |
|---|---|
| 1 golden cigarette case, moss, guill. | RM  350.- |
| 1 "  Dunhill lighter | "  100.- |
| 1 " watch chain | "   80.- |
| 1 " pocket watch "Vacheron&Constantin" | "   220.- |
| | RM  750.- |

Vienna, 28 July 1938                                    Carl Brunner

KOMMERZIALRAT
CARL BRUNNER
GER. BEEID. SACHVERST. u. SCHÄTZMEISTER
Inh. d. Fa. M. HÜBNER, Juwelier
WIEN I., KOHLMARKT 16

Stamp:  KOMMERZIALRAT
CARL BRUNNER
Court sworn expert and expert
assessor
Owner of M. HÜBNER,Jeweller
VIENNA I., KOHLMARKT 16

JUWELIER
M. HÜBNER
WIEN I.
KOHLMARKT 16

Stamp   JEWELLER
M. HÜBNER
VIENNA  I. KOHLMARKT 16



PAGE 4

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 3

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

# EXHIBIT B

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM
NYSCEF DOC. NO. 3

INDEX NO. 654836/2022
RECEIVED NYSCEF: 12/14/2022

**the language lab**
**& translation company of america**

# CERTIFICATE OF ACCURACY

This is to certify that the attached **Registration of Death for Friedrich Franz Israel Grünbaum, issued in Vienna on June 9, 1941** has been translated from German into English by staff members of THE LANGUAGE LAB/TCA familiar with both the German and English languages, and is to the best of our knowledge, ability and, belief a true and accurate translation.

For THE LANGUAGE LAB/TCA

Sworn to and subscribed before me
This 24th day of April, 2008

**NOTARY**

Notary Public, State of New York
No. 24-4930369
Qualified in Kings County
Commission Expires July 25, 2010

**P 804**

the language lab
Ph: 212-697-2020 ▪ Fax: 212-697-2891
email: info@thelanguagelab.com

tca ▪ translation company of america, inc.
Ph: 212-563-7054 ▪ Fax: 212-695-2385
email: info@tcany.com

211 East 43rd Street ▪ New York, New York 10017

PAGE 1

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM
NYSCEF DOC. NO. 3

INDEX NO. 654836/2022
RECEIVED NYSCEF: 12/14/2022

[illegible line]                                    File No. 15 A 341/78
to be written, completed and presented in 14 days.
District Court of downtown Vienna, Dept. [no entry]
                                    [stamp of the District Court dated June 10, 1941]

Vienna, on [no entry]                    Registration of Death

Drawn up on June 9, 1941

1.    Full name of the deceased (also maiden name, if a married woman): Grünbaum, Friedrich
      Franz Israel

2.    Occupation: Artist

3.    Age (date of birth): 4/7/1880, age: 61 years

4.    Religion: Jewish

5.    Civil status (single, married, widowed, divorced):
      Married

6.    Jurisdiction of residence, citizenship: Vienna, D.R. [German    Reich]

7.    Regular domicile, residence: Vienna IV, Rechte Wienzeile 29
      (If the deceased was under guardianship or incapacitated, indicate the guardianship court
      and enclose the decision of the guardian (curator, counsel).

8.    Date and place of death: 1/14/1941 - Dachau

To the Notary Public Dr. [Illegible]
to be completed within 14 days.                    Report of death
                                                   Fritz Grünbaum

[illegible stamp of the District Court of Vienna]

No. 4, (registration of death and instructions to the Notary)

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 3

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

9.      Descendants (spouse): Elisabeth Sara Grünbaum, nee Herzl, 43 years old, no profession, Vienna XIX, Kasgrabengasse 15

10.     <u>Adult</u> children and <u>adult</u> descendants of deceased children (full name, civil status, age and place of residence).

11.     <u>Minor</u> children and <u>minor</u> descendants of deceased children (full name, age, occupation and place of residence):
        Do the minors have a legal representative, or, who is being proposed for this office?
        Does the widow assume the guardianship, and who is suggested as co-guardian?
        Is the widow expecting the birth of a child?

12.     Full name, civil status, age and residence of other close relatives and testamentary heirs:

        Parents:     Wilhelm Grünbaum and Regina, nee Saxl, both deceased
        Siblings:    Paul Grünbaum, 55 years old, no profession, in Prague, Marciova 11
                     Lilly von Zozuli, nee Grünbaum, 53 years old, no profession, in Pilsen, Plaska 3.

13.     Is there a last will, codicil, testamentary arrangement, donation, or marriage contract? Where? (For oral last wills, indicate full name and residence of the witness):

14.     Had the deceased been appointed guardian, curator or counsel? For whom, by which court, and where is the appointment document?

15.     Did the deceased have records of government funds or did he receive payments from a government fund or a fund under government supervision?

16.     Are there objects in the estate for which a special report is required? What was done in this connection?

17.     Do assets exist, and what do they consist of? In whose hands are they? Were measures taken and safeguards established, and if so, which ones? Did the deceased have an insurance policy covering death? At which institution and in whose favor?

According to the deceased's widow, Elisabeth Sara Grünbaum, there is no estate.



FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 3

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

[line obliterated]

    a) of the real estate:

    b) movables:

    c) of the claims:

    d) of the securities and investment records (institution and number):

    Are there substantial debts?

    What are the costs of illness and burial and other claims connected with special preferential rights? Who corrected them? Does the person who paid them request that the estate be ceded to him/her in place of payment?

The burial expenses of the Jewish Committee, in the amount of approximately 430 RM, were paid by the heiress, widow Elisabeth Sara Grünbaum.

|  |  |
|---|---|
|  | Vienna, June 9, 1941 |
|  | Signatures: |
| The parties | The Court Clerk |
| [signed] | [signature] |
| Elisabeth Sara Grünbaum | [illegible] Court Clerk |

<div align="center">B.</div>

In the absence of an estate, there are no estate-related proceedings.
Form 7 to the B.M.f Social Administration (federal office for food rations) - Mag. Division 13
Form 8 of the Federal Finance office - to the Vienna magistrate
Form 25

|  |  |
|---|---|
| [illegible notation] | Vienna, June 11 |
|  | [signature] |

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM
NYSCEF DOC. NO. 3
INDEX NO. 654836/2022
RECEIVED NYSCEF: 12/14/2022

15-APR-1998  15:00     BOESEBECK DROSTE / BERLIN      +49 30 88574599   S.004/007

Dem Notar: Herrn

zum Schreiben, ergänzen und vorlegen          Geschäftszahl  15 A 341/41
nach 14 Tagen.

Bez. Gericht Innere Stadt, Abt. ____          Amtsgericht

# Todfallsaufnahme

errichtet am  9. Juni 1941                    ...felden - Wieden .

1. Vor- und Zuname des (der) Verstorbenen (bei verheirateten Frauen auch

   Familienname): _Grünbaum Friedrich Franz_ Israel

2. Beschäftigung: _Schriftsteller_

3. Alter (Tag der Geburt): _7.V. 1880_ , 61 J.,

4. Religion:   mosaisch

5. Familienstand (ob ledig, verheiratet, verwitwet, gerichtl. geschieden):
   verh.

6. Heimatszuständigkeit, Staatsangehörigkeit: Wien, D.R.

7. Ordentlicher Wohnsitz, Wohnung: _IV Rechte Wienzeile 29_
   (Wenn der Verstorbene unter Vormundschaft stand oder entmündigt war,
   ist das Pflegschaftsgericht anzugeben und das Dekret des Vormunds
   (Kurators, Beistandes) beizuschließen.)

8. Sterbetag und Sterbeort: _14.I. 1941 = Dachau_

Amtsgericht Wien
1, Riemergasse 7

PAGE 5

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM
NYSCEF DOC. NO. 1998  15:01          BUESLEBECK DROSTE / BERLIN          +49 30 88574599  S.005/007

INDEX NO. 654836/2022
P. 7
RECEIVED NYSCEF: 12/14/2022

Nachgelassener Ehegatte(in): Elisabeth Sara Grünbaum geb.
Herzl, 43 J., Private in Wien XIX., Kaagrabengasse 15

Großjährige Kinder und großjährige Nachkommen bereits verstorbener
Kinder (Vor- und Zuname, Stand, Alter und Aufenthaltsort):

–0–

11. Minderjährige Kinder und minderjährige Nachkommen bereits verstor-
bener Kinder (Vor- und Zuname, Alter, Beschäftigung und Aufenthalts-
ort)?
Haben die Minderjährigen bereits einen gesetzlichen Vertreter oder
wer wird hiezu vorgeschlagen? Übernimmt die Witwe die Vormundschaft
und wer wird zum Mitvormund vorgeschlagen?
Erwartet die Witwe die Geburt eines Kindes?

–0–

12. Vor- und Zuname, Stand, Alter und Aufenthaltsort der übrigen näch-
sten Verwandten und der Testamentserben:

Eltern : Wilhelm Grünbaum und Regina geb. Saxl sind beide
längst verstorben
Geschwister : Paul Grünbaum, 55 J., Privater in Prag ,
Marciova 11
Lilly von Z o z n l i geb. Grünbaum, 53 J.,
Private in Pilsen , Plaska 3

PAGE 6

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM          INDEX NO. 654836/2022
NYSCEF DOC. NO. 3                                         RECEIVED NYSCEF: 12/14/2022

..19.1998  15:02      BOESEBECK DROSTE / BERLIN        +49 30 88574599   S.006/007

st ein Testament, Kodizill, Erbvertrag, eine Schenkung oder Ehe-
akten vorhanden? Wo befinden sie sich? (Bei mündlichen letztwilligen
Erklärungen Vor- und Zuname, sowie Wohnort der Zeugen):

– 0 –

14. War der Verstorbene als Vormund, Kurator oder Beistand bestellt? Für
wen, von welchem Gerichte und wo befindet sich das Bestellungsdekret?

– 0 –

15. Hat der Verstorbene über Amtsgelder Rechnung geführt oder einen Bezug
aus einer öffentlichen Kasse oder einem unter öffentlicher Aufsicht
stehenden Fonds genossen?

– 0 –

16. Befinden sich in der Verlassenschaft Gegenstände, die eine besondere
Anzeige erfordern? Was wurde darüber verfügt?

– 0 –

17. Ist ein Vermögen vorhanden und worin besteht es? In wessen Händen be-
findet es sich? Sind Vorkehrungen zur Sicherstellung getroffen wor-
den und welche? War der Verstorbene auf den Todesfall versichert?
Bei welcher Anstalt und zu wessen Gunsten?

Nach Angabe der erbl. Witwe Elisabeth Sara Grünbaum ist

kein Nachlass vorhanden.

PAGE 7

19-APR-1998 15:03          BOESEBECK DROSTE / BERLIN          +49 30 88574599          S.007/007

eiläufiger Wert:

a) der Liegenschaften:

b) der Fahrnisse:

c) der Forderungen:

d) der Wertpapiere und Einlagebücher (Anstalt und Nummer):

Sind große Schulden vorhanden?

Wieviel betragen die Krankheits- und Leichenkosten und die anderen mit besonderem Vorrecht verbundenen Forderungen? Wer hat sie berichtigt? Stellt der Zahler den Antrag, ihm den Nachlaß an Zahlungsstatt zu überlassen?

Die Leichenkosten der israelitischen Kultusgemeinde im Betrage von ca. 430 RM wurden von der erbl. Witwe Elisabeth Sara Grünbaum bezahlt.

Wien, am 9. Juni 1941.

Unterschriften:

Der Parteien:                                    Der Gerichtsabgeordneten:

*Elisabeth Sara Grünbaum*                        *N a*

**Notar als Gerichts-Commissär**

B.

Mangels eines Nachlaßvermögens findet eine Verlassenschaftsabhandlung nicht statt.
Form. 7 dem B.M. f. soz. Verw. (Bundesverpflegskostenstelle) - Mag. Abt. 13
Form. 8 der Finanzlandesdirektion - dem Magistrat Wien.
Form. 25

*A. Reg. bw.*          W. 11. Juni 1941

PAGE 8

GESAMT S.007

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM
NYSCEF DOC. NO. 4

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

# EXHIBIT C

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 4

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

**Vor Ausfüllung des Vermögensverzeichnisses ist die beigefügte Anleitung genau durchzulesen!**

### Zur Beachtung!

1. **Wer hat das Vermögensverzeichnis einzureichen?**
   Jeder Anmeldepflichtige, also auch jeder Ehegatte und jedes Kind für sich. Für jedes minderjährige Kind ist das Vermögensverzeichnis vom Inhaber der elterlichen Gewalt oder dem Vormund einzureichen.

2. **Bis wann ist das Vermögensverzeichnis einzureichen?**
   Bis zum 30. Juni 1938. Wer anmelde- und bewertungspflichtig ist, aber die Anmelde- und Bewertungspflicht nicht oder nicht rechtzeitig oder nicht vollständig erfüllt, setzt sich schwerer Strafe (Geldstrafe, Gefängnis, Zuchthaus, Einziehung des Vermögens) aus.

3. **Wie ist das Vermögensverzeichnis auszufüllen?**
   Es müssen sämtliche Fragen beantwortet werden. Nichtzutreffendes ist zu durchstreichen. Reicht der in dem Vermögensverzeichnis für die Ausfüllung vorgesehene Raum nicht aus, so sind die geforderten Angaben auf einer Anlage zu machen.

4. **Wenn Zweifel bestehen, ob diese oder jene Werte in das Vermögensverzeichnis aufgeführt werden müssen, sind die Werte aufzuführen.**

**34662**

# Verzeichnis über das Vermögen von Juden

## nach dem Stand vom 27. April 1938

des/der **Grünbaum Elisabeth,** (Zu- und Vorname) **Private** (Beruf oder Gewerbe)

in **Wien IV., Rechte Wienzeile,** (Wohnort oder gewöhnlicher Aufenthalt) **Straße, Platz Nr.** 29

### Angaben zur Person

Ich bin geboren am **20. April 1898**

Ich bin Jude (§ 5 der Ersten Verordnung zum Reichsbürgergesetz vom 14. November 1935, Reichsgesetzbl. I S. 1333) und ― deutscher [1]) ― Staatsangehörigkeit [1]) ― staatenlos [1]) ―.

Da ich ― Jude deutscher Staatsangehörigkeit [1]) ― ~~staatenlos (Jude)~~ ― bin, habe ich in dem nachstehenden Vermögensverzeichnis mein gesamtes inländisches und ausländisches Vermögen angegeben und bewertet [1]).

~~Da ich ~~ ~~bin, habe ich in dem nachstehenden Vermögensverzeichnis mein~~ ~~inländisches Vermögen~~ ~~.~~

Ich bin verheiratet mit **Franz Friedrich Grünbaum** geb. (Mädchenname der Ehefrau)

Mein Ehegatte ist der Rasse nach ― jüdisch [1]) ― ~~mischlingisch [1]~~ ― und gehört der **mosaischen** Religionsgemeinschaft an.

### Angaben über das Vermögen

#### I. Land- und forstwirtschaftliches Vermögen (vgl. Anleitung Ziff. 9):

Wenn Sie am 27. April 1938 land- und forstwirtschaftliches Vermögen besaßen (gepachtete Ländereien u. dgl. sind nur aufzuführen, wenn das der Bewirtschaftung dienende Inventar Ihnen gehörte):

| Lage des eigenen oder gepachteten Betriebs und seine Größe in Hektar? (Gemeinde ― Gutsbezirk ― und Gemarkung, nach grundbuch- und katastermäßiger Bezeichnung) | Art des eigenen oder gepachteten Betriebs? (z. B. landwirtschaftlicher, forstwirtschaftlicher, gärtnerischer Betrieb, Weinbaubetrieb, Fischereibetrieb) | Handelt es sich um einen eigenen Betrieb oder um eine Pachtung | Wert des Betriebs RM | Bei eigenen Betrieben: Wem der Betrieb noch (mit) Anderen gehörte: Wie hoch war Ihr Anteil? (z. B. 1/4) |
|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 |
| ~~Wertpapiere~~ s. Beilage | | | 7851.37 ~~647.91~~ | |

#### II. Grundvermögen (Grund und Boden, Gebäude) (vgl. Anleitung Ziff. 10):

Wenn Sie am 27. April 1938 Grundvermögen besaßen (Grundstücke, die nicht zu den vorstehend unter I und nachstehend unter III bezeichneten Vermögen gehörten):

| Lage des Grundstücks? (Gemeinde, Straße und Hausnummer, bei Bauland und grundbuch- und katastermäßiger Bezeichnung) | Art des Grundstücks? (z. B. Einfamilienhaus, Mietwohngrundstück, Bauland) | Wert des Grundstücks RM | Wenn das Grundstück noch Anderen gehörte: Wie hoch war Ihr Anteil? (z. B. 1/4) |
|---|---|---|---|
| 1 | 2 | 3 | 4 |
| | | | |
| | | | |

[1]) Nichtzutreffendes ist zu durchstreichen.

Vermögensverzeichnis (VO v. 26. 4. 38)

(PAGE 1- 31)

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM        INDEX NO. 651252/2022

NYSCEF DOC. NO. 4                                        RECEIVED NYSCEF: 12/14/2022

— 2 —

## III. Betriebsvermögen (vgl. Anleitung Ziff. 11 und 12)

a) Wenn Sie am 27. April 1938 Inhaber eines Gewerbebetriebs waren (vgl. Anleitung Ziff. 11):

| Bezeichnung des Betriebs (Firma), Ort der Geschäftsleitung und Art des Betriebs (z. B. Maschinenfabrik, Lebensmittelhandlung, Gastwirtschaft, Tischlerei) | Gesamtwert des Betriebs nach Abzug der Betriebsschulden? RM | Wenn der Betrieb nach Unbeten gehörte: Wie hoch war Ihr Anteil? (z. B. ½) |
|---|---|---|
| 1 | 2 | 3 |
| | | |
| | | |

*Außer den Angaben in den Spalten 1 bis 3 ist die Berechnung des „Gesamtwerts des Betriebs" in einer Anlage im einzelnen zu erläutern*

b) Wenn Sie am 27. April 1938 an offenen Handelsgesellschaften, Kommanditgesellschaften oder ähnlichen Gesellschaften beteiligt waren:

    α) Um welche Gesellschaften handelt es sich? (Bezeichnung des Betriebs, Firma, Ort der Geschäftsleitung) ...............

    β) Wie hoch war Ihr Anteil?..................... Wie hoch war der Wert Ihres Anteils? ...................... RM

c) Wenn Sie am 27. April 1938 Vermögen besaßen, das der Ausübung eines freien Berufs diente (vgl. Anleitung Ziff. 12):

    α) Art des freien Berufs? ...............
                 (z. B. Augenarzt, Rechtsanwalt, Architekt, Kunstmaler)

    β) Wo wurde der freie Beruf ausgeübt? ...............
                 (Gemeinde, Straße, Hausnummer)

    γ) Welchen Wert hatte das dem freien Beruf gewidmete Reinvermögen am 27. April 1938? ... ...............  RM

    [Eine Aufstellung dieses Vermögens, aufgegliedert insbesondere nach Inventar (z. B. Instrumente, Bibliothek) und Außenständen, ist beizufügen. Wenn Sie den freien Beruf zusammen mit anderen Personen ausübten, ist in der Aufstellung das gemeinschaftliche Vermögen aufzuführen und der Wert Ihres Anteils hieran anzugeben.]

## IV. Sonstiges Vermögen, insbesondere Kapitalvermögen (vgl. Anleitung Ziff. 13 bis 21):

Welchen Wert hatte das Ihnen am 27. April 1938 gehörige sonstige Vermögen (ohne Abzug von Schulden), und zwar:

a) festverzinsliche Wertpapiere einschl. Schuldbuchforderungen und Sachwertanleihen (z. B. Anleihen oder Schuldverschreibungen von Staaten und Gemeinden, Obligationen von Industriegesellschaften, Pfandbriefe, Steuergutscheine usw.),

Wertpapiere mit Dividendenertrag (z. B. Aktien, Kuxe und Genußscheine, Reichsbankanteilscheine, Reichsbahnvorzugsaktien),

Geschäftsanteile an inländischen und ausländischen Unternehmen? (z. B. Anteile an Gesellschaften mit beschränkter Haftung, — Name der Gesellschaft, Ort der Geschäftsleitung ist anzugeben)
— vgl. Anleitung Ziff. 14 —.

| Bezeichnung des Wertpapiers usw. [Wird ein Bankauszug beigefügt, aus dem sich die Angaben zu den Sp. 1 bis 5 vollständig ergeben, so genügt die Ausfüllung der Sp. 5 unter Hinweis auf den Bankauszug] | Zins- satz [1]) | Nennbetrag des gesamten Besitzes an dem in Sp. 1 bezeichneten Wertpapier usw. | Kurswert (gemeiner/Verkaufs/e)Wert an dem Stück e. dgl. in Prozenten oder für ein Stück | Wert für den in Sp. 3 angegebenen Nennbetrag RM | Bemerkungen |
|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

1) Nur bei festbetraglichen Werten anzugeben, nicht z. B. bei Aktien, Kuxen, Anteilen an Gesellschaften mit beschränkter Haftung.

<span style="color:red">PAGE 2</span>

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 4

INDEX NO. 651036/2022

RECEIVED NYSCEF: 12/14/2022

32.437/ov

## Vermögensbekenntnis.

Diese Erklärung ist für jene Personen abzugeben (bei Minderjährigen die Eltern, oder deren Bevollmächtigte) die in den Personenkreis fallen, der durch die Kundmachung 102 vom 26. April 1938, betreffs der Anmeldung des jüdischen Vermögens erfaßt wurde. Bei der Ausfertigung des Bekenntnisses hat sich der Meldende genau an die umseitige Erläuterung zu halten. Zum Unterschied von der Vermögensanmeldung, sind hier in den einzelnen Rubriken, **nur die Endziffern** des jeweiligen Vermögensbestandteils einzusetzen.

Zu= und Vorname: *Elisabeth Sara Grünbaum* geb. *28.4.1898*

derzeitige Anschrift: *Wien XIX Kaasgraben 15*

| | | Vom Einreicher auszufüllen | | Raum für Bemerkungen der Dienststelle |
|---|---|---|---|---|
| | | Stand v. 27. April 1938 | Stand von heute | |
| | | Wert in RM | Wert in RM | |
| I. | Land= und Forstwirtschaftlicher Besitz | *Keinen* | *Keinen* | **Erledigt** |
| II. | Grundvermögen (Grund — Boden Gebäude) | *Rm 7.851.57 in der Slowkei !* | *Rm 7.851.57* | *Akt* 19. Juli 1939 |
| III. | Betriebsvermögen | *Keines* | *Keines* | Gesperrt durch Vermögensverkehrsstelle |
| IV. | Sonstiges Vermögen (Bargeld, Guthaben Wertpapiere Geschäftsguthaben) (siehe Anmerkung) | *20.866.* | *DM. 4.311.— t.K.6030·70* | |
| V. | Schulden und Lasten | *Keine* | *Keine* | |
| VI. | Gesperrtes Vermögen | Beschlagnahmt, von wem? *Bargeld + Wertpapiere ett durch der Dirisellelle gesperrt,* | Wert in RM *Sicherungsbescheid* | Wo befinden sich die Werte? *Verfügung darüber nur mit Genehmigung der Deviseustelle* |

Ich versichere, die vorstehenden Angaben nach bestem Wissen und Gewissen gemacht zu haben. Von der umseitigen Erläuterung bin ich nicht abgewichen.

Wien, am _____ *Juni 1939* _____ *Elisabeth Sara Grünbaum*

Unterschrift.

PAGE 3

Form. 96. 20,000. 12. 38. U.

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM INDEX NO. 651996/2022
NYSCEF DOC. NO. 4                                                    RECEIVED NYSCEF: 12/14/2022

# Erläuterung zur Ausfertigung des Vermögensbekenntnisses.

Der Meldende hat in Bekenntnis nur sein eigenes Vermögen anzugeben. Für Ehegatten (auch nicht jüdische) und jüdische Kinder ist eine besondere Meldung einzureichen. Vermögen, das aus einer Erbschaft, oder aus einem Vermächtnis zu erwarten ist, muß auch dann gewertet werden, wenn die Eigentumsübertragung noch nicht erfolgt ist.

Anzumelden ist das gesamte Vermögen:

    a) nach dem Stand vom 27. April 1938
    b) nach dem Stand am Tage der Einreichung.

Juden deutscher Staatsangehörigkeit und staatenlose Juden, haben ihr gesamtes in= und ausländisches Vermögen anzumelden.

Juden fremder Staatsangehörigkeit, haben ihr inländisches Vermögen anzugeben.

Gegenstände die ausschließlich zum persönlichen Gebrauch des Meldenden bestimmt sind, soweit es sich nicht um Schmuck=, Kunst= oder Luxusgegenstände handelt, sind nicht anzugeben.

Jeder Vermögensbestandteil ist mit dem gemeinen Wert, den er am 27. April 1938, bzw. am Tag der Einreichung hat, zu bewerten. In die einzelne Sparte ist nur die jeweilige Endziffer der Vermögensgruppe einzusetzen.

  Zu I) Zum land= und forstwirtschaftlichen Vermögen gehört auch das Weinbauvermögen, das gärtnerische Vermögen und das der Fischzucht, Teichwirtschaft, Binnenfischerei usw. gewidmete Vermögen.

  Zu II) Hierunter fallen alle Grundstücke.

  Zu III) Hierunter fällt jeder gewerbliche Betrieb und das Vermögen, das der Ausübung eines freien Berufes dient.

  Zu IV) Hierunter fallen alle Werte und Güter, die nicht unter den vorherigen Gruppen untergebracht wurden. Dazu gehören: Wertpapiere, Anteile, Kapitalsforderungen, Zahlungsmittel, Einlagen, Guthaben und noch nicht fällige Versicherungsansprüche (Rückkaufswert), Schmuck, Kunst= u. Luxusgegenstände, Urheberrechte, Patente, Erfindungen, Konzessionen u.a.

Nießbrauchrechte, Renten, Pensionen und Gehälter sind kapitalisiert anzugeben. Der Wert auf die Lebenszeit einer Person beschränkten Nutzung, bestimmt sich nach dem Alter. Als Wert wird angenommen bei einem Alter



|  |  |  |  | bis zu 15 Jahren das | 18 fache, |
|---|---|---|---|---|---|
| von mehr als | 15 | „ „ | 25 | „ „ | 17 „ |
| „ „ | „ | 25 | „ „ | 35 | „ „ 16 „ |
| „ „ | „ | 35 | „ „ | 45 | „ „ 15 „ |
| „ „ | „ | 45 | „ „ | 55 | „ „ 13 „ |
| „ „ | „ | 55 | „ „ | 65 | „ „ 10 „ |
| „ „ | „ | 65 | „ „ | 75 | „ „ 7 „ |
| „ „ | „ | 75 | „ „ | 80 | „ „ 5 „ |
| „ „ | „ | 80 Jahren das |  |  | 3 „ |

des Wertes der einjährigen Nutzung. Immerwährende Nutzungen sind mit dem Achtzehnfachen, Nutzungen und Gehälter von unbestimmter Dauer mit dem Neunfachen ihres Jahreswertes anzusetzen.

  Zu V) Hier sind anzuführen, Hypotheken, Grund= und Darlehensschulden, der Kapitalswert von Alimentationen u. a. wiederkehrende Leistungen zu berechnen nach Punkt IV Absatz 2.

  Zu VI) Hier ist der Wert der gesperrten Vermögensteile anzuführen. Anzuzeigen ist ferner, von wem Werte gesperrt wurden, und wo sich diese Werte befinden.

Im übrigen findet bei der Ausfertigung des Bekenntnisses die Anleitung die zur Ausfüllung des Vermögensverzeichnisses maßgebend war, sinngemäße Anwendung.

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 4

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

V e r z e i c h n i s

über das Vermögen der Elisabeth Sara G r ü n b a u m , Wien 19.
Kaasgrabengasse 15 nach dem Stande vom 30. Juni 1939 unter Hin -
weis auf die Vermögensanmeldung vom 27.April 1938 und die an -
lässlich der ersten Einreichung in der Centralstelle für jüdi -
sche Auswanderung anfangs Februar 1939 erstattete Veränderungs-
anzeige.

| | | | |
|---|---|---|---|
| 1.) | Bargeld ....................... | RM | 2644.- |
| 2.) | Grundvermögen laut Anmeldung vom 27.April 1938 ................. | " | 7851.37 |
| 3.) | Versicherungspolizzen, siehe Anmer- kung, | | ---- |
| 4.) | Pelze, Teppiche, etc. .......... | " | 1667.- |
| | zus. | RM | 12162.37. |

Die zu 1.) und 3.) angegebenen Werte sind über Sicherungs-
anordnung der Devisenstelle Wien Nr 558/38/90 vom 3. August 1938
sichergestellt; es durfte und darf nur mit Bewilligung der Devi-
senstelle Wien verfügt werden.

Ende Mai 1938 hat mein Gatte Franz Friedrich Grünbaum
die in seiner Vermögensanmeldung verzeichneten Versicherungspo-
lizzen zum Rückkauf an mich zediert. Aus dem erhaltenen Rückkaufs-
wert habe ich die vorgeschriebene Reichsfluchtsteuer und die Ju-
denvermögensabgabe im Geamtbetrage von ....   RM 26.050.-
beglichen; weiters erhielt ich von der Devisenstelle Wien am 3.
August 1938 die Bewilligung zur Behebung von monatlich RM 600.-

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 4

INDEX NO. 0543022022

RECEIVED NYSCEF: 12/14/2022

Die in meiner eigenen Vermögensanmeldung angegebene Versicherungs-Polizze Oewag ( Phönix 394.448 ) ist heute wertlos, da ein Rückkaufsrecht nicht geltend gemacht werden kann.

Darüber hinaus habe ich Anwaltshonorare, Aerztekosten, laufende Rechnungen für Anschaffungen und Vorbereitungskosten für Auswanderung, Uebersiedlungskosten beim Spediteur im Gesamtbetrage von ungefähr   RM 7000.- aufwenden müssen.

Endlich habe ich meinen Schmuck im Werte von RM 2700.- Ende März 1939 vorschriftsmässig abgeliefert, bis heute aber kernerlei Entgelt hiefür erhalten.

An Pachtzins für meinen Grundbesitz in Trnava, Slovakei, wurde mir von der Tatra Bank Filiale Bratislava der Betrag von sl.K 6030.70 gutgeschrieben, die ich der Reichsbankhauptstelle Wien vorschriftsmässig angemeldet habe.

PAGE 6

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 4

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022



A n d i e

V e r m ö g e n s v e r k e h r s s t e l l e

W i e n , I.

Strauchgasse 1

Elisabeth  G r ü n b a u m

Wien, IV. Rechte Wienzeile 29

jetzt Wien 19. Hofzeile 27

im eigenen Namen und namens

ihres Mannes Franz Friedrich

G r ü n b a u m

betreffend Sühneabgabe .





PAGE 7

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 4

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

Im Sinne der Kundmachung des Reichsstatthalters vom 21. November 1938 bezüglich Sühneleistung der Juden erstatte ich folgendes Vermögensbekenntnis per 12. November 1938 behufs Erstellung der uns gemeinsam treffenden Abgaben.

Ausgehend von unserem Vermögensbekenntnisse per 27. April 1938 hat sich unser damals angegebenes Vermögen um Beträge verringert, welche im Sinne des § 5 über den Rahmen einer angemessenen Lebensführung nicht herausgegangen sind. Unser gemeinsames Vermögen beträgt abgerundet nach unten RM 44.000.-

( siehe Beilage ) . Die uns treffende Abgabe per RM 8.800.- beantragen wir in folgender Weise berichtigen zu können.

Da wir nicht über das nötige Bargeld verfügen, um am 15. Dezember 1938 RM 2.200 bezahlen zu können, beauftragen wir gleichzeitig die Riunione Adriatica di Sicurta, Direktion für Oesterreich, Wien I. Tegetthoffstrasse 7, unwiderruflich von dem Rückkaufswerte unserer Lebensversicherungs- Polizze Nr. 3.058.743/A per ca. 4200 Dollar den Betrag von RM 8.800 bei Eintritt der Fälligkeit des Rückkaufswertes d. i. bis ca. 6. Jänner 1939 an das Finanzamt für den IV. Bezirk Wien unter Konto Nr. 470.017 zu überweisen.

Beweis dessen angeschlossene Abschrift unseres Schreibens an die Riunione Adriatica di Sicurta, Direktion für Oesterreich, I. Tegetthoffstrasse 7.

Elisabeth Grünbaum

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM
NYSCEF DOC. NO. 4

INDEX NO. 654836/2022
RECEIVED NYSCEF: 12/14/2022

Wien, am     Dezember 1938

An die

Riunione Adriatica di Sicurta
Direktion für Oesterreich

Wien, I.
Tegetthoffstrasse 7

Laut mir vorliegender Bestätigung haben Sie unsere
Original-Polizze Nr. 3,058.743/A zum Zwecke des Rückkaufes
heute übernommen.

Ich beauftrage Sie unwiderruflich von dem Rückkaufswerte
sofort nach Fälligkeit desselben d. i. am 6. Jänner 1939
an das Finanzamt für den IV. Bezirk Wien zu Konto Nr.470.017
( Franz Friedrich Grünbaum ) den Betrag von 8.800RM
zum Zwecke der Bezahlung unserer Sühneabgabe zu überweisen.

Ich bitte um Bestätigung des Auftrages sowohl an meine
Adresse, als an das Finanzamt für den IV. Bezirk Wien,  IV.
Kriehubergasse 26.




FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 4

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

Vermögensaufstellung - Stand 12. November 1938

Franz Friedrich Grünbaum, früher Wien IV.Rechte Wienzeile 29
                              jetzt Buchenwalde

Oe. Kreditanstalt -Wiener Bankverein
   IV. Linke Wienzeile        ......      RM  3706.91

7 St. öst.Baulose a S 7.52  .........     "     33.-

Bilder u. Graphik  ................       "   5791.-

Schmuck  ........................         "    750.-

Bücher  .........................         "    720.-
                                         RM 11000.91


Elisabeth Grünbaum, derzeit Wien,19.Hofzeile
                                Nr 27

Riunione Adriatica di Sicurta, Versiche-
rungsgesellschaft, Wien I.Tegetthoffstr.7   RM  21835.50

Victoria zu Berlin, Lebensversicherungs-
gesellschaft,Wien I.Schottengasse 10  ...   "    133.-

Silber im Werte von  ................       "    680.-

Schmuck "    "    "   ................       "   2700.-

Teppiche   "        "  ...............       "    607.-

Pelze      "        "                        "    230.-

Felderbesitz in der Tschechoslowakei
( von diesem musste bei der Reichsflucht-
  steuer nicht bezahlt werden )  ....        "   7851.-
                                            RM  34036.50

hievon ab Zinsen an Victoria ............    "    144.-
                                            RM  33892.50

     Die in unserem Besitz befindliche Oevag-Polizze Nr.394.448

ist derzeit wertlos.

     Daher Gesamtvermögen:  ....  RM 11.000.-
                              +  "  33.892.-
                             zusammen RM 44.892.-
Bemessungsgrundlage für die Sühneabgabe daher   RM 44.000.-



FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM
NYSCEF DOC. NO. 4

INDEX NO. 654838/2022
RECEIVED NYSCEF: 12/14/2022

Wien, 15. Juli 1938.

*Nachtrag*

An die

Vermögenverkehrstelle

Wien I

Strauchgasse 1

● Ich erstatte zu meinem Verzeichnis über das Vermögen
● von Juden die nachfolgende

Veränderungsanzeige.

Ende Mai 1938 zedierte mir mein Gatte *Franz Friedrich*
*Grünbaum* die nachstehenden Polizzen der Riunione
Adriatica laut deren Zuschrift an mich vom 8.7.1938
worin die Bewertung angegeben ist (Stichtag 27.4.1938.)

Polizzennummer 358.742/743/a
              358.252/253/a

● Jede dieser Polizzen hat einen Rückkaufswert von
Dollar 4312.20, zusammen Dollar 17250.- à RM 2489 =
RM 42.935.25. Dasselbe geschah mit der Polizze der
Viktoria T1285140, die am 27.IV. einen Rückkaufswert
habe von Dollar 933.20 - RM 2322'73

        + Ve        Elisabeth Grünbaum

    Wien IV. Rechte Kreuzeile 29.

Finanzamt Wieden-Margareten
Wien, V., Kriehubergasse 24-26

Vermögensverkehrsstelle im Ministerium für Wirtschaft und Arbeit

34662

Wien,
I., Strauchgasse 1

Fernruf: U 22-5-95
A 12-5-80
R 50-5-70
A 18-5-30

Grünbaum Elisabeth

Betrifft: III Jd. 29/38 g.

14. DEZ. 1938

Archiv der Republik

Auf Grund des § 7 der Verordnung über die Anmeldung des Vermögens von Juden vom 26. 4. 38 (Reichsgesetzbl. I S. 414) fordere ich Sie mit Ermächtigung des Herrn Beauftragten für den Vierjahresplan auf, Ihre bei der Vermögensanmeldung auf

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 4

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 4

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

BI

34662

Beilage zum Verzeichnis über das Vermögen von Juden der Elisabeth

Grünbaum, Wien IV., Rechte Wienzeile 29.

-----------------------------------------------------------------

## Ad 1./ Land-und forstwirtschaftliches Vermögen.

Ich erbte landwirtschaftliche Grundstücke und werden diese be-
wertet laut Verlassenschaftsinventar Z 13683/1935,9/VII, der Finanzlan-
desdirektion in Bratislava, wie folgt:

A/ Ich bin Eigentümerin zu 1/lo der EZ 182o aus dem Grundbuch des Katasters
Trnava(Tschechoslowakei).Der gemeinsame Besitz besteht aus:
Parzellenzahl 162o mit Katastralausmass v.7 Kat.Joch,lo26 Klafter
1891/2, Ha 1, A 37, m² lo
1891/1, Ha 2, A 62. m² 41
1891/19          m² 4
1618                    16 " 196 "

B/      Ferner bin ich Alleineigentümerin der EZ 3o97 aus dem Grundbuch
des Katasters Trnava und zwar:
Parzellenzahl 16454 mit Katastralausmass  7A 26. " 87
1658,                          3.Kat.Joch, 289 Klafter
189o,                          7. "  "  556  "
189o/2                         1. "  "  lo78 "

Mein 1/lo ideeller Anteil an A/ und mein Alleinanteil aus B./
betragen insgesamt ca 18 3/4 Kat.Joch a KC 475o = Kc  89o62.5o
Ferner bin ich Eigentümerin zu 1/2o des Mayerhofes
bestehend aus EZ 842,44 und 45 des obigen Grundbuches
und wird dieser Anteil bewertet mit                KC  16oo.--
zusammen sohin              Kc  9o662.5o

Dies entspricht bei einem Kurswert von RM 8.66 für KC loo.-- einem
Betrag von                                         RM 7851.37
                                                   -----------

## Ad.IV.c. Detaillierung:
Einlagebuch 8o35 Creditanstalt Wienzeile              RM 1376.--
Dtto      3252      "     Kärntenstrasse                 13oo.--
Kontoguthaben Tatrabank Bratislava:
Eigenes Konto                         KC  2258.75
Anteil am gemeinsamen Konto                684.--
Ordnungsgemäss angemeldet am 14.4.38:    " 2942.75
a RM 8.66                                                 342.--
Bargeld ca                                               3oo.--
                                                      RM 3318.--
                                                      ----------

## Ad IV g.Detaillierung:
Silber 17 Kg. a RM 4o.--                               RM  68o.--
Schmuck                                                 "  27oo.--
Goldgegenstände                                         "   15o.--
Teppiche etc                                            "   6o7.--
Pelze                                                   "   23o.--
Summa                                                  "  4367.--
                                                      ----------



FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 4

„Gildemeester"
Auswanderungs-Hilfsaktion
Wien, IV. Prinz Eugenstraße 22

34662

Kontrolliert
27. Jan. 1939

**Vermögensbekenntnis.**

Diese Erklärung ist für jene Personen abzugeben (bei Minderjährigen die Eltern, oder deren Bevollmächtigte) die in den Personenkreis fallen, der durch die Kundmachung 102 vom 26. April 1938, betreffs der Anmeldung des jüdischen Vermögens erfaßt wurde. Bei der Ausfertigung des Bekenntnisses hat sich der Meldende genau an die umseitige Erläuterung zu halten. Zum Unterschied von der Vermögensanmeldung, sind hier in den einzelnen Rubriken, **nur die Endziffern** des jeweiligen Vermögensbestandteils einzusetzen.

Zu- und Vorname: _Grünbaum Elisabeth_   geb. _Herrl 28. IV. 1898_

derzeitige Anschrift: _XIV. Hofzeile 27_

| | | Vom Einreicher auszufüllen | | Raum für Bemerkungen der Dienststelle |
|---|---|---|---|---|
| | | Stand v. 27. April d.J. | Stand von heute | |
| | | Wert in RM | Wert in RM | |
| I. | Land= und Forstwirtschaftlicher Besitz | keiner | keiner | Dr. Reg. |
| II. | Grundvermögen (Grund — Boden Gebäude) | Mk 7851.37 | Mk 7851.37 | |
| III. | Betriebsvermögen | keines | keines | |
| IV. | Sonstiges Vermögen (Bargeld, Guthaben Wertpapiere Geschäftsguthaben) (siehe Anmerkung) | Mk. 13,315.— | Mk 11,227.— Rü 600.— b.d. Zentralbank, Bratislava, d. Reichsbank angemeldet | |
| | | Beschlagnahmt, von wem? | Wert in RM | Wo befinden sich die Werte? |
| V. | Schulden und Lasten | keine | dzt. keine siehe Beilage | |
| VI. | Gesperrtes Vermögen | die zu IV. angegebenen Werte sichergestellt | | v. d. Devisenstelle |

Ich versichere, die vorstehenden Angaben nach bestem Wissen und Gewissen gemacht zu haben. Von der umseitigen Erläuterung bin ich nicht abgewichen.

Wien, am _27 Jan. 1939_

_Elisabeth Grünbaum_
Unterschrift.

Form. 96.   20.000. 12. 38. U.

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM   INDEX NO. 654006/2022
NYSCEF DOC. NO. 4                                   RECEIVED NYSCEF: 12/14/2022

**HILFSBÜRO**
**OLDEMEESTER**

# Erläuterung zur Ausfertigung des Vermögensbekenntnisses.

Der Meldende hat im Bekenntnis nur sein eigenes Vermögen anzugeben. Für Ehegatten (auch) nicht jüdische) und jüdische Kinder ist eine besondere Meldung einzureichen. Vermögen, das aus einer Erbschaft, oder aus einem Vermächtnis zu erwarten ist, muß auch dann gewertet werden, wenn die Eigentumsübertragung noch nicht erfolgt ist.

Anzumelden ist das gesamte Vermögen:
    a) nach dem Stand vom 27. April 1938.
    b) nach dem Stand am Tage der Einreichung.

Juden deutscher Staatsangehörigkeit und staatenlose Juden, haben ihr gesamtes in- und ausländisches Vermögen anzumelden.

Juden fremder Staatsangehörigkeit, haben ihr inländisches Vermögen anzugeben.

Gegenstände die ausschließlich zum persönlichen Gebrauch des Meldenden bestimmt sind, soweit es sich nicht um Schmuck-, Kunst- oder Luxusgegenstände handelt, sind nicht anzugeben.

Jeder Vermögensbestandteil ist mit dem gemeinen Wert, den er am 27. April 1938, bzw. am Tage der Einreichung hat, zu bewerten. In die einzelne Sparte ist nur die jeweilige Endziffer der Vermögensgruppe einzusetzen.

Zu I) Zum land- und forstwirtschaftlichen Vermögen gehört auch das Weinbauvermögen, das gärtnerische Vermögen und das der Fischzucht, Teichwirtschaft, Binnenfischerei usw. gewidmete Vermögen.

Zu II) Hierunter fallen alle Grundstücke.

Zu III) Hierunter fällt jeder gewerbliche Betrieb und das Vermögen, das der Ausübung eines freien Berufes dient.

Zu IV) Hierunter fallen alle Werte und Güter, die nicht unter den vorherigen Gruppen untergebracht wurden. Dazu gehören: Wertpapiere, Anteile, Kapitalsforderungen, Zahlungsmittel, Einlagen, Guthaben und noch nicht fällige Versicherungsansprüche (Rückkaufswert), Schmuck, Kunst- u. Luxusgegenstände, Urheberrechte, Patente, Erfindungen, Konzessionen u. a. Nießbrauchrechte, Renten, Pensionen und Gehälter sind kapitalisiert anzugeben. Der Wert auf die Lebenszeit einer Person beschränkten Nutzung, bestimmt sich nach dem Alter. Als Wert wird angenommen bei einem Alter

|  |  |  | bis zu 15 Jahren das 18 fache, |
|---|---|---|---|
| von mehr als | 15 | „ „ 25 | „ „ 17 „ |
| „ „ „ | 25 | „ „ 35 | „ „ 16 „ |
| „ „ „ | 35 | „ „ 45 | „ „ 15 „ |
| „ „ „ | 45 | „ „ 55 | „ „ 13 „ |
| „ „ „ | 55 | „ „ 65 | „ „ 10 „ |
| „ „ „ | 65 | „ „ 75 | „ „ 7 „ |
| „ „ „ | 75 | „ „ 80 | „ „ 5 „ |
| „ „ „ | 80 | Jahren das | „ „ 3 „ |

des Wertes der einjährigen Nutzung. Immerwährende Nutzungen sind mit dem Achtzehnfachen, Nutzungen und Gehälter von unbestimmter Dauer mit dem Neunfachen ihres Jahreswertes anzusetzen.

Zu V) Hier sind anzuführen, Hypotheken, Grund- und Darlehensschulden, der Kapitalswert von Alimentationen u. a. wiederkehrende Leistungen zu berechnen nach Punkt IV Absatz 2.

Zu VI) Hier ist der Wert der gesperrten Vermögensteile anzuführen. Anzuzeigen ist ferner, von wem Werte gesperrt wurden, und wo sich diese Werte befinden.

Im übrigen findet bei der Ausfertigung des Bekenntnisses die Anleitung die zur Ausfüllung des Vermögensverzeichnisses maßgebend war, sinngemäße Anwendung.

PAGE 16

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 4

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

VERZEICHNIS DES VERMÖGENS

der

Elisabeth G r ü n b a u m, XIX., Hofzeile 27

nach dem Stande vom 30. Jänner 1939

I. Bargeld                         RM. 6.860.--

II. Grundvermögen tl. Anmeldung    " 7.851.37

III. Versicherungspolizzen, siehe

Anmerkung.

IV. Pelze, Silber, Teppiche, Schmuck"   4.367.--

Gesamtsumme                   RM. 19.078.37

Die zu I. und III. angegebenen Werte sind gemäß Sicherungs-
anordnung der Devisenstelle Wien, 858/38-90 vom 3. August
1938 sichergestellt; es darf darüber nur mit Bewilligung der
Devisenstelle verfügt werden.-
Ende Mai 1938 hat mein Gatte, Franz Friedrich Grünbaum die
in seiner Vermögensanmeldung angegebenen Versicherungspolizzen
an mich zediert. Aus dem erhaltenen Rückkaufswert habe ich die
vorgeschriebene Reichsfluchtsteuer und die Judenvermögensab-
gabe im Gesamtbetrag von           Rm. 26.050.--
bezahlt. Weiters erhielt ich von der Devisenstelle Wien die
Bewilligung vom 3. August 1938. zur Behebung von monatlich
Rm. 600.--. Die in meiner eigenen Vermögensanmeldung angegebenen
Versicherungspolizzen Övag (Phönix 394.448) sind heute wert-
los, da ein Rückkaufsrecht nicht geltend gemacht werden kann.
Weiters werde ich an Anwaltshonorar, Aerztekosten, laufende
Rechnungen ec. an Ausstattungs- und uswanderungskosten für mei-
nen Gatten und mich insgesamt etwa RM. 6.500.-- zu bezahlen
haben.-

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:11 PM    INDEX NO. 654936/2022
NYSCEF DOC. NO. 4                                    RECEIVED NYSCEF: 12/14/2022

Kontrolliert
27. Jan. 1939

## Vermögensbekenntnis.

Diese Erklärung ist für jene Personen abzugeben (bei Minderjährigen die Eltern, oder deren Bevollmächtigte) die in den Personenkreis fallen, der durch die Kundmachung 102 vom 26. April 1938, betreffs der Anmeldung des jüdischen Vermögens erfaßt wurde. Bei der Ausfertigung des Bekenntnisses hat sich der Meldende genau an die umseitige Erläuterung zu halten. Zum Unterschied von der Vermögensanmeldung, sind hier in den einzelnen Rubriken, **nur die Endziffern** des jeweiligen Vermögensbestandteils einzusetzen.

Zu- und Vorname: *Grünbaum Franz Friedr.* geb. *7. 4. 1880*

derzeitige Anschrift: *Konzentrationslager Buchenwald, Block 17*

| | | Vom Einreicher auszufüllen | | Raum für Bemerkungen der Dienststelle |
|---|---|---|---|---|
| | | Stand v. 27. April d. J. | Stand von heute | |
| | | Wert in RM | Wert in RM | |
| I. | Land- und Forstwirtschaftlicher Besitz | *keins* | *keins* | *× s. Blg* |
| II. | Grundvermögen (Grund — Boden Gebäude) | *keinen* | *keinen* | |
| III. | Betriebsvermögen | *keines* | *keines* | |
| IV. | Sonstiges Vermögen (Bargeld, Guthaben Wertpapiere Geschäftsguthaben) (siehe Anmerkung) | *RM 53,545.17* | *RM 11.273.-* | |
| V. | Schulden und Lasten | *keins* | *keins* | |
| VI. | Gesperrtes Vermögen | Beschlagnahmt, von wem? *Devisenstelle gemäss Sicherungsanordnung Jev. Si. 858/38/40 v. 15. Feb. 1938.* | Wert in RM | Wo befinden sich die Werte? |

Vermögens Anmeldung

Ich versichere, die vorstehenden Angaben nach bestem Wissen und Gewissen gemacht zu haben. Von der umseitigen Erläuterung bin ich nicht abgewichen.

Wien, am *27. Jan. 1939*       *Franz Friedr. Grünbaum*
                                              Unterschrift.
                               *J. V. Elisabeth Grünbaum*

Form. 96.  20.000. 12. 38. U.

PAGE 18

*18*

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 4

### HILFSBÜRO
## GILDEMEESTER
Auswanderungshilfsaktion

# Erläuterung zur Ausfertigung des Vermögensbekenntnisses.

Der Meldende hat im Bekenntnis nur sein eigenes Vermögen anzugeben. Für Ehegatten (auch nicht jüdische) und jüdische Kinder ist eine besondere Meldung einzureichen. Vermögen, das aus einer Erbschaft, oder aus einem Vermächtnis zu erwarten ist, muß auch dann gewertet werden, wenn die Eigentumsübertragung noch nicht erfolgt ist.

Anzumelden ist das gesamte Vermögen:

     a) nach dem Stand vom 27. April 1938

     b) nach dem Stand am Tage der Einreichung.

Juden deutscher Staatsangehörigkeit und staatenlose Juden, haben ihr gesamtes in= und aus= ländisches Vermögen anzumelden.

Juden fremder Staatsangehörigkeit, haben ihr inländisches Vermögen anzugeben.

Gegenstände die ausschließlich zum persönlichen Gebrauch des Meldenden bestimmt sind, soweit es sich nicht um Schmuck=, Kunst= oder Luxusgegenstände handelt, sind nicht anzugeben.

Jeder Vermögensbestandteil ist mit dem gemeinen Wert, den er am 27. April 1938, bzw. am Tag der Einreichung hat, zu bewerten. In die einzelne Sparte ist nur die jeweilige Endziffer der Ver= mögensgruppe einzusetzen.

Zu I) Zum land= und forstwirtschaftlichen Vermögen gehört auch das Weinbauvermögen, das gärtnerische Vermögen und das der Fischzucht, Teichwirtschaft, Binnenfischerei usw. gewidmete Vermögen.

Zu II) Hierunter fallen alle Grundstücke.

Zu III) Hierunter fällt jeder gewerbliche Betrieb und das Vermögen, das der Ausübung eines freien Berufes dient.

Zu IV) Hierunter fallen alle Werte und Güter, die nicht unter den vorherigen Gruppen unter= gebracht wurden. Dazu gehören: Wertpapiere, Anteile, Kapitalsforderungen, Zahlungs= mittel, Einlagen, Guthaben und noch nicht fällige Versicherungsansprüche (Rückkaufswert), Schmuck, Kunst= u. Luxusgegenstände, Urheberrechte, Patente, Erfindungen, Konzessionen u. ä.

Nießbrauchrechte, Renten, Pensionen und Gehälter sind kapitalisiert anzugeben. Der Wert auf die Lebenszeit einer Person beschränkten Nutzung, bestimmt sich nach dem Alter. Als Wert wird angenommen bei einem Alter

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  |  |  | bis zu 15 Jahren | das | 18 | fache, |  |
| von | mehr als | 15 | „ „ 25 | „ | „ | 17 | „ |
| „ | „ „ | 25 | „ „ 35 | „ | „ | 16 | „ |
| „ | „ „ | 35 | „ „ 45 | „ | „ | 15 | „ |
| „ | „ „ | 45 | „ „ 55 | „ | „ | 13 | „ |
| „ | „ „ | 55 | „ „ 65 | „ | „ | 10 | „ |
| „ | „ „ | 65 | „ „ 75 | „ | „ | 7 | „ |
| „ | „ „ | 75 | „ „ 80 | „ | „ | 5 | „ |
| „ | „ „ | 80 Jahren | das |  |  | 3 |  |

des Wertes der einjährigen Nutzung. Immerwährende Nutzungen sind mit dem Achtzehn= fachen, Nutzungen und Gehälter von unbestimmter Dauer mit dem Neunfachen ihres Jahres= wertes anzusetzen.

Zu V) Hier sind anzuführen, Hypotheken, Grund= und Darlehensschulden, der Kapitalswert von Alimentationen u. ä. wiederkehrende Leistungen zu berechnen nach Punkt IV Absatz 2.

Zu VI) Hier ist der Wert der gesperrten Vermögensteile anzuführen. Anzuzeigen ist ferner, von wem Werte gesperrt wurden, und wo sich diese Werte befinden.

Im übrigen findet bei der Ausfertigung des Bekenntnisses die Anleitung die zur Aus= füllung des Vermögensverzeichnisses maßgebend war, sinngemäße Anwendung.

PAGE 18

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 4

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

VERZEICHNIS ÜBER DAS VERMÖGEN

des

Franz Friedrich G r ü n b a u m, dzt. Konzentrationslager
Buchenwald b. Weimar,

nach dem Stande vom 25. Januar 1939 :

I. Bargeld                      RM. 3.725.--

II. Bankguthaben, Creditanstalt, Wie-
ner Bankverein VI. Linke Wienzeile      "    254.--

III. Wertpapiere: 7 Stück österr.

Baulose                         33.--

IV. Bilder und Graphik        "    5.791.--

V. Schmuck                     750.--

VI. Bücher                     720.--

Gesamtsumme              Rm.11.273.--

Die Differenz zwischen obiger Summe und der der Vermögens-
anmeldung nach dem Stande vom 27. April 1938 erscheint ge-
rechtfertigt durch die Bezahlung der Reichsfluchtsteuer in
der Höhe von              Rm. 17.250.--,
sowie der Judenvermögensabgabe von     "    8.800.--,
für mich und meine Gattin Elisabeth Grünbaum. Außerdem habe
ich die in der Vermögensanmeldung angeführten zwei Ver-
sicherungspolizzen der Riunione Adriatica und der Victoria
an meine Gattin zediert habe, was der Vermögensverkehrsstel-
le am 15 Juli 1938 angezeigt worden ist.-

Die zu I. bis III. angegebenen Werte sind gemäß Sicherungs-
anordnung der Devisenstelle Wien 858/38-90 vom 3. August 1938
sichergestellt; es darf über diese Werte nur mit Bewilligung
der Devisenstelle verfügt werden.-