**FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM**

NYSCEF DOC. NO. 4

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

Vor Ausfüllung des Vermögensverzeichnisses ist die beigefügte Anleitung genau durchzulesen!

### Zur Beachtung!

1. **Wer hat das Vermögensverzeichnis einzureichen?**
Jeder Anmeldepflichtige, also auch jeder Ehegatte und jedes Kind für sich. Für jedes minderjährige Kind ist das Vermögensverzeichnis vom Inhaber der elterlichen Gewalt oder vom Vormund einzureichen.

2. **Bis wann ist das Vermögensverzeichnis einzureichen?**
Bis zum 30. Juni 1938. Wer anmelde- und bewertungspflichtig ist, aber die Anmelde- und Bewertungspflicht nicht oder nicht rechtzeitig oder nicht vollständig erfüllt, setzt sich schwerer Strafe (Geldstrafe, Gefängnis, Zuchthaus, Einziehung des Vermögens) aus.

3. **Wie ist das Vermögensverzeichnis auszufüllen?**
Es müssen sämtliche Fragen beantwortet werden. Nichtzutreffendes ist zu durchstreichen. Reicht der in dem Vermögensverzeichnis für die Ausfüllung vorgesehene Raum nicht aus, so sind die geforderten Angaben auf einer Anlage zu machen.

4. Wenn Zweifel bestehen, ob diese oder jene Werte in dem Vermögensverzeichnis aufgeführt werden müssen, sind die Werte aufzuführen.

# Verzeichnis über das Vermögen von Juden
## nach dem Stand vom 27. April 1938

des  
der      Grünbaum Elisabeth, Private                    *Private*

(Zu- und Vorname)                        (Beruf oder Gewerbe)

in      Wien IV., Rechte Wienzeile 29                    Straße, Platz Nr.

(Wohnsitz oder gewöhnlicher Aufenthalt)

### Angaben zur Person

Ich bin geboren am      28. April 1898.

Ich bin Jude (§ 5 der Ersten Verordnung zum Reichsbürgergesetz vom 14. November 1935, Reichsgesetzbl. I S. 1333) und – deutscher¹) –––––––––––– Staatsangehörigkeit¹) – staatenlos¹) –.

Da ich – Jude deutscher Staatsangehörigkeit¹) – staatenloser Jude¹) – bin, habe ich in dem nachstehenden Vermögensverzeichnis mein gesamtes inländisches und ausländisches Vermögen angegeben und bewertet¹).

~~Da ich Jude fremder Staatsangehörigkeit bin, habe ich in dem nachstehenden Vermögensverzeichnis mein inländisches Vermögen angegeben und bewertet¹).~~

Ich bin verheiratet mit      Franz Friedrich Grünbaum      geb.

(Mädchenname der Ehefrau)

Mein Ehegatte ist der Rasse nach – jüdisch¹) – ~~nichtjüdisch¹)~~ – und gehört der mosaischen Religionsgemeinschaft an.

### Angaben über das Vermögen

**I. Land- und forstwirtschaftliches Vermögen** (vgl. Anleitung Ziff. 9):

Wenn Sie am 27. April 1938 land- und forstwirtschaftliches Vermögen besaßen (gepachtete Ländereien u. dgl. sind nur aufzuführen, wenn das der Bewirtschaftung dienende Inventar Ihnen gehörte):

| Lage des eigenen oder gepachteten Betriebs und seine Größe in Hektar? (Gemeinde — Gutsbezirk — und Hofnummer, auch grundbuch- und katastermäßige Bezeichnung) | Art des eigenen oder gepachteten Betriebs? (z. B. landwirtschaftlicher, forstwirtschaftlicher, gärtnerischer Betrieb, Weinbaubetrieb, Fischereibetrieb) | Handelte es sich um einen eigenen Betrieb oder eine Pachtung | Wert des Betriebs RM | Bei eigenen Betrieben: Wenn der Betrieb noch Anderen gehörte: Wie hoch war Ihr Anteil? (z. B. ¼) |
|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 |
| | | | | |
| | | | | |

**II. Grundvermögen (Grund und Boden, Gebäude)** (vgl. Anleitung Ziff. 10):

Wenn Sie am 27. April 1938 Grundvermögen besaßen (Grundstücke, die nicht zu dem vorstehend unter I und nachstehend unter III bezeichneten Vermögen gehörten):

| Lage des Grundstücks? (Gemeinde, Straße und Hausnummer, bei Bauland auch grundbuch- und katastermäßige Bezeichnung) | Art des Grundstücks? (z. B. Einfamilienhaus, Mietwohngrundstück, Bauland) | Wert des Grundstücks RM | Wenn das Grundstück noch Anderen gehörte: Wie hoch war Ihr Anteil? (z. B. ¼) |
|---|---|---|---|
| 1 | 2 | 3 | |
| laut Beilage | | RM. 7.851.37 | 1/1 |

¹) Nichtzutreffendes ist zu durchstreichen.

Vermögensverzeichnis (VO v. 26. 4. 38).

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM    INDEX NO. 651835/2022
NYSCEF DOC. NO. 4    RECEIVED NYSCEF: 12/14/2022

— 2 —

## III. Betriebsvermögen (vgl. Anleitung Ziff. 11 und 12):

**a)** Wenn Sie am 27. April 1938 Inhaber eines Gewerbebetriebs waren (vgl. Anleitung Ziff. 11):

| Bezeichnung des Betriebs (Firma), Ort der Geschäftsleitung und Art des Betriebs (z. B. Maschinenfabrik, Lebensmittelhandlung, Gastwirtschaft, Tischlerei) | Gesamtwert des Betriebs nach Abzug der Betriebsschulden RM | Wenn der Betrieb noch Anderen gehörte: Wie hoch war Ihr Anteil? (z. B. ¹/₄) |
|---|---|---|
| 1 | 2 | 3 |
| | | |

*Außer den Angaben in den Spalten 1 bis 3 ist die Berechnung des „Gesamtwerts des Betriebs" in einer Anlage im einzelnen zu erläutern.*

**b)** Wenn Sie am 27. April 1938 an offenen Handelsgesellschaften, Kommanditgesellschaften oder ähnlichen Gesellschaften beteiligt waren:

α) Um welche Gesellschaften handelt es sich? (Bezeichnung des Betriebs, Firma, Ort der Geschäftsleitung) ...........................

β) Wie hoch war Ihr Anteil? ................. Wie hoch war der Wert Ihres Anteils? .................RM

**c)** Wenn Sie am 27. April 1938 Vermögen besaßen, das der Ausübung eines freien Berufs diente (vgl. Anleitung Ziff. 12):

α) Art des freien Berufes? .........................
(z. B. Augenarzt, Rechtsanwalt, Architekt, Kunstmaler)

β) Wo wurde der Beruf ausgeübt? .........................
(Gemeinde, Straße, Hausnummer)

γ) Welchen Wert hatte das dem freien Beruf gewidmete Reinvermögen am 27. April 1938? . .................RM
(Eine Aufstellung dieses Vermögens, aufgegliedert insbesondere nach Inventar (z. B Instrumente, Bibliothek) und Außenständen, ist beizufügen. Wenn Sie den freien Beruf zusammen mit anderen Personen ausübten, ist in der Aufstellung das gemeinschaftliche Vermögen aufzuführen und der Wert Ihres Anteils hieran anzugeben.)

## IV. Sonstiges Vermögen, insbesondere Kapitalvermögen (vgl. Anleitung Ziff. 13 bis 21):

Welchen Wert hatte das Ihnen am 27. April 1938 gehörige sonstige Vermögen (ohne Abzug von Schulden), u. zw.:

**a)** Festverzinsliche Wertpapiere einschl. Schuldbuchforderungen und Sachwertanleihen (z. B. Anleihen oder Schuldverschreibungen von Staaten und Gemeinden, Obligationen von Industriegesellschaften, Pfandbriefe, Steuergutscheine usw.),

Wertpapiere mit Dividendenertrag (z. B. Aktien, Kuxe und Genußscheine, Reichsbankanteilscheine, Reichsbahnvorzugsaktien),

Geschäftsanteile an inländischen und ausländischen Unternehmen? (z. B. Anteile an Gesellschaften mit beschränkter Haftung. — Name der Gesellschaft, Ort der Geschäftsleitung ist anzugeben) — vgl. Anleitung Ziff. 14 —.

| Bezeichnung des Wertpapiers usw. (Wird ein Bankauszug beigefügt, aus dem sich die Angaben zu den Sp. 1 bis 5 vollständig ergeben, so genügt die Ausfüllung der Sp. 5 unter Hinweis auf den Bankauszug) | Zinssatz ¹) | Nennbetrag des gesamten Besitzes an dem in Sp. 1 bezeichneten Wertpapier usw. | Kurswert gemeiner (Verkaufs-) Wert In Prozenten oder für 1 Stück o. dgl | Wert für den in Sp. 3 angegebenen Nennbetrag RM | Bemerkungen |
|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 |
| | | | | | |

¹) Nur bei festverzinslichen Werten angeben, nicht z. B. bei Aktien, Kuxen, Anteilen an Gesellschaften mit beschränkter Haftung.

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 4

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

— 3 —

b) Verzinsliche und unverzinsliche Kapitalforderungen jeder Art an Inländer oder Ausländer? (z. B. Hypotheken, Grundschuldforderungen, Darlehen, Einlagen als stiller Gesellschafter, solche Ansprüche auf Gehälter, Löhne, Zinsen und ähnliche Beträge, die am 27 April 1938 bereits fällig, jedoch noch nicht ausgezahlt waren, Tilgungsfonds, die zugunsten des Steuerpflichtigen angesammelt sind u. dgl.) — vgl. Anleitung Ziff. 15 —

(Spareinlagen, Bankguthaben, Postscheckguthaben und sonstige laufende Guthaben sind nicht hier, sondern nachstehend zu c anzugeben.)

| Art der Forderung (z. B. Hypothek, Darlehen) | Name und Anschrift des Schuldners | Nennbetrag der Forderung | Zinsfatz[1] | Vertragliche Laufzeit bis[2] | Bemerkungen (z. B. über Umrechnung einer ausländischen Währung) |
|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

c) Zahlungsmittel, Spareinlagen, Bankguthaben, Postscheckguthaben und sonstige laufende Guthaben (vgl. Anleitung Ziff. 16) ...lt. Beilage.............................................................. 3.318.— RM

*Die Beträge in ausländischer Währung und die angewandten Umrechnungssätze sind im einzelnen ggf. auf einer Anlage, anzugeben.*

d) Geschäftsguthaben bei Erwerbs= und Wirtschaftsgenossenschaften? (vgl. Anleitung Ziff. 17) ....................... _____ RM

Name der Genossenschaft, Ort der Geschäftsleitung: ..............................................

e) Noch nicht fällige Ansprüche aus Lebens=, Kapital= oder Rentenversicherungen, zu berechnen mit ⅔ der eingezahlten Prämien oder Kapitalbeiträge oder mit dem Rückkaufswert? (vgl. Anleitung Ziff. 18) ....... _____ RM

Name der Versicherungsgesellschaft: Ass. Generali und Phönix ................. 30.—

Nr. des Versicherungsscheins: 601.622              394.448              5.600.—

f) Altenteilsrechte, Nießbrauchsrechte und sonstige Rentenrechte? (vgl. Anleitung Ziff. 19): Welchen Wert

hatte die einjährige Nutzung? ................. RM. Seit wann stehen Ihnen die Nutzungen zu?

Seit .................. 19...... Bis wann stehen Ihnen die Nutzungen zu? Bis ..................... 19......
(Falls das Recht mit dem Ableben einer Person erlischt, sind auch Tag, Monat und Jahr der Geburt dieser Person anzugeben.)

Welchen Kapitalwert hatte das Recht? .......................................................... _____ RM

g) Gegenstände aus edlem Metall, Schmuck= und Luxusgegenstände, Kunstgegenstände und Sammlungen? (vgl. Anleitung Ziff. 20) ...................................................... 4.367.— RM

h) Edelmetalle, Edelsteine und Perlen? .................................................. _____ RM

i) Anderes nicht unter a bis h fallendes „sonstiges Vermögen?" (vgl. Anleitung Ziff. 21) (z. B. Urheberrechte, geschützte und nicht geschützte Erfindungen, solche Gewerbeberechtigungen, die nicht vom Berechtigten selbst ausgeübt werden.)

Art der Gegenstände und Errechnung ihres Werts sind hier anzugeben. ......................

.................................................................................

.................................................................................

.................................................................................

.................................................................................

[1]) Einschließlich eines vereinbarten Verwaltungskostenbeitrags — [2]) Bei Festzeithypotheken ist der Zeitpunkt anzugeben, an dem die Rückzahlung frühestens verlangt werden kann, bei Kündigungshypotheken (ohne feste Mindestlaufzeit) ist die Kündigungsfrist anzugeben.

PAGE 23

23

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 4

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

— 4 —

## V. Abzüge, soweit sie nicht das Betriebsvermögen (oben Abschnitt III) betreffen

(Schulden und Lasten dürfen nur insoweit abgezogen werden, als sie bei Beginn des 27. April 1938 bereits bestanden. Sie sind nachstehend im einzelnen aufzuführen.)

a) Schulden (vgl. Anleitung Ziff. 22):

| Art der Schuld (z. B. Hypotheken, Darlehensschuld) | Name und Anschrift des Gläubigers | Nennbetrag der Schuld | Zins- satz¹) | Vertragliche Laufzeit bis²) | Bemerkungen (z. B. über Umrechnung einer ausländischen Währung) |
|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

b) Altenteilslasten, Nießbrauchslasten und sonstige Rentenlasten (vgl. Anleitung Ziff. 23): Welchen Wert hat die einjährige Leistung? ................ RM. Seit wann sind die Leistungen zu entrichten? Seit ..................................... 19....... Bis wann sind die Leistungen zu entrichten? (Falls die Leistungen bis zum Ableben einer Person zu entrichten sind, sind auch Tag, Monat und Jahr der Geburt dieser Person anzugeben.) Bis ........................... 19........ Welchen Kapitalwert hatte die Last? ............ RM.

## VI. Bemerkungen:

Ich versichere, die vorstehenden Angaben nach bestem Wissen und Gewissen gemacht, insbesondere mein Vermögen in diesem Vermögensverzeichnis vollständig angegeben zu haben. Soweit Werte in diesem Vermögensverzeichnis angegeben sind, bin ich von der Anleitung, die dem Vordruck zu diesem Vermögensverzeichnis beigelegen hat, nicht abgewichen.

...................................., ........................... 1938

(Unterschrift des Anmeldepflichtigen oder der an seiner Stelle zur Abgabe des Vermögensverzeichnisses verpflichteten Person)

### Vermögensverzeichnisse ohne Unterschrift gelten als nicht abgegeben

¹) Einschließlich eines etwa vereinbarten Verwaltungskostenbeitrags. — ²) Bei Festzeithypotheken ist der Zeitpunkt einzusetzen, an dem die Rückzahlung frühestens verlangt werden kann, bei Kündigungshypotheken (ohne feste Mindestlaufzeit) ist die Kündigungsfrist anzugeben.



PAGE 24

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM
NYSCEF DOC. NO. 4

INDEX NO. 654836/2022
RECEIVED NYSCEF: 12/14/2022

## QUICK TRANSLATION

INHABER/PROPRIETOR: JEFFREY WALDOCK
TOMASCHEKSTRASSE 30, A-1210 VIENNA, AUSTRIA
TEL: +43-1-2724592-6
FAX: +43-1-2724592-5
MOBILE: +43-664-3030609
E-MAIL: OFFICE@QUICKTRANSLATION.COM
INTERNET: WWW.QUICKTRANSLATION.COM

## CERTIFICATION

This is to certify that the attached translation from German into English was supplied by a licensed translation agency (license number: 3294/f/21/neu, MBA 21-G-F 2363/96).

Vienna, 15 February 2016

Jeffrey J. Waldock

PAGE 25

BANKVERBINDUNG: BAWAG BLZ 14000 KTO 05710768023                        SEITE 1

**FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM**
NYSCEF DOC. NO. 4

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

Before completing the list of assets, read the attached instructions carefully!

**Please note:**

1. **Who must submit the list of assets?** Each individual subject to registration, i.e. each spouse and each child individually. For each minor child, the list of assets must be submitted by the holder of parental authority or the legal guardian.

2. **Until which date must the list of assets be submitted?** Until 30 June 1938. Whoever is subject to registration and assessment but does not, or not in good time, meet the duty of registration and assessment, is subject to severe punishment (fine, prison, penitentiary, confiscation of assets).

3. **How must the list of assets be completed?** All questions must be answered. Delete if not applicable.
If the space provided for completing the list of assets is insufficient, the required details must be added in an enclosure.

4. If in doubt of whether to insert these or other figures in the list of assets, the assets must be inserted

34662

### LIST OF JEWISH ASSETS
as at 27 April 1938

of ………..……….Grünbaum Elisabeth…………………….., …independent ………………………………………...
　　　　　　(first and last name)　　　　　　　　　　　　　　　　　　　　(occupation or trade)

residing at ……Wien IV., Rechte Wienzeile……., ………………　　………..street,square, no. ….29…………..
　　　　　(Residence or habitual abode)

## Personal details

I was born on ….29 April 1898…..

I am Jewish (§ 5 of Erste Verordnung/First Decree on the Reichsbürgergesetz/Reich Citizenship Act) of 14 November 1935, German Reich Law Gazette I, p. 1333)
and - of German[1] — …………………………….— citizenship[1]— stateless[1]
As I am — Jewish of German citizenship[1] — ~~stateless Jew~~ — I have listed and assessed in the below list of assets my entire domestic and foreign assets[1].

I am married to ………Franz Friedrich Grünbaum…………… born on…………………………....................
　　　　　　　　　　　　　　　　　　　　　　　　　(wife's maiden name)

My husband's race is — Jewish[1] — ~~non-Jewish~~ and he belongs to the ……Mosaic ……..religious community.

## Details on the Assets

**I. Agricultural and forestry assets** (see Instruction no.9),
If, on 27 April 1938, you owned agricultural and forestry assets (leased landed property and the like must be listed only if you owned the inventory serving its management):

| Location of owned or leased holding and its size in hectares? (community—,rural district— and number of house) | Type of owned or leased holding? (e.g. agricultural, forestry, horticultural, vinicultural, fishery holding or enterprise) | Are you the owner or lessee of this holding? | Value of holding RM | For owned holdings: If owned also by others: What was your share ? (e.g. 1/4) |
|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 |
| See Enclosure |  |  | 7,851.37 ~~649.91~~ |  |

**II. Real estate (land, buildings)** (see Instruction no.10)
If, on 27 April 1938, you owned real estate (pieces of land not belonging to the assets as set forth in I. above and III. below):

| Location of the piece of land ? (municipality, street and building number, for building plots also designation in Land Register and cadastre] | Type of piece of land? (.e.g. single-family home, rental apartment land, construction plot) | Value of piece of land RM | If the land was owned also by other What was your share ? (e.g. 1/4) |
|---|---|---|---|
| 1 | 2 | 3 | 4 |
|  |  |  |  |
|  |  |  |  |

[1]) Delete if not applicable.

**List of assets** (Decree of 26 April 38)

 

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM
NYSCEF DOC. NO. 4

INDEX NO. 654836/2022
RECEIVED NYSCEF: 12/14/2022

— 2 —

### III. Business assets  (see Instructions no.11 and 12)

a) If, on 27 April 1938, you owned a business enterprise (see Instruction no.11 ):

| Name of enterprise (company), place of management and type of business (e.g. machinery factory, food store, inn, joinery) | Total value of business after deduction of debts *RM* | If the business was owned also by others: What was your share ? (e.g. 1/4) |
|---|---|---|
| 1 | 2 | 3 |
| | | |
| | | |

*Except for the data entered in columns 1 to 3, specify in detail how the "total value of the business" was calculated in an attachment*

b) If, on 27 April 1938, you held a share in **a partnership, limited partnership or similar company**:

α)What companies were they ?  (Name of business, company, place of management)……………………………….

……………………………………………………………………………………................

ß) What was your share?  …………. What was the value of your share?.........................................……RM

c) If, on 27 April 1938, you owned assets serving to exercise a freelance profession (see Instruction no. 12)

α ) Type of freelance profession ?....……………………………………………….……………...
(e.g. eye doctor, lawyer, architect, painter)

ß) Where was the freelance profession practised?  ..............................................................
(municipality, street, number of building)

γ) What was the value of the net assets dedicated to the freelance profession on 27 April 1938? …...RM
[Attach a list of such assets, broken down specifically by inventory (e.g. instruments, library) and receivables. If you practised the freelance profession together with other individuals, attach a list of the joint assets and indicate the value of your share in them.]

### IV. Other assets, in particular capital assets (see Instructions 13 to 21):

What was the value of other assets you owned on 27 April 1938 (other assets (without deduction of debt), namely,

a) Fixed-interest securities including debt register claims and tangible asset bonds (e.g. bonds or debentures of governments and municipalities, industrial company bonds, mortgage bonds, tax credits etc.),

Securities with dividend yield (e.g. stocks, participation certificates, Reichsbank share certificates, Reichsbahn preferred shares),

Business shares in domestic and foreign companies? (e.g. shares in limited liability companies. - Indicate name of company, place of management)
—— (see Instruction no. 14) ——

| Name of security etc. (if a bank statement is attached which fully shows the details on columns 1 to 3, completion of column 5 is enough, referring to the bank statement] | Interest rate [1] | Nominal value of all holdings in the security etc. indicated in column 1 etc.. | Market value, fair market (sales) value. In percentage or for one share or the like | Value of nominal amount specified in column 3 *R.M* | Notes |
|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 |
| | | | | | |
| | | | | | |
| | | | | | |
| Stamp (Archives of the Republic) | | | | | - - |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

1) to be indicated only for fixed-interest amount, not for stocks, mine share certificates, shares in limited-liability companies

PAGE 27

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 4

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

## Declaration of assets.

*32 437*

This declaration shall be submitted by persons (in case of minors their parents or authorised representatives) who come under the circle of persons covered by Announcement 102 of 26 April 1938 regarding registration of Jewish assets. When completing this declaration, the reporter shall strictly comply with the (overleaf) instructions. In contrast to the registration of assets, **only the last digits** of the respective assets components shall be inserted in the individual sections.

First and last name: ………………Elisabeth Sara Grünbaum, born on 28 April 1898……………………………..

Current address:………………… Vienna XIX; Kaasgraben 15……………………………………………....

| | | To be completed by submitter | | Space for notes of the Dienststelle office |
|---|---|---|---|---|
| | | As at 27April 1938 | As at today | |
| I. | Agricultural and forestry assets | Value in RM | Value in RM | *Stamp: Settled* |
| | | **None** | **None** | Erledigt |
| II. | Real estate (land—buildings) | **RM 7,581,57 In Slovakia!** | **RM 7,851,57** | |
| III. | Business assets | **None** | **None** | |
| IV. | Other assets (cash, deposits, securities, credit balances (see note) | **20,866.** | **RM 4,311.- Sl. K. 6030,70** | Gesperrt durch Devisenmanipulatur |
| V. | Debts and liabilities | **None** | **None** | *Stamp: Blocked by declaration of assets* |
| VI. | Frozen assets | Confiscated, by whom? | Value in RM | Where are the assets located ? |
| | | **Cash + securities blocked by confiscation decree of foreign exchange board, disposition only upon approval by foreign exchange board.** | | |

I assure to have made the above statements to the best of my knowledge. I have not deviated from the overleaf explanation.

Vienna, on… June 1939…………

*Elisabeth Sara Grünbaum*
Unterschrift

Signature

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 4

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

## Explanation on how to complete the declaration of assets.

The reporter shall indicate only his own assets in the declaration. Separate registration shall be submitted for spouses (also non-Jewish) and Jewish children. Assets to be expected from an inheritance or a legacy shall be assessed even if the transfer of property has not yet occurred.

All assets shall be reported as follows:
        a)        as on 27 April 1938
        b)        as on the day of submission.

Jews of German citizenship and stateless Jews shall report their entire domestic and foreign assets.
Jew of foreign citizenship shall report their domestic assets.

Objects exclusively dedicated to the personal use of the reporter shall not be declared, unless they are items of jewellery, art or luxury.

Each component of the assets shall be assessed at the market value on 27 April 1938 and on the date of submission, respectively. Only the respective last digit of the group of assets shall be inserted in the individual column.

Ad I)     Agricultural and forestry assets also include vinicultural assets, horticultural assets and assets devoted to fish farming, aquaculture, inland fishing etc.

Ad II)   This comprises all pieces of land.

Ad III)  This comprises all commercial businesses and the assets serving the practise of a freelance occupation.
        Ad IV)  This comprises all values and goods not covered by the aforementioned groups, including: Securities, shares, capital claims, means of payment, deposits, balances, and insurance claims not fallen due yet (repurchase value), jewellery, art and luxury items, copyrights, patents, inventions, concessions etc.
        Rights of usufruct, annuities, pensions, and salaries shall be indicated in capitalised form. The value of usage limited to a person's lifetime shall be determined by age. The value assumed for an age of



| | | Up to | 15 | y e a r s | 18 | Times the value | | |
|---|---|---|---|---|---|---|---|---|
| Over | 15 | // // | 25 | // | 17 | // | // | // |
| // | 25 | // // | 35 | // | 16 | // | // | // |
| // | 35 | // // | 45 | // | 15 | // | // | // |
| // | 45 | // // | 55 | // | 13 | // | // | // |
| // | 55 | // // | 65 | // | 10 | // | // | // |
| // | 65 | // // | 75 | // | 7 | // | // | // |
| // | 75 | // // | 80 | // | 5 | // | // | // |
| // | 80 | years | | | 3 | // | // | // |

of the value for one year of usage. Perpetual usages shall be stated by 18 times the value, usages and salaries of indefinite duration by nine times the value of their annual value.

Ad V)  To be declared: mortgages, land and loan debts, the capital value of alimonies and other recurring payments to be calculated pursuant to Article IV (2).

Ad VI)  The value of the frozen asset shares shall be declared here. Further, it shall be stated who has frozen the assets and where those assets are located.

Incidentally, the instructions relevant to the completion of the list of assets shall apply to the completion of the declaration by analogy.

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM
NYSCEF DOC. NO. 4

INDEX NO. 654836/2022
RECEIVED NYSCEF: 12/14/2022

L i s t

of assets of Elisabeth Sara Grünbaum, Vienna 19. Kaasgrabengasse 15, as at 30 June 1939

with reference to the registration of assets of 27April 1938 and the notification of change

submitted on the occasion of the first application to the Central Office for Jewish Emigration

(Centralstelle für Jüdische Auswanderung) early in February 1939.

| | | | | |
|---|---|---|---|---|
| 1) | Cash................................................................ | | RM | 2644.- |
| 2 ) | Real estate assets according to registration of | | | |
| | 27April 1938 ...................................................... | | " | 7851,37 |
| 3 ) | Insurance policies, see note. | | | ----- |
| 4) | Furs, carpets etc  ............................................... | | " | 1667. - |
| | | together total | RM | 12162,37 |

The values indicated in 1) and 3) have been secured via the securing order of

the (foreign exchange board) Devisenstelle Vienna No. 58/38/90 of 3 August 1938;

disposition was and is permitted only with the approval of the Devisenstelle.

At the end of May 1938, my husband Franz Friedrich Grünbaum ceded to me

the insurance policies recorded in the registration of assets for repurchase. From the

repurchase value obtained I have settled the prescribed Reich Flight Tax and the Jewish

Property Levy totaling ....    RM 26,050.-

furthermore, I obtained the approval from Devisenstelle Vienna on 3 August 1938 to collect a

monthly sum of RM 600.-



FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM
NYSCEF DOC. NO. 4

INDEX NO. 654836/2022
RECEIVED NYSCEF: 12/14/2022

The Oewag (Phönix 394,448) insurance policy indicated in my registration of assets is of no value today, as no right to repurchase can be claimed.

Moreover, I had to spend a total of around RM 7,000.- for attorney's fees, doctor's fees, ongoing invoices for purchases and costs of preparation for emigration, relocation with the forwarding agent.

Finally, I handed over my jewellery in the amount of RM 2,700.-at the end of March 1939, as requested, but have not received any compensation for it until now.

As rental fee for my real estate in Trnava, Slovakia, the Tatra Bank office of Bratislava credited an amount of sl.K 6030.70 to my account, which I have reported to the main office of Reichsbank in Vienna as requested.

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM
NYSCEF DOC. NO. 4

INDEX NO. 654836/2022
RECEIVED NYSCEF: 12/14/2022



(Stamp: AMENDMENT)

To the

Vermögensverkehrsstelle (Property Transaction Office)

Vienna , I.
Strauchgasse I

Elisabeth Grünbaum

Vienna, IV. Rechte Wienzeile 29

now Vienna 19. Hofzeile27

in her own name and on behalf of

her husband Franz Friedrich Grünbaum

concerning atonement fee



PAGE 32

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 4

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

As provided for by the Announcement of the Reichsstatthalter (Reich's Governor) of 21 November 1938 regarding atonement of the Jews I make the following declaration of assets as at 12 November 1938 for the purpose of listing the fees concerning both of us.

Based on our declaration of assets as at 27 April 1938 our then declared assets have been reduced by the amounts which, within the meaning of Section § 5, have not exceeded the scope of an appropriate standard of living. Our rounded down joint assets amount to RM 44,000.--

( see Enclosure). We apply for amending the fee of RM 8,000.- that is relevant to us as follows.

As we do not have the required cash to pay RM 2,800 on 15 December 1938, we instruct irrevocably, at the same time, Riunione Adriatica di Sicurta, Direc¬torate for Austria, Vienna 1. Tegetthoffstrasse 7, to transfer the amount of RM 8,000 from the repurchase value of our life insurance policy no. 3,058.743/A for approx. 4200 dollars, to the tax office for the IV district of Vienna, account no. 470,017, upon the due date of the repurchase value, that is by around 6 January 1939.

In proof thereof a copy of our letter to Riunione Adriatica di Sicurta, Directorate for Austria, I. Tegetthoffstrasse 7, is enclosed.

*Elisabeth Grünbaum*

3

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM
NYSCEF DOC. NO. 4

INDEX NO. 654836/2022
RECEIVED NYSCEF: 12/14/2022

Vienna, on      December 1938

To

Riunione Adriatica di Sicurta

Directorate for Austria

Vienna, I.

Tegetthofstrasse 7

According to the confirmation which is before me, you have taken over our original policy no. 3,058.743/A for the purpose of repurchase.

l instruct you irrevocably to transfer from the repurchase value, immediately after its due date, that is on 6 January 1939, the amount of RM 8,800 to the tax office for the IV district of Vienna, to account no. 470.017 (Franz Friedrich Grünbaum) for the purpose of payment of our atonement fee.

l request confirmation of the order both to my address and to the tax office for the IV district of Vienna, IV. Kriehubergasse 26.




PAGE 34

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 4

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

Statement of assets - as at 12 November 1938

Franz Friedrich Grünbaum,   formerly Vienna IV. Rechte Wienzeile 29
                                     now Buchenwalde

| | | |
|---|---|---|
| Oe. Kreditanstalt-Wiener Bankverein IV. linke Wienzeile …………….. | RM | 3706.91 |
| 7 pcs. Austr. construction shares at S 7.52 each … | " | 33. - |
| Pictures and graphics  …………………………… | " | 5791. - |
| Jewellery ………………………………………… | " | 750. - |
| Books   ………………………………………… | " | 720. - |
| | RM | 11,000.91 |

Elisabeth Grünbaum, currently Wien,19.Hofzeile
                                  No. 27

| | | |
|---|---|---|
| Riunione Adriatica di Sicurta, Versiche-rungsgesellschaft , Vienna I., Tegetthoffstr.7 | RM | 21835.50 |
| Victoria zu Berlin, Lebensversicherungs-gesellschaft, Vienna I., Schottengasse 10… | " | 133.- |
| Silver in the amount of…………………… | " | 680.- |
| Jewellery  "   "   "   ………..………… | " | 2700.- |
| Carpets        "   "   ………..………… | " | 607.- |
| Furs            "   "   ………..………… | " | 230.- |
| Fields owned in Czechoslovakia (Reich Flight Taxnot payable on them) …. | " | 7851.- |
| | RM | 34036.50 |
| less interest to Victoria ………………….. | " | 144.- |
| | RM | 33892.50 |

The Oevag policy no.394.448 we own is of no value at the moment.

Therefore overall assets of:        RM     11,000.-
                                            + "     33,892.-
                                    in sum RM     44,892.-



Resulting assessment basis of atonement fee        RM     44.000.-



FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 4

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

Vienna, 15 July 1938

To the

Vermögensverkehrsstelle (Property Transaction Office)

Vienna , I.
Strauchgasse I

I herewith submit the following

Notice of amendment

regarding my list of Jewish assets.

At the end of May 1938, my husband Franz Friedrich Grünbaum ceded to me the below policies of Riunione Adriatica according to their letter to me dated 8 July 1938 stating the assessment (as on 27 April 1938).

Policy numbers                     358.742/743/a
                                   358.252/253/a

Each of the aforementioned policies has a repurchase value of 4312. 20 dollars, in total 17250 dollars, at RM 2,489 - RM 42,935.25. Same applies to the policy of Viktoria T 1285140, which had a repurchase value of 933.20 dollars - RM 2322.73 on 27 April.

(Signed: Elisabeth Grünbaum)

Vienna IV., Rechte Wienzeile 29.



FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM
NYSCEF DOC. NO. 4

INDEX NO. 654836/2022
RECEIVED NYSCEF: 12/14/2022

*Stamp: Tax Office Wieden - Margareten*
*Vienna V., Kriehubergasse 24 - 26 Property Transaction Office*

Vienna
I., Strauchgasse 1

(Grünbaum Elisabeth)

Re: III Jd . 29/38 g.

(Stamp 14 Dec. 1938)

Due to Section 7 of the Decree of the Registration of Jewish Assets of 26 April 38 (Reich Law Gazette I p. 414) I request you, by authorisation of the Commissioner for the Four-year-Plan, regarding registration of your assets*

Stamp:
Archiv of th Republic

**12**

---

*) Translator's remark: Text ends here, no further translation possible

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 4

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022



PAGE 38

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM
NYSCEF DOC. NO. 4

INDEX NO. 654836/2022
RECEIVED NYSCEF: 12/14/2022

B I

34662

Enclosure to the List of Jewish Assets of Elisabeth

Grünbaum, Vienna IV., Rechte Wienzeile 29.

---------------------------------------------------------------------------------------------------------------------------

Ad 1: Agricultural and forestry assets.

I inherited agricultural land, which is assessed, according to the Estate Inventory Z 13683/1935,9/VII, of the Regional Financial Authority in Bratislava, as follows:

A/  I am the owner of 1/10 of no. EZ 1820 from the land register of the cadastre of Trnva (Czechoslovakia). The common property consists of:

| Plot number | | | | | |
|---|---|---|---|---|---|
| 1620 | with cadastral space of 7 cad. yokes, 1026 fathoms | | | | |
| 1891/2,Ha l, A 37, m2 10 | | | | | |
| 1891/1,Ha 2, A 62,m2 41 | | | | | |
| 1891/19 | m2 4 | | | | |
| 1618 | 16 " " | 196 " | | | |

B/     Furthermore I am sole owner of no. EZ 3097 from the land register of the cadastre of Trnava, that is: .

| Plot number | 1645/ with cadastral space of | 7 A 06. (translator's note: rest illegible) |
|---|---|---|
| 1658, | 3 cad. yokes, | 289 fathoms |
| 1890, | 7 " " | 556 " |
| 1890/2 | 3 " " | 1078 " |

My 1/10 imaginary share in A/ and my sole share from B./ total approx. 18 3/4 cad. yokes at
                                        KC 4750 =  Kc 89062,50
Furthermore, I am sole owner of 1/20 of the Mayerhof consisting of no. EZ 842,44 and 45 of the aforementioned land register, said share being assessed at        KC  1600.-
                                        altogether thus  Kc 90662,50

At an exchange rate of RM 8.66 for KC 100.- this equates to an amount of      **RM  7851.37**

B  Ad IV.c. details:
Savings book 8035 Creditanstalt Wienzeile                          RM  1376.--
Savings book 3252    "     Kärntnerstrasse                              1300.--
Account balance Tatrabank Bratislava:
Own account                              KC  2258.75
Share in joint account                         684.--
Properly registered on 14 April 38:            "  2942.75
at RM 8.66                                            342.--
Cash approx                                          300.--
                                                  **RM  3 318.---**

B  Ad IV.g. details
Silver 17 kg at RM 40.- each                          RM  680.—
Jewellery                                            "  2700.-
Gold items                                           "  150.--
Carpets etc                                          "  607.--
Furs                                                 "  230.--
                    Sum total                        "  4367.--



PAGE

14

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 4

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022



(Stamp: Reviewed 27 Jan. 1939)

## Declaration of assets.

This declaration shall be submitted by persons (in case of minors their parents or authorised representatives) who come under the circle of persons covered by Announcement 102 of 26 April 1938 regarding registration of Jewish assets. When completing this declaration, the reporter shall strictly comply with the (overleaf) instructions. In contrast to the registration of assets, **only the last digits** of the respective assets components shall be inserted in the individual sections.

First and last name: ………………Elisabeth Sara Grünbaum, born on 28 April 1898……………………………..

Current address:………………… Vienna XIX; Kaasgraben 15……………………………………………....

| | | To be completed by submitter | | Space for notes of the Dienststelle office |
|---|---|---|---|---|
| | | As at 27April 1938 | As at today | (see note) |
| I. | Agricultural and forestry assets | Value in RM **None** | Value in RM **None** | |
| II. | Real estate (land—buildings) | **RM 7,581,57** | **RM 7,851,57** | |
| III. | Business assets | **None** | **None** | |
| IV. | Other assets (cash, deposits, securities, credit balances (see note) | **RM 13,315.-.** | **RM 11,227.-** **KC 600.- at Tetrabank, Bratislava, notified to Reichsbank** | |
| V. | Debts and liabilities | **None** | **None at the moment, see Enclosure** | stamp: Registration of Assets |
| VI. | Frozen assets | Confiscated, by whom? | Value in RM | Where are the assets located ? |
| | | The assets indicated in IV secured by the Devisenstelle (Foreign Exchange Board) | | |

I assure to have made the above statements to the best of my knowledge. I have not deviated from the overleaf explanation.

Vienna, on …….27 January 1939 …………

*Elisabeth Grünbaum*

Unterschrift.

Signature

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM
NYSCEF DOC. NO. 4

INDEX NO. 654836/2022
RECEIVED NYSCEF: 12/14/2022



(Stamp: Support Office GILDEMEESTER)

## Explanation on how to complete the declaration of assets.

The reporter shall indicate only his own assets in the declaration. Separate registration shall be submitted for spouses (also non-Jewish) and Jewish children. Assets to be expected from an inheritance or a legacy shall be assessed even if the transfer of property has not yet occurred.

All assets shall be reported as follows:

    a)    as on 27 April 1938

    b)    as on the day of submission.

Jews of German citizenship and stateless Jews shall report their entire domestic and foreign assets.

Jew of foreign citizenship shall report their domestic assets.

Objects exclusively dedicated to the personal use of the reporter shall not be declared, unless they are items of jewellery, art or luxury.

Each component of the assets shall be assessed at the market value on 27 April 1938 and on the date of submission, respectively. Only the respective last digit of the group of assets shall be inserted in the individual column.

Ad I)    Agricultural and forestry assets also include vinicultural assets, horticultural assets and assets devoted to fish farming, aquaculture, inland fishing etc.

Ad II)    This comprises all pieces of land.

Ad III)    This comprises all commercial businesses and the assets serving the practise of a freelance occupation.

    Ad IV)  This comprises all values and goods not covered by the aforementioned groups, including: Securities, shares, capital claims, means of payment, deposits, balances, and insurance claims not fallen due yet (repurchase value), jewellery, art and luxury items, copyrights, patents, inventions, concessions etc.

    Rights of usufruct, annuities, pensions, and salaries shall be indicated in capitalised form. The value of usage limited to a person's lifetime shall be determined by age. The value assumed for an age of

| | | Up to | 15 | years | 18 | Times the value |
|---|---|---|---|---|---|---|
| Over | 15 | // // | 25 | // | 17 | // // // |
| // | 25 | // // | 35 | // | 16 | // // // |
| // | 35 | // // | 45 | // | 15 | // // // |
| // | 45 | // // | 55 | // | 13 | // // // |
| // | 55 | // // | 65 | // | 10 | // // // |
| // | 65 | // // | 75 | // | 7 | // // // |
| // | 75 | // // | 80 | // | 5 | // // // |
| // | 80 | years | | | 3 | // // // |

of the value for one year of usage. Perpetual usages shall be stated by 18 times the value, usages and salaries of indefinite duration by nine times the value of their annual value.

Ad V)    To be declared: mortgages, land and loan debts, the capital value of alimonies and other recurring payments to be calculated pursuant to Article IV (2).

Ad VI)    The value of the frozen asset shares shall be declared here. Further, it shall be stated who has frozen the assets and where those assets are located.

Incidentally, the instructions relevant to the completion of the list of assets shall apply to the completion of the declaration by a nalogy.

PAGE 41

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 4

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

L I S T   O F   A S S E T S

of

Elisabeth G r ü n baum, XIX., Hofzeile 27

as  at  30 January 1939


| | | |
|---|---|---|
| I. Cash | RM. | 6,860. -- |
| II. Real estate acc. to registration | " | 7,851.37 |
| III. Insurance policies, see Note. | | |
| IV. Furs, silver, carpets, jewellery | " | 4,367. -- |
| Total | RM. | 19,078.37 |


The values specified for I. and III. have been secured, according to the securing order of the Vienna Devisenstelle (Foreign Exchange Board), 858/38-90 of 3 August 1938; disposition on them is permitted only as approved by the Devisenstelle.-

At the end of May 1938, my husband Franz Friedrich Grünbaum ceded to me the insurance policies recorded in the registration of assets for repurchase. From the repurchase value obtained I have settled the prescribed Reich Flight Tax and the Jewish Property Levy totalling                                                  RM 26,050.-;

Furthermore, I obtained the approval from Devisenstelle Vienna on 3 August 1938 to collect a monthly sum of RM 600.-. The Oewag (Phönix 394,448) insurance policies indicated in my declaration of assets are of no value today, as no right to repurchase can be claimed.

Moreover, I will have to spend a total of around RM 6,500.- for attorney's fees, doctor's fees, ongoing invoices etc. for furnishing and emigration costs for my husband and myself.


Stamp
Archive of the Republic

(Stamp: Reviewed 27 Jan. 1939)

## Declaration of assets.

This declaration shall be submitted by persons (in case of minors their parents or authorised representatives) who come under the circle of persons covered by Announcement 102 of 26 April 1938 regarding registration of Jewish assets. When completing this declaration, the reporter shall strictly comply with the (overleaf) instructions. In contrast to the registration of assets, **only the last digits** of the respective assets components shall be inserted in the individual sections.

First and last name: …………… Grünbaum Franz Friedrich…, …born on 7 April 1880……………………......

Current address:………………… Buchenwald concentration camp, block 17……………………….………......

| | | To be completed by submitter | | Space for notes of the Dienststelle office |
|---|---|---|---|---|
| | | As at 27April 1938 | As at today | |
| I. | Agricultural and forestry assets | Value in RM **None** | Value in RM **None** | (see note) |
| II. | Real estate (land—buildings) | **None** | **None** | |
| III. | Business assets | **None** | **None** | |
| IV. | Other assets (cash, deposits, securities, credit balances (see note) | **RM 53,545.17** | **RM 11,273.-** | |
| V. | Debts and liabilities | **None** | **None** | Stamp: Registration of Assets |
| VI. | Frozen assets | Confiscated, by whom? | Value in RM | Where are the assets located ? |
| | | Devisenstelle (Foreign Exchange Board) acc. to its securing order 858/38/90 of 15 July 1938 | | |

I assure to have made the above statements to the best of my knowledge. I have not deviated from the overleaf explanation.

Vienna, …….on 27 January 1939 …………

*Franz Friedr. Grünbaum*

Unterschrift.

*J. V. Elisabeth Grünbaum*

pp Elisabeth Grünbaum (Signature)

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 4

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

HILFSBÜRO
GILDEMEESTER
Auswanderungshilfsstelle
Erläuterung zur Ausfertigung des Vermögensbekenntnisses.

(Stamp: Support Office GILDEMEESTER)

## Explanation on how to complete the declaration of assets.

The reporter shall indicate only his own assets in the declaration. Separate registration shall be submitted for spouses (also non-Jewish) and Jewish children. Assets to be expected from an inheritance or a legacy shall be assessed even if the transfer of property has not yet occurred.

All assets shall be reported as follows:

    a)    as on 27 April 1938
    b)    as on the day of submission.

Jews of German citizenship and stateless Jews shall report their entire domestic and foreign assets.

Jew of foreign citizenship shall report their domestic assets.

Objects exclusively dedicated to the personal use of the reporter shall not be declared, unless they are items of jewellery, art or luxury.

Each component of the assets shall be assessed at the market value on 27 April 1938 and on the date of submission, respectively. Only the respective last digit of the group of assets shall be inserted in the individual column.

Ad I)    Agricultural and forestry assets also include vinicultural assets, horticultural assets and assets devoted to fish farming, aquaculture, inland fishing etc.

Ad II)    This comprises all pieces of land.

Ad III)    This comprises all commercial businesses and the assets serving the practise of a freelance occupation.
    Ad IV)  This comprises all values and goods not covered by the aforementioned groups, including: Securities, shares, capital claims, means of payment, deposits, balances, and insurance claims not fallen due yet (repurchase value), jewellery, art and luxury items, copyrights, patents, inventions, concessions etc.
    Rights of usufruct, annuities, pensions, and salaries shall be indicated in capitalised form. The value of usage limited to a person's lifetime shall be determined by age. The value assumed for an age of

|  |  | Up to | 15 | y e a r s | 18 | Times the value |  |  |
|---|---|---|---|---|---|---|---|---|
| Over | 15 | // // | 25 | // | 17 | // | // | // |
| // | 25 | // // | 35 | // | 16 | // | // | // |
| // | 35 | // // | 45 | // | 15 | // | // | // |
| // | 45 | // // | 55 | // | 13 | // | // | // |
| // | 55 | // // | 65 | // | 10 | // | // | // |
| // | 65 | // // | 75 | // | 7 | // | // | // |
| // | 75 | // // | 80 | // | 5 | // | // | // |
| // | 80 | years |  |  | 3 | // | // | // |

of the value for one year of usage. Perpetual usages shall be stated by 18 times the value, usages and salaries of indefinite duration by nine times the value of their annual value.

Ad V)    To be declared: mortgages, land and loan debts, the capital value of alimonies and other recurring payments to be calculated pursuant to Article IV (2).

Ad VI)    The value of the frozen asset shares shall be declared here. Further, it shall be stated who has frozen the assets and where those assets are located.

Incidentally, the instructions relevant to the completion of the list of assets shall apply to the completion of the declaration by analogy.

PAGE 44

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 4

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

L I S T   O F   A S S E T S

of

Franz Friedrich Grünb a u m, currently concentration camp of

Buchenwald near Weimar,

as at 25 January 1939 :

| | |
|---|---|
| I. Cash | RM. 3,725.-- |
| II.Bank deposits, Creditanstalt, Wiener Bankverein VI. Linke Wienzeile | "     254.-- |
| III.     Securities: 7 Austrian constr. stocks | 33.-- |
| IV.     Pictures and graphics | "   5,791.-- |
| V.     Jewellery | 750.-- |
| VI.  Books | 720.-- |
| Sum total | Rm.11,273.- |

The difference between the above sum total and the registration of assets as at 27 April 1938 appears to be justified due to payment of the Reich Flight Tax amounting to

Rm.  17,250.--,

and of the Jewish Property Levy of           "     8,800.--,

for myself and my wife Elisabeth Grünbaum. Moreover, I have ceded the two insurance policies of Riunione Adriatica und Victoria included in the registration of assets to my wife, which was notified to the Vermögensverkehrsstel¬le (Property Transaction Office) on 15 July 1938.-

The assets referred to in I. to III. have been secured according to the Securing Order of the Devisenstelle (Property Transaction Office) Vienna 858/38-90 of 3 August 1938; disposition of these assets is subject to the approval by the Devisenstelle.-



2D

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 4

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

Before completing the list of assets, read the attached instructions carefully!

**Please note:**

1. **Who must submit the list of assets?** Each individual subject to registration, i.e. each spouse and each child individually. For each minor child, the list of assets must be submitted by the holder of parental authority or the legal guardian.

2. **Until which date must the list of assets be submitted?** Until 30 June 1938. Whoever is subject to registration and assessment but does not, or not in good time, meet the duty of registration and assessment, is subject to severe punishment (fine, prison, penitentiary, confiscation of assets).

3. **How must the list of assets be completed?** All questions must be answered. Delete if not applicable.
If the space provided for completing the list of assets is insufficient, the required details must be added in an enclosure.

4. If in doubt of whether to insert these or other figures in the list of assets, the assets must be inserted

### LIST OF JEWISH ASSETS
as at 27 April 1938

of …………………Grünbaum Elisabeth………………….., , …independent ……………………………………...
 (first and last name)                                             (occupation or trade)

residing at ……Wien IV., Rechte Wienzeile……., ………………    ………..street,square, no. ….29………….
        (Residence or habitual abode)

## Personal details

I was born on ….29 April 1898…..

I am Jewish (§ 5 of Erste Verordnung/First Decree on the Reichsbürgergesetz/Reich Citizenship Act) of 14 November 1935, German Reich Law Gazette I, p. 1333)
and - of German[1]—             — citizenship[1]— stateless[1]
As I am — Jewish of German citizenship[1] - stateless Jew — I have listed and assessed in the below list of assets my entire domestic and foreign assets[1].

I am married to ………Franz Friedrich Grünbaum…………… born on………………………………....................
                               (wife's maiden name)
My husband's race is — Jewish[1] — non-Jewish and he belongs to the ……Mosaic ……..religious community.

## Details on the Assets

**I. Agricultural and forestry assets**  (see Instruction no.9),
If, on 27 April 1938, you owned agricultural and forestry assets (leased landed property and the like must be listed only if you owned the inventory serving its management):

| Location of owned or leased holding and its size in hectare (community—,rural district— and number of house) | Type of owned or leased holding? (e.g. agricultural, forestry, horticultural, vinicultural, fishery holding or enterprise) | Are you the owner or lessee of this holding? | Value of holding RM | For owned holdings: If owned also by others: What was your share ? (e.g. 1/4) |
|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 |
|  |  |  |  |  |

**II. Real estate (land, buildings)**  (see Instruction no.10)
If, on 27 April 1938, you owned real estate (pieces of land not belonging to the assets as set forth in I. above and III. below):

| Location of the piece of land ? (municipality, street and building number, for building plots also designation in Land Register and cadastre] | Type of piece of land? (.e.g. single-family home, rental apartment land, construction plot) | Value of piece of land RM | If the land was owned also by other What was your share ? (e.g. 1/4) |
|---|---|---|---|
| 1 | 2 | 3 | 4 |
| See Enclosure |  | RM 7,851.37 | 1/1 |
|  |  |  |  |

ᵇ) Delete if not applicable.

**List of assets** (Decree of 26 April 38)





FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM
NYSCEF DOC. NO. 4

INDEX NO. 654836/2022
RECEIVED NYSCEF: 12/14/2022

—2—

**III. Business assets** <small>(see Instructions no.11 and 12)</small>
   a)   If, on 27 April 1938, you owned a business enterprise <small>(see Instruction no.11)</small>:

| Name of enterprise (company), place of management and type of business<br>(e.g. machinery factory, food store, inn, joinery) | Total value of business after deduction of debts<br>*RM* | If the business was owned also by others:<br>What was your share ?<br>(e.g. 1/4) |
|---|---|---|
| 1 | 2 | 3 |

*Except for the data entered in columns 1 to 3, specify in detail how the "total value of the business" was calculated in an attachment*

b) If, on 27 April 1938, you held a share in **a partnership, limited partnership or similar company**:
   α)What companies were they ?  (Name of business, company, place of management)……………………………
   ……………………………………………………………………………………………..............
   ß) What was your share?  …………. What was the value of your share?.........................................……RM

c) If, on 27 April 1938, you owned assets serving to exercise a freelance profession (see Instruction no. 12)
   α ) Type of freelance profession ?....……………………………………………………………………...
   <small>(e.g. eye doctor, lawyer, architect, painter)</small>
   ß) Where was the freelance profession practised?   ......................................................................
   <small>(municipality, street, number of building)</small>
   y) What was the value of the net assets dedicated to the freelance profession on 27 April 1938? …....RM
   [Attach a list of such assets, broken down specifically by inventory (e.g. instruments, library) and receivables. If you practised the freelance profession together with other individuals, attach a list of the joint assets and indicate the value of your share in them.]

**IV. Other assets, in particular capital assets** <small>(see Instructions no. 13 to 21)</small>:
   What was the value of other assets you owned on 27 April 1938 (other assets (without deduction of debt), namely,
a) Fixed-interest securities including debt register claims and tangible asset bonds (e.g. bonds or debentures of governments and municipalities, industrial company bonds, mortgage bonds, tax credits etc.),

   Securities with dividend yield (e.g. stocks, participation certificates, Reichsbank share certificates, Reichsbahn preferred shares),

   Business shares in domestic and foreign companies? (e.g. shares in limited liability companies. - Indicate name of company, place of management)
   —— (see Instruction no. 14) ——

| Name of security etc.<br>*(if a bank statement is attached which fully shows the details on columns 1 to 3, completion of column 3 is enough, referring to the bank statement)* | Interest rate [1] | Nominal value of all holdings in the security etc. indicated in column 1 etc.. | Market value, fair market (sales) value<br>....................<br>In percentage or for one share or the like | Value of nominal amount specified in column 3<br>RM | Notes |
|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  | - - |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  | Stamp (Archives of the Republic) |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

1) to be indicated only for fixed-interest amount, not for stocks, mine share certificates, shares in limited-liability companies



FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM
NYSCEF DOC. NO. 4

INDEX NO. 654836/2022
RECEIVED NYSCEF: 12/14/2022

—3—

b) Fixed-interest and non-interest bearing capital claims of any kind towards nationals and foreigners? (e.g. mortgages, receivables from mortgages and land charge claims, loans, deposits as silent partner, such claims to salaries, interest and similar amounts, already due on 27 April 1938, but not yet paid (redemption funds accrued to the benefit of the taxable person and the like) — see Instruction no. 15 —
*(Savings deposits, bank deposits, postal cheque deposits and other current deposits not to be inserted here but in c.)*

| Type of claim (e.g. mortgage, loan) | Name and address of debtor | Nominal amount of claim | Interest rate [1] | Contract term until [2] | Remarks (e.g. on conversion of foreign currency) |
|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

c) Means of payment, savings deposits, bank deposits, post cheque deposits, and other current
Balances (see Instruction no.16)......................acc. to Enclosure............................3,318.- RM
*Amounts in foreign currencies to be itemised in an enclosure, if required.*

d) Business credits at purchasing and trading cooperatives? (see Instruction no. 17)....................                    RM
Name of cooperative, place of management ……………………………………………...

e) Claims not yet due from life, capital and pension insurance, to be calculated at 2/3 of paid up premiums or capital amounts or repurchase value (see Instruction no. 18)
Name of insurance company:…. Ass. Generali and Phönix...................................................................    30,-
No. of insurance policy:  ………601.622……..394.448…………………………………………    5.600,--

f) Life estates, rights of usufruct and other pension rights? (see Instruction no. 19): What was the value of one-year usage?.............RM. Since when have you been entitled to the usages?
Since         19..... Until when are entitled to the usages? Until         19....
(If the right expires upon a person's death, the day, month and year of birth of such person must also be indicated.)
What was the capital value of the right?...................................................................................RM

g) Objects of precious metal, jewellery and luxury items and collections? (see Instruction no. 20)........4.367,-- RM

h) Precious metals, precious stones and pearls? .........................................................................RM

i) "Other assets" not covered by a) to h)?" (see Instruction no. 21)......................................................
(e.g. copyrights, proprietary and non-proprietary inventions, trade licences not exercised by the licence holder.)

Type of objects and calculation of their value to be specified here………………………………
…………………………………………………………………………………………………..
…………………………………………………………………………………………………..
…………………………………………………………………………………………………..
…………………………………………………………………………………………………..
…………………………………………………………………………………………………..

1) Including agreed contribution to administrative expenses - 2) For fixed-term mortgages, insert the earliest date when repurchase can be claimed, for terminat ion mortgages (no fixed term) the period of termination must be indicated        Stamp: Archive of the Republic

23

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM
NYSCEF DOC. NO. 4

INDEX NO. 654836/2022
RECEIVED NYSCEF: 12/14/2022

— 4 —

<u>V. Deductions except if concerning business assets (Section III)</u>

(debts and liabilities may be deducted only to the extent that they existed already at the beginning of 27 April 1938. They must be entered by item below.)

a) Debts (see Instruction no. 22):

| Type of debt (e.g. mortgage, loan debts) | Name and address of creditor | Nominal amount of debt | Interest rate 1) | Contract term until 2) | Remarks (e.g. on conversion of foreign currency) |
|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

b)  Payments for life estates, rights of usufruct and other pensions? (see Instruction no.23): What is the value of the one-year payment?................................RM. Since when must the payments be made? Since 19...........
Until when must the payments be made? (If payments must be made until a person's death, the day, month and year of birth of such person must be indicated.). Until        19…...    What was the capital value of the payment.................RM..

VI. Remarks:

………………………………………………………………………………………………………
………………………………………………………………………………………………………
………………………………………………………………………………………………………
………………………………………………………………………………………………………
………………………………………………………………………………………………………
………………………………………………………………………………………………………

I assure to have made the above statements to the best of my knowledge, in particular to have fully reported the assets in this list of assets. Insofar as values are indicated in this list of assets, I have not deviated from the Instructions attached to the printed form of this list of assets.

…………………….,………………………… 1938

…………………………………………………………………………………………
(Signature of the person subject to reporting or of the person subject to submit the registration of assets instead of him or her)

**<u>Lists of assets without signature are considered not to have been submitted</u>**



1) Including agreed contribution to administrative expenses - 2) For fixed-term mortgages, insert the earliest date when repurchase can be claimed, for termination mortgages (no fixed term) the period of termination must be indicated.




PAGE 49

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM    INDEX NO. 654836/2022

NYSCEF DOC. NO. 5    RECEIVED NYSCEF: 12/14/2022

# EXHIBIT D

FILED: NEW YORK COUNTY CLERK 12/16/2022 08:22 PM

NYSCEF DOC. NO. 5

INDEX NO. 654898/2022

RECEIVED NYSCEF: 12/16/2022

10 A 26/02 i /24

# EINANTWORTUNGSURKUNDE

Der Nachlaß des am 14.1.1941 ohne Hinterlassung einer letztwilligen Anordnung ver-
storbenen, zuletzt in 1040 Wien, Rechte Wienzeile 29 wohnhaft gewesenen **Friedrich
GRÜNBAUM, geboren am 7.4.1880** wird den nachbenannten Erben deren aufgrund des
Gesetzes abgegebene **unbedingte Erbserklärung** zu Gericht angenommen wurde, wie
folgt eingeantwortet:

x) Franz

a)   Milos **VAVRA**, geb. 2.10.1941, Perucka 13/61, Praha 2, Tschechische Republik,
     zu                                                                      **1/2**

b)   Leon **FISCHER**, geb. 23.8.1941, 205 East 77 th Street, New york 10021, USA,
     zu
                                                                             **1/2**

Bezirksgericht Innere Stadt Wien
1011 Wien, Riemergasse 4
Abt. 1, am

1 4. AUG. 2002

Wilhelm Geistler
Rechtspfleger
Für die Richtigkeit der Ausfertigung
der Leiter der Geschäftsabteilung:

x)  amtlich berichtigt bzw.
    ergänzt lt. B. v. 12.9.2002,
    10 A 26/02 i - 26

Bezirksgericht Innere Stadt Wien
 1011 Wien, Riemergasse 4
  Abt. 10, am 12.9.2002

Margrit Pichler
Rechtspflegerin
Für die Richtigkeit der Ausfertigung
der Leiter der Geschäftsabteilung:

Diese Ausfertigung ist vollstreckbar
und rechtskräftig seit 31. 10. 2002
Bezirksgericht Innere Stadt Wien
1011 Wien, Riemergasse 4
Abt. 1 , am 31. 10. 2002

Margrit Pichler
Rechtspflegerin
Für die Richtigkeit der Ausfertigung
der Leiter der Geschäftsabteilung:

PAGE 1

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM
NYSCEF DOC. NO. 5

INDEX NO. 654836/2022
RECEIVED NYSCEF: 12/14/2022



SEIT 1840

# HOERNER BANK

A K T I E N G E S E L L S C H A F T

---

**TRANSLATION OF AN AUSTRIAN DOCUMENT**

---

**10 A 26/02 i**

### CERTIFICATE OF HEIRSHIP

The estate of **Friedrich GRÜNBAUM, born on April 7, 1880**, deceased on January 14,

**x) Franz**

1941 without leaving a Last Will and Testament, having last resided at 1040 Vienna, Rechte Wienzeile 29, was devolved as follows to the heirs specified below, whose **unconditional declaration of acceptance of inheritance** made in accordance with the law was accepted by the court:

a) Milos **VAVRA**, born on October 2, 1941, Perucka 13/61, Praha 2, Czech Republic

   taking a       **½ share**

b) Leon **FISCHER**, born on August 23, 1941, 205 East 77th Street, New York 10021, USA,

   taking a       **½ share**.

   *Stamp:* District Court Innere Stadt Vienna
      1011 Vienna, Riemergasse 4
      Dept. 1, dated (*illegible figures*) 2002

     *Stamp:* Wilhelm Geistler
      Law Officer
      For correctness of the copy
      Head of Department: (*illegible signature*)

**x) officially corrected and amended according to decision of September 12, 2002,
10 A 26/02 i – 26**

**District Court Innere Stadt Vienna
1011 Vienna, Riemergasse 4
Dept. 10, dated September 12, 2002**

   *Stamp:* Margrit Pichler
     Law Officer
     For correctness of the copy
     Head of Department (*s: Pichler*)

<span style="color:red">PAGE 2</span>

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM    INDEX NO. 654836/2022

NYSCEF DOC. NO. 5    RECEIVED NYSCEF: 12/14/2022

… / 2

*Stamp:*     This exemplified copy is effective since October 31, 2002.

District Court Innere Stadt Vienna
1011 Vienna, Riemergasse 4

Dept. 1, dated October 31, 2002

*Stamp:* Margrit Pichler
Law Officer
For correctness of the copy
Head of Department (*s: Pichler*)

Translation Made and Confirmed by:
Hoerner Bank Aktiengesellschaft

Thomas Meyer
November 05, 2014 ( Me/Kr )

PAGE 3

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM    INDEX NO. 654836/2022
NYSCEF DOC. NO. 6                                    RECEIVED NYSCEF: 12/14/2022

# EXHIBIT E

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 6

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

# E G O N   S C H I E L E   †

## K A T A L O G   Z U R   A U S S T E L L U N G

### DEZEMBER - JÄNNER

1925          1926

## K U N S T H A N D L U N G   W Ü R T H L E

## WIEN I. WEIHBURGGASSE 9

Def. Ex. N 4

D&M 01260

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 6

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022



D&M 01261

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 6

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022



Objekt, indem sie das Objekt von dem sich in ihm bildenden Vorstellungendurchkünstlerische Gestaltung befreit. So stellt die Kunst am Anfang wie am Ende einer jeden Religion. Gebilde, die sie verklärt und erloben hatte, entsteigt sie bändehnd zu Figuren eines bloßen Spieles, bis sie selbe völlig entheiligt der Vernichtung anheimfallen, zu Masken werden. Die gottlose Kunst des naturalistischen Zeit der wissenschaftlichen Methoden der technischen und exp schungen bei der Hervorbringung von Kunstwerken bedi fand sich aber in ihren Erwartungen betrogen, weil das neuen Wege zustande brachte, kein gewachsener Organism konstruiertes Gemächte war. Die einen resignierten bei diese im Abstrakten empfanden Verlangen nach verlorener Geistig diese im Unsinnliche, Übersinnliche zu gestalten Picasso irrt tümlich, wenn er glaubt, daß er sich lediglich geistreichen wie launichen Witz mit seinen Zunftgenossen

chselheben und Räuspern abgeflucht — ich aber laße euch und herra stillschw un jungen Künstlern eben Geburenzen, das sich mackt und bloß in die Welt gestoßen fühlt, behutsam zu hegen, und damit immer wieder Ärgernis zu rregen bei jenen, die dies für unvernünftig, nutzlos oder gar schädlich erachten. Aber taugt diese Feststellung Ihnen als Vorwort? Oder sind Sie der Ansicht, daß ich besser davon reden soll, daß der Kunst, gleich wie der Liebe und dem Haß, ein Objekt, ein Gegenstand unentbehrlich ist? — Beider Tätig eit hürt dort auf, wo sie ein Objekt ausgenossen hat und gelangt überhaupt nicht zur Funktion, wenn ihr der Gegenstand fehlt. Darum hat der im Menschen verkörperte Weltengeist das Ideal erschaffen und der Kunst damit in Objekt gegeben, das unendlich ist. In Zeiten, in denen die Kunst ihre ganze Kraft zu entfalten vermag, entsteht aus ihr eine Religion. Denn niemals kann die Philosophie, als eine Verstandeskraft, wie behauptet wurde, aus ihren bildlosen Ideen eine anschauliche Gestalt gebären; über die Fülle schöpferischer Kräfte, welchen dies möglich ist, verfügt nur die Kunst. Sie trägt Licht in das Dunkel und erlöst das



D&M 01263

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM
NYSCEF DOC. NO. 6

INDEX NO. 654836/2022
RECEIVED NYSCEF: 12/14/2022

nen Beruf so treibe wie sie ihr Geschäft. Er herumzliegt sie, wenn es ist; denn sie sind Bourgeois und ganz und gar normal, wir sie in Genugtuung immer wieder betonen. Der normale bürgerliche Mensch kümmert jedoch den Künstler wenig, weil er sich unterhält nicht mehr noch überall wieder finden läßt. Der Künstler will sich aber unterschätzen Schiele war ein Differenzierter. Seine Malereien sind die sinnvollen festationen geschichtsinnlich nervöser Empfindungen, empfindlichär in nen. Sie entstanden aus schöpferischem Trieb, und Drang, ohne ohne Verbitterung, völlig hoffnungslos und gefallen darum nur Menschen, deren sinnliches Erleben, sinnlebenhaver und vorh Lebensaugenblicke und deren künstlerisch vollzogener Überzeugung Diese Wertewaren es, die seinen Arbeiten im Auslande zum unbestrittener verhalfen, einer rasch aufblühenden Berühmtheit, die schließlich die Sezession moralisch dazu zwang, dem jungen Künstler den großen Hm ihres Hauses für eine repräsentative Kollektivausstellung einzuräumen Ausstellung würde, wenn das Schicksal den Siegesbrrer nicht allzu einen Totenkranz verwandelt hätte, für Schiele die Bedeutung einer] wende gehabt haben, denn sie brachte ihm nun endlich au der Heimat den lang entbehrten widerspruchslosen Erfolg, Erfolg, der in den Jahren, die seit des Künstlers Ableben verflossen zum weltläufigen Ruhm gedieh. Ich sage nur dies und einen guten

ARTHUR ROESSL

doch noch etwas anderes, und zwar Bedeutsameres, wozu er den äußeren Anstoß gab. Er verhalf einer tief innerlichen Sehnsucht zum Ausbruch, nur war es eine Sackgasse, in die er das Tor öffnete. Der Witz, zu dem er heute — wer weiß, warum! — seine Erfindung des Kubismus reduziert, war nicht so sehr sein Witz als der Witz unbegreiflicher geistiger Mächte, die schicksalhaft über das Menschengeschlecht bestimmen. Schiele hatte sich von keinerlei Schlagworten betören und von keinerlei Theorien in das „Abstrakte" hineinlocken lassen. Er verzichtete nicht auf das „Gegenständliche". Der „Inhalt" seiner Werke ist nicht absolut neu, ist vielmehr Urewiges; neu ist nur sein Ausdruck des Alten, seine Form, der Rhythmus, in dem sie schwingt. Dieser ungewohnte Rhythmus befremdete anfangs die überwiegende Mehrzahl der Beschauer seiner Bilder. Die Leute, aus wel-



chen ja schließlich doch zum größten Teil das sogenannte „kunstsinnige Publikum" bestellt, begehren eben, daß der Künstler, der von ihnen beifällig aufgenommen werden will, sich von ihnen nicht unterscheide, daß er sei-

D&M 01264

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 6

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022



VERZEICHNIS DER AUSGESTELLTEN
BILDER

1907

1 Klosterneuburg, sign. Schiele Egon 07, Form. 97×55¼ cm.
2 Studie aus Triest, sign. Schiele Egon 07, Form. 25×18 cm.
[Dr. Heinrich Rieger, Wien.

1908

3 Schwester von Schiele, Guasche, sign. Schiele Egon 1908, Form.
Privatbesitz.

1909

4 Mädchen mit Hut, monogrammiert K. S. 1909, Form. 100×11

1910

5 Portrait A. R., sign. S. 10. Form, 100×100 cm. Privatbesitz.
6 Rote Blumen, Nachlaßstempel, Form. 35×21 cm. Sammlung Dr
/ Rieger, Wien.

P R O D U K T I O N E N   I M   K A T A L O G

Vorderblatt:
Eremiten, Kat. Nr. 25

Im Text:
Stadt, Kat. Nr. 31
Portrait J. R.,
Kat. Nr. 22
Portraitstudie

Tote Mutter, Kat. Nr. 7

etten nach einem von Egon Schiele geschnitten (Gummistempel

D&M 01265

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

INDEX NO. 654836/2022

NYSCEF DOC. NO. 6

RECEIVED NYSCEF: 12/14/2022

Tote Mutter, sign. S. 10. Form. 25×30 cm. Privatbesitz.

Rote Erde, sign. S. 10. Form. 52×50 cm. Privatbesitz.

Knabenportrait, sign. S. 10. Form. 100×100 cm. Privatbesitz.

**1911**

In der Schlafkammer, Neulengbach, sign. Schiele Egon 1911. Form. 40×32 cm. Privatbesitz.

Tote Stadt, sign. Egon Schiele 1911. Form. 37×29½ cm. Privatbesitz.

Selbstportrait, einen erotischen Traum darstellend, sign. E. S. 1911. Form. 150×150 cm. Privatbesitz.

Frühlingslandschaft mit rotem Himmel, nicht datiert und nicht signiert, Form. 70×82 cm. Privatbesitz.

Der Prophet, sign. S. 11. Form. 110×52 cm. Privatbesitz.

Der Lyriker, sign. S. 11. Form. 110×52 cm. Privatbesitz.

Kapelle auf dem Berg, unsigniert. Form. 66×35½ cm. Sammlung B.

**1912**

Mönch und Nonne? sign. Egon Schiele 1912. Form. 70×80 cm. Sammlung Dr. Heinrich Rieger, Wien.

Weibliches Bildnis mit Blumenranke, sign. Egon Schiele 1912. Form. 52×40 cm. Privatbesitz L. B.

Männliches Bildnis (Selbstbildnis) mit Blumenranke, sign. Egon Schiele 1912. Form. 32×40 cm. Privatbesitz.

Alte Stadt, sign. Egon Schiele 1912. Form. 42½×34 cm. Sammlung B.

Trauernde, sign. Egon Schiele 1912. Form. 42½×34 cm. Sammlung B.

Portrait I. R., sign. Egon Schiele 1912. Form. 39×51 cm. Privatbesitz.

Eremiten, dreimal sign. Egon Schiele 1912. Form. 180×180 cm. Privatbesitz.

**1913**

24 Arbeiterhaus, sign. Egon Schiele 1915. Form. 116×1

25 Auferstehung, sign. Egon Schiele 1915. Form. 200×2

**1914**

26 Einsame Kirche, sign. Egon Schiele 1914. Form. 58×

27 Kreisberg in Krumau, sign. Egon Schiele 1914. Form. 59?

28 Vorstadt, sign. Egon Schiele 1914. Form. 120×100 cm

29 Landschaft mit Fluß, sign. Egon Schiele 1914. Form.

**1915**

30 Entschwebend, sign. Egon Schiele 1915. Form. 200×1

**1916**

31 Stadt, sign. Egon Schiele 1916. Form. 120×100 cm. Lederer.

**1917**

32 Liegende Frau, sign. Egon Schiele 1917. Form. 94¼× O. K.

33 Landschaft, sign. Egon Schiele 1917. Form. 43×35 cm. Wien.

**1918**

34 Kauernde, unsign. Form. 109×140 cm. Privatbesitz.

35 Kauernde Männer, unsign. Form. 100×170 cm. Privat

36 Die Tafelrunde, zweiter Entwurf, nach dem Sezess

37 Die Entschwebung, unsign. Form. 156×200 cm. Priv

D&M 01266

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM
NYSCEF DOC. NO. 6

INDEX NO. 654836/2022
RECEIVED NYSCEF: 12/14/2022

## UNDATIERT

1 Fragment. Form. 76×270 cm. Besitz: Ing. D.
2 Fragment. Form. 60×250 cm. Besitz: Ing. D.
Studie, Selbstbildnis. Form. 15×17 cm. Besitz: Ing. D.

## AQUARELLE.

### 1908

3 Männlicher Halbakt, sign. S., ohne Jahreszahl.
Sitzender Akt, sign. S., ohne Jahreszahl.
4 Männlicher Rückenakt, sign. S., ohne Jahreszahl.
Schwangere Frau, sign. S., ohne Jahreszahl.

### 1910

6 Fratze, sign. Schiele 10. Sammlung A. S.
Proletarierkinder, sign. Schiele 10. Sammlung A. S.
Proletarierkinder, unsig. Sammlung Fritz Grünbaum.
7 Stehender Mann, Rückenakt, sign. S. 10. Privatbesitz.
Proletarierkind, sign. Schiele 10. Privatbesitz.
8 Selbstbildnis, sign. S. 10. Sammlung Dr. H. Rieger.
Aquarell-zur Stadt am blauen Fluß, sign. S. 10. Sammlung Fritz Grünbaum.
9 Knabe (Studie) unsign. Sammlung Fritz Grünbaum.
Rückenakt, sign. S. 10. Privatbesitz.

### 1911

10 Drei Frauen, sign. Egon Schiele 1911. Sammlung Dr. H. Rieger.
11 Kopf, Hinterglasmalerei, unsign. Sammlung Dr. H. Rieger.

56 Komposition, darstellend drei Männer, sign. S. 11. Samr
57 Sonnenblumen, sign. Egon Schiele 1911. Sammlung A.
58 Stehender Knabe, sign. Egon Schiele 1911. Sammlung F
59 Selbstbildnis, sign. Egon Schiele 1911.
60 Sitzendes Mädchen, Aquarell, sign. S. 1911.
61 Proletarierkind, sign. Egon Schiele 1911.
62 Stehendes Mädchen, sign. Egon Schiele 1911.
63 Sitzendes Mädchen, sign. S. 1911. Sammlung Fritz Grün
64 Proletarierkind, sign. Egon Schiele 1911. Sammlung Frit
65 Selbstbildnis mit gesticktem Weste, Gouache, sign. S. 11.
66 Proletarierkinder, sign. 1911.
67 Stehender Knabe, sign. Egon Schiele 1911.
68 Stilleben, Nachlaßstempel. Sammlung W. G,
69 Männerakt, sign. Egon Schiele 1911.
70 Sitzendes Mädchen, sign. Egon Schiele 1911. Privatbesitz.
71 Mädchen, sign. Egon Schiele 1911. Privatbesitz.

### 1912

72 8 Aquarelle aus dem Gefängnis in Neulengbach.
a) Schiffe, sign. Egon Schiele 1912. Privatbesitz.
b) Zwei meiner Taschentücher, sign. Egon Schiele 21. besitz.
c) Kunst kann nicht modern sein; Kunst ist urewig, sign. 22. IV. 12. Privatbesitz.
d) Ich werde für die Kunst und meine Geliebten ge sign. Egon Schiele 16. IV. 12. Privatbesitz.

D&M 01267

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM
NYSCEF DOC. NO. 6

INDEX NO. 654836/2022
RECEIVED NYSCEF: 12/14/2022

**1915**

92 Rückenakt, sign. Egon Schiele 1915. Privatbe...
93 Frau sitzend, sign. Egon Schiele 1915. Samm...
94 Sitz. Akt, sign. Egon Schiele 1915. Privatbes...
93 Rückenakt, sign. Egon Schiele 1915. Privatbe...
94 Sitzender Mann, sign. Egon Schiele 1915. P...

**1916**

95 Schlafender Mann, sign. Egon Schiele 1916.
96 Sitzender Knabe, sign. Egon Schiele 1916. V
97 Kind in rosa Kleid, sign. Egon Schiele 1916.
98 Sonnenbhnne, sign. Egon Schiele 1916. Sam
99 Landschaft, sign. Egon Schiele 1916.

**1917**

100 Kind in weißem Kleid, sign. Egon Schiele
101 Aus Triest, sign. Egon Schiele 1917. Besitz
102 Arnold Schönberg, sign. Egon Schiele 1917.
103 Landschaft, sign. Egon Schiele 17.
104 Liegende Frau, sign. Egon Schiele 1917. Sar
105 Hunde, sign. Egon Schiele 1917. Privatbesitz
106 Sitz. Akt, sign. Egon Schiele 1917. Privatbe

**1918**

107 Junger Kastanienbaum, sign. Egon Schiele 1918
108 Liegender Akt, sign. Egon Schiele 1918. Sa

---

e) Die eine Orange war das einzige Licht, sign. Egon Schiele 19. IV. 12. Privatbesitz.
f) Nicht gestraft, sondern gereinigt fühl ich mich, sign. Egon Schiele 20. IV. 12. Privatbesitz.
g) Organische Bewegung des Sessels und Kruges, sign. Egon Schiele 21. IV. 12. Privatbesitz.
h) Mein Wandelweg führt über Abgründe, sign. Egon Schiele 27. IV. 12.
Stehende Frau, sign. Egon Schiele 1912. Sammlung Fritz Grünbaum.
Liegende Frau, sign. Egon Schiele 1912. Sammlung Fritz Grünbaum.
Rückenakt, sign. Egon Schiele 1912.

**1913**

76 Freundschaft, sign. Egon Schiele 1913. Besitz Ing. D.
77 Mädchen mit Fahne, sign. Egon Schiele 1913. Sammlung Fritz Grünbaum.
78 Stehender Mann, sign. Egon Schiele 1913. Sammlung Fritz Grünbaum.
79 Torso, sign. Egon Schiele 1913. Sammlung Fritz Grünbaum.
80 Frau in Mantel, sign. Egon Schiele 1913. Sammlung Fritz Grünbaum.
81 Akte mit rotem Tuch, sign. Egon Schiele 1913. Sammlung Fritz Grünbaum.
82 Die Dirne, sign. Egon Schiele 1913. Privatbesitz.
83 Sitzendes Mädchen, sign. Egon Schiele 1913. Besitz Prof. A.

**1914**

84 Sitzender Knabe, sign. Egon Schiele 1914. Sammlung Fritz Grünbaum.
85 Zwei liegende Akte, sign. Egon Schiele 1914. Sammlung Fritz Grünbaum.
86 Akt auf orange Tuch, sign. Egon Schiele 1914. Sammlung Fritz Grünbaum.
87 Frau in Gelb, sign. Egon Schiele 1914.
88 Frau mit erhobenen Händen, sign. Egon Schiele 1914.
89 Zwei Akte, sign. Egon Schiele 1914. Privatbesitz.

D&M 01268

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM
NYSCEF DOC. NO. 6

INDEX NO. 654836/2022
RECEIVED NYSCEF: 12/14/2022

## ZEICHNUNGEN

**1908**

109 Studie, sign. Schiele Egon o8.
110 Sitzende Frau, Kopf und Hand aquarelliert, sign. Schiele Egon o8.

**1913**

111 Torso, sign. Schiele Egon 1913.

**1915**

112 Mutter und Kind, sign. Schiele Egon 1915. Sammlung Fritz Grünbaum.
113 Kämmendes Mädchen, sign. Egon Schiele 1915. Sammlung Dr. H. Rieger.
114 Stehende Frau, sign. Egon Schiele 1915. Sammlung Dr. H. Rieger
115 Wagen, Studie, sign. Egon Schiele 1915 und Nachlaßstempel, Privatbesitz.

**1916**

116 Mädchen, Nachlaßstempel Sammlung W. G.
117 Russe, Kopf und Hand, aquarelliert, sign. Egon Schiele 1916, Sammlung Fritz Grünbaum.

**1917**

118 Porträt (Heinrich Wagner) sign. Egon Schiele 1917. Sammlung F. Grünbaum.
119 Landschaft, sign. Egon Schiele 1917. Sammlung Fritz Grünbaum.
120 Akt, sign. Egon Schiele 1917.
121 Akt, sign. Egon Schiele 1917.
122 Mädchen, erotisch, unsigniert

123 Porträt Dr. Rieger, Kopf aquarelliert, sign. Egon Schiele, Sammlung Dr. H. Rieger, Wien.
124 Akt, sign. Egon Schiele 1917. Sammlung Dr. H. Rie...
125 Männerbildnis, sign. Egon Schiele 1917. Sammlung

**1918**

126 Gustav Klimt, sign. Egon Schiele 1918. Sammlung Dr
127 Porträt Dr. Sch., sign. Egon Schiele 1918. Sammlung
128 Frau des Künstlers, sign. Egon Schiele 1918. Privatbe
129 Liegendes Mädchen, sign. Egon Schiele 1918.
130 Stehendes Kind, sign. Egon Schiele 1918.
131 Mutter und Kind, sign. Egon Schiele. 1918.
132 Umarmung, unsigniert.
133 Zwei Proletarierkinder, sign. Egon Schiele 1918.
134 Zwei kleine Kinder, sign. Egon Schiele 1918.
135 Liegende Frau, sign. Egon Schiele 1918. Besitz Ing. I.
136 Kauernder Männerakt, sign. Egon Schiele 1918. Besitz
137 Frau des Künstlers, sign. Egon Schiele 1918. Sammlung
138 Ältere Frau, sign. Egon Schiele 1918. Sammlung, Albi
139 Liegendes Mädchen, sign. Egon Schiele 1918. Privatb

## UNDATIERT

140 Kleine Skizze, die Blinden. Privatbesitz.
141 Radierung. Privatbesitz.
142 Tapetenentwurf.

## PLASTIK

145 Selbstbildnis, Bronze.

D&M 01269

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 6

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022



DHM 1269A

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 6

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022



**SEIT 1849**

# HOERNER BANK
### A K T I E N G E S E L L S C H A F T

## TRANSLATION OF AN AUSTRIAN DOCUMENT

Exhibition Catalog                E. Schiele

No. 791

1925 / 26

XII    I

### E G O N
### S C H I E L E

791

Wuerthle ART DEALERS
Vienna, 1925
Egon Schiele

Belvedere Gallery
of Austria

791

Seal:   Austrian Gallery Wuerthle

E G O N   S C H I E L E   (†)

E X H I B I T I O N   C A T A L O G
DECEMBER    -    JANUARY
1925                    1926

WUERTHLE ART DEALERS

WEIHBURG GASSE 9, VIENNA I.

DBM06315

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 6

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

HIGHLY ESTEEMED L.B.                                    Vienna, late November, 1925.

You had the idea of publicly exhibiting unknown or at least little-known compiled works by Egon Schiele coming out of carefully nourished private collections and of inviting me to author a preamble for the catalog of that exhibition, since I am the one who, during the last ten years of the artist's life, was a brotherly friend to him and a companion leading him into the public life. Obviously, you thought that the persistence, so much needed by both the artist and the thinker, could be of use as well to the art dealer who, in whatever he does or does not do, will not limit his focus to advantages whose benefits are just all-too-apparent. This means: You are sharing my opinion that one individual alone having a new kind of feeling, thinking and wanting by himself will always be seen as a fool amongst the crowd while, with but a twosome begin the braveness and confidence and with more than that, the truth and wisdom and, by and by, their acknowledgment will set in - as has been proven by the history of mankind. Therefore, and since you wanted me to provide some iron-clad suggestions for people who are not just beholders but occasionally even buyers of art objects and, if I might, paralyze the possible effects of criticism brought on by cultivated stupidity and arrogant prejudices, you have been urging me to write some marginal notes to include in the catalog of the exhibition which you plan to hold in a way so willing to make sacrifices and so worthy of gratitude. I do thank you for your kindly attitude, but believe that I should express my doubts as to the appropriateness of such a preamble by me in this particular case. Since Egon Schiele is dead, both the wild screaming and the secretly whispered jeering about him and his art, if not completely silenced, at least have been reduced to an embarrassed shoulder shrugging and throat clearing; - but I am still living and will not cease to cautiously pamper works just born by young artists and thrown out into the world naked and bare, and by that keep causing offensee in those who consider such unreasonable, useless or even hazardous. But can you use these statements as a preface? Or do you feel I had better talk about an object, a thing, being essential to art, just as it is to both love and hate? The activity of both will cease where it has exploited an object and never really reaches any function if without an object. Hence, the world's spirit, incarnated in mankind, has created the ideal which gave an eternal object to art. In times when arts are capable of unfolding all of their power, a religion will emerge. Philosophy, being a power of mind, contrary to different allegations, will never be able to give birth to graphic figures out of its pictureless ideas; only art possesses the abundance of creative powers who can do this. It carries light into the dark and rescues the subject by freeing the object from the imaginations growing within through an artist's way of creation. Like art stands at both the beginning and the end of each religion. Images which it glorified and lifted will be reduced, flirtily, to mere pawns of a game until they face destruction, become entirely demystified, turning into masks. The profane art of the naturalistic era thought to avail itself of the scientific methods of technical and experimental sciences in the creation of works, only to find itself disappointed in its expectations as the things it created in the new way were not grown organisms but constructed monstrosities. Some resigned over this experience, others felt a longing for lost spirituality and were hoping to reach it in the abstract; they are the ones who made efforts of creating the unnatural, supernatural through manifest executions. Picasso errs in believing that he simply allowed himself a joke, both witty and despiteful, at the expense of his fellow artists. But there was something else, something more meaningful, which he triggered by helping a deep internal yearning emerge, alas it was a dead end road into which he opened the gate. The wit which - heaven knows why - he reduces his creation of cubism today, was not so much his wit but the wit of incomprehensible powers which fatefully govern mankind. Schiele never let himself be misled by any slogans nor be lured into the "abstract" by any theories. He never forewent

DBM06316

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 6

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

"the objective". The "contents" of his works is not absolutely new, is rather something indigenously internal; the only thing new is his expression of the old, his form, the rhythm in which it is swinging. In the beginning, this unfamiliar rhythm appeared strange to the vast majority of the beholders of his works. The people, of which the audience possessiong a so-called "appreciation of art" consists, to the greater part at least, desire the artist seeking their acclaim to be no different from themselves, that he conduct his occupation in the same way that they run their business. He will agitate them by being different; because they are bourgeois and well and truly normal, as they will repeatedly insist in vain self-satisfaction. However, normal middle-class persons are of little concern to the artist, since they will let themselves be oppressed and yet crop up again anywhere. The artist wants to be different. Schiele was different. His paintings are perfect manifestations of visually nervous perceptions, thin-skinned impressions. They were created out of a constructive drive and urge, without any pose, without bitterness, entirely hopeless and therefore are favored only by those persons who still consider the sensual experience of unimpressive and hidden moments in life as well as their artistic transfer to the base a value which they would not want to do without. It were these values which helped his works become undeniable successes abroad, a quickly blooming fame which exercised a moral force and finally induced the Vienna Secession to open its large major showroom to the young artist for a presentable collective exhibition. Had fate not changed his crown into a wreath of death too soon, this exhibition could have been a significant change in Schiele's life since it finally brought the uncontradicted success at home that he had done without for so long; a success which turned into international splendor during the years passed since the artist's demise. I am saying only this much, and kind regards!

ARTHUR ROESSLER

DBM06317

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 6

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

REPRODUCTIONS FROM THE CATALOG

| Cover: | Hermits | Cat. No. 23 |
| Within the Text: | City | Cat. No. 31 |
| | Portrait of J.R. | Cat. No. 22 |
| | Portrait Study | |
| | Dead Mother | Cat. No. 7 |

Vignettes from a rubber stamp cut by  E g o n   S c h i e l e

DBM06318

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 6

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

# INDEX OF THE EXHIBITION WORKS

## PAINTINGS

### 1907

| | | |
|---|---|---|
| 1 | Klosterneuburg, signed "Schiele Egon 07". | Size 97 x 53.5 cm. |
| 2 | Study from Trieste, signed "Schiele Egon 07". Collection Dr. Heinrich Rieger, Vienna. | Size 25 x 18 cm. |

### 1908

| | | |
|---|---|---|
| 3 | Schiele's Sister, signed "Schiele Egon 1908". Private property. | Size 53 x 32 cm. |

### 1909

| | | |
|---|---|---|
| 4 | Girl with Hat, monogrammed "E.S. 1909". | Size 100 x 100. |

### 1910

| | | |
|---|---|---|
| 5 | Portrait of A.R., signed "S.10". Private property. | Size 100 x 100 cm. |
| 6 | Red Flowers, Estate Temple. Collection Dr. Heinrich Rieger, Vienna. | Size 32 x 21 cm. |
| 7 | Dead Mother, signed "S.10". Private Property. | Size 25 x 30 cm. |
| 8 | Red Soil, signed "S.10". Private property. | Size 52 x 50 cm. |
| 9 | Portrait of a Boy, signed "S.10". Private property. | Size 100 x 100 cm. |

### 1911

| | | |
|---|---|---|
| 10 | In the Bed Chamber, Neulengbach, signed "Schiele Egon 1911". Private property. | Size 40 x 32 cm. |
| 11 | Dead City, signed "Egon Schiele 1911". Private property. | Size 37 x 29.5 cm. |

DBM06319

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 6

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

| | | |
|---|---|---|
| 12 | Self-Portrait, showing an erotic dream, signed "E.S. 1911". Private property. | Size 150 x 150 cm. |
| 13 | Landscape in Spring with a Red Sky, undated and unsigned. Private property. | Size 70 x 82 cm. |
| 14 | The Prophet, signed "S. 11". Private property. | Size 110 x 52 cm. |
| 15 | The Lyricist, signed "S. 11". Private property. | Size 110 x 52 cm. |
| 16 | Chapel on the Hill, unsigned. Collection B. | Size 66 x 35.5 cm. |

### 1 9 1 2

| | | |
|---|---|---|
| 17 | Monk and Nun, signed "Egon Schiele 1912". Collection Dr. Heinrich Rieger, Vienna. | Size 70 x 80 cm. |
| 18 | Picture of a Female with Flowering Twine, signed "Egon Schiele 1912". Private property L.B. | Size 32 x 40 cm. |
| 19 | Picture of a Male (Self-Portrait) with Flowering Twine, signed "Egon Schiele 1912". Private property. | Size 32 x 40 cm. |
| 20 | Old City, signed "Egon Schiele 1912". Collection B. | Size 42.5 x 34 cm. |
| 21 | The Mourner, signed "Egon Schiele 1912". Collection B. | Size 42.5 x 34 cm. |
| 22 | Portrait of I.R., signed "Egon Schiele 1912". Private property. | Size 39 x 31 cm. |
| 23 | Hermits, signed "Egon Schiele 1912" three times. Private property. | Size 180 x 180 cm. |

### 1 9 1 3

| | | |
|---|---|---|
| 24 | The Laborer's Abode, signed "Egon Schiele 1913". Private property. | Size 110 x 140 cm. |
| 25 | Resurrection, signed "Egon Schiele 1913". | Size 200 x 220 cm. |

DBM06320

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 6

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

## 1 9 1 4

| 26 | Lonely Church, signed "Egon Schiele 1914". Private property. | Size 58 x 34 cm. |
| 27 | Kreisberg in Krumau, signed "Egon Schiele 1914". Private property. | Size 59 x 34 cm. |
| 28 | Suburb, signed "Egon Schiele 1914". Collection Spira. | Size 100 x 120 cm. |
| 29 | Landscape with River, signed "Egon Schiele 1914". | Size 98 x 118. |

## 1 9 1 5

| 30 | Hovering Away, signed "Egon Schiele 1915". Private property. | Size 200 x 180 cm. |

## 1 9 1 6

| 31 | City, signed "Egon Schiele 1916". Collection August Lederer. | Size 120 x 100 cm. |

## 1 9 1 7

| 32 | Woman Reclining, signed "Egon Schiele 1917". Collection O.K. | Size 94.5 x 168 cm. |
| 33 | Landscape, signed "Egon Schiele 1917". Collection W.G., Vienna | Size 43 x 33 cm. |

## 1 9 1 8

| 34 | Cowering (Woman), unsigned. Private property. | Size 109 x 140 cm. |
| 35 | Cowering Men, unsigned. Private property. | Size 100 x 170 cm. |
| 36 | Round Table, second draft, based on the Secession poster, unsigned. Collection Karl Gruenwald, Vienna. | Size 100 x 120 cm. |
| 37 | Hovering Away, unsigned. Private property. | Size 136 x 200 cm. |

DBM06321

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 6

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

## UNDATED

| 38 | Fragment. | Size 76 x 270 cm. | Property of Ing.D. |
| 39 | Fragment. | Size 60 x 250 cm. | Property of Ing.D. |
| 40 | Study, Self-Portrait. | Size 15 x 17 cm. | Property of Ing.D. |

## WATER COLORS

### 1908

| 41 | Partial Male Nude, | signed "S" | undated. |
| 42 | Sitting Nude, | signed "S" | undated. |
| 43 | Back of Male Nude | signed "S" | undated. |
| 44 | Pregnant Woman, | signed "S" | undated. |

### 1910

45    Grimace, signed "Schiele 10". Collection A.S.

46    Proletarian Children, signed "Schiele 10". Collection A.S.

47    Proletarian Children, unsigned. Collection Fritz Gruenbaum.

48    Man Standing, Nude Back View, signed "S. 10". Private property.

49    Proletarian Child, signed "Schiele 10". Private property.

50    Self-Portrait, signed "S. 10". Collection Dr.H.Rieger.

51    Watercolor of City near the Blue River, signed "S. 10".
      Collection Fritz Gruenbaum.

52    Boy (Study), unsigned. Collection Fritz Gruenbaum.

53    Nude, Back View, signed "S. 10". Private property.

### 1911

54    Three Women, signed "Egon Schiele 1911". Collection Dr.H.Rieger.

55    Head, glass painting, unsigned. Collection Dr.H.Rieger.

56    Composition, three men, signed "S. 11". Collection A.S.

DBM06322

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 6

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

57    Sun Flowers, signed "Egon Schiele 1911". Collection A.S.

58    Boy Standing, signed "Egon Schiele 1911". Collection Fritz Gruenbaum.

59    Self-Portrait, signed "Egon Schiele 1911".

60    Girl Sitting, watercolor, signed "S. 1911".

61    Proletarian Child, signed "Egon Schlele 1911".

62    Girl Standing, signed "Egon Schiele 1911".

63    Girl Sitting, signed "S. 1911". Collection Fritz Gruenbaum.

64    Proletarian Child, signed "Egon Schiele 1911". Collection Fritz Gruenbaum.

65    Self-Portrait in embroidered vest, gouache, signed "S. 11". Collection B.

66    Proletarian Children, signed "1911".

67    Boy Standing, signed "Egon Schiele 1911".

68    Still Life, Estate Temple. Collection W.G.

69    Male Nude, signed "Egon Schiele 1911".

70    Girl Sitting, signed "Egon Schiele 1911". Private property.

71    Girl, signed "Egon Schiele 1911". Private property.


1 9 1 2

72    8 watercolors from the Neulengbach prison.

(a) Ships, signed "Egon Schiele 1912". Private property.

(b) Two of my Handkerchiefs, signed "Egon Schiele 21.IV.12". Private property.

(c) Art Cannot Be Modern; Art is Eternal, signed "Egon Schiele 22.IV.12".
    Private property.

(d) I Will Gladly Endure For Art And My Lovers, signed "Egon Schiele 16.IV.12".
    Private property.

(e) This One Orange Was The Only Light, signed "Egon Schiele 19.IV.12".
    Private property.

(f) Not Punished, But Cleansed I Feel, signed "Egon Schiele 20.IV.12".
    Private property.

(g) Organic Movement of the Chair and Pitcher, signed "Egon Schiele 21.IV.12".
    Private property.

(h) The Road of my Change Leads Over Abysses, signed "Egon Schiele 27.IV.12"

DBM06323

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 6

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

73    Woman Standing, signed "Egon Schiele 1912". Collection Fritz Gruenbaum.

74    Woman Reclining, signed "Egon Schiele 1912". Collection Fritz Gruenbaum.

75    Nude, Back View, signed "Egon Schiele 1912".

### 1 9 1 3

76    Friendship, signed "Egon Schiele 1913". Property of Ing. D.

77    Girl with Flag, signed "Egon Schiele 1913". Collection Fritz Gruenbaum.

78    Man Standing, signed "Egon Schiele 1913". Collection Fritz Gruenbaum.

79    Torso, signed "Egon Schiele 1913". Collection Fritz Gruenbaum.

80    Woman in Coat, signed "Egon Schiele 1913". Collection Fritz Gruenbaum.

81    Nudes with Red Cloth, signed "Egon Schiele 1913". Collection Fritz Gruenbaum.

82    The Harlot, signed "Egon Schiele 1913". Private property.

83    Girl Sitting, signed "Egon Schiele 1913". Property of Prof. A.

### 1 9 1 4

84    Boy Sitting, signed "Egon Schiele 1914". Collection Fritz Gruenbaum.

85    Two Nudes, Reclining, signed "Egon Schiele 1914". Collection Fritz Gruenbaum.

86    Nude on Orange Cloth, signed "Egon Schiele 1914". Collection Fritz Gruenbaum.

87    Woman in Yellow, signed "Egon Schiele 1914".

88    Woman with her Hands Raised, signed "Egon Schiele 1914".

89    Two Nudes, signed "Egon Schiele 1914". Private property.

### 1 9 1 5

90    Nude, Back View, signed "Egon Schiele 1915". Private property.

91    Woman Sitting, signed "Egon Schiele 1915". Collection Dr. H. Rieger.

92    Nude Sitting, signed "Egon Schiele 1915". Private property.

93    Nude, Back View, signed "Egon Schiele 1915". Private property.

DBM06324

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 6

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

94    Man Sitting, signed "Egon Schiele 1915". Private property.

### 1 9 1 6

95    Man Sleeping, signed "Egon Schiele 1916". Collection Dr. H. Rieger.

96    Boy Sitting, signed "Egon Schiele 1916". V.T.

97    Child in Pink Dress, signed "Egon Schiele 1916". Collection W.G.

98    Sunflower, signed "Egon Schiele 1916". Collection Fritz Gruenbaum.

99    Landscape, signed "Egon Schiele 1916".

### 1 9 1 7

100    Child in White Dress, signed "Egon Schiele 1917". Collection W.G.

101    From Trieste, signed "Egon Schiele 1917". Property of Ing. D.

102    Arnold Schoenberg, signed "Egon Schiele 1917". Property of Ing. D.

103    Landscape, signed "Egon Schiele 17".

104    Woman Reclining, signed "Egon Schiele 1917". Collection Dr. H. Rieger.

105    Hands, signed "Egon Schiele 1917". Private property.

106    Nude, Sitting, signed "Egon Schiele 1917". Private property.

### 1 9 1 8

107    Young Chestnut Tree, signed "Egon Schiele 1918". Collection Dr. H. Rieger.

108    Nude, Reclining, signed "Egon Schiele 1918". Collection Fritz Gruenbaum.

### D R A W I N G S
### 1 9 0 8

109    Study, signed "Schiele Egon 08".

110    Woman, Reclining, Head and Hand, watercolored, signed "Schiele Egon 08".

### 1 9 1 3

111    Torso, signed "Schiele Egon 1913".

DBM06325

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 6

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

### 1 9 1 5

112    Mother and Child, signed "Schiele Egon 1915". Collection Fritz Gruenbaum.

113    Girl, Combing, signed "Egon Schiele 1915". Collection Dr. H. Rieger.

114    Woman Standing, signed "Egon Schiele 1915". Collection Dr. H. Rieger.

115    Wagon, Study, signed "Egon Schiele 1915", and Estate Temple. Private property.

### 1 9 1 6

116    Girl. Estate Temple. Collection W.G.

117    Russian, Head and Hand, watercolored, signed "Egon Schiele 1916".
       Collection Fritz Gruenbaum.

### 1 9 1 7

118    Portrait (Heinrich Wagner), signed "Egon Schiele 1917".
       Collection Fritz Gruenbaum.

119    Landscape, signed "Egon Schiele 1917". Collection Fritz Gruenbaum.

120    Nude, signed "Egon Schiele 1917".

121    Nude, signed "Egon Schiele 1917".

122    Girl, Erotic, unsigned.

123    Portrait Dr. Rieger, Head watercolored, signed "Egon Schiele 1917".
       Collection Dr. H. Rieger, Vienna.

124    Nude, signed "Egon Schiele 1917", Collection Dr. H. Rieger.

125    Picture of a Male, signed "Egon Schiele 1917". Collection Dr. H. Rieger.

### 1 9 1 8

126    Gustav Klimt, signed "Egon Schiele 1918". Collection Dr. H. Rieger.

127    Portrait of Dr. Sch., signed "Egon Schiele 1918". Collection Dr. H. Rieger.

128    The Artist's Wife, signed "Egon Schiele 1918". Private property.

129    Girl, Reclining, signed "Egon Schiele 1918".

130    Child, Standing, signed "Egon Schiele 1918".

DBM06326

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 6

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

131   Mother and Child, signed "Egon Schiele 1918".

132   Embrace, unsigned.

133   Two Proletarian Children, signed "Egon Schiele 1918".

134   Two Small Children, signed "Egon Schiele 1918".

135   Woman, Reclining, signed "Egon Schiele 1918". Property of Ing. D.

136   Male Nude, Cowering, signed "Egon Schiele 1918". Property of Ing. D.

137   The Artist's Wife, signed "Egon Schiele 1918". Collection Albertina.

138   Older Woman, signed "Egon Schiele 1918". Collection Albertina.

139   Girl, Reclining, signed "Egon Schiele 1918". Private property.

## U N D A T E D

140   Small Sketch, The Blind Ones. Private property.

141   Etching. Private property.

142   Wallpaper Design.

## S C U L P T U R E

143   Self-Portrait, bronze.

TRANSLATION MADE AND CONFIRMED BY:

HOERNER BANK AKTIENGESELLSCHAFT

Thomas Meyer
June 18, 2008
( Me/es )

DBM06327

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 7

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

# EXHIBIT F

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM
NYSCEF DOC. NO. 7

INDEX NO. 654836/2022
RECEIVED NYSCEF: 12/14/2022

Translation of an Austrian Document

Letter of November 3, 2005 from the Austrian Gallery of Belvedere, Vienna to Herbert Gruber

Office of Genealogy
Mr. Herbert Gruber
Rauhensteing. 10/12a
1015 Vienna

Vienna, November 3, 2005

Re: Correspondence of Fritz Grünbaum - Otto Nirenstein

Dear Mr. Gruber:

I enclose copies from the archives of the New Gallery. Expansive correspondence by Fritz Grünbaum and Otto Nirenstein is not evident from our records; the existing documents are in connection with a loan of works of art from the Grünbaum collection for the New Gallery's 1928 Schiele exhibition at the Hagen League.

Sincerely yours,
(s) Monika Mayer
by Monika Mayer, Mag.
Archive and Artist Documentation
Phone and Fax: +431/795 57-131
e-mail: mayer@belvedere.at

Translation Made and Confirmed by:

Hoerner Bank Aktiengesellschaft

Thomas Meyer

November 9, 2005
(Me/es)

D&M 01793

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM    INDEX NO. 654836/2022

NYSCEF DOC. NO. 7    RECEIVED NYSCEF: 12/14/2022



**ÖSTERREICHISCHE GALERIE
BELVEDERE**

Büro für Genealogie
Herrn Herbert Gruber
Rauhensteing. 10/12a
1015 Wien

Wien, 3. November 2005

Betreff: Korrespondenz Fritz Grünbaum - Otto Nirenstein

SAMMLUNGEN:

GALERIE DES 19. UND
20. JAHRHUNDERTS
IM OBEREN BELVEDERE

BAROCKMUSEUM
IM UNTEREN BELVEDERE

MUSEUM
MITTELALTERLICHER KUNST
IN DER ORANGERIE.
UNTERES BELVEDERE

BEETHOVEN-FRIES
IN DER SECESSION

GUSTINUS
AMBROSI-MUSEUM
UND
ATELIER IM AUGARTEN

Sehr geehrter Herr Gruber,

beiliegend übermittle ich Ihnen Kopien aus dem Archiv der Neuen Galerie.

Ein umfassender Schriftwechsel von Fritz Grünbaum mit Otto Nirenstein ist laut Kartei nicht nachweisbar; die vorliegenden Dokumente stehen in Zusammenhang mit der Leihgebung von Kunstwerken aus der Sammlung Grünbaum für die Schieleausstellung der Neuen Galerie 1928 im Hagenbund.

Mit freundlichen Grüßen,

i.A. Mag. Monika Mayer
Archiv und Künstlerdokumentation
Tel. u. Fax: +431/795 57-131
e-mail: mayer@belvedere.at

ÖSTERREICHISCHE GALERIE
BELVEDERE

SCHLOSS BELVEDERE
PRINZ EUGEN-STRASSE 27
A-1030 WIEN

POSTANSCHRIFT:
POSTFACH 134
A-1037 WIEN

TEL. (+ 43-1) 795 57-0
FAX (+ 43-1) 798 43 37

E-MAIL: belvedere@belvedere.at
INTERNET: www.belvedere.at

BANKVERBINDUNG:
ÖSTERREICHISCHE
POSTSPARKASSE WIEN
KONTO 96.050.404
BLZ 60 000

RAIFFEISEN LANDESBANK
WIEN-NÖ
KONTO 4.826.707
BLZ 32 000

D&M 01794

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM
NYSCEF DOC. NO. 7

INDEX NO. 654836/2022
RECEIVED NYSCEF: 12/14/2022

Translation of an Austrian Document

Letter by Otto Nirenstein to Fritz Grünbaum dated September 7, 1928

Express                                              September 7, 1928

Mr. Fritz Grünbaum
Pension Liesecke
7 Maximilians Platz, Munich

Dear Mr. Grünbaum:

I just had a telephone conversation with Mrs. Grünbaum who told me that you were in Munich. So I must get in touch with you in writing to ask you to let us borrow your pictures by Schiele for the Memorial Exhibition at the Hagen League. I certainly hope not to make an inappropriate request, as this will be the first and probably the last major and all-embracing exhibition of Schiele's work and the important pictures which are in your possession should not be missing.

Of course, I would also love to have some sheets from your collection for our display of watercolors and drawings, so if you could make it possible for me, while Mrs. Grünbaum is still in Vienna, to see the collection and perhaps choose a few sheets, I would be tremendously grateful.

Insurance, transportation etc. will be paid by the exhibition and will be handled under my supervision or the supervision of one of the Hagen League gentlemen.

So I hope to hear from you, esteemed Mr. Grünbaum, soon and to see you either here or at Simplicissimus during the time of the exhibition which will be opened until the end of October.

With best regards and wishes, I remain,

Yours sincerely,

(Archives - New Gallery)
(No. 324/13)

Translation Made and Confirmed by:

Hoerner Bank Aktiengesellschaft

Thomas Meyer

November 9, 2005
(Me/es)

D&M 01795

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 7

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

*Express*

7.IX.1928.

Herrn Fritz Grünbaum
Pension Liesecke
München, Maximiliansplatz 7

                    Sehr geehrter Herr Grünbaum !

          Soeben telephonierte ich mit Ihrer Frau Gemahlin
und höre von ihr,dass Sie in München sind. So muss ich mich schriftlich
an Sie mit der Bitte wenden,uns für die Gedächtnisausstellung im Hagenbund
Ihre Bilder von Schiele leihweise zu überlassen. Ich hoffe bestimmt,keine
Fehlbitte damit zu tun,denn es ist die erste und wohl auch die letzte
grosse,alles umfassende Ausstellung von Werken Schieles,in der die wich-
tigen in Ihren Besitz befindlichen Bilder nicht fehlen dürften.

          Selbstverständlich hätte ich auch sehr gerne
für die Ausstellung der Aquarelle und Handzeichnungen einige Blätter Ihrer
Sammlung und wenn Sie es mir ermöglichen könnten,solange Ihre Frau Ge-
mahlin noch in Wien ist,die Sammlung zu sehen und eventuell einige Blät-
ter auszuwählen,wäre ich Ihnen ausserordentlich dankbar.

          Versicherung,Transport etc. gehen zu Lasten
der Ausstellung und werden unter meiner Aufsicht oder unter der Aufsicht
eines Herrn des Hagenbundes durchgeführt werden.



ARCHIV
NEUE
GALERIE
NR.: 324/13

D&M 01796

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM
NYSCEF DOC. NO. 7

INDEX NO. 654836/2022
RECEIVED NYSCEF: 12/14/2022

Ich hoffe also,bald von Ihnen,sehr verehrter Herr Grünbaum,
zu hören und Sie noch während der Dauer der Ausstellung,die bis Ende Okto-
ber geöffnet bleibt,hier oder im Simplicissimus zu sehen.

Mit den besten Grüssen und Empfehlungen bin ich

Ihr ergebener



ARCHIV
NEUE
GALERIE
NR. 324

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM
NYSCEF DOC. NO. 7

INDEX NO. 654836/2022
RECEIVED NYSCEF: 12/14/2022

Translation of an Austrian Document

Letter dated September 10, 1928 - Fritz Grünbaum to Otto Nirenstein

Munich, September 10, 1928.

Liesecke's Boarding House

7 Maximilians Platz

Dear Mr. Nirenstein:

As per your request, I will be ready to make a loan of items from my Schiele collection to your and the Hagen League's memorial exhibition. Call my residence, which is currently occupied by my sister-in-law, Mrs. Koppel, and make arrangements with her about the time of the pickup. I ask you to leave a Receipt with my sister-in-law when picking up the pictures to confirm your and the Hagen League's responsibility to pay the insurance and transportation from there to their point of arrival and to assume all responsibility for the borrowed pictures to show the description "Fritz Grünbaum Collection" in the catalog and, if the catalog will contain any reproductions at all, to include reproductions of several of these pictures.

With warmest regards,

yours sincerely,

(s) Fritz Grünbaum

(Archives - New Gallery)
(No. 324/18)

Translation Made and Confirmed by:

Hoerner Bank Aktiengesellschaft

Thomas Meyer

November 9, 2005
(Me/es)

D&M 01798

**FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM**
NYSCEF DOC. NO. 7

INDEX NO. 654836/2022
RECEIVED NYSCEF: 12/14/2022

München,10.September 1938.

Pension Liesecke

Maximiliansplatz 7.


Sehr geehrter Herr Nirenstein!

Ihrem Wunsche zufolge bin ich bereit,Stücke aus meiner
Schiele-Sammlung für Ihre und des Hagenbundes Gedächtnisaus-
stellung leihweise zu überlassen. Sagen Sie sich in meiner
Wohnung,in der gegenwärtig meine Schwägerin,Frau Koppel wohnt,
telefonisch an,und vereinbaren Sie mit ihr die Stunde der Ab-
holung. Ich bitte Sie, ~~meiner~~ meiner Schwägerin bei Abholung
der Bilder einen Revers zu hinterlassen,der Ihre und des Hagen-
bundes Verpflichtung zur Tragung der Versicherung und des
Transports von Nagel zu Nagel statuiert und die Haftung über-
nimmt,dass die entliehenen Bilder im Katalog den Vermerk
"Sammlung Fritz Grünbaum" tragen,und dass,falls der Katalog
überhaupt Reproduktionen enthält,einige von diesen Bildern
reproduziert erscheinen.

Mit herzlichen Grüssen,

Ihr ergebener

*Fritz Grünbaum*

ARCHIV
NEUE
GALERIE
NR.: 324/18

D&M 01799

**FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM**

NYSCEF DOC. NO. 7

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

Translation of an Austrian Document

(Archives - New Gallery)
(No. 324/37)

List of the Drawings and Watercolors by Egon Schiele,

Received from Mr. Fritz Grünbaum.

(1)   Female Nude, standing, with red stockings, 1914   (32 by 48.5) (centimeters)

(2)   Proletarian Children. Watercolor, unsigned   (31 by 45.5)

(3)   "I Love Opposites". Watercolor   (31 by 48)   April 24, 1912

(4)   Female Nude, lying, with red scarf. Watercolor, 1914   (32 by 48)

(5)   "Mrs J.R." Watercolor, 1910.   (37 by 56)

(6)   Girl with Black Hair, Seminude, 1911.   (31 by 44.5)

(7)   The Blue River. Watercolor, 1910.   (31 by 45)

(8)   Female Nude, lying, with red stockings, 1912. WC   (31.5 by 48)

(9)   "Devotion", Watercolor, 1913 - Two Images   (32 by 48)

(10)   Water Study, Watercolor, 1917.   (29 by 46)

(11)   Boy in Sailor Suit, Watercolor, 1914   (31 by 48)

(12)   Woman, sitting with bare thighs (31 by 48) Watercolor, 1911

(13)   Sun Flowers (29 by 46.5) Watercolor, 1916

(14)   Woman in Shirt. Rear View. Watercolor, 1917   (29 by 46)

(15)   Russian. Watercolor (2 Russian words written on it), 1916   (13 by 48)

(16)   Girl with Brown Skirt, Red Blouse, Brown Hair, Watercolor, 1919   (31.5 by 48.5)

(17)   "Man Standing", in red shirt, Watercolor, 1913.   (32 by 48)

(18)   Boy with hinted blue suit, unsigned.   (32 by 45)

(19)   Woman's Head (hands) Daughter Dr.Rieger. Watercolor, 1917   (46 by 29.5)

(20)   Old Man with hinted brown and green suit, Watercolor, 1917   (46 by 29.5)

(21)   Two Girls, Watercolor blue, red black, WC, 1913.   (31 by 45)

Translation Made and Confirmed by:

Hoerner Bank Aktiengesellschaft

Thomas Meyer

November 9, 2005
(Me/es)

D&M 01800

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 7

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022



Liste der von Herrn Fritz Grünbaum übernommenen

Handzeichnungen und Aquarellen von Egon Schiele.

1.)Stehender weiblicher Akt mit roten Strümpfen.1914.-(32 x 48 1/2)

2.)Proletarierkinder.Aquarell nicht sign.-31 x 45 1/2

3.) "Ich liebe Gegensätze" Aqu. 31 x 48    24/4. 1912

4.)Liegender Frauenakt mit rotem Tuch Aqu. 1914.- 32 x 48

5.) "Frau J.R." Aqu. 1910.- 37 x 56

6.) Mädchen mit schwarzen Haaren Halbakt 1911.- 31 x 44 1/2

7.) Der blaue Fluss.Aqu. 1910.- 31 X 45

8.) Liegender Frauenakt mit roten Strümpfen 1912.-Aqu.311/2x 48

9.) "Andacht" Aqu. 1913 Zwei Gestalten  32 x 48

10.)Studie zum Wasserfach Aqu. 1917  29 x 46

11.)Knabe in Matrosenanzug  Aqu. 1914.- 31 x 48

12.) Sitzende Frau mit nackten Schenkeln 31 x 48 Aqu. 1911

13.) Sonnenblumen 29 x 46 1/2 Aqu. 1916

14.) Frau im Hemd.Rückenansicht  Aqu. 1917.- 29 x 46

15.) Russe.-aquar.Zeichnung ( 2 russische Wärter darauf) 1916.-13 x 48

16.) Mädchen mit braunem Rock,roter Bluse,braunem Har Aqu. 1912
                                    31 1/2 x 48 1/2

17.)"Stehender Mann" in rotem Hemd Aqu. 1913  .- 32 x 48

18.) Knabe mit anged.blauem Anzug nicht sign.- 32 x 45

19.) Frauenkopf (Hände) Tochter Dr.Rieger Aqu.1917.- 46 x 29 1/2

20.)Alter Mann mit anged. braunem u.grünen Anzug Aqu. 1917.- 46 x 29 1/

21.) 2 Mädchen aquar.Zeichnung blau rot schwarz Aqu. 1913.-31 x 45

D&M 01801

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM
NYSCEF DOC. NO. 7

INDEX NO. 654836/2022
RECEIVED NYSCEF: 12/14/2022

Translation of an Austrian Document

(Receipt signed by Fritz Grünbaum)

---

Grünbaum Rechte Wienzeile (an address)

Exhibition Inventory No. _____

HAGEN LEAGE
OF ARTISTS

Vienna-I-Parkring-Zedlitzgasse 6, (undated)   _____, 19_____

The undersigned hereby acknowledges the receipt of the following works:

Girl in Black

Seeing Self

Street

City on the Blue River

21 Watercolors

which, on this day, were handed over to him in good condition by the Hagen League.

(s) Fritz Grünbaum

---

Translation Made and Confirmed by:

Hoerner Bank Aktiengesellschaft

_____
Thomas Meyer

November 9, 2005
(Me/es)

D&M 01802

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 7

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

*[handwritten]* Rechte Kreuzerle ............ Ausstellung. Inv.-Nr. ............

**KÜNSTLER BUND HAGEN**

WIEN·I·PARKRING·ZEDLITZGASSE·6 ........................... 19 .....

Der Gefertigte bestätigt hiermit, nachstehend verzeichnete Werke

*[handwritten list]*

ARCHIV
NEUE
GALERIE
NR.: 324/84

von .... *[handwritten]* .... am heutigen Tage im guten Zustande er-
halten zu haben.

*[signature]*

D&M 01803

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM                    INDEX NO. 654836/2022
NYSCEF DOC. NO. 8                                                   RECEIVED NYSCEF: 12/14/2022

# EXHIBIT G

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 8

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

**Vor Ausfüllung des Vermögensverzeichnisses ist die beigefügte Anleitung genau durchzulesen!**

### Zur Beachtung!

1. **Wer hat das Vermögensverzeichnis einzureichen?** Jeder Anmeldepflichtige, also auch jeder Ehegatte und jedes Kind für sich. Für jedes minderjährige Kind ist das Vermögensverzeichnis vom Inhaber der elterlichen Gewalt oder von dem Vormund einzureichen.
2. **Bis wann ist das Vermögensverzeichnis einzureichen?** Bis zum 30. Juni 1938. Wer anmelde- und bewertungspflichtig ist, aber die Anmelde- und Bewertungspflicht nicht oder nicht rechtzeitig oder nicht vollständig erfüllt, setzt sich schwerer Strafe (Geldstrafe, Gefängnis, Zuchthaus, Einziehung des Vermögens) aus.

3. **Wie ist das Vermögensverzeichnis auszufüllen?** Es müssen sämtliche Fragen beantwortet werden. Nichtzutreffendes ist zu durchstreichen. Reicht der in dem Vermögensverzeichnis für die Ausfüllung vorgesehene Raum nicht aus, so sind die geforderten Angaben auf einer Anlage zu machen.
4. **Wenn Zweifel bestehen, ob diese oder jene Werte in dem Vermögensverzeichnis aufgeführt werden müssen, sind die Werte aufzuführen.**

# Verzeichnis über das Vermögen von Juden
## nach dem Stand vom 27. April 1938

des  Franz Friedrich G r ü n b a u m
der       (Zu- und Vorname)                              (Beruf oder Gewerbe)

in Wien IV., Rechte Wienzeile 29 =Straße, Platz Nr.
      (Wohnsitz oder gewöhnlicher Aufenthalt)

### Angaben zur Person

Ich bin geboren am       7. April 1880

Ich bin Jude (§ 5 der Ersten Verordnung zum Reichsbürgergesetz vom 14. November 1935, Reichsgesetzbl. I S. 1333) und — deutscher¹) == — Staatsangehörigkeit¹) — (staatenlos¹) —.

Da ich — Jude deutscher Staatsangehörigkeit¹) — ~~staatenloser Jude¹)~~ — bin, habe ich in dem nachstehenden Vermögensverzeichnis mein gesamtes inländisches und ausländisches Vermögen angegeben und bewertet¹).

~~Da ich Jude fremder Staatsangehörigkeit bin, habe ich in dem nachstehenden Vermögensverzeichnis mein inländisches Vermögen angegeben und bewertet¹)xx~~

Ich bin verheiratet mit Elisabeth                 geb. Herzl
                                                                    (Mädchenname der Ehefrau)

Mein Ehegatte ist der Rasse nach — jüdisch¹) — ~~nichtjüdisch¹)~~ — und gehört der mos. Religionsgemeinschaft an.

### Angaben über das Vermögen

**I. Land- und forstwirtschaftliches Vermögen** (vgl. Anleitung Ziff. 9):

Wenn Sie am 27. April 1938 land- und forstwirtschaftliches Vermögen besaßen (gepachtete Ländereien u. dgl. sind nur aufzuführen, wenn das der Bewirtschaftung dienende Inventar Ihnen gehörte):

| Lage des eigenen oder gepachteten Betriebs und seine Größe in Hektar? (Gemeinde — Gutsbezirk — und Hofnummer, auch grundbuch- und katastermäßige Bezeichnung) | Art des eigenen oder gepachteten Betriebs? (z. B. landwirtschaftlicher, forstwirtschaftlicher, gärtnerischer Betrieb, Weinbaubetrieb, Fischereibetrieb) | Handelte es sich um einen eigenen Betrieb oder um eine Pachtung | Wert des Betriebs RM | Bei eigenen Betrieben: Wenn der Betrieb noch Anderen gehörte: Wie hoch war Ihr Anteil? (z. B. ¼) |
|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 |
|  |  |  |  |  |
|  |  |  |  |  |

**II. Grundvermögen (Grund und Boden, Gebäude)** (vgl. Anleitung Ziff. 10):

Wenn Sie am 27. April 1938 Grundvermögen besaßen (Grundstücke, die nicht zu dem vorstehend unter I und nachstehend unter III bezeichneten Vermögen gehörten):

| Lage des Grundstücks? (Gemeinde, Straße und Hausnummer, bei Bauland auch grundbuch- und katastermäßige Bezeichnung) | Art des Grundstücks? (z. B. Einfamilienhaus, Mietwohngrundstück, Bauland) | Wert des Grundstücks RM | Wenn das Grundstück noch Anderen gehörte: Wie hoch war Ihr Anteil? (z. B. ¼) |
|---|---|---|---|
| 1 | 2 | 3 | 4 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

¹) Nichtzutreffendes ist zu durchstreichen.

Vermögensverzeichnis (VO v. 26. 4. 38).

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM
NYSCEF DOC. NO. 8

INDEX NO. 654836/2022
RECEIVED NYSCEF: 12/14/2022

— 2 —

III. **Betriebsvermögen** (vgl. Anleitung Ziff. 11 und 12):

a) Wenn Sie am 27. April 1938 Inhaber eines Gewerbebetriebs waren (vgl. Anleitung Ziff. 11):

| Bezeichnung des Betriebs (Firma), Ort der Geschäftsleitung und Art des Betriebs (s. B. Maschinenfabrik, Lebensmittelhandlung, Gastwirtschaft, Tischlerei) | Gesamtwert des Betriebs nach Abzug der Betriebsschulden *RM* | Wenn der Betrieb noch anderen gehörte: Wie hoch war Ihr Anteil? (s. B. ¼) |
|---|---|---|
| 1 | 2 | 3 |
| | | |
| | | |
| | | |

*Außer den Angaben in den Spalten 1 bis 3 ist die Berechnung des „Gesamtwerts des Betriebs" in einer Anlage im einzelnen zu erläutern.*

b) Wenn Sie am 27. April 1938 an offenen Handelsgesellschaften, Kommanditgesellschaften oder ähnlichen Gesellschaften beteiligt waren:

α) Um welche Gesellschaften handelt es sich? (Bezeichnung des Betriebs, Firma, Ort der Geschäftsleitung)..................

β) Wie hoch war Ihr Anteil?............ Wie hoch war der Wert Ihres Anteils?.............*RM*

c) Wenn Sie am 27. April 1938 Vermögen besaßen, das der Ausübung eines freien Berufs diente (vgl. Anleitung Ziff. 12):

α) Art des freien Berufs? Schauspieler und Schriftsteller
(s. B. Augenarzt, Rechtsanwalt, Architekt, Kunstmaler)

β) Wo wurde der Beruf ausgeübt? Wien
(Gemeinde, Straße, Hausnummer)

γ) Welchen Wert hatte das dem freien Beruf gewidmete Reinvermögen am 27. April 1938? . 720. *RM*
(Eine Aufstellung dieses Vermögens, aufgegliedert insbesondere nach Inventar (s. B Instrumente, Bibliothek) und Außenständen, ist beizufügen. Wenn Sie den freien Beruf zusammen mit anderen Personen ausübten, ist in der Aufstellung das gemeinschaftliche Vermögen aufzuführen und der Wert Ihres Anteils hieran anzugeben.)

Bücher, laut Schätzung

IV. **Sonstiges Vermögen, insbesondere Kapitalvermögen** (vgl. Anleitung Ziff. 13 bis 21):

Welchen Wert hatte das Ihnen am 27. April 1938 gehörige sonstige Vermögen (ohne Abzug von Schulden), u. zw.:

a) festverzinsliche Wertpapiere einschl. Schuldbuchforderungen und Sachwertanleihen (s. B. Anleihen oder Schuldverschreibungen von Staaten und Gemeinden, Obligationen von Industriegesellschaften, Pfandbriefe, Steuergutscheine usw.),

Wertpapiere mit Dividendenertrag (s. B. Aktien, Kuxe und Genußscheine, Reichsbankanteilscheine, Reichsbahnvorzugsaktien),

Geschäftsanteile an inländischen und ausländischen Unternehmen? (s. B. Anteile an Gesellschaften mit beschränkter Haftung. — Name der Gesellschaft, Ort der Geschäftsleitung ist anzugeben) — vgl. Anleitung Ziff. 14 —:

| Bezeichnung des Wertpapiers usw. (Wird ein Bankauszug beigefügt, aus dem sich die Angaben zu den Sp. 1 bis 5 vollständig ergeben, so genügt die Ausfüllung der Sp. 5 unter Hinweis auf den Bankauszug) | Zins (satz¹) | Nennbetrag des gesamten Besitzes an dem in Sp. 1 bezeichneten Wertpapier usw. | Kurswert gemeiner (Verkaufs-) Wert In Prozenten oder für 1 Stück o. dgl. | Wert für den in Sp. 3 angegebenen Nennbetrag *RM* | Bemerkungen |
|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 |
| Trefferanleihe | 4% | 1 Stk. S. 500 | | RM. 336.50 | |
| Trefferanleihe | 4% | 5 " " 100 | | " 338.75 | |
| 7 österr. Baulose | | a S. 7.52 | | " 33.— | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

¹) Nur bei festverzinslichen Werten anzugeben, nicht s. B. bei Aktien, Kuxen, Anteilen an Gesellschaften mit beschränkter Haftung.

Anlage

PAGE 2

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM    INDEX NO. 654836/2022
NYSCEF DOC. NO. 8                                      RECEIVED NYSCEF: 12/14/2022

— 3 —

b) Verzinsliche und unverzinsliche Kapitalforderungen jeder Art an Inländer oder Ausländer? (z. B. Hypotheken, Grund-
schuldforderungen, Darlehen, Einlagen als stiller Gesellschafter, solche Ansprüche auf Gehälter, Löhne, Zinsen und ähnliche Beträge, die am 27. April 1938
bereits fällig, jedoch nicht ausgezahlt waren, Tilgungsfonds, die zugunsten des Steuerpflichtigen angesammelt sind u. dgl.) — vgl. Anleitung Ziff. 15 —

(Spareinlagen, Bankguthaben, Postscheckguthaben und sonstige laufende Guthaben sind nicht hier, sondern nachstehend zu c anzugeben.)

| Art der Forderung (z. B. Hypothek, Darlehen) | Name und Anschrift des Schuldners | Nennbetrag der Forderung | Zins= satz¹) | Vertragliche Laufzeit bis²) | Bemerkungen (z. B. über Umrechnung einer ausländischen Währung) |
|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

c) Zahlungsmittel, Spareinlagen, Bankguthaben, Postscheckguthaben und sonstige laufende Guthaben?
(vgl. Anleitung Ziff. 16) Öst. Creditanstalt, Fil. Wien VI. . . . . . . 317.93 RM
Die Beträge in ausländischer Währung und die angewandten Umrechnungssätze sind im einzelnen ggf. auf einer Anlage, anzugeben.

d) Geschäftsguthaben bei Erwerbs= und Wirtschaftsgenossenschaften? (vgl. Anleitung Ziff. 17) . . . . . ........ RM

Name der Genossenschaft, Ort der Geschäftsleitung: ................

e) Noch nicht fällige Ansprüche aus Lebens=, Kapital= oder Rentenversicherungen, zu berechnen mit ²/₃
der eingezahlten Prämien oder Kapitalbeiträge oder mit dem Rückkaufswert? (vgl. Anleitung Ziff. 18) ........ RM

Name der Versicherungsgesellschaft: Riunione Adriatica, Wien
Nr. des Versicherungsscheins 358.742/743a, 358.222/253 Doll.17.250 Rm.42.935.26
Victoria No. 1285140 RM. 2.322.73

f) Altenteilsrechte, Nießbrauchsrechte und sonstige Rentenrechte? (vgl. Anleitung Ziff. 19): Welchen Wert

hatte die einjährige Nutzung? ........ RM. Seit wann stehen Ihnen die Nutzungen zu?

Seit .......... 19.... Bis wann stehen Ihnen die Nutzungen zu? Bis .......... 19....
(Falls das Recht mit dem Ableben einer Person erlischt, sind auch Tag, Monat und Jahr der Geburt dieser Person anzugeben.)

Welchen Kapitalwert hatte das Recht? . . . . . . . . . ........ RM

g) Gegenstände aus edlem Metall, Schmuck= und Luxusgegenstände, Kunstgegenstände und Samm=
lungen? (vgl. Anleitung Ziff. 20) Bilder und Graphiken lt.Schätzung 5.791.— RM

h) Edelmetalle, Edelsteine und Perlen? Schmuck, lt. Schätzung 750.— RM

i) Anderes nicht unter a bis h fallendes „sonstiges Vermögen"? (vgl. Anleitung Ziff. 21) . . . . . ........ RM
(z. B. Urheberrechte, geschützte und nicht geschützte Erfindungen, solche Gewerbeberechtigungen, die nicht vom Berechtigten
selbst ausgeübt werden.)

Art der Gegenstände und Errechnung ihres Werts sind hier anzugeben. ................

................

................

................

................

¹) Einschließlich eines vereinbarten Verwaltungskostenbeitrags. — ²) Bei Festsatzhypotheken ist der Zeitpunkt einzusehen, an dem die Rückzahlung
frühestens verlangt werden kann, bei Kündigungshypotheken (ohne feste Mindestlaufzeit) ist die Kündigungsfrist anzugeben.

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 8

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

— 4 —

## V. Abzüge, soweit sie nicht das Betriebsvermögen (oben Abschnitt III) betreffen.

(Schulden und Lasten dürfen nur insoweit abgezogen werden, als sie bei Beginn des 27. April 1938 bereits bestanden. Sie sind nachstehend im einzelnen aufzuführen.)

a) Schulden (vgl. Anleitung Ziff. 22):

| Art der Schuld (z. B. Hypotheken, Darlehensschuld) | Name und Anschrift des Gläubigers | Nennbetrag der Schuld | Zins= satz[1]) | Vertragliche Laufzeit bis[2]) | Bemerkungen (z. B. über Umrechnung einer ausländischen Währung) |
|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 |
|   |   |   |   |   |   |
|   |   |   |   |   |   |
|   |   |   |   |   |   |
|   |   |   |   |   |   |
|   |   |   |   |   |   |

b) Altenteilslasten, Nießbrauchslasten und sonstige Rentenlasten (vgl. Anleitung Ziff. 23): Welchen Wert hat die einjährige Leistung? _____ RM. Seit wann sind die Leistungen zu entrichten? Seit _____ 19____. Bis wann sind die Leistungen zu entrichten? (Falls die Leistungen bis zum Ableben einer Person zu entrichten sind, sind auch Tag, Monat und Jahr der Geburt dieser Person anzugeben.) Bis _____ 19____. Welchen Kapitalwert hatte die Last? _____ RM.

## VI. Bemerkungen:

zu IV. i)  Als Librettist einiger Operetten vereinnahmt im
Jahre 1937 lt. Steuerfassion und Verlagstantiemen RM. 460.-
Als Mitglied der Autorengesellschaft              " 2.762.66
zu IV. e) Ende Mai 1938 hat Fritz Grünbaum die hier ange-
führten Versicherungen an sein Frau, Elisabeth Grünbaum ze-
diert, was der Vermögensverkehrstelle mit Schreiben vom 15.
Juli 1938 mitgeteilt wurde.-

Ich versichere, die vorstehenden Angaben nach bestem Wissen und Gewissen gemacht, insbesondere mein Vermögen in diesem Vermögensverzeichnis vollständig angegeben zu haben. Soweit Werte in diesem Vermögensverzeichnis angegeben sind, bin ich von der Anleitung, die dem Vordruck zu diesem Vermögensverzeichnis beigelegen hat, nicht abgewichen.

_____ Wien _____, 29. Juli 1938      1938

_____ Elisabeth Grünbaum, i.V. Fritz Grünbaum, lt. Vollmacht
(Unterschrift des Anmeldepflichtigen oder der an seiner Stelle zur Abgabe des Vermögensverzeichnisses verpflichteten Person)
vom 16. Juli 1938, m.p.

## Vermögensverzeichnisse ohne Unterschrift gelten als nicht abgegeben

[1]) Einschließlich eines etwa vereinbarten Verwaltungskostenbeitrags. — 2) Bei Festsetzhypotheken ist der Zeitpunkt einzusehen, an dem die Rückzahlung frühestens verlangt werden kann, bei Kündigungshypotheken (ohne feste Mindestlaufzeit) ist die Kündigungsfrist anzugeben.

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM
NYSCEF DOC. NO. 8

INDEX NO. 654836/2022
RECEIVED NYSCEF: 12/14/2022

**Dr. LUDWIG ROCHLITZER**
RECHTSANWALT
WIEN I., FÜHRICHGASSE 10

TELEPHON R-23-203
POSTSPARKASSEN-KONTO 148.339

WIEN, am 31. Jänner 1939

Sehr geehrte gnädige Frau !

Auf Ihre Anfrage teile ich Ihnen als über Ihr und Ihres
Mannes Vermögen von der Devisenstelle Wien beauftragter Verwalter
mit, dass das Honorar des Herrn Dr. Alexander Bayer, München, incl.
Spesen und Reiseauslagen      .    .    .    .    .    ca RM 3000.-
mein Honorar  .    .    .    .    .    .    .    .    "    2500.-
die Spesen ( Telefon, Reisen etc )  .    .    .    .    "     600.-
                                   zusammen    .    RM 6100.-

betragen.
Weiters haben Sie die Friedhof-Rechnung per          "     238.-
und etliche kleinere Rechnungen zu begleichen,
sodass Ihr Debet mit  .    .    .    .    .    .    .    RM 6500.-
anzusetzen ist. Zu weiteren Auskünften bin ich selbstverständlich
jederzeit gerne bereit.

Hochachtungsvoll

Frau
   Elisabeth Grünbaum

         Wien 19.
         Hofzeile 27



FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 8

INDEX NO. 654839/2022

RECEIVED NYSCEF: 12/14/2022

— 3 —

b) Verzinsliche und unverzinsliche Kapitalforderungen jeder Art an Inländer oder Ausländer? (z. B. Hypotheken, Grundschuldforderungen, Darlehen, Einlagen als stiller Gesellschafter, solche Ansprüche aus Gehältern, Löhnen, Zinsen und ähnliche Beträge, die am 27. April 1938 bereits fällig, jedoch noch nicht ausgezahlt waren, Tilgungsfonds, die zugunsten des Steuerpflichtigen angesammelt sind u. dgl.). — vgl. Anleitung Ziff. 15 —

[Spareinlagen, Bankguthaben, Postscheckguthaben und sonstige laufende Guthaben sind nicht hier, sondern nachstehend zu c anzugeben.]

| Art der Forderung (z. B. Hypothek, Darlehen) | Name und Anschrift des Schuldners | Nennbetrag der Forderung | Zins- satz¹) | Vertragliche Laufzeit bis²) | Bemerkungen (z. B. über Umrechnung einer ausländischen Währung) |
|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

c) Zahlungsmittel, Spareinlagen, Bankguthaben, Postscheckguthaben und sonstige laufende Guthaben? (vgl. Anleitung Ziff. 16) **S. Beilage** .................... 3318.— RM

*Die Beträge in ausländischer Währung und die angewandten Umrechnungssätze sind im einzelnen ggf. auf einer Anlage, anzugeben.*

d) Geschäftsguthaben bei Erwerbs- und Wirtschaftsgenossenschaften? (vgl. Anleitung Ziff. 17) ............ RM

Name der Genossenschaft, Ort der Geschäftsleitung: ...................

e) Noch nicht fällige Ansprüche aus Lebens-, Kapital- oder Rentenversicherungen, zu berechnen mit ⅔ der eingezahlten Prämien oder Kapitalbeiträge oder mit dem Rückkaufswert? (vgl. Anleitung Ziff. 18) ... 30 RM

Name der Versicherungsgesellschaft: 1/ Generali und 2/ Phönix    5600.——

Nr. des Versicherungsscheins: 601622 und 394448

f) Altenteilsrechte, Nießbrauchsrechte und sonstige Rentenrechte? (vgl. Anleitung Ziff. 19): Welchen Wert

hatte die einjährige Nutzung? ............ RM. Seit wann stehen Ihnen die Nutzungen zu?

Seit ............ 19 ..... Bis wann stehen Ihnen die Nutzungen zu? Bis ............ 19........
(Falls das Recht mit dem Ableben einer bestimmten Person erlischt, sind auch Tag, Monat und Jahr der Geburt dieser Person anzugeben.)

Welchen Kapitalwert hatte das Recht? ........................................ RM

g) Gegenstände aus edlem Metall, Schmuck- und Luxusgegenstände, Kunstgegenstände und Sammlungen? (vgl. Anleitung Ziff. 20) **S. Beilage** .................... 4367.— RM

h) Edelmetalle, Edelsteine und Perlen? ................................ RM

i) Anderes nicht unter a bis h fallendes »sonstiges Vermögen«? (vgl. Anleitung Ziff. 21) ............ RM
(z. B. Urheberrechte, geschützte und nicht geschützte Erfindungen, solche Gewerbeberechtigungen, die nicht vom Berechtigten selbst ausgeübt werden.)

Art der Gegenstände und Errechnung ihres Werts sind hier anzugeben.

....................................................................

....................................................................

....................................................................

....................................................................

¹) Einschließlich eines etwa vereinbarten Verwaltungskostenbeitrags. — ²) Bei Festzinshypotheken ist der Zeitpunkt einzusetzen, an dem die Rückzahlung frühestens verlangt werden kann, bei Kündigungshypotheken (eine feste Mindestlaufzeit) ist die Kündigungsfrist anzugeben.



NYSCEF DOC. NO. 8

INDEX NO. 654836/2022
RECEIVED NYSCEF: 12/14/2022

— 4 —

## V. Abzüge, soweit sie nicht das Betriebsvermögen (oben Abschnitt III) betreffen

(Schulden und Lasten dürfen nur insoweit abgezogen werden, als sie bei Beginn des 27. April 1938 bereits bestanden.
Sie sind nachstehend im einzelnen aufzuführen.)

a) Schulden (vgl. Anleitung Ziff. 22):

| Art der Schuld (z. B. Hypotheken-, Darlehnsschuld) | Name und Anschrift des Gläubigers | Nennbetrag der Schuld | Zinssatz¹) | Vertragliche Laufzeit bis²) | Bemerkungen (z. B. über Umrechnung einer ausländischen Währung) |
|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

b) Altenteilslasten, Nießbrauchslasten und sonstige Rentenlasten (vgl. Anleitung Ziff. 23): Welchen Wert hat die einjährige Leistung? ........................ R.M. Seit wann sind die Leistungen zu entrichten? Seit ............................................ 19........ Bis wann sind die Leistungen zu entrichten? (Falls die Leistungen bis zum Ableben einer Person zu entrichten sind, sind auch Tag, Monat und Jahr der Geburt dieser Person anzugeben.) Bis ............................................ 19........ Welchen Kapitalwert hatte die Last? ........................ R.M.

## VI. Bemerkungen:

.................................................................................................................................

.................................................................................................................................

.................................................................................................................................

.................................................................................................................................

.................................................................................................................................

Ich versichere, die vorstehenden Angaben nach bestem Wissen und Gewissen gemacht, insbesondere mein Vermögen in diesem Vermögensverzeichnis vollständig angegeben zu haben. Soweit Werte in diesem Vermögensverzeichnis angegeben sind, bin ich von der Anleitung, die dem Vordruck zu diesem Vermögensverzeichnis beigelegt hat, nicht abgewichen.

Wien , 15. Juli 1938

*Elisabeth Grünbaum*

(Unterschrift des Anmeldepflichtigen oder der an seiner Stelle zur Abgabe des Vermögensverzeichnisses verpflichteten Person)

## Vermögensverzeichnisse ohne Unterschrift gelten als nicht abgegeben



¹) Einschließlich eines etwa vereinbarten Verwaltungskostenbeitrags. — ²) Bei Festzinshypotheken ist der Zeitpunkt einzusetzen, an dem die Rückzahlung frühestens verlangt werden kann; bei Kündigungshypotheken (ohne feste Mindestlaufzeit) ist die Kündigungsfrist anzugeben.

2190. 38. II.C

FILED: NEW YORK COUNTY CLERK 12/11/2022 03:11 PM          INDEX NO. 654836/2022
NYSCEF DOC. NO. 8                                                    RECEIVED NY          22

**Vor Ausfüllung des Vermögensverzeichnisses ist die beigefügte Anleitung genau durchzulesen!**

### Zur Beachtung!

1. **Wer hat das Vermögensverzeichnis einzureichen?**
   Jeder Anmeldepflichtige, also auch jeder Ehegatte und jedes Kind für sich. Für jedes minderjährige Kind ist das Vermögensverzeichnis vom Inhaber der elterlichen Gewalt oder von dem Vormund einzureichen.

2. **Bis wann ist das Vermögensverzeichnis einzureichen?**
   Bis zum 30. Juni 1938. Wer anmelde- und bewertungspflichtig ist, aber die Anmelde- und Bewertungspflicht nicht oder nicht rechtzeitig oder nicht vollständig erfüllt, setzt sich schwerer Strafe (Geldstrafe, Gefängnis, Zuchthaus, Einziehung des Vermögens) aus.

3. **Wie ist das Vermögensverzeichnis auszufüllen?**
   Es müssen sämtliche Fragen beantwortet werden. Nichtzutreffendes ist zu durchstreichen. Reicht der in dem Vermögensverzeichnis für die Ausfüllung vorgesehene Raum nicht aus, so sind die geforderten Angaben auf einer Anlage zu machen.

4. Wenn Zweifel bestehen, ob diese oder jene Werte in dem Vermögensverzeichnis aufgeführt werden müssen, sind die Werte aufzuführen.

**44614**

# Verzeichnis über das Vermögen von Juden

## nach dem Stand vom 27. April 1938

des *Grünbaum Franz Fried. (Fritz)* *Schauspieler u. Schriftsteller*
der    (Zu- und Vorname)    (Beruf oder Gewerbe)

in *Wien IV.* *Rechte Wienzeile* Straße, Platz Nr. *29*
(Wohnsitz oder gewöhnlicher Aufenthalt)

### Angaben zur Person

Ich bin geboren am *7. April 1880.*

Ich bin Jude (§ 5 der Ersten Verordnung zum Reichsbürgergesetz vom 14. November 1935, Reichsgesetzbl. I S. 1333) und — deutscher [1] — ———————————— Staatsangehörigkeit [1] — ~~staatenlos [1]~~.

Da ich — Jude deutscher Staatsangehörigkeit [1] — ~~staatenloser Jude [1]~~ — bin, habe ich in dem nachstehenden Vermögensverzeichnis mein gesamtes inländisches und ausländisches Vermögen angegeben und bewertet [1].

Da ich Jude fremder Staatsangehörigkeit bin, habe ich in dem nachstehenden Vermögensverzeichnis mein inländisches Vermögen angegeben und bewertet [1].

Ich bin verheiratet mit *Elisabeth* geb. *Herzl*
(Mädchenname der Ehefrau)

Mein Ehegatte ist der Rasse nach — jüdisch [1] — ~~nichtjüdisch [1]~~ — und gehört der *mosaischen* Religionsgemeinschaft an.

### Angaben über das Vermögen

#### I. Land= und forstwirtschaftliches Vermögen (vgl. Anleitung Ziff. 9):

Wenn Sie am 27. April 1938 land- und forstwirtschaftliches Vermögen besaßen (gepachtete Ländereien u. dgl. sind nur aufzuführen, wenn das der Bewirtschaftung dienende Inventar Ihnen gehörte):

| Lage des eigenen oder gepachteten Betriebs und seine Größe in Hektar? (Gemeinde — Gutsbezirk — und Hofnummer, auch grundbuch- und katastermäßige Bezeichnung) | Art des eigenen oder gepachteten Betriebs? (z. B. landwirtschaftlicher, forstwirtschaftlicher, gärtnerischer Betrieb, Weinbaubetrieb, Fischereibetrieb) | Handelte es sich um einen eigenen Betrieb oder um eine Pachtung | Wert des Betriebs RM | Bei eigenen Betrieben: Wenn der Betrieb noch Anderen gehörte: Wie hoch war Ihr Anteil? (z. B. 1/4) |
|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 |
|  |  |  |  |  |

#### II. Grundvermögen (Grund und Boden, Gebäude) (vgl. Anleitung Ziff. 10):

Wenn Sie am 27. April 1938 Grundvermögen besaßen (Grundstücke, die nicht zu dem vorstehend unter I und nachstehend unter III bezeichneten Vermögen gehörten):

| Lage des Grundstücks? (Gemeinde, Straße und Hausnummer, bei Bauland auch grundbuch- und katastermäßige Bezeichnung) | Art des Grundstücks? (z. B. Einfamilienhaus, Mietwohngrundstück, Bauland) | Wert des Grundstücks RM | Wenn das Grundstück noch Anderen gehörte: Wie hoch war Ihr Anteil? (z. B. 1/4) |
|---|---|---|---|
| 1 | 2 | 3 | 4 |
|  |  |  |  |

[1] Nichtzutreffendes ist zu durchstreichen.

Vermögensverzeichnis (VO v. 26. 4. 38)

*(Doc. 1 - 16)*    *KT. 162*

PAGE 8

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 8

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

— 2 —

## III. Betriebsvermögen (vgl. Anleitung Ziff. 11 und 12)

a) Wenn Sie am 27. April 1938 Inhaber eines Gewerbebetriebs waren (vgl. Anleitung Ziff. 11):

| Bezeichnung des Betriebs (Firma), Ort der Geschäftsleitung und Art des Betriebs (z. B. Maschinenfabrik, Lebensmittelhandlung, Gastwirtschaft, Tischlerei) | Gesamtwert des Betriebs nach Abzug der Betriebsschulden? RM | Wenn der Betrieb noch Anderen gehörte: Wie hoch war Ihr Anteil? (z. B. ¼) |
|---|---|---|
| 1 | 2 | 3 |
| | | |

*Außer den Angaben in den Spalten 1 bis 3 ist die Berechnung des „Gesamtwerts des Betriebs" in einer Anlage im einzelnen zu erläutern*

b) Wenn Sie am 27. April 1938 an offenen Handelsgesellschaften, Kommanditgesellschaften oder ähnlichen Gesellschaften beteiligt waren:

α) Um welche Gesellschaften handelt es sich? (Bezeichnung des Betriebs, Firma, Ort der Geschäftsleitung) ...........................

β) Wie hoch war Ihr Anteil? .......... Wie hoch war der Wert Ihres Anteils? ............. RM

c) Wenn Sie am 27. April 1938 Vermögen besaßen, das der Ausübung eines freien Berufs diente (vgl. Anleitung Ziff. 12):

α) Art des freien Berufs: *Schauspieler u. Schriftsteller*
(z. B. Wagenart, Rechtsanwalt, Architekt, Kunstmaler)

β) Wo wurde der freie Beruf ausgeübt? *Wien*
(Gemeinde, Straße, Hausnummer)

γ) Welchen Wert hatte das dem freien Beruf gewidmete Reinvermögen am 27. April 1938? ... *720* RM *Bücher*
(Eine Aufstellung dieses Vermögens, aufgegliedert insbesondere nach Inventar (z. B. Instrumente, Bibliothek) und Außenständen, ist beizufügen. Wenn Sie den freien Beruf zusammen mit anderen Personen ausübten, ist in der Aufstellung das gemeinschaftliche Vermögen aufzuführen und der Wert Ihres Anteils hieran anzugeben.)

## IV. Sonstiges Vermögen, insbesondere Kapitalvermögen (vgl. Anleitung Ziff. 13 bis 21)

Welchen Wert hatte das Ihnen am 27. April 1938 gehörige sonstige Vermögen (ohne Abzug von Schulden), und zwar:

a) Festverzinsliche Wertpapiere einschl. Schuldbuchforderungen und Sachwertanleihen (z. B. Anteile oder Schuldverschreibungen von Staaten und Gemeinden, Obligationen von Industriegesellschaften, Pfandbriefe, Steuergutscheine usw.),

Wertpapiere mit Dividendenertrag (z. B. Aktien, Kuxe und Genußscheine, Reichsbankanteilscheine, Reichsbahnvorzugsaktien),

Geschäftsanteile an inländischen und ausländischen Unternehmen? (z. B. Anteile an Gesellschaften mit beschränkter Haftung, — Name der Gesellschaft, Ort der Geschäftsleitung ist anzugeben) — vgl. Anleitung Ziff. 14 —,

| Bezeichnung des Wertpapiers usw. *(Wird ein Bankauszug beigefügt, aus dem sich die Angaben zu den Sp. 1 bis 5 vollständig ergeben, so genügt die Ausfüllung der Sp. 5 unter Hinweis auf den Bankauszug)* | Zins-(Sh?) | Nennbetrag des gesamten Besitzes an dem in Sp. 1 bezeichneten Wertpapier usw. | Kurswert gemeiner(Verkaufs?)Wert in Prozenten oder für ein Stück a. dgl. | Wert für den in Sp. 3 angegebenen Nennbetrag RM | Bemerkungen |
|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 |
| *Trefferanleihe* | | *1 St. à 500 S* | | *336.50* | |
| " | | *5 . à 100 S* | | *338.75* | |
| *7 St. verl. Bankvos 1923 II* | | *à 75 S* | | *33.—* | |
| | | | | | |

¹) Nur bei festverzinslichen Werten anzugeben, nicht z. B. bei Aktien, Kuxen, Anteilen an Gesellschaften mit beschränkter Haftung.

PAGE 9

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM
NYSCEF DOC. NO. 8

INDEX NO. 654836/2022
RECEIVED NYSCEF: 12/14/2022

V e r z e i c h n i s

über das Vermögen des Franz Friedrich Israel G r ü n b a u m ,
derzeit in Schutzhaft im Konzentrationslager Weimar-Buchenwalde,
nach dem Stande vom 30. Juni 1939 unter Hinweis auf die Vermö -
gensanmeldung vom 27.April 1938 und die anlässlich der ersten
Einreichung in der Centralstelle für jüdische Auswanderung anfangs
Februar 1939 erstattete Veränderungsanzeige :

   1.)  Bargeld  ..........................  RM 1826.-
   2.)  Wertpapiere,unverändert 7 Stück österr.
       Baulose ............................  "    33.-
   3.)  Bilder und Graphik .................  "  5791.-
   4.)  Bücher  ...........................  "   720.-

                      zusammen   RM 8370.-

   Die Differenz zwischen obiger Summe und der der Vermögens-
anmeldung nach dem Stande vom 27.April 1938 erscheint gerechtfer-
tigt durch

   1.)  Bezahlung der Reichsfluchtsteuer in der Höhe
von ................................  RM 17.250.-
   2.)  der Judenvermögensabgabe im Ausmasse v. "  8.800.-
       für mich und meine Gattin Elisabeth Sara Grünbaum .

   Die in der Vermögensanmeldung angeführten Versicherungs -
polizzen der Riunione Adriatica di Sicurtà und der Victoria zu
Berlin wurden wie bereits angegeben an meine Gattin zediert, was
der Vermögensverkehrsstelle am 15. Juli 1938 angezeigt worden ist.

   Der Schmuck im Werte von 750 RM laut Vermögensanmeldung
wurde am 31.März 1939 abgeliefert; Entgelt hiefür habe ich bis
zum heutigen Tage nicht erhalten.

                                              ·/.

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM    INDEX NO. 654836/2022

NYSCEF DOC. NO. 8    RECEIVED NYSCEF: 12/14/2022

Der mir gehörige Bargeldbetrag verminderte sich durch die Bemessungsgebühr der Centralstelle für jüdische Auswanderung per RM 1000.- , Geldsendungen meiner Gattin an mich in das Konzentrationslager zwischen 30. Jänner und 30. Juni 1939 per RM 720.-, für Visagebühren,etc. per RM 179.- auf die eingangs angegebene Höhe von RM 1826.-

Bargeld und Wertpapiere sind mit Sicherungsanordnung der Devisenstelle Wien Zl. 858/38-90 vom 3.August 1938 sichergestellt worden; es durfte seither über diese Werte nur mit Bewilligung der Devisenstelle Wien verfügt werden.

NYSCEF DOC. NO. 8

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

PAGE 12

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 8

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

44614

Wien, 1. Aug. 1938.

An die

Vermögensverkehrsstelle

Wien I

R. 'Isamt
Ci / Hdh.
214.094

Zufolge Aufforderung vom 27. Juli d. J. übersende
ich beiliegend das Vermögensverzeichnis meines
Mannes, des in Schutzhaft befindlichen Schauspielers
u. Schriftstellers Franz Friedrich (Fritz) Grünbaum,
von dem ich in der Zwischenzeit eine Vollmacht
erhalten habe.

Elisabeth Grünbaum
Wien IV. Rechte Wienzeile 29.

3 Beilagen
3 Vermögensverzeichnisse



6

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM
NYSCEF DOC. NO. 8

INDEX NO. 654836/2022
RECEIVED NYSCEF: 12/14/2022

44614

Dr. FRANZ KIESLINGER
PERCHTOLDSDORF N.Ö.
HOCHSTRASSE        133


S c h ä t z u n g s g u t a c h t e n .
------------------------------------------------

Über den Kunstbesitz des Herrn Franz Friedrich Grünbaum, in Wien IV.,
Rechte Wienzeile 29, nach dem gemeinen Wert vom 1. Jänner 1938 bezie-
hungsweise (unverändert) vom 27. April 1938.

| P.Z. | Gegenstand | Schätzwert in R.Mark. |
|---|---|---|
| | **A) Herrenzimmer.** | |
| 1. | E. Schiele, der Selbstseher, Oel, Lw. | 300.-- |
| 2. | " Frauenportrait, Oel, Lw. | 200.-- |
| 3. | " Stadt am Fluss | 25.-- |
| 4. | " Kleine Landschaft mit Bäumen | 20.-- |
| 5. | " Schiffe im Hafen | 15.-- |
| 6. | M. Oppenheimer, (Mopp) Bläserquintett | 30.-- |
| 7. | Russisches Ikon auf Goldgrund, Fragment | 20.-- |
| 8. | Französisches Aquarell, modern, Mädchen in Landschaft Skizze | 10.-- |
| 9. | Franz. Aquarell, Modern, Landschaft mit Häuserzeile und wolkigem blauen Himmel | 30.-- |
| 10. | C. Harpignis, Landschaft mit entlaubten Bäumen,Aquarell | 10.-- |
| 11. | P. Signac, Fluss mit grossem Boot, Stadt im Mittelgrund aquarellierte Zeichnung | 40.-- |
| 12. | Holzstatuette, Reste von alter Fassung, Barok, deutsch Christus, stark beschädigt | 30.-- |
| 13. | Holzstatuette, Engel, spanisch um 1600 | 30.-- |
| 14. | " heiliger Franziskus, Ob.Oest. um 1600 | 50.-- |
| 15. | E. Orlik, Dschunken am Fluss, frabige Radierung | 8.-- |
| 16. | F. von Stuck, Zentaur, aquarellierte Zeichnung | 200.-- |
| 17. | Egger-Lienz, 2 Soldaten vor Gebirgslandschaft,Aquarell | 60.-- |
| 18. | E.Huber, Dalmatinischer Marktplatz | 30.-- |
| 19. | " Dalmatinische Stadt mit Meeresbucht | 30.-- |
| 20. | Willy Nowak, Strasse bei Nacht, links vorne Wagen,Aquarell | 25.-- |
| 21. | Viktor Tischler, Landschaft, Oel, Lw. | 20.-- |
| 22. | H. Canal, Landschaft mit Mühle bei Mondenschein, Oel.Lw. | 20.-- |
| 23. | Zwei Initialen aus illuminierten Codices | |
| | a) aus grossem Missale mit Noten | |
| | b) kleines Gebetbuch, Holzschnitt von Dürrer,Aufl. Druck | 45.-- |
| | Transport R.M. | 1.248.- |

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 8

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

44614

2

Dr. FRANZ KIESLINGER
PERCHTOLDSDORF N.Ö.
HOCHSTRASSE        133

| P.Z. | Gegenstand | Schätzwert in R.Mark |
|------|-----------|----------------------|
| | Transport | 1248.-- |
| 24. | Stefano della Bella, Radierungen, 20 Stück, | 15.-- |
| 25.a | Rembrandt-Radierungen, 4 Stück, spätere Drucke, | |
| b | Kreis des Rembrandt, Gelehrter. | 250.-- |
| 26. | Ein Konvolut deutscher Radierungen, 13 Blatt Penez, 3 Beham, 2 Lucas v.Leyden,1 H.Hopfer, 1 Urs Graf,(Neudruck) 1 Schongauer (nach ihm ?) 1 Aldegraver, 1 Altdorfer | 180.-- |
| 27. | 3 Kupferstiche von Dürer, Auferstehung (Duplette der Bremer-Kunsthalle, stark beschnitten) , Bartholomäus, das monstreuse Schwein | 100.- |
| 28. | 1 Konvolut, 2 Niellá, 3 helländische Radierungen, 1 Schrotblatt | 9.-- |
| 29. | 7 Blatt Kupferstiche Beham | 40.-- |
| 30. | 1 Konvolut: 1 Farbholzschnitt a.e.Livre d'Heure; 4 franz. Stiche (2 Callet, Demarne, Delacroix) 6 italienische Stiche (Tiepolo, Castigliene, Reni), 2 Radierungen Ostade, 2 dtte. Karel Dujardin, 2 dtte. Bega, 1 Kupferstich von Geltzius, 1 Radierung von Dietricy 1 Radierung von Roos | 15.-- |
| 31. | 23 zeitgenössische Radierungen | 10.-- |
| 32. | Zeitgenössische Graphik, Orlik, Pechstein, Liebermann u.a. 21 Stück | 15.-- |
| 33. | Druckgraphik von Dore und Daumier 9 Blatt | 20.-- |
| 34. | Zeitgenössische Graphik 10 Blatt (Kollwitz, Harta, Tischler etc. | 15.-- |
| 35. | 5 Blatt grosse Graphiken, Münzer, Mopp, Klinger, Faistauer Kriehuber) | 10.-- |
| 36. | 12 Kupferstiche des 17. und 18. Jahrhunderts und 3 Handzeichnungen, 1 nach Carracci und 2 Blatt 19 Jh. deutsch | 20.-- |
| 37. | Grosse Handzeichnungen von Schiele 55 Blatt mit Farben | 1200.-- |
| 37 a | 20 Bleistiftzeichnungen und 1 Radierung v.Schiele | 300.-- |
| 38. | Zeitgenössische Aquarelle und Zeichnungen (Schatz,Vitasek Kokoschka, Mopp, Gütersloh etc) 24 Blatt | 30.-- |
| 39. | Zeitgenössische Zeichnungen u.Aquarelle, grosse Formate (Mopp, Faistauer, Kolik, etc. 18 Blatt | 90.-- |
| 40. | 2 grosse Kokoschka, weibliche Köpfe, Hdz. | 50.-- |
| 41. | Tötel Blatt, Englisch, 2 Kutscherstudien | 15.-- |
| 42. | Reproduktion nach Cezanne, Lithogr. | 10.-- |
| 43. | Deckenentwurf, Aquarell, ital. 18. Jh. | 30.-- |
| 44. | 2 franz. Blätter, Art des Gavarni Mädchen mit Kind 18.Jh. | 20.-- |
| 45. | Ital. Barokzeichnung, Mitte des 18.Jh. Deckenentwurf | 12.-- |
| 46. | 1 Konvolut von 3 Handz. Calame,Israels,Tiroler Barokmaler | 30.-- |
| 47. | 1    "    Zeichnungen des 18.u.19.Jh., (die wichtigeren Zuschreibungen falsch, wie Gaugoin, Chodowieski etc.) 20 Blatt | 80.-- |
| | Transport    R.M. | 3.814.-- |

PAGE 15

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 8

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

Dr. FRANZ KIESLINGER
PERCHTOLDSDORF N.Ö.
HOCHSTRASSE      133

3

| P.Z. | Gegenstand | | Schätzwert in R.Mark |
|------|-----------|---|---------------------|
| | Transport | R.Mk | 3.814.— |
| 48. | 15 franz. Zeichnungen, darunter Doré Meissonier, Rodin, Degas, angebl. Ceret, Constable (?) Gavarni Courbet, 2 Guys, Daubigny, | | 400.— |
| 49. | Konvolut, geringere Zeichnungen des 19.Jh. 14 Blatt | | 35.— |
| 50. | Kleines Altwiener Aquarell, Art des Treml, bäuerliche Prozession, gerahmt, | | 30.— |
| 51. | Konvolut, 32 kleine Zeichnungen und Aquarelle, zumeist Altwiener-Meister, Thomas Ender, Pettenkofen, Makkart etc. aber auch Spitzweg, Schwind (?) | | 400.— |
| 52. | Konvolut mittelgrosser Zeichnungen, darunter Pettenkofen, Gauermann, Kaufmann, ein unwichtiges Blatt von Menzl, Corinth, Liebermann, drei bescheidene Blätter von Spitzweg, Knaus, Habermann, 20 Blatt | | 250.— |
| 53. | Eine Mappe enthaltend 6 Blatt Aquarelle und Zeichnungen darunter ein Hodler (?) | | 150.— |
| | B) Speisezimmer. | | |
| 54. | 1 Knabenportrait v. Erasmus, Engerth, Oel. Lw. | | 200.— |
| 55. | Kleines Oelbild, Waldrand mit Staffage von Stockmann | | 20.— |
| 56. | Molnar, Stilleben, Oel.Lw. | | 20.— |
| 57. | Epstein, Selbstportrait, Zeichnung, | | 15.— |
| 58. | Robert Russ, Wiesenlandschaft, | | 30.— |
| 59. | Willroider, Landschaft, Oel. | | 20.— |
| 60. | Burghard Walde, Tiroler Bäuerin, Oel | | 25.— |
| 61. | Leopold Karl Müller, Studie aus Kairo, Oel | | 60.— |
| 62. | 5 Biedermeier Portraitminiaturen, 1 Stich, 1 Glückwunschkarte, 1 Silhuette, | | 100.— |
| 63. | 2 ganz kl. Oelbildchen, Landschaft und Fellachenknabe | | 20.— |
| 64. | Holl,Bauernmädchen, Art des Bartels, | | 80.— |
| 65. | 2 Robert Schleich, Heuwagen und Schafherde, zus. | | 70.— |
| 66. | 1 dekoratives Oelbildchen, | | 10.— |
| | C) Schlafzimmer. | | |
| 67. | Angebl. Kriehuber, Praterbäume, | | 20.— |
| 68. | Genrebild undeutlich signiert, Mann in Bibliothek | | 12.— |
| | | R.Mark | 5.791.— |

In Worten:Fünftausendsiebenhunderteinundneunzig Reichsmark.
Obige Gegenstände in 68 Teilposten,Gesamtschätzbetrag von 5791 Mark
wurden von mir am heutigen Tag nach dem gemeinen Wert wie eben ge-
schätzt. Wien, am 20. Juli 1938.

EXPERTE    DES    DOROTHEUMS
für mittelalterliche Kunst
M. MITGLIED    DES    INST.    FÜR
ÖSTERR. GESCHICHTSFORSCHUNG
WIEN

PAGE 16

.11

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM    INDEX NO. 654836/2022
NYSCEF DOC. NO. 8    RECEIVED NYSCEF: 12/14/2022

*32434*

# Vermögensbekenntnis.

Diese Erklärung ist für jene Personen abzugeben (bei Minderjährigen die Eltern, oder deren Bevollmächtigte) die in den Personenkreis fallen, der durch die Kundmachung 102 vom 26. April 1938, betreffs der Anmeldung des jüdischen Vermögens erfaßt wurde. Bei der Ausfertigung des Bekenntnisses hat sich der Meldende genau an die umseitige Erläuterung zu halten. Zum Unterschied von der Vermögensanmeldung, sind hier in den einzelnen Rubriken, **nur die Endziffern des jeweiligen Vermögensbestandteils einzusetzen.**

Zu- und Vorname: *Franz Friedr. Israel Grünbaum* geb. *7.4.1880*

derzeitige Anschrift: *4 Rechte Wienzeile derzt. Weimar - Buchenwald*

| | | Vom Einreicher auszufüllen | | Raum für Bemerkungen der Dienststelle |
|---|---|---|---|---|
| | | Stand v. 27. April 1938 | Stand von heute | |
| | | Wert in RM | Wert in RM | |
| I. | Land= und Forstwirtschaftlicher Besitz | *Keines* | *Keines* | |
| II. | Grundvermögen (Grund — Boden Gebäude) | *Keines* | *Keines* | |
| III. | Betriebsvermögen | *Keines* | *Keines* | |
| IV. | Sonstiges Vermögen (Bargeld, Guthaben Wertpapiere Geschäftsguthaben) (siehe Anmerkung) | *Rm 56.047.22* | *Rm 8.370.-* | Erledigt 19. Juli 1939 |
| V. | Schulden und Lasten | *Keine* | *Keine* | |
| | | Beschlagnahmt, von wem? | Wert in RM | Wo befinden sich die Werte? |
| VI. | Gesperrtes Vermögen | *Bargeld + Wertpapiere ist durch Sicherungsbescheid der Devisenstelle gesperrt. Verfügung darüber nur mit Genehmigung der Devisenstelle* | | |

Ich versichere, die vorstehenden Angaben nach bestem Wissen und Gewissen gemacht zu haben. Von der umseitigen Erläuterung bin ich nicht abgewichen.

Wien, am *Juli 1939.*

*Franz Friedr. Israel Grünbaum*
*Elisabeth Sara Grünbaum V.*
Unterschrift.

Form. 96.  20.000. 12. 38. U.

PAGE 17
12

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM    INDEX NO. 654836/2022
NYSCEF DOC. NO. 8                                        RECEIVED NYSCEF: 12/14/2022

# Erläuterung zur Ausfertigung des Vermögensbekenntnisses.

Der Meldende hat im Bekenntnis nur sein eigenes Vermögen anzugeben. Für Ehegatten (auch nicht jüdische) und jüdische Kinder ist eine besondere Meldung einzureichen. Vermögen, das aus einer Erbschaft, oder aus einem Vermächtnis zu erwarten ist, muß auch dann gewertet werden, wenn die Eigentumsübertragung noch nicht erfolgt ist.

Anzumelden ist das gesamte Vermögen:

 a) nach dem Stand vom 27. April 1938
 b) nach dem Stand am Tage der Einreichung.

Juden deutscher Staatsangehörigkeit und staatenlose Juden, haben ihr gesamtes in= und ausländisches Vermögen anzumelden.

Juden fremder Staatsangehörigkeit, haben ihr inländisches Vermögen anzugeben.

Gegenstände die ausschließlich zum persönlichen Gebrauch des Meldenden bestimmt sind, soweit es sich nicht um Schmuck=, Kunst= oder Luxusgegenstände handelt, sind nicht anzugeben.

Jeder Vermögensbestandteil ist mit dem gemeinen Wert, den er am 27. April 1938, bzw. am Tag der Einreichung hat, zu bewerten. In die einzelne Sparte ist nur die jeweilige Endziffer der Vermögensgruppe einzusetzen.

Zu I) Zum land= und forstwirtschaftlichen Vermögen gehört auch das Weinbauvermögen, das gärtnerische Vermögen und das der Fischzucht, Teichwirtschaft, Binnenfischerei usw. gewidmete Vermögen.

Zu II) Hierunter fallen alle Grundstücke.

Zu III) Hierunter fällt jeder gewerbliche Betrieb und das Vermögen, das der Ausübung eines freien Berufes dient.

Zu IV) Hierunter fallen alle Werte und Güter, die nicht unter den vorherigen Gruppen untergebracht wurden. Dazu gehören: Wertpapiere, Anteile, Kapitalsforderungen, Zahlungsmittel, Einlagen, Guthaben und noch nicht fällige Versicherungsansprüche (Rückkaufswert), Schmuck, Kunst= u. Luxusgegenstände, Urheberrechte, Patente, Erfindungen, Konzessionen u. a.

Nießbrauchrechte, Renten, Pensionen und Gehälter sind kapitalisiert anzugeben. Der Wert auf die Lebenszeit einer Person beschränkten Nutzung, bestimmt sich nach dem Alter. Als Wert wird angenommen bei einem Alter

| | | | | | | |
|---|---|---|---|---|---|---|
| | | bis zu 15 Jahren das | | | 18 fache, | |
| von mehr als 15 | „ | „ 25 | „ | „ | 17 | „ |
| „ „ „ 25 | „ | „ 35 | „ | „ | 16 | „ |
| „ „ „ 35 | „ | „ 45 | „ | „ | 15 | „ |
| „ „ „ 45 | „ | „ 55 | „ | „ | 13 | „ |
| „ „ „ 55 | „ | „ 65 | „ | „ | 10 | „ |
| „ „ „ 65 | „ | „ 75 | „ | „ | 7 | „ |
| „ „ „ 75 | „ | „ 80 | „ | „ | 5 | „ |
| „ „ „ 80 Jahren das | | | | | 3 | „ |

des Wertes der einjährigen Nutzung. Immerwährende Nutzungen sind mit dem Achtzehnfachen, Nutzungen und Gehälter von unbestimmter Dauer mit dem Neunfachen ihres Jahreswertes anzusetzen.

Zu V) Hier sind anzuführen, Hypotheken, Grund= und Darlehensschulden, der Kapitalswert von Alimentationen u. a. wiederkehrende Leistungen zu berechnen nach Punkt IV Absatz 2.

Zu VI) Hier ist der Wert der gesperrten Vermögensteile anzuführen. Anzuzeigen ist ferner, von wem Werte gesperrt wurden, und wo sich diese Werte befinden.

Im übrigen findet bei der Ausfertigung des Bekenntnisses die Anleitung die zur Ausfüllung des Vermögensverzeichnisses maßgebend war, sinngemäße Anwendung.



FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 8

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

44614

F5738

Franz Friedrich
Grünbaum

4. Rasta Weingasse 29

(100. 1. 2)

17

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 8

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

# DOROTHEUM
Wien, I. Spiegelgasse 16

446147?

N⁰ 31677

11044

## Öffentliche Ankaufsstelle

nach § 14 der Verordnung über den Einsatz des jüdischen Vermögens.

Von: Franz Israel u. Elisabeth Sara Grünbaum, Wien, 19., Hofzeile 27.

Friedrich

wurden am heutigen Tage nachstehende ablieferungspflichtige Wertgegenstände angekauft:

| Laufende Nr. | Gegenstand | Ankaufspreis Reichsmark | Anmerkung |
|---|---|---|---|
| 1. | 1 Schnur Perlen mit Goldschliesse 3 Brillanten 7 gr | 200.— | B III |
| 2. | 1 Ring mit 1 Brillant 1 Perle 4 gr Platin | 200.— | B III |
| 3. | 1 Platin Armbanduhr mit Brillante n I.W.C. Werk besch | 170.— | B III |
| 4. | 1 goldgl. Herrenremontoir Vacheron 18 krt | 120.— | W |
| 5. | 1 Zigarettendose 1 k Kette 1 Ange-hänge 128 gr Gold 1 Feuerzeug mit Gold 30 gr | 222.— | B I |
| | S u m m e : | 912.— | |
| | abzüglich 10% | 91.20 | |
| | | 820.80 | |

Wien, am 9. November ( 31.3. )1939

_Hartmann_

Tajec

14

808/Do 275 - 3500 IX 39 - SF 4556

NYSCEF DOC. NO. 8

RECEIVED NYSCEF: 12/14/2022

*foom II    20.18*

22. JULI 1938

Wien, 15. Juli 1938

An die

**Vermögensverkehrsstelle**

Wien I

Strauchgasse 1.

Mein Gatte, der Schauspieler Franz Friedrich Grünbaum befindet sich seit 22. März in Schutzhaft, u. zw. derzeit in Dachau 3K, Block 6, Stube 4.

Ich ersuche daher höfl. ihm die Frist zur Einbringung des Verzeichnisses über das Vermögen von Juden bis nach seiner Rückkehr zu erstrecken.

Elisabeth Grünbaum

IV. Rechte Wienzeile 29.

V.

1.) Einreicher aufgefordert, Häftling zur Bestellung eines
    Bevollmächtigten zu veranlassen.
    (Frist 20.Aug-1938.)
2.) Z.d.A.
    Wien, 27.Juli 1938.

**Vermögensverkehrsstelle**
im Ministerium für Wirtschaft und Arbeit

Eing.    13. JUL. 1938

Zahl:    214094

Abt.:    Recht    Blg.:





PAGE 21

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 8

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

— 3 —

b) Verzinsliche und unverzinsliche Kapitalforderungen jeder Art an Inländer oder Ausländer? (z. B. Hypotheken, Grundschuldforderungen, Darlehen, Einlagen als stiller Gesellschafter, solche Ansprüche auf Gehälter, Löhne, Zinsen und ähnliche Beträge, die am 27. April 1938 bereits fällig, jedoch noch nicht ausgezahlt waren, Tilgungsfonds, die zugunsten des Steuerpflichtigen angesammelt sind u. dgl.) — vgl. Anleitung Ziff. 15 —

[Spareinlagen, Bankguthaben, Postscheckguthaben und sonstige laufende Guthaben sind nicht hier, sondern nachstehend zu c anzugeben.]

| Art der Forderung (z. B. Hypothek, Darlehen) | Name und Anschrift des Schuldners | Nennbetrag der Forderung | Zins-satz¹) | Vertragliche Laufzeit bis²) | Bemerkungen (z. B. über Umrechnung einer ausländischen Währung) |
|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 |
| | | | | | |

c) Zahlungsmittel, Spareinlagen, Bankguthaben, Postscheckguthaben und sonstige laufende Guthaben? (vgl. Anleitung Ziff. 16) ..... *Kr. Oest. Credit Anstalt, Filiale Wien VI* ....... 317.93 RM

Die Beträge in ausländischer Währung und die angewandten Umrechnungssätze sind im einzelnen auf einer Anlage, anzugeben.

d) Geschäftsguthaben bei Erwerbs- und Wirtschaftsgenossenschaften? (vgl. Anleitung Ziff. 17) ....... RM

Name der Genossenschaft, Ort der Geschäftsleitung: .............

e) Noch nicht fällige Ansprüche aus Lebens-, Kapital- oder Rentenversicherungen, zu berechnen mit ²/₃ der eingezahlten Prämien oder Kapitalbeträge oder mit dem Rückkaufswert? (vgl. Anleitung Ziff. 18) ... RM

Name der Versicherungsgesellschaft: *Riunione adriatica Wien*,

Nr. des Versicherungsscheins: *358.742/743a, 358.252/253a Dollar 1728/a 2489* = 42.935.26

*Ichteria 1285/40*  "  "  *933*  "  2.322.73

f) Altenteilsrechte, Nießbrauchsrechte und sonstige Rentenrechte? (vgl. Anleitung Ziff. 19): Welchen Wert ⟨45.257.99⟩

hatte die einjährige Nutzung? ....... RM. Seit wann stehen Ihnen die Nutzungen zu?

Seit ......... 19..... Bis wann stehen Ihnen die Nutzungen zu? Bis ......... 19.....

(Falls das Recht mit dem Ableben einer Person erlischt, sind auch Tag, Monat und Jahr der Geburt dieser Person anzugeben.)

Welchen Kapitalwert hatte das Recht? ......... RM

g) Gegenstände aus edlem Metall, Schmuck- und Luxusgegenstände, Kunstgegenstände und Sammlungen? (vgl. Anleitung Ziff. 20) *Bilder u. Graphik lt. angeschl. Schätzung* ... 5791 RM

h) Edelmetalle, Edelsteine und Perlen? *Schmuck*  "  "  " 750 RM

i) Anderes nicht unter a bis h fallendes »sonstiges Vermögen«? (vgl. Anleitung Ziff. 21) ⟨6.541⟩ RM
(z. B. Urheberrechte, geschützte und nicht geschützte Erfindungen, solche Gewerbeberechtigungen, die nicht vom Berechtigten selbst ausgeübt werden.)

Art der Gegenstände und Errechnung ihres Werts sind hier anzugeben.

*Bezüglich Urheberrechten u. bezüglich*

*Versicherungen s. Bemerkungen Punkt VI*

¹) Einschließlich eines etwa vereinbarten Verwaltungskostenbeitrags. — ²) Bei Festzinshypotheken ist der Zeitpunkt einzusetzen, an dem die Rückzahlung frühestens verlangt werden kann, bei Kündigungshypotheken (ohne feste Mindestlaufzeit) ist die Kündigungsfrist anzugeben.

PAGE 22

15

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 8

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

— 4 —

## V. Abzüge, soweit sie nicht das Betriebsvermögen (oben Abschnitt III) betreffen

(Schulden und Lasten dürfen nur insoweit abgezogen werden, als sie bei Beginn des 27. April 1938 bereits bestanden. Sie sind nachstehend im einzelnen aufzuführen.)

a) Schulden (vgl. Anleitung Ziff. 22):

| Art der Schuld (z. B. Hypotheken, Darlehnschuld) | Name und Anschrift des Gläubigers | Nennbetrag der Schuld | Zins-satz¹) | Vertragliche Laufzeit bis²) | Bemerkungen (z. B. über Umrechnung einer ausländischen Währung) |
|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

b) Altenteilslasten, Nießbrauchslasten und sonstige Rentenlasten (vgl. Anleitung Ziff. 23): Welchen Wert hat die einjährige Leistung? .......... R.M. Seit wann sind die Leistungen zu entrichten? Seit .......... 19.... Bis wann sind die Leistungen zu entrichten? (Falls die Leistungen bis zum Ableben einer Person zu entrichten sind, sind auch Tag, Monat und Jahr der Geburt dieser Person anzugeben.) Bis .......... 19.... Welchen Kapitalwert hatte die Last? .......... R.M.

## VI. Bemerkungen:

Zu 1   Als Libretist einiger Operetten vereinnahmte F. Grünbaum im Jahre 1937 u. Steuerfassion an Verlagstantiemen RM 460.- als Mitglied d. Autorengesellschaft   = 2762.66

Zu 2   Ende Mai 1938 hat F. F. Grünbaum die hier angeführten Versicherungen an seine Gattin Elisabeth Grünbaum cediert, was mit Schreiben vom 14 Juli 38 der Vermögens-verkehrsstelle mitgeteilt wurde.

Ich versichere, die vorstehenden Angaben nach bestem Wissen und Gewissen gemacht, insbesondere mein Vermögen in diesem Vermögensverzeichnis vollständig angegeben zu haben. Soweit Werte in diesem Vermögensverzeichnis angegeben sind, bin ich von der Anleitung, die dem Vordruck zu diesem Vermögensverzeichnis beigelegen hat, nicht abgewichen.

Wien , 1. August 1938

Elisabeth Grünbaum für Franz Fried. Grünbaum

(Unterschrift des Anmeldepflichtigen oder der an seine Stelle zur Abgabe des Vermögensverzeichnisses verpflichteten Person)

U. Vollmacht v. 16. Juli 1938.

## Vermögensverzeichnisse ohne Unterschrift gelten als nicht abgegeben

¹) Einschließlich eines etwa vereinbarten Verwaltungskostenbeitrags. — ²) Bei Festzeithypotheken ist der Zeitpunkt einzusetzen, an dem die Rückzahlung frühestens verlangt werden kann; bei Kündigungshypotheken (ohne feste Mindestlaufzeit) ist die Kündigungsfrist anzugeben.

Ⓖ 2190. 38. II C

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM    INDEX NO. 654836/2022
NYSCEF DOC. NO. 8                                    RECEIVED NYSCEF: 12/14/2022

GZ. ÖSTA-1005865/0006-ADR/2008

Gebühr € 32,80
entrichtet 30.4.2008    (Schadenhofer)

Dass die vorstehenden Fotokopien, 49 Seiten ( A4 ) umfassend, nach dem im
Österreichischen Staatsarchiv ( ÖStA ), Abteilung Archiv der Republik ( AdR )
erliegenden Akten der Vermögensverkehrstelle **VA. 34.662** und **VA. 44.614**
betreffend Frau **Elisabeth Grünbaum**, geboren am 28. April 1898 und Herrn
**Franz Friedrich Grünbaum**, geboren am 07. April 1880 (ÖStA/AdR,
06/Finanzen/Vermögensverkehrsstelle/Vermögensanmeldung ) angefertigt
wurden, wird hiermit bestätigt.

An Beglaubigungsgebühr wurde der Betrag von Euro 32,80 eingehoben

Wien, am 30. April 2008

Österreichisches Staatsarchiv

Archiv der Republik

Hofrat Dr. Manfred Fink

Direktor des Archivs der Republik





PAGE 24




# Apostille

(Convention de La Haye du 5 octobre 1961)

1. Land:
   Pays: .......... REPUBLIK ÖSTERREICH

2. Diese öffentliche Urkunde/ Le présent document officiel
   ist unterzeichnet von *Dr. Manfred Fink*
   a été signé par ..........

3. in seiner Eigenschaft als
   agissant en qualité de .......... BEGLAUBIGUNGSBEFUGTE(R)

4. sie ist versehen mit dem Siegel/Stempel des (der) .......... *Oster.*
   le sceau / timbre qu'y figure est celui de
   *Hochgericht Wien*

Bestätigt / Atust fait

5. in .......... *Wien*          6. am .......... 27. MAI 2008
   à lieu                        le (date)

7. durch / par .......... unter Zl. .......... *13751 09*
   BUNDESMINISTERIUM FÜR .......... au registre
   UND INTERNATIONALE ANGELEGENHEITEN

9. Siegel / Stempel          10. Unterschrift ..........
   sceau ou timbre              Signature Johann SCHWANDA
                                               Obsyrkontrollor

BUNDES...
UND INTERN...

Gebür .......... 16,40

unter Prot.Nr. .......... 15-75708 .......... eingehoben

27. MAI 2008

Unterschrift

PAGE 25

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM    INDEX NO. 654836/2022
NYSCEF DOC. NO. 8    RECEIVED NYSCEF: 12/14/2022

## QUICK TRANSLATION

INHABER/PROPRIETOR: JEFFREY WALDOCK
TOMASCHEKSTRASSE 30, A-1210 VIENNA, AUSTRIA
TEL: +43-1-2724592-6
FAX: +43-1-2724592-5
MOBILE: +43-664-3030609
E-MAIL: OFFICE@ QUICKTRANSLATION.COM
INTERNET: WWW.QUICKTRANSLATION.COM

**CERTIFICATION**

This is to certify that the attached translation from German into English was supplied by a licensed translation agency (license number: 3294/f/21/neu, MBA 21-G-F 2363/96).

Vienna, 15 February 2016

Jeffrey J. Waldock

PAGE 26

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM    INDEX NO. 654836/2022

NYSCEF DOC. NO. 8                                                    RECEIVED NYSCEF: 12/14/2022

<u>Before completing the list of assets, read the attached instructions carefully!</u>

**Please note:**

1. **Who must submit the list of assets?** Each individual subject to registration, i.e. each spouse and each child individually. For each minor child, the list of assets must be submitted by the holder of parental authority or the legal guardian.

2. **Until which date must the list of assets be submitted?** Until 30 June 1938. Whoever is subject to registration and assessment but does not, or not in good time, meet the duty of registration and assessment, is subject to severe punishment (fine, prison, penitentiary, confiscation of assets).

3. **How must the list of assets be completed?** All questions must be answered. Delete if not applicable.
If the space provided for completing the list of assets is insufficient, the required details must be added in an enclosure.

4. If in doubt of whether to insert these or other figures in the list of assets, the assets must be inserted

### LIST OF JEWISH ASSETS
as at 27 April 1938

of …………..……….Franz Friedrich Grünbaum…………….…….. , …independent ………………………………
(first and last name)                                                                       (occupation or trade)

residing at ……Wien IV., Rechte Wienzeile 29……., ……………… ………..street,square, no. ……………….
(Residence or habitual abode)

## Personal details

I was born on ….7 April 1880…..

I am Jewish (§ 5 of Erste Verordnung/First Decree on the Reichsbürgergesetz/Reich Citizenship Act) of 14 November 1935, German Reich Law Gazette I, p. 1333)
and - of German[1]— — citizenship[1]— stateless[1]
As I am — Jewish of German citizenship[1] - stateless Jew — I have listed and assessed in the below list of assets my entire domestic and foreign assets[1].

I am married to ………Elisabeth……………….……………… born on…………Herzl………………….............
(wife's maiden name)

My husband's race is — Jewish[1] — non Jewish and he belongs to the ……Mosaic ……..religious community.

## Details on the Assets

**I. Agricultural and forestry assets** (see Instruction no.9),
If, on 27 April 1938, you owned agricultural and forestry assets (leased landed property and the like must be listed only if you owned the inventory serving its management):

| Location of owned or leased holding and its size in hectares (community—,rural district— and number of house) | Type of owned or leased holding? (e.g. agricultural, forestry, horticultural, vinicultural, fishery holding or enterprise) | Are you the owner or lessee of this holding? | Value of holding RM | For owned holdings: If owned also by others: What was your share ? (e.g. 1/4) |
|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 |
|  |  |  |  |  |

**II. Real estate (land, buildings)** (see Instruction no.10)
If, on 27 April 1938, you owned real estate (pieces of land not belonging to the assets as set forth in I. above and III. below):

| Location of the piece of land ? (municipality, street and building number, for building plots also designation in Land Register and cadastre] | Type of piece of land? (.e.g. single-family home, rental apartment land, construction plot) | Value of piece of land RM | If the land was owned also by others What was your share ? (e.g. 1/4) |
|---|---|---|---|
| 1 | 2 | 3 | 4 |
|  |  |  |  |
|  |  |  |  |

⁵) Delete if not applicable.

**List of assets** (Decree of 26 April 38

Stamp: Archive of the Republic

**FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM**

NYSCEF DOC. NO. 8

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

— 2 —

**III. Business assets** (see Instructions no.11 and 12)

a) If, on 27 April 1938, you owned a business enterprise (see Instruction no.11 ):

| Name of enterprise (company), place of management and type of business (e.g. machinery factory, food store, inn, joinery) | Total value of business after deduction of debts *RM* | If the business was owned also by others: What was your share? (e.g. 1/4) |
|---|---|---|
| 1 | 2 | 3 |
|  |  |  |
|  |  |  |

*Except for the data entered in columns 1 to 3, specify in detail how the "total value of the business" was calculated in an attachment*

b) If, on 27 April 1938, you held a share in **a partnership, limited partnership or similar company**:

α) What companies were they ? (Name of business, company, place of management)………………………………

……………………………………………………………………………………................

ß) What was your share? …………. What was the value of your share?.........................................……RM

c) If, on 27 April 1938, you owned assets serving to exercise a freelance profession (see Instruction no. 12)

α ) Type of freelance profession ?....… Actor and author …………………………..……….…………………..
(e.g. eye doctor, lawyer, architect, painter)

ß) Where was the freelance profession practised?     .....Vienna................................................................
(municipality, street, number of building)

y) What was the value of the net assets dedicated to the freelance profession on 27 April 1938? 720.RM
[Attach a list of such assets, broken down specifically by inventory (e.g. instruments, library) and receivables. If you practised the freelance profession together with other individuals, attach a list of the joint assets and indicate the value of your share in them.]
Books, according to estimate

**IV. Other assets, in particular capital assets** (see Instructions no. 13 to 21):

What was the value of other assets you owned on 27 April 1938 (other assets (without deduction of debt), namely,

a) Fixed-interest securities including debt register claims and tangible asset bonds (e.g. bonds or debentures of governments and municipalities, industrial company bonds, mortgage bonds, tax credits etc.),

Securities with dividend yield (e.g. stocks, participation certificates, Reichsbank share certificates, Reichsbahn preferred shares),

Business shares in domestic and foreign companies? (e.g. shares in limited liability companies. - Indicate name of company, place of management)
—— (see Instruction no. 14) ——

| Name of security etc. (if a bank statement is attached which fully shows the details on columns 1 to 5, completion of column 5 is enough, referring to the bank statement] | Interest rate [1] | Nominal value of all holdings in the security etc. indicated in column 1 etc.. | Market value, fair market (sales) value …………………….. In percentage or for one share or the like | Value of nominal amount specified in column 3 RM | Notes |
|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 |
| Lottery bond | 4% | 1 pc.  S.  500 |  | RM 336.50 |  |
| Lottery bond | 4 % | 5 pcs. " " 100 |  | "    338,75 |  |
| 7 Austrian construction shares |  | Each S.7,52 |  | "      33.-- |  |
|  |  |  |  |  | - - |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  | Stamp: |
|  |  |  |  |  | (Archives of the Republic) |
| 1) to be indicated only for fixed-interest amount, not for stocks, mine share certificates, shares in limited-liability companies | | | | | |

**FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM**    INDEX NO. 654836/2022

NYSCEF DOC. NO. 8    RECEIVED NYSCEF: 12/14/2022

—3—

b) Fixed-interest and non-interest bearing capital claims of any kind towards nationals and foreigners? (e.g. mortgages, receivables from mortgages and land charge claims, loans, deposits as silent partner, such claims to salaries, interest and similar amounts, already due on 27 April 1938, but not yet paid (redemption funds accrued to the benefit of the taxable person and the like) — see Instruction no. 15 —

*(Savings deposits, bank deposits, postal cheque deposits and other current deposits not to be inserted here but in c.)*

| Type of claim (e.g. mortgage, loan) | Name and address of debtor | Nominal amount of claim | Interest rate [1] | Contract term until [2] | Remarks (e.g. on conversion of foreign currency) |
|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

c) Means of payment, savings deposits, bank deposits, post cheque deposits, and other current

Balances (see Instruction no.16)....................acc. to Enclosure............................317,93  RM

*Amounts in foreign currencies to be itemised in an enclosure, if required.*

d) Business credits at purchasing and trading cooperatives? (see Instruction no. 17)...................…...    RM

Name of cooperative, place of management ……………………………………………....

e) Claims not yet due from life, capital and pension insurance, to be calculated at 2/3 of paid up premiums or capital amounts or repurchase value (see Instruction no. 18)

Name of insurance company:…. Riunione Adriatica, Vienna.......................................................

No. of insurance policy:    ………358.742/743a, 358.252/253, Doll. 17,520……..…………… RM 42,935.26

………………………………... Victoria, no. 1285140        933,        RM  2,322.73

f) Life estates, rights of usufruct and other pension rights? (see Instruction no. 19): What was the value of one-year usage?.............RM. Since when have you been entitled to the usages?

Since        19..... Until when are entitled to the usages? Until        19....

(If the right expires upon a person's death, the day, month and year of birth of such person must also be indicated.)

What was the capital value of the right?...................................................................................RM

g) Objects of precious metal, jewellery and luxury items and collections? (see Instruction no. 20)

Pictures and graphics, acc. to estimate        5,791.- RM

h) Precious metals, precious stones and pearls? ................................................................750.- RM

i) "Other assets" not covered by a) to h)? (see Instruction no. 21)...................................................…...

(e.g. copyrights, proprietary and non-proprietary inventions, trade licences not exercised by the licence holder.)

Type of objects and calculation of their value to be specifi ed here………………………………….

……………………………………………………………………………………………………..

……………………………………………………………………………………………………..

……………………………………………………………………………………………………..

……………………………………………………………………………………………………..

……………………………………………………………………………………………………..



1) Including agreed contribution to administrative expenses - 2) For fixed-term mortgages, insert the earliest date when repurchase can be claimed, for termination mortgages (no fixed term) the period of termination must  be indicated

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM
NYSCEF DOC. NO. 8

INDEX NO. 654836/2022
RECEIVED NYSCEF: 12/14/2022

V. Deductions except if concerning business assets (Section III)

(debts and liabilities may be deducted only to the extent that they existed already at the beginning of 27 April 1938.

They must be entered by item below.)

a) Debts (see Instruction no. 22):

| Type of debt (e.g. mortgage, loan debts) | Name and address of creditor | Nominal amount of debt | Interest rate [1] | Contract term until [2] | Remarks (e.g. on conversion of foreign currency) |
|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

b) Payments for life estates, rights of usufruct and other pensions? (see Instruction no.23): What is the value of the one-year payment?................................RM. Since when must the payments be made? Since 19...........
Until when must the payments be made? (If payments must be made until a person's death, the day, month and year of birth of such person must be indicated.). Until        19…...    What was the capital value of the payment.................RM..

VI. Remarks:

ad IV.i) As librettist of several operettas, proceeds received in 1937
according to tax schedule and publisher's royalties                          RM  460.-
As member of the Society of Authors                                          "  2,762.66
ad IV e) At the end of May 1938 Fritz Grünbaum ceded the insurances specified herein to his wife, Elisabeth Grünbaum, which was notified to the Vermögensverkehrsstelle in a letter dated 15 July 1938…………………………………………………………………………………………………………….

I assure to have made the above statements to the best of my knowledge, in particular to have fully reported the assets in this list of assets. Insofar as values are indicated in this list of assets, I have not deviated from the Instructions attached to the printed form of this list of assets.

……Vienna…..,….29 July 1938…. 1938

……… Elisabeth Grünbaum, pp Fritz Grünbaum, acc. to Power of Attorney…………………
(Signature of the person subject to reporting or of the person subject to submit the registration of assets instead of him or her)

of 16 July 1938, m.p.

**Lists of assets without signature are considered not to have been submitted**



1) Including agreed contribution to administrative expenses - 2) For fixed-term mortgages, insert the earliest date when repurchase can be claimed, for termination mortgages (no fixed term) the period of termination must be indicated.

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM
NYSCEF DOC. NO. 8

INDEX NO. 654836/2022
RECEIVED NYSCEF: 12/14/2022

**Dr. LUDWIG ROCHLITZER**
RECHTSANWALT / ATTORNEY-AT-LAW
WIEN I., FÜHRICH GASSE 10
TELEPHON R-23-S03
POSTSPARKASSEN-KONTO 148.389

VIENNA….on 31 January 1939

Madam,

     In response to your inquiry I would like to inform you, as the administrator commissioned by Devisenstelle Vienna for your and your husband's assets, that the fee charged by Dr. Alexander Bayer, Munich, including

| | | |
|---|---|---|
| fees and travel expenses is approx. ……………………………………………… | RM | 3000,- |
| my fee………………………………………………………………………… | RM | 2500,- |
| expenses (telephone, travels etc)…………………………………………… | RM | 600,- |
| totals | RM | 6100,- |

| | | |
|---|---|---|
| Furthermore, you have to pay the cemetery bill of | RM | 238,- |
| and several minor invoices, | | |
| bringing your debt to | RM | 6500,- |

Please do not hesitate to contact me if you have any further questions.

Hochachtungsvoll

Mrs.
    Elisabeth Grünbaum
    Vienna, 19.
    Hofzeile 27



29
PAGE 31

**FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM**

NYSCEF DOC. NO. 8

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

— 3 —

b) Fixed-interest and non-interest bearing capital claims of any kind towards nationals and foreigners? (e.g. mortgages, receivables from mortgages and land charge claims, loans, deposits as silent partner, such claims to salaries, interest and similar amounts, already due on 27 April 1938, but not yet paid (redemption funds accrued to the benefit of the taxable person and the like) — see Instruction no. 15 —

*(Savings deposits, bank deposits, postal cheque deposits and other current deposits not to be inserted here but in c.)*

| Type of claim (e.g. mortgage, loan) | Name and address of debtor | Nominal amount of claim | Interest rate [1] | Contract term until [2] | Remarks (e.g. on conversion of foreign currency) |
|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

c) Means of payment, savings deposits, bank deposits, post cheque deposits, and other current

   Balances (see Instruction no.16)………………..acc. to Enclosure……………………… 3318.-- RM

   *Amounts in foreign currencies to be itemised in an enclosure, if required.*

d) Business credits at purchasing and trading cooperatives? (see Instruction no. 17)………………..…    RM

   Name of cooperative, place of management …………………………………………....

e) Claims not yet due from life, capital and pension insurance, to be calculated at 2/3 of paid up premiums

   or capital amounts or repurchase value (see Instruction no. 18) ………………………..........    30 RM

                    1/             2/

   Name of insurance company:…. Generali…and…. Phönix...............................................................

   No. of insurance policy:   ………601622..and …39448……………………………………… 5600,--

f) Life estates, rights of usufruct and other pension rights? (see Instruction no. 19): What was the value of

one-year usage?.............RM. Since when have you been entitled to the usages?

Since    19..... Until when are entitled to the usages? Until    19....

(If the right expires upon a person's death, the day, month and year of birth of such person must also be indicated.)

   What was the capital value of the right?........................................................................................    RM

g) Objects of precious metal, jewellery and luxury items and collections? (see Instruction no. 20)

           see Enclosure            4367.- RM

h) Precious metals, precious stones and pearls? ................................................................................    RM

i) "Other assets" not covered by a) to h)? (see Instruction no. 21)………………………………………...    RM

   (e.g. copyrights, proprietary and non-proprietary inventions, trade licences not exercised by the licence holder.)

   Type of objects and calculation of their value to be specified here…………………………………

   ……………………………………………………………………………………………………..

   ……………………………………………………………………………………………………..

   ……………………………………………………………………………………………………..

   ……………………………………………………………………………………………………..

   ……………………………………………………………………………………………………..

   1) Including agreed contribution to administrative expenses - 2) For fixed-term mortgages, insert the earliest date when repurchase can be claimed, for termination mortgages (no fixed term) the period of termination must be indicated



PAGE 32

**FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM**

NYSCEF DOC. NO. 8

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

V. Deductions except if concerning business assets (Section III)

(debts and liabilities may be deducted only to the extent that they existed already at the beginning of 27 April 1938.They must be entered by item below.)

a) Debts (see Instruction no. 22):

| Type of debt (e.g. mortgage, loan debts) | Name and address of creditor | Nominal amount of debt | Interest rate 1) | Contract term until 2) | Remarks (e.g. on conversion of foreign currency) |
|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

a) Payments for life estates, rights of usufruct and other pensions? (see Instruction no.23): What is the value of the one-year payment?................................RM. Since when must the payments be made? Since 19...........

Until when must the payments be made? (If payments must be made until a person's death, the day, month and year of birth of such person must be indicated.). Until        19…...   What was the capital value of the payment.................RM..

VI. Remarks:

………………………………………………………………………………………………………………………
………………………………………………………………………………………………………………………
………………………………………………………………………………………………………………………
………………………………………………………………………………………………………………………
………………………………………………………………………………………………………………………
………………………………………………………………………………………………………………………..

I assure to have made the above statements to the best of my knowledge, in particular to have fully reported the assets in this list of assets. Insofar as values are indicated in this list of assets, I have not deviated from the Instructions attached to the printed form of this list of assets.

……Vienna……,…15 July 1938…. 1938

*Elisabeth Grünbaum*

(Unterschrift des Anmeldepflichtigen oder der an seiner Stelle zur Abgabe des Vermögensverzeichnisses verpflichteten Person)

(Signature of the person subject to reporting or of the person subject to submit the registration of assets instead of him or her)

**Lists of assets without signature are considered not to have been submitted**



1) Including agreed contribution to administrative expenses - 2) For fixed-term mortgages, insert the earliest date when repurchase can be claimed, for termination mortgages (no fixed term) the period of termination must be indicated.

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 8

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

Before completing the list of assets, read the attached instructions carefully!

**Please note:**

1. **Who must submit the list of assets?**
Each individual subject to registration, i.e. each spouse and each child individually. For each minor child, the list of assets must be submitted by the holder of parental authority or the legal guardian.

2. **Until which date must the list of assets be submitted?** Until 30 June 1938. Whoever is subject to registration and assessment but does not, or not in good time, meet the duty of registration and assessment, is subject to severe punishment (fine, prison, penitentiary, confiscation of assets).

3. **How must the list of assets be completed?**
All questions must be answered. Delete if not applicable.
If the space provided for completing the list of assets is insufficient, the required details must be added in an enclosure.

4. If in doubt of whether to insert these or other figures in the list of assets, the assets must be inserted

## LIST OF JEWISH ASSETS
as at 27 April 1938

of …………..……….Franz Friedrich Grünbaum…………..…….., …independent …… Actor and author ………
　　(first and last name)　　　　　　　　　　　　　　　　　　　　　(occupation or trade)

residing at ……Wien IV., Rechte Wienzeile ……., ……………… ………..street,square, no. ………29…….
　　　　(Residence or habitual abode)

### Personal details

I was born on ….7 April 1880…..

I am Jewish (§ 5 of Erste Verordnung/First Decree on the Reichsbürgergesetz/Reich Citizenship Act) of 14 November 1935, German Reich Law Gazette I, p. 1333)
and - of German[1]— 　　　　　　— citizenship[1]— stateless[1]
As I am — Jewish of German citizenship[1] - stateless Jew — I have listed and assessed in the below list of assets my entire domestic and foreign assets[1].

I am married to ………Elisabeth……………..…………… born on…………Herzl………………….............
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(wife's maiden name)

My husband's race is — Jewish[1] — ~~non-Jewish~~ and he belongs to the ……Mosaic ……..religious community.

### Details on the Assets

**I. Agricultural and forestry assets**  (see Instruction no.9),
If, on 27 April 1938, you owned agricultural and forestry assets (leased landed property and the like must be listed only if you owned the inventory serving its management):

| Location of owned or leased olding and its size in hectare (community—,rural district— and number of house) | Type of owned or leased holding? (e.g. agricultural, forestry, horticultural, vinicultural, fishery holding or enterprise) | Are you the owner or lessee of this holding? | Value of holding RM | For owned holdings: If owned also by others: What was your share ? (e.g. 1/4) |
|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 |
|  |  |  |  |  |

**II. Real estate (land, buildings)**  (see Instruction no.10)
If, on 27 April 1938, you owned real estate (pieces of land not belonging to the assets as set forth in I. above and III. below):

| Location of the piece of land ? municipality, street and building numb uilding plots also designation in Land R and cadastre] | Type of piece of land? (e.g. single-family home, rental apartment land, construction plo | Value of piece of land RM | If the land was wned also by oth What was your share ? (e.g. 1/4 |
|---|---|---|---|
| 1 | 2 | 3 | 4 |
|  |  |  |  |
|  |  |  |  |

[1]) Delete if not applicable.

**List of assets** (Decree of 26 April 38 )



PAGE 34

**FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM**   INDEX NO. 654836/2022

NYSCEF DOC. NO. 8   RECEIVED NYSCEF: 12/14/2022

— 2 —

**III. Business assets** (see Instructions no.11 and 12)
   a)  If, on 27 April 1938, you owned a business enterprise (see Instruction no.11 ):

| Name of enterprise (company), place of management and type of business<br>(e.g. machinery factory, food store, inn, joinery) | Total value of business after deduction of debts<br>RM | If the business was owned also by others:<br>What was your share ?<br>(e.g. 1/4) |
|---|---|---|
| 1 | 2 | 3 |
| | | |
| | | |

*Except for the data entered in columns 1 to 3, specify in detail how the "total value of the business" was calculated in an attachment*

b) If, on 27 April 1938, you held a share in **a partnership, limited partnership or similar company**:
     α)What companies were they ? (Name of business, company, place of management)…………………………………

     ……………………………………………………………………………………………...............

     ß) What was your share? …………. What was the value of your share?.........................................……RM

c) If, on 27 April 1938, you owned assets serving to exercise a freelance profession (see Instruction no. 12)
     α ) Type of freelance profession ?....… Actor and author ……………………….……….……………...
               (e.g. eye doctor, lawyer, architect, painter)
     ß) Where was the freelance profession practised?    .....Vienna...............................................................
                (municipality, street, number of building)
     y) What was the value of the net assets dedicated to the freelance profession on 27 April 1938? 720.RM
                                                Books
      [Attach a list of such assets, broken down specifically by inventory (e.g. instruments, library) and receivables. If you practised the    freelance profession together with other individuals, attach a list of the joint assets and indicate the value of your share in them.]

**IV. Other assets, in particular capital assets** (see Instructions no. 13 to 21):
   What was the value of other assets you owned on 27 April 1938 (other assets (without deduction of debt), namely,
a) Fixed-interest securities including debt register claims and tangible asset bonds (e.g. bonds or debentures of governments and municipalities, industrial company bonds, mortgage bonds, tax credits etc.),

   Securities with dividend yield (e.g. stocks, participation certificates, Reichsbank share certificates, Reichsbahn preferred shares),

   Business shares in domestic and foreign companies? (e.g. shares in limited liability companies. - Indicate name of company, place of management)
   — (see Instruction no. 14) —

| Name of security etc.<br>(if a bank statement is attached which fully shows the details on columns 1 to 5, completion of column 5 is enough, referring to the bank statement] | Interest rate [1] | Nominal value of all holdings in the security etc. indicated in column 1 etc.. | Market value, fair market (sales) value<br>..................<br>In percentage or for one share or the like | Value of nominal amount specified in column 3<br>RM | Notes |
|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 |
| Lottery bond | 4% | 1 pc.  S.  500 | | RM 336.50 | |
| Lottery bond | 4 % | 5 pcs. " " 100 | | "    338,75 | |
| 7 Austrian construction shares | | Each S.7,52 | | "     33.-- | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

1) to be indicated only for fixed-interest amount, not for stocks, mine share certificates, shares in limited-liability companies

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 8

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

. L i s t

of assets of Franz Friedrich Israel G r ü n b a u m ,

currently under protective custody at the Weimar-Buchenwalde concentration camp, as at 30 June 1939, with reference to the registration of assets of 27 April 1938 and the notification of change submitted on occasion of the first application with the Central Office for Jewish Emigration at the beginning of February 1939:

| | |
|---|---|
| 1.) Cash | RM 1826.- |
| 2.) Securities, unchanged, 7 Austrian construction shares | "      33.- |
| 3.) Pictures and graphics | "   5791.- |
| 4.) Books | "    720.- |
| altogether | RM 8370.- |

The difference between the sum total above and the registration of assets as at 27April 1938 appears to be justified due to

| | |
|---|---|
| 1.) Payment of Reich Flight Tax in the amount of | RM 17,250.- |
| 2.) the Jewish Property Levy of | "     8,800.- |

for me and my wife Elisabeth Sara Grünbaum.

The insurance policies of Riunione Adriatica di Sicurta and Victoria zu Berlin as listed in the registration of assets were ceded, as already mentioned, to my wife, which was notified to the Property Transaction Office on 15 July 1938.

The jewellery worth 750 RM, according to the registration of assets, was handed in on 31 March 1939; I have not received any compensation for this until today.



PAGE 36

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 8

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

The cash amount I own was reduced by the assessment fee of the Centralstelle für Jüdische Auswanderung (Central Office for Jewish Emigration) by RM 1000.-, the money sent to me to the concentration camp by my wife between 30 January and 30 June 1939 of RM 720.-, for visa charges etc. of RM 179.-, to the aforementioned amount of RM 1826.-.

Cash and securities have been secured by securing order of the Devisenstelle (Foreign Exchange Board) Vienna Zl. 858/38-90 of 3 August 1938; since then, disposition of those assets has been s ubject to the approval by the Devisenstelle Vienna

NYSCEF DOC. NO. 8

INDEX NO. 654836/2022
RECEIVED NYSCEF: 12/14/2022

PAGE 38

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 8

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

**44614**

Vienna, 1 August 1938

To the

Vermögensverkehrsstelle (Property Transaction Office)

Vienna  I.

Reichsamt
Ci/Hdh.
214.094

Owing to the request of 27 July of this year, I am sending attached the list of assets of my husband, actor and author Franz Friedrich (Fritz) Grünbaum, who is in protective custody, and from whom I have meanwhile received power of attorney.

Elisabeth Grünbaum

Vienna  IV., Rechte Wienzeile 29.

3 enclosures

3 lists of assets





FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

INDEX NO. 654836/2022

NYSCEF DOC. NO. 8

RECEIVED NYSCEF: 12/14/2022

44614

(Stamp:   Dr. FRANZ KIESLINGER
          PERCHTOLDSDORF N.Ö.
          HOCHSTRASSE 133)

## Valuation Report

Regarding the art holding of Mr. Franz Friedrich Grünbaum, in Vienna IV., Rechte Wienzeile 29, according to the market value of 1 January 1938 and/or (unchanged) of 27 April 1938,

| P.Z. | Object | Estimated value in R.Mark. |
|---|---|---|
| | A) Study | |
| 1. | E. Schiele,     the Self-seer, oil, canvas | 300.-- |
| 2. | "               Woman's portrait, oil, canvas | 200.-- |
| 3. | "               City by a river | 23.-- |
| 4. | "               Small landscape with trees | 20.-- |
| 5. | "               Ships in the port | 15.-- |
| 6. | M. Oppenheimer, (Hopp) Woodwind quintet | 30.-- |
| 7. | Russian icon on gold ground, fragment | 20.-- |
| 8. | French watercolour, modern, Girl in landscape sketch | 10.-- |
| 9. | French watercolour, modern, Landscape with row of houses and cloudy blue sky | 30.-- |
| 10. | C. Harpignis, Landscape with defoliated trees, watercolour | 10.-- |
| 11. | P. Signac, River with large bed, city in the background watercolour drawing | 40.-- |
| 12. | Wooden statuette, rests of old version, baroque, German Christ, severely damaged | 30.-- |
| 13. | Wooden statuette, angel, Spanish, around 1600 | 30.-- |
| 14. | "               St. Francis, Upper Austria, around 1600 | 50.-- |
| 15. | B. Orlik, Junks on the river, coloured etching | 8.-- |
| 16. | E. von Stuck, Centaur, watercolour drawing | 200.-- |
| 17. | Egger-Lienz, 2 soldiers in front of mountain landscape, watercolour | 60.-- |
| 18. | E .Huber, Dalmatian market square | 30.-- |
| 19. | "               Dalmatian town with bay | 30.-- |
| 20. | Willy Nowak, Street at night, car in the front right, watercolour | 25.-- |
| 21. | Viktor Tischler, Landscape, oil, canvas | 20.-- |
| 22. | H. Canal, Landscape with mill by moonlight, oil, canvas, | 20.-- |
| 23. | Two initials from illuminated codices | |
| | a)     from great missal with notes | |
| | b)     small book of prayers, woodcut by Dürrer, print | 45.-- |
| | Transport R.M. | 1,248.-- |



PAGE 40

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 8

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

44614

3

(Stamp: Dr. FRANZ KIESLINGER
PERCHTOLDSDORF N.Ö.
HOCHSTRASSE 133)

| P.Z. | Object | Estimated value in R.Mark. |
|---|---|---|
| | Transport | 1248.-- |
| 24. | Stefano della Bella, etchings, 20 pcs. | 15,-- |
| 25. | a) Rembrandt etchings, 4 pcs., later Srucks, | |
| | b) circle of Rembrandt, Scholar | 250.-- |
| 26. | A bundle of German etchings, 13 pcs. Pencz | |
| | 3 Beham, 2 Lucas v. Leyden, 1 H.Hopfer, 1 Urs Graf, (new | |
| | print) 1 Schengauer (after him?) 1 Aldegraver, 1 Altdorfer | 180.-- |
| 27. | 3 copperplate engravings by Dürer, Resurrection (duplicates of | |
| | Bremer-Kunsthalle, heavily cut), Bartholomäus, | |
| | the monstrous pig | 100.-- |
| 28. | 1 bundle, 2 Nielli, 3 Dutch etchings, | |
| | 1 dotted print | :9.-- |
| 29. | 7 sheet of copperplate engravings Beham | 40.-- |
| 30. | 1 bundle: 1 coloured woodcut from Livre d'Heure; 4 French engravings | |
| | (2 Callot, Demarne, Delacroix) 6 Italian engravings | |
| | (Tiepolo, Castiglione, Reni), 2 etchings | |
| | Ostada, 2 etchings Karel, Dujardin, 2 etchings Bega, | |
| | 1 copperplate engraving by Goltzius, 1 etching by Dietricy | |
| | 1 etching by Roes | 15.-- |
| 31. | 23 contemporary etchings | 10.-- |
| 32. | Contemporary graphics, Orlik, Pechstein, Liebermann and others | |
| | 21 pcs. | 15.-- |
| 33. | Graphic prints by Dore and Daunier 9 sheets          20.-- | |
| 34. | Contemporary graphics 10 sheets (Kollwitz, Harta, | |
| | Tischler etc. | 15.-- |
| 35. | 6 sheets of large graphics, Münzer, Hopp, Klinger, Faistauer | |
| | Kriehuber)          10.-- | |
| 36. | 12 copperplate engravings from the 17th and 18the centuries | |
| | and 3 hand drawings, 1 after Carracci and 2 sheets 19th cent., German | 30.-- |
| 37. | Large hand drawings by Schiele 55 sheets with colours | 1200.-- |
| 37a | 20 pencil drawing and 1 etching by Schiele | 300.-- |
| 38. | Contemporary watercolours and drawings (Schatz, Vitasek, | |
| | Kokoschka, Mopp, Gütersloh etc) 24 sheets | 30.-- |
| 39. | Contemporary drawings and watercolours, large formats | |
| | (Mopp, Faistauer, Kolik, etc. 18 sheets | 90.-- |
| 40. | 2 large Kokoschkas, female heads, hand drwg. | 50.-- |
| 41. | Tötel sheet, English, 2 studies of coachmen | 15.-- |
| 42. | Reproduction after Cezanne, lithogr. | 10.-- |
| 43. | Ceiling draft, watercolour, Ital. 18th cent. | 30.-- |
| 44. | 2 French sheets, type of Gavarni girl with child 18th cent. | 20.-- |
| 45. | Ital. Baroque drawing, middle of 18th cent. ceiling draft | 12.-- |
| 48. | 1 bundle of 3 hand draw., Calame, Israels, Tyrolian Baroque painter | 30.-- |
| 47. | 1    "    drawings of 18th and19th cent., (more important | |
| | attributions wrong, such as Gaugoin, Chodowiecki etc.) | |
| | 20 sheets | 80.-- |
| | Transport  R.M | |



1○    PAGE 41

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM    INDEX NO. 654836/2022
NYSCEF DOC. NO. 8                                       RECEIVED NYSCEF: 12/14/2022

44614

3

Dr. FRANZ KIESLINGER
PERCHTOLDSDORF N.Ö.
HOCHSTRASSE    133

(Stamp: Dr. FRANZ KIESLINGER
PERCHTOLDSDORF N.Ö.
HOCHSTRASSE 133)

| P.Z. | Object | Estimated value in R.Mark. |
|---|---|---|
| | Transport | R.Mk.    3,814.-- |
| 48. | 16 French drawings, including Doré, Meissenier, Rodin, Degars, allegedly Corot, Constable (?), Gavarni, Courbet, 2 Guys, Daubigny. | 400.-- |
| 49. | Bundle, lower drawings of 19th cent., 14 sheets | 36.-- |
| 50. | Small old Viennese watercolour, type of Treml, Farmers' procession, framed, | 30.-- |
| 51. | Bundle, 38 small drawings and watercolours, mostly old Viennese masters, Thomas Ender, Pettenkofen, Makkart etc., but also Spitzweg, Schwind (?) | 400.-- |
| 52. | Bundle of medium-sized drawings, including Pettenkofen, Gauermann, Kaufmann, one unimportant sheet by Menzl, Corinth, Liebermann, three modest sheets by Spitzweg, Knaus, Habermann, 20 sheets | 250.-- |
| 53. | One portfolio containing 6 sheets of watercolours and drawings including one Hedler (?) | 160.-- |
| | B)  Dining room. | |
| 54. | 1 portrait of a boy by Erasmus, Engerth, oil, canv. | 800.-- |
| 55. | Small oil painting, Edge of forest with decoration by Steckmann | 20.-- |
| 56. | Molnar, still life, oil, canv. | 20.-- |
| 57. | Epstein, self portrait, drawing | 15.-- |
| 58. | Robert Russ, Meadow landscape | 30.-- |
| 59. | Willroider, Landscape, oil. | 20.-- |
| 60. | Burghard Walde, Tyrolese peasant woman, oil | 25.-- |
| 61. | Leopold Karl Kuller, Study from Cairo, oil | 60.-- |
| 62. | 5 Biedermeier miniature portraits, 1 engraving, 1 greeting card 1 silhouette, | 100.-- |
| 63. | 2 very small oil paintings, Landscape and fellah boy | 20.-- |
| 64. | Dutch peasant girl, type of Bartels, | 80.-- |
| 65. | 2 Robert Schleich, Haywagon and flock of sheep, tog. | 70.-- |
| 66. | 1 decorative small painting, | 10.-- |
| | C)  Bedroom | |
| 67. | Allegedly Kriehuber, Prater trees, | 20 .-- |
| 68. | Genre picture, signed unclearly, Man in library | 12.-- |
| | | R.Mark 5,791.- |

In words: Five thousand seven hundred and ninety one Reichsmark.
The above objects in 69 partial items, total estimated value of 5,791 Mark, were estimated by me according to their market value as above on this day. Vienna, on 20 July 1938.

(Stamp: EXPERT OF DOROTHEUM AUCTION HOUSE
for medieval art
MEMBER of the INSTITUTE FOR
AUSTRIAN HISTORICAL RESEARCH VIENNA)

PAGE 42

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM
NYSCEF DOC. NO. 8

INDEX NO. 654836/2022
RECEIVED NYSCEF: 12/14/2022

*32437*

## Declaration of assets.

This declaration shall be submitted by persons (in case of minors their parents or authorised representatives) who come under the circle of persons covered by Announcement 102 of 26 April 1938 regarding registration of Jewish assets. When completing this declaration, the reporter shall strictly comply with the (overleaf) instructions. In contrast to the registration of assets, **only the last digits** of the respective assets components shall be inserted in the individual sections.

First and last name: …………… Franz Friedr. Israel Grünbaum…, …born on … 7.4. 1880……………….....

Current address:……………4 Rechte Wienzeile derzeit. Weimar-Buchenwald……………………    ……....

| | | To be completed by submitter | | Space for notes of the Dienststelle office |
|---|---|---|---|---|
| | | As at 27April 1938 | As at today | |
| I. | Agricultural and forestry assets | Value in RM | Value in RM | Stamp: Blocked by registration of assets |
| | | None | None | |
| II. | Real estate (land—buildings) | None | None | |
| III. | Business assets | None | None | |
| IV. | Other assets (cash, deposits, securities, credit balances (see note) | RM 56.047,22 | RM 8.370.- | Stamp: Settled 19. Juli 1939 |
| V. | Debts and liabilities | None | None | |
| VI. | Frozen assets | Confiscated, by whom? | Value in RM | Where are the assets located ? |
| | | Cash and securities blocked by securing order of the Devisenstelle (Foreign Exchange Board) acc. to its securing decree. Disposition subject to approval by Devisenstelle | | |

I assure to have made the above statements to the best of my knowledge. I have not deviated from the overleaf explanation.

Vienna, on 27 January 1939 …………

Unterschrift.

Franz Friedrich Israel Grünbaum
Elisabeth Sara Grünbaum
Signature

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM
NYSCEF DOC. NO. 8

INDEX NO. 654836/2022
RECEIVED NYSCEF: 12/14/2022

## Explanation on how to complete the declaration of assets.

The reporter shall indicate only his own assets in the declaration. Separate registration shall be submitted for spouses (also non-Jewish) and Jewish children. Assets to be expected from an inheritance or a legacy shall be assessed even if the transfer of property has not yet occurred.

All assets shall be reported as follows:
   a)      as on 27 April 1938
   b)      as on the day of submission.

Jews of German citizenship and stateless Jews shall report their entire domestic and foreign assets.
Jew of foreign citizenship shall report their domestic assets.

Objects exclusively dedicated to the personal use of the reporter shall not be declared, unless they are items of jewellery, art or luxury.

Each component of the assets shall be assessed at the market value on 27 April 1938 and on the date of submission, respectively. Only the respective last digit of the group of assets shall be inserted in the individual column.

Ad I)     Agricultural and forestry assets also include vinicultural assets, horticultural assets and assets devoted to fish farming, aquaculture, inland fishing etc.

Ad II)    This comprises all pieces of land.

Ad III)   This comprises all commercial businesses and the assets serving the practise of a freelance occupation.
          Ad IV)  This comprises all values and goods not covered by the aforementioned groups, including: Securities, shares, capital claims, means of payment, deposits, balances, and insurance claims not fallen due yet (repurchase value), jewellery, art and luxury items, copyrights, patents, inventions, concessions etc.
          Rights of usufruct, annuities, pensions, and salaries shall be indicated in capitalised form. The value of usage limited to a person's lifetime shall be determined by age. The value assumed for an age of

|       |    | Up to | 15    | years | 18 | Times the value | | |
|-------|----|-------|-------|-------|----|----|----|----|
| Over  | 15 | // // | 25    | //    | 17 | // | // | // |
| //    | 25 | // // | 35    | //    | 16 | // | // | // |
| //    | 35 | // // | 45    | //    | 15 | // | // | // |
| //    | 45 | // // | 55    | //    | 13 | // | // | // |
| //    | 55 | // // | 65    | //    | 10 | // | // | // |
| //    | 65 | // // | 75    | //    | 7  | // | // | // |
| //    | 75 | // // | 80    | //    | 5  | // | // | // |
| //    | 80 | years |       |       | 3  | // | // | // |

of the value for one year of usage. Perpetual usages shall be stated by 18 times the value, usages and salaries of indefinite duration by nine times the value of their annual value.

Ad V)   To be declared: mortgages, land and loan debts, the capital value of alimonies and other recurring payments to be calculated pursuant to Article IV (2).

Ad VI)  The value of the frozen asset shares shall be declared here. Further, it shall be stated who has frozen the assets and where those assets are located.

Incidentally, the instructions relevant to the completion of the list of assets shall apply to the completion of the declaration by analogy.



PAGE 44

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 8

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

Franz Friedrich

Grünbaum

4. Rechte Wienzeile 29

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 8

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

**DOROTHEUM**
Wien, I. Spiegelgasse 16

446149??

N⁰ 31677

11044

# Public purchasing office

pursuant to Section 14 of the Decree on the Use of Jewish Property

From......**Franz Friedrich Israel Grünbaum and Elisabeth Sara Grünbaum, Vienna, 19., Hofzeile 27**.......

the following valuable items subject to delivery were bought today:

| Serial no. | Object | Purchase price | Note |
|---|---|---|---|
| | | Reichsmark | |
| 1. | 1 string of pearls with golden clasp 3 brilliants 7 gr | 200.-- | B III |
| 2. | 1 ring with 1 brilliant 1 pearl 4 gr platinum | 200.-- | B III |
| 3. | 1 platinum wristwatch with brilliants I.W.C. works | 170.-- | B III |
| 4. | 1 golden gent's remontoir Vacheron 18 crt | 120.-- | W |
| 5. | 1 cigarette case 1 chain 1 pendant 128 gr gold 1 lighter with gold 30 gr | 222.-- | B |
| | SUM | 912.-- | |
| | - 10% | 91,20.- | |
| | | 820,80. | |

Vienna, on 9 November (31 March) 1939

(Signature)  Hartmann

Signature illegible

**PAGE 46**

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 8

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

*foom .II    20./8.*

22. JULI 1938

(illegible) .II     20./8.

Vienna, 15 July 1938

To the

Vermögensverkehrsstelle (Property Transaction Office)

Vienna I.

Strauchgasse 1

My husband, actor Franz Friedrich Grünbaum has been in protective custody since 22 March, currently in Dachau 3K, block 6, room 4.

I therefore kindly request to have the deadline for submitting the list of Jewish assets extended for him until after he has returned.

Elisabeth Grünbaum

V.                                      IV. Rechte Wienzeile 29

1.) Submitter is requested to prompt the inmate to appoint an authorised representative.
    (Deadline 20 Aug. 1938)
2.) To the files

Vienna, 27 July 1938.

(Stamp:
Vermögensverkehrsstelle
at the Ministry for Economy and Labour
Received: 13 July 1938
File no.: 214094
Dept. Legal   Encl.: 0)





PAGE 47

**FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM**    INDEX NO. 654836/2022

NYSCEF DOC. NO. 8    RECEIVED NYSCEF: 12/14/2022

- 3 -

b) Fixed-interest and non-interest bearing capital claims of any kind towards nationals and foreigners? (e..g. mortgages, receivables from mortgages and land charge claims, loans, deposits as silent partner, such claims to salaries, interest and similar amounts, already due on 27 April 1938, but not yet paid (redemption funds accrued to the benefit of the taxable person and the like) — see Instruction no. 15 —

*(Savings deposits, bank deposits, postal cheque deposits and other current deposits not to be inserted here but in c.)*

| Type of claim (e.g. mortgage, loan) | Name and address of debtor | Nominal amount of claim | Interest rate [1] | Contractual term until [2] | Remarks (e.g. on conversion of foreign currency) |
|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

c)  Means of payment, savings deposits, bank deposits, post cheque deposits, and other current balances (see Instruction no.16) …**at Öst. Creditanstalt, branch Vienna VI**…...    **317,93.-**RM
      *Amounts in foreign currencies to be itemised in an enclosure, if required.*

d)  Business credits at purchasing and trading cooperatives? (see Instruction no. 17)……..    ………..RM.
      Name of cooperative, place of management:……………………………………

e)  Claims not yet due from life, capital and pension insurance, to be calculated at 2/3 of paid up premiums or capital amounts or repurchase value (see Instruction no. 18) ………    ………..RM.
      Name of insurance company:: **Riunione Adriatica, Vienna**
      No.of insurance policy:        **358.742/743a, 358.252/253a = Dollars 17,250 á 2489 =    42,935.26**
                        **Victoria, no. 1285140          "        933 "    "     2,322.73**
                                                **45,257.99**

f)  Life estates, rights of usufruct and other pension rights? (see Instruction no. 19): What was the value of the one-year usage?  …….RM. Since when have you been entitled to the usages? Since…..19..... Until when are entitled to the usages? Until……..19....
      (If the right expires upon a person's death, the day, month and year of birth of such person must be indicated.)
      What was the capital value of the right?    ………..RM.

g)  Objects of precious metal, jewellery and luxury items and collections?
      (see Instruction no. 20)  ……………..**Pictures and graphics, acc. to enclosed estimate**…..    **5,791.-** RM.

h)  Precious metals, precious stones and pearls?..Jewellery,  "        "  ……………………    **750.-** RM

i)  "Other assets" not covered by a) to h)?" (see Instruction no. 21)    **6,541** RM
      (e.g. copyrights, proprietary and non-proprietary inventions, trade licences not exercised by the licence holder.)

   Type of objects and calculation of their value to be specified here:…………………....

   ………………**Concerning copyrights and insurances see Remarks under Item VI**…….

   …………………………………………………………………………………………

   …………………………………………………………………………………………

   …………………………………………………………………………………………

1) Including agreed contribution to administrative expenses - 2) For fixed-term mortgages, insert the earliest date when repurchase can be claimed, for termination mortgages (no fixed term) the period of termination must be indicated

15

**FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM**

NYSCEF DOC. NO. 8

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

## V. Deductions except if concerning business assets (Section III)

(debts and liabilities may be deducted only to the extent that they existed already at the beginning of 27 April 1938. They must be entered by item below.)

a) Debts (see Instruction no. 22):

| Type of debt (e.g. mortgage, loan debts) | Name and address of creditor | Nominal amount of debt | Interest rate [1]) | Contract term until [2]) | Remarks (e.g. on conversion of foreign currency) |
|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 |
|  |  |  |  |  |  |

b)  Payments for life estates, rights of usufruct and other pensions? (see Instruction no.23): What was the value of the one-year payment?...............RM. Since when must the payments be made? Since..........19..... Until when must the payments be made? (If payments must be made until a person's death, the day, month and year of birth of such person must be indicated.)
Until……...19....    What was the capital value of the payment  ............................................................ RM

**VI. Remarks:**

ad i)    As librettist of several operettas, F. Grünbaum received proceeds in 1937
according to tax schedule and publisher's royalties        RM  460.-
As member of the Society of Authors            "  2,762.66
ad e)    At the end of May 1938 F.F. Grünbaum ceded the insurances specified herein to his wife, Elisabeth
Grünbaum, which was notified to the Vermögensverkehrsstelle in a letter dated 14 July 1938.

I assure to have made the above statements to the best of my knowledge, in particular to have fully reported the assets in this list of assets. Insofar as values are indicated in this list of assets, I have not deviated from the Instructions attached to the printed form of this list of assets.

Vienna ,  ...................1 August ......................1938

*Elisabeth Grünbaum für Franz Friedr. Grünbaum*
(Unterschrift des Anmeldepflichtigen oder der an seiner Stelle zur Abgabe des Vermögensverzeichnisses verpflichteten Person)
*Al. Vollmacht v. 16. Juli 1938.*

Elisabeth Grünbaum for Franz Friedr. Grünbaum, acc. to Power of Attorney
(Signature of the person subject to reporting or of the person subject to submit the registration
of assets instead of him or her) of 16 July 1938, m.p.

Lists of assets without signature are considered not to have been submitted

1)Including agreed contribution to administrative expenses - 2) For fixed-term mortgages, insert the earliest date when repurchase can be claimed, for termination mortgages (no fixed term) the period of termination must be indicated

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 8

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

GZ. ÖStA-1005865/0006-ADR/2008

It is hereby confirmed that the foregoing photocopies comprising 49 pages ( A4 ) and located in the Österreichische Staatsarchiv ( ÖStA / Austrian State Archives), Abteilung Archiv der Republik ( AdR /Department Archives of the Republic), of the files of the Vermögensverkehrstelle (Property Transaction Office) **VA. 34.662** and **VA. 44.614** concerning Mrs. **Elisabeth Grünbaum**, born on 28 April 1898 and Mr. **Franz Friedrich Grünbaum**, born on 07 April 1880 (ÖStA/AdR, 06/Finanzen/Vermögensverkehrsstelle/ Vermögensanmeidung ) have been made.

An amount of Euro 32.80 has been collected as certification fee.

Vienna, on 30 April 2008
Austrian State Archive
Archiv der Republik

Hofrat Dr. Manfred Fink
Director of the Archiv der Republik

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 8

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022




Apostille
(Convention de La Haye du 5 octobre 1961)
1. Country: REPUBLIC OF AUSTRIA
    This official document
2. has been signed by   Dr. Manfred Fink
3. in his capacity as   CERTIFICATION OFFICER
4. it bears the stamp/seal of the
    Austrian State Archives Vienna
Certified
5. in      Vienna      6. on   May 27th, 2008
7. by FEDERAL MINISTRY FOR EUROPEAN AND INTERNATIONAL AFFAIRS
8. under file no. 557519
9. Stamp/seal          JOSEF SCHWANDA
                 (Signature)


FEDERAL MINISTRY FOR EUROPEAN
AND INTERNATIONAL AFFAIRS
(3 stamps of the Republic of Austria *)


(Stamp to the right:)
FEDERAL MINISTRY FOR EUROPEAN
AND INTERNATIONAL AFFAIRS
Fee of Euro 14,40
under Prot. No. (illegible) collected
27 May 2008 (signature illegible)

PAGE 51

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 9

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

# EXHIBIT H

FILED: NEW YORK COUNTY CLERK 12/16/2022 08:44 PM
NYSCEF DOC. NO. 9

INDEX NO. 654398/2022
RECEIVED NYSCEF: 12/16/2022

**Dr. LUDWIG ROCHLITZER**
RECHTSANWALT
WIEN I., FÜHRICHGASSE 10

TELEPHON R-23-203
POSTSPARKASSEN-KONTO 146.339

WIEN, am 31. Jänner 1939

Sehr geehrte gnädige Frau !

Auf Ihre Anfrage teile ich Ihnen als über Ihr und Ihres
Mannes Vermögen von der Devisenstelle Wien beauftragter Verwalter
mit, dass das Honorar des Herrn Dr. Alexander Bayer, München, incl.
Spesen und Reiseauslagen . . . . . . ca RM 3000.-
mein Honorar . . . . . . . . . " 2500.-
die Spesen ( Telefon, Reisen etc ) . . . . _" 600.-
                                        zusammen . RM 6100.-
betragen.
Weiters haben Sie die Friedhof-Rechnung per " 238.-
und etliche kleinere Rechnungen zu begleichen,
sodass Ihr Debet mit . . . . . . . RM 6500.-
anzusetzen ist. Zu weiteren Auskünften bin ich selbstverständlich
jederzeit gerne bereit.

Hochachtungsvoll

Frau
    Elisabeth Grünbaum
        Wien 19.
        Hofzeile 27



FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM    INDEX NO. 654836/2022
NYSCEF DOC. NO. 99                     FROM RITA REIF  212/582863    RECEIVED NYSCEF: 12/14/2022
                                                                              P. 2

ELISABETH GRUNBAUM 1

Dr. Ludwig Rochlitzer                     January 31, 1939
Rechamswalt
Fuhrichgasse 10
Vienna 1

Dear Mrs. Grunbaum:

You asked me and I tell you what you owe me and Dr. Alexander Bayer, Munich.
Expenses and travels
My fee                                              3000 RM
My expenses (telephone, travel)                     2500 RM
                                                     600 RM

                                       Total        6100 RM
Furthermore, the cemetery bill is about             238 RM
And with several smaller bills, the total is        6500 RM.

For further information I am here for you at any time.


Best regards,

[signature] Ludwig Rochlitzer

The Department for Foreign Exchange appointed me to deal with the whole property of the Grunbaums. I will help you if you need further information. Dr. Ludwig Rochlitzer.


--------------------------------------------------------------
EDITOR'S COMMENT:
This letter reveals that somebody - Rochlitzer - was the official person in charge of the property of the Grunbaums: they could not use any money, they could not sell anything, they could not sell the pictures. He was made the administrator or trustee. Elisabeth Grunbaum could not do anything with her own possessions.

Bettina Walzer, historian

PAGE 2
MAY-07-1998  12:18                2127582863              99%              D&M 00256

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:44 PM

NYSCEF DOC. NO. 10

INDEX NO. 654836/2022

RECEIVED NYSCEF: 12/14/2022

# EXHIBIT I

FILED: NEW YORK COUNTY CLERK 02/04/2022 08:50 PM

NYSCEF DOC. NO. 197

INDEX NO. 651898/2021

RECEIVED NYSCEF: 02/04/2022



PAGE 1

P 0052

FILED: NEW YORK COUNTY CLERK 02/09/2022 08:50 PM

NYSCEF DOC. NO. 197

INDEX NO. 651898/2028

RECEIVED NYSCEF: 02/09/2022

*Lager- und Ausstellungskatalog Nr. 57*

# GUTEKUNST & KLIPSTEIN

## BERN – LAUPENSTRASSE 49

| Nrn. | Fr. | | Nrn. | Fr. |
|---|---|---|---|---|
| 1 | 4250 | | 34 | Privatbesitz |
| 2 | 1500 | | 35 | 700 |
| 3 | 1800 | | 36 | 600 |
| 4 | 750 | | 37 | 600 |
| 5 | 600 | | 38 | 450 |
| 6 | 500 | | 39 | 700 |
| 7 | 650 | | 40 | 650 |
| 8 | 550 | | 41 | Privatbesitz |
| 9 | 300 | | 42 | 450 |
| 10 | 550 | | 43 | Privatbesitz |
| 11 | 600 | | 44 | 600 |
| 12 | 650 | | 45 | 450 |
| 13 | 650 | | 46 | 450 |
| 14 | 650 | | 47 | 600 |
| 15 | 450 | | 48 | 500 |
| 16 | 650 | | 49 | 500 |
| 17 | 500 | | 50 | 600 |
| 18 | 600 | | 51 | 650 |
| 19 | Privatbesitz | | 52 | 450 |
| 20 | 550 | | 53 | 500 |
| 21 | 600 | | 54 | 125 |
| 22 | 600 | | 55 I/c | 100 |
| 23 | 600 | | 56 II/a | 175 |
| 24 | 450 | | 57 II/b | 90 |
| 25 | 650 | | 58 III/b | 100 |
| 26 | 700 | | 59 IV/b | 150 |
| 27 | 700 | | 60 V/b | 90 |
| 28 | 750 | | 61 VI/b | 150 |
| 29 | 650 | | 62 VII/b | 150 |
| 30 | 550 | | 63 X/b | 125 |
| 31 | Privatbesitz | | 64 X/c | 100 |
| 32 | 400 | | 65 XI/c | 150 |
| 33 | Privatbesitz | | | |

FILED: NEW YORK COUNTY CLERK 02/04/2022 08:50 PM

NYSCEF DOC. NO. 197

INDEX NO. 654896/2028

RECEIVED NYSCEF: 02/04/2022

LAGERKATALOG NR. 57

KLIPSTEIN & KORNFELD, VORM.

GUTEKUNST & KLIPSTEIN

BERN - LAUPENSTRASSE 49

FILED: NEW YORK COUNTY CLERK 02/04/2022 08:50 PM

NYSCEF DOC. NO. 197

INDEX NO. 651898/2021

RECEIVED NYSCEF: 02/04/2022

AUSSTELLUNG

# EGON SCHIELE

BILDER – AQUARELLE – ZEICHNUNGEN

GRAPHIK

8. SEPTEMBER–6. OKTOBER 1956

PAGE 4

PAGE 4

P 0055

FILED: NEW YORK COUNTY CLERK 02/09/2022 08:50 PM
NYSCEF DOC. NO. 197

INDEX NO. 654898/2021
RECEIVED NYSCEF: 02/09/2022

# EGON SCHIELE

Trotzdem immer noch Handbücher über moderne Kunst erscheinen, die seinen Namen totschweigen, so ringt sich heute, fast vier Jahrzehnte nach seinem Tode, immer mehr die Erkenntnis durch, dass er einer der führenden Künstler des Expressionismus war. Der 1890 Geborene starb bereits 1918, so dass er nur als ein ebenso rasch aufblitzender wie verlöschender Meteor am Kunsthimmel erschien. In acht Jahren, von 1910–1918, hat sich seine wesentliche künstlerische Laufbahn abgespielt, nachdem bereits der sechzehnjährige Akademieschüler bedeutende Talentproben von sich gegeben hatte. Wäre Schiele im Banne des Dekorativen der «Wiener Werkstätte» und der «Kunstschau» geblieben, wie er es in den Jahren 1908 und 1909 war, so wäre aus ihm nur ein begabter und geschmackvoller Klimtepigone geworden. So warf er diese Fesseln 1910 aus innerer Kraft von sich und tat den entscheidenden Schritt, den der ältere Kokoschka schon 1908 getan hatte: den Schritt von der dekorativen Kultur der Wiener Schule zu einer radikalen Ausdruckskunst, die es wagte, dem Gorgonenhaupt einer abgründig hässlich erscheinenden Wahrheit ins Auge zu schauen. Von den Anhängern des Dekorativen mag dies damals als Verrat empfunden worden sein, in Wahrheit war es die Aufschliessung einer neuen Welt und die Rettung der österreichischen Kunst. Wie in Kokoschka der grösste Maler des österreichischen Expressionismus erwuchs, so in Schiele der grösste Zeichner. Auf diese Weise wurden die wertvollsten Zukunftskeime in der Kunst Klimts erhalten und zu einer staunenerregenden Entwicklung gebracht.

Für den, der, wie der Verfasser, Schiele von 1910 an aus nahem persönlichen Umgang kannte, war es aufschlussreich zu beobachten, wie er sich zu den drei grossen Trägern einer neuen Stilkunst, die das künstlerische Antlitz Europas um die Jahrhundertwende veränderte, verhielt. Hodler gegenüber empfand Schiele tiefen Respekt, jenen Respekt, den er schon dem Freunde Klimts schuldete. Munch gegenüber hegte er eine ehrfürchtige Bewunderung, da ihn dessen inhaltliche Welt in ihren magischen Bann zog. Mit Klimt verband ihn eine unbedingt bejahende Liebe, eine Art geistigen Sohn- und Vaterverhältnisses, dem er in einem seiner grossartigsten Bilder, den «Zwei Eremiten», 1911 ein Denkmal gesetzt hat. Ein tiefes inneres Band verband sie, und der Tod raffte sie im selben Jahr dahin, den reifen Mann und den Jüngling. Klimt, der nie einen wirklichen Schüler hatte, war sein eigentlicher Lehrmeister. Klimts Kunst ist der Nährboden, aus dem Schiele seine erste Kraft zog. Es ist der Klimt der Universitätsbilder, des Beethovenfrieses, der Schöpfer von «Tod und Leben», der

5

**FILED: NEW YORK COUNTY CLERK 02/04/2022 08:50 PM**    INDEX NO. 654896/2025

NYSCEF DOC. NO. 197    RECEIVED NYSCEF: 09/04/2022

«Auswandererfamilie», der tief gedankenvolle Vorläufer des Expressionismus, der für Schiele entscheidend wurde. Mit Klimt verband Schiele das Feingefühl für den ornamentalen Wert von Linien und Flächen. Doch schon im ersten Jahr, in dem Schiele seine voll entwickelte Eigenart zeigte, in 1910, ging er über Klimt wesentlich hinaus, indem er dessen subtile, feminine Linie ins Starke, männlich Ausdruckvolle, Gesteigerte, verwandelte.

Schiele mühte sich als Maler in heissem Ringen um eine neue Ausdruckskunst. Seine Bilder waren (mit Ausnahme der Porträts und Landschaften) abstrakte Kompositionen und Phantasieschöpfungen. Er bedeckte mächtige Leinwanden mit steilen, gotischen Gestalten, doch sie blieben unbegehrt in seinem Atelier stehen, ein materielles Risiko für den in harten Lebenskampf verstrickten Künstler. Doch verraten Schieles Bilder schon durch ihren Charakter die Richtung, in der dem jungen Genie volle Kompensation winken sollte: sie sind in hohem Masse auf die Qualität der Linie eingestellt. In *Zeichnungen* konnte Schiele seine ungewöhnliche Begabung schrankenlos entfalten. In kaum absehbarer Fülle strömte sein zeichnerisches Werk während der wenigen Jahre seines kurzen Lebens.

Schiele studierte als Zeichner eifrig und unermüdlich nach der Natur. Er führte den Stift (stets Bleistift oder schwarze Kreide) mit nachtwandlerischer Sicherheit. Er besass aber in hohem Masse die Gabe, das Naturbild, ohne es zu entstellen, expressiv zu steigern, das Wesentliche und Charakteristische aus ihm herauszuholen und die Köstlichkeit des graphischen Ornaments sprechen zu lassen. Diese Eigenschaften sind bereits in Zeichnungen des Jahres 1910 zu vollendeter Meisterschaft ausgereift. In ihnen zeigte er das Leben keineswegs bloss von der schönen, erfreulichen Seite, sondern auch von der Nachtseite: die Schatten von Sünde, Verfall, Krankheit und Tod. Die Studien nach Proletarierkindern und Strandgut der Großstadt reden eine erschütternde Sprache. Er bewunderte die absolute Ehrlichkeit und Aufrichtigkeit in den Lithographien von Toulouse-Lautrec, in den Zeichnungen von Van Gogh. Während das Liniengerüst seiner Blätter stets vor dem Modell entstand, fügte er die Kolorierung nachträglich aus der Phantasie hinzu, vollgesogen mit Naturanschauung und -erinnerung, zugleich erfüllt von der Ausdrucksgewalt der Farbe. Mit ihrer Hilfe verwandelt er, was die Linie oft mit erschreckender Deutlichkeit zeigte, in zarteste Poesie. Schieles Aquarellmedien reichen von der dünn lasierenden Wasserfarbe bis zur pastos aufgetragenen temperaartigen Gouache.

Schieles zeichnerisches Schaffen galt in erster Linie der menschlichen Gestalt. Die Landschaft und das Stilleben nehmen nur einen kleinen, allerdings besonders reizvollen Teil in ihm ein. Schiele erkannte bald den Eigenwert der Zeichnung als einer besonderen künstlerischen Kategorie und schuf Zeichnungen um ihrer selbst willen. Seine druckgraphischen Arbeiten blieben nur auf Gelegenheits-

6



FILED: NEW YORK COUNTY CLERK 02/09/2022 08:50 PM

NYSCEF DOC. NO. 197

INDEX NO. 651896/2022

RECEIVED NYSCEF: 02/09/2022

versuche beschränkt, zu denen er von anderen angeregt wurde, doch konnten sie ihn nicht dauernd fesseln. Sie waren immerhin für Schiele die Brücke zur Anerkennung im Ausland. Der Verfasser erinnert sich der Freude, die Schiele darüber empfand, wenn ihn Pfemfert für die «Aktion», der Delphin-Verlag für die Sema-Mappe um druckgraphische Arbeiten baten. Schiele erntete früh Anerkennung im Auslande, stellte bald jenseits der Grenzen des alten Österreich, zu dem damals noch Prag und Budapest gehörten, aus. Niemals aber reichte es dazu, dass er, der so gerne reiste, diese Grenzen überschritten hätte. Das dürfte die Schuld sein, dass er in den Geschäftszentren der Kunst nach seinem frühen Tode wieder in Vergessenheit geriet, während den Lebenden nach anfänglicher Not später die Konjunktur hold wurde.

Das Jahr 1911 war eines seiner glücklichsten Schaffensjahre und zugleich eines seiner tragischsten. Es zeitigte eine grosse Menge von Zeichnungen, mit den höchsten, damals besonders malerischen Reizen der Aquarellierung geschmückt. In den Jahren 1912–1914 bemühte er sich um eine neue plastische Synthese der menschlichen Gestalt. Das Kriegsjahr 1915 brachte nur kurze Unterbrechung in dem reichen Strom, der bis Ende 1918 in überwältigender Fülle floss.

Das ekstatisch Gesteigerte der Frühwerke ging gegen das Ende in eine meisterhafte Fülle und Gelassenheit der Naturauffassung über. Damals schuf Schiele seine schönsten Porträts, die an psychologischem Scharfblick und warmer menschlicher Einfühlung keinesgleichen finden. Mit einem gezeichneten Bildnis seiner sterbenden Gattin schloss sein Lebenswerk ab.

Zu Schieles Lebzeiten entstanden drei grosse Sammlungen seiner Zeichnungen: Dr. Oskar Reichel, Dr. Heinrich Rieger und Heinrich Benesch. Während die ersteren zum Teil verstreut, zum Teil zerstört wurden, blieb die letzte, die geschlossenste, erhalten. Sie befindet sich zur einen Hälfte im Besitz des Verfassers, zur andern ging sie in der Albertina über, die heute über die umfassendste und schönste Schiele-Sammlung verfügt.

OTTO BENESCH

7

P 0058

FILED: NEW YORK COUNTY CLERK 02/09/2022 08:50 PM
NYSCEF DOC. NO. 197

INDEX NO. 654898/2022
RECEIVED NYSCEF: 02/09/2022

# LEBENSDATEN

| | |
|---|---|
| 1890 | Am 12. Juni als Sohn eines Stationsvorstandes in Tulln a. d. Donau (Österreich) geboren. Die Mutter stammt aus dem böhmischen Städtchen Krumau. |
| 1896 | Volksschule. Anschliessend drei Klassen am Untergymnasium in Klosterneuburg, wo er nur durch seine aussergewöhnliche zeichnerische Begabung auffällt. Erster Mal-Unterricht bei Lokalmalern des Ortes. |
| 1905 | Der Tod des Vaters ist ein nachhaltiges Erlebnis, das eine tiefe Melancholie zurücklässt und in der Folge entscheidenden Einfluss auf seinen Stil und auf die Wahl seiner Themen hat. |
| 1905–08 | Allgemeine Malerklasse der Wiener Akademie bei Christian Griepenkerl, einem klassizistischen Maler in der Nachfolge Feuerbachs. Malt Landschaften im Stil der Sezessionsmaler. Mit wenigen Ausnahmen sind es kleinformatige Werke, auf Pappe gemalt. 1907 erste Begegnung mit Gustav Klimt, mit dem ihn bis zum Tode des Meisters eine starke Freundschaft verbindet. |
| 1909 | Wegen Unstimmigkeiten mit dem Lehrer bricht er das Studium an der Akademie ab. Mit vier Bildern an der Internationalen Kunstschau in Wien beteiligt, an der auch eine grössere Gruppe von Bildern Van Goghs ausgestellt ist. Starker Einfluss von Van Gogh und Gustav Klimt. Gründet mit den Malern Faistauer, Wiegele, Paris von Gütersloh, Böhler und Peschka die «Neukunstgruppe Wien», die im gleichen Jahr erstmals im Kunstsalon Pisko vor die Öffentlichkeit tritt. |
| 1910 | Malt und zeichnet zahlreiche Porträts und Selbstbildnisse. Darin wird weniger äussere Porträtähnlichkeit angestrebt, als vielmehr versucht, die psychische Struktur des Modells wiederzugeben. Um 1910 hat er seinen persönlichen Stil gefunden und vor allem als Zeichner eine absolute Meisterschaft erreicht. Als Zeichenstoff verwendet er hauptsächlich Bleistift oder Kreide, als Grund ein billiges, gelblich-bräunliches Packpapier. Die Modelle sind meist Proletarierkinder und Freudenmädchen. Erster Entwurf zur «Stadt am blauen Fluss» oder «Tote Stadt». |
| 1911 | Mietet ein Atelier in Krumau, der Heimatstadt seiner Mutter. In visionären Bildern stellt er diese Stadt immer wieder dar als «Tote Stadt» und «Alte Stadt». Wird wegen «verderblichem Einfluss auf die Jugend» aus Krumau ausgewiesen. Lässt sich in Neulengbach nieder. Interessiert sich stark für Volkskunst und die Kunst der Primitiven und Neger. Die Stilisierung und die Betonung des graphischen Elementes führen zu starker dekorativer Wirkung. Heftige Deformationen steigern den psychischen Ausdruck. |

8

FILED: NEW YORK COUNTY CLERK 02/04/2022 08:50 PM

NYSCEF DOC. NO. 197

INDEX NO. 651898/2022

RECEIVED NYSCEF: 02/04/2022

Kollektivausstellung im Kunstsalon Mietke, Wien, und in der Kunsthandlung Putze in München. Stellt mit der «Neukunstgruppe» in Budapest aus.

1912   Wird am 13. April wegen Herstellung «pornographischer» Bilder in Neulengbach festgenommen und während 24 Tagen im dortigen Bezirksgericht in Haft behalten. Bei der Gerichtsverhandlung wird eine Zeichnung des Künstlers symbolisch an einer Kerzenflamme verbrannt. In einem erschütternden Tagebuch hält er die Schrecken seiner Haft fest (Egon Schiele im Gefängnis. Aufzeichnungen und Zeichnungen; herausgegeben von Arthur Roessler. Wien 1922).

Nimmt an den Ausstellungen der Münchner Secession, im «Hagenbund» in Wien und an der grossen internationalen Ausstellung des «Sonderbund» in Köln teil. Schafft die erste Lithographie «Männlicher Akt», die in der «Sema»-Mappe in München erscheint.

1913   Wird Mitarbeiter der Zeitschrift «Die Aktion» von Franz Pfemfert, Berlin, der, neben dem «Sturm» wichtigsten Zeitschrift des deutschen Expressionismus vor 1920.

Im Juni–Juli veranstaltet die Kunsthandlung Hans Goltz in München, die ein Jahr vorher dem «Blauen Reiter» Gastrecht gab, eine grosse Kollektivausstellung des Künstlers. Beteiligt an den Ausstellungen der Secession in Wien und an der grossen Kunstausstellung in Düsseldorf. Es folgen Kollektivausstellungen im Folkwangmuseum in Hagen, in Hamburg, Breslau, Stuttgart, Berlin.

1914   In einem Brief vom 19. Februar bittet er den Freund Arthur Roessler, Werkzeuge zum Radieren zu besorgen. Während des Sommers radiert er die Blätter «Kauernde», «Kümmernis», «Bildnis Arthur Roessler», «Porträt Franz Hauer», «Selbstbildnis» und «Bildniskopf». «Die Aktion» veröffentlicht Gedichte und Prosadichtungen des Künstlers, seinen Aufsatz «Die Kunst der Neukünstler» und zwei Titelzeichnungen.

Beteiligt in den Ausstellungen der Münchner Secession und in der «Allgemeene Tentoonstelling der schonen Kunsten» in Brüssel.

1915   Kollektivausstellung im Kunstsalon Arnot in Wien. Heiratet am 18. Juni Edith Harms. Wird am 21. Juni als «Kriegsdiensttauglicher» nach Prag einberufen. Ausbildung in Böhmen. Im Oktober nach Wien abkommandiert. Erste kleine Publikation über den Künstler von Paris von Gütersloh. «Die Aktion» publiziert Gedichte und Zeichnungen des Künstlers.

1916   Im Januar «zu Landsturmdiensten ohne Waffen» umgeteilt. Kommt im Mai in die «Provianturkanzlei» in ein Lager mit gefangenen Russen nach Mühling. Malt und zeichnet einige seiner schönsten Landschaften und zahlreiche Porträts von gefangenen Russen.

In Nummer 3 der «Graphischen Künste» erscheint ein reich illustrierter Aufsatz von Leopold Liegler. Franz Pfemfert veröffentlicht in der «Aktion» (Nrn. 35 36) ein «Egon-Schiele-Heft», das Zeichnungen und zwei Beiträge

9

P 0060

FILED: NEW YORK COUNTY CLERK 02/09/2022 08:50 PM

NYSCEF DOC. NO. 197

INDEX NO. 651896/2022

RECEIVED NYSCEF: 02/09/2022

von Ulrich Brendel und Heinrich Nowak enthält. Schreibt im Juni an Roessler, dass er Holzschnitte machen will.

«Die Aktion» veröffentlicht seine beiden einzigen Holzschnitte in den Nummern 35/36 und 39/40.

Stellt mit dem «Bund Österreichischer Künstler» in der Berliner Secession aus.

1917    Leistet seit Frühjahr in Wien Dienst. Wird im Oktober dem Heeresmuseum zugeteilt. Versucht unter dem Namen «Kunsthalle» einen Verein aufzubauen, um «bildenden Künstlern, Dichtern und Musikern die Möglichkeit zu geben, mit einem Publikum in Verbindung zu treten, das sich, gleich ihnen, gegen die immer mehr fortschreitende kulturelle Zersetzung zu wehren bereit ist.» Eine Reihe hervorragender Persönlichkeiten aus dem Wiener Kunstleben sagen ihm ihre Unterstützung zu, unter ihnen Peter Altenberg, Joseph Hoffmann, Gustav Klimt, Arnold Schönberg. Die Schwierigkeiten, die der Krieg mit sich bringt, verhindern die Realisierung der Idee.

Der Verlag Richard Lanyi publiziert eine Mappe mit 12 Zeichnungen.

Beteiligt an der Ausstellung «Österreichische Kunst» in Stockholm und in der Münchner Secession.

1918    Am 6. Februar stirbt der verehrte Meister und Freund Gustav Klimt. Im März wird Schiele in der Ausstellung der Wiener Secession der Hauptsaal eingeräumt. Die Ausstellung ist ein grosser Erfolg. Sie findet endlich die ungeteilte Anerkennung von Publikum und Presse. Die Mehrzahl der Hauptwerke wird in der Ausstellung verkauft. Von der «Gesellschaft für vervielfältigende Kunst» erhält er den Auftrag, zwei Landschaftslithographien zu schaffen. Statt der Landschaften liefert er die Lithographien «Mädchen» und «Porträt Paris von Gütersloh» ab. Die beiden Werke werden zurückgewiesen und später von Arthur Roessler in die Mappe «Das graphische Werk von Egon Schiele», die 1922 erscheint, aufgenommen.

In der Ausstellung «Ein Jahrhundert Wiener Malerei» im Kunsthaus Zürich ist Schiele mit 25 Werken vertreten.

Im Herbst des Jahres 1918 bricht in Wien die Grippe aus. Am 28. Oktober erliegt ihr die geliebte Frau. Am Tag ihrer Beerdigung, am 31. Oktober, fällt auch Egon Schiele der Epidemie zum Opfer.

10

**FILED: NEW YORK COUNTY CLERK 02/04/2022 08:50 PM**

NYSCEF DOC. NO. 197

INDEX NO. 654896/2022

RECEIVED NYSCEF: 02/04/2022

FILED: NEW YORK COUNTY CLERK 02/09/2022 08:50 PM

NYSCEF DOC. NO. 197

INDEX NO. 654896/2021

RECEIVED NYSCEF: 02/09/2022

# BIBLIOGRAPHIE

## *Schriften des Künstlers*

1 Gedichte in Prosa erschienen in der Zeitschrift
DIE AKTION; Wochenschrift für Politik, Literatur, Kunst; hg. von Franz Pfemfert, Berlin-Wilmersdorf.

*4. Jahrgang, 1914, No. 11*
   *a.* Dame im Park, S. 234
   *b.* Zwei Kleriker, S. 234–235
   *c.* Landstrasse, S. 235
   *d.* Gewitteranzug, S. 235
   *e.* Musik beim Ertrinken, S. 235
   *f.* Visionen, S. 235

*4. Jahrgang, 1914, No. 15*
   *g.* Sonne, S. 323–324
   *h.* Nasser Abend, S. 324

*4. Jahrgang, 1914, No. 20*
   *i.* Die Kunst der Neukünstler, S. 428

*5. Jahrgang, 1915, No. 3/4*
   *k.* Beobachtung, S. 37
   *l.* Empfindung, S. 37–38

*5. Jahrgang, 1915, No. 31/32*
   *m.* Ährenfeld, S. 398

*6. Jahrgang, 1916, No. 35/36 = Egon-Schiele-Heft*
   *n.* Abendland, S. 493

Diese Gedichte wurden mit Ausnahme von *k* und *l* in Bibl. 2, S. 22–25 nachgedruckt.

2 BRIEFE UND PROSA VON EGON SCHIELE; hg. von Arthur Roessler. Wien, Richard Lanyi, 1921.

3 EGON SCHIELE IM GEFÄNGNIS. Aufzeichnungen und Zeichnungen; hg. von Arthur Roessler. Wien, Carl Konegen (1922). Mit 9 Tafeln.
Die erschütternden Tagebuchaufzeichnungen des Künstlers aus seiner 24tägigen Haftzeit im Gefängnis von Neulengbach im April-Mai 1912.

## *Mappenwerke*

4 ZEICHNUNGEN EGON SCHIELE. Wien, Richard Lanyi, 1917. Enthält 12 reproduzierte Zeichnungen. Erschienen in einer einmaligen Auflage von 400 Exemplaren. Die Herstellung geschah unter Aufsicht des Künstlers. Jedes Exemplar wurde von Schiele handschriftlich numeriert und signiert.

5 EGON SCHIELE. HANDZEICHNUNGEN. Wien, Ed. Strache, (1920). Enthält 15 reproduzierte Zeichnungen. Erschienen in einer Auflage von 510 Exemplaren. 10 Exemplare (Ausgabe A) enthalten je 1 Handzeichnung.

6 DAS GRAPHISCHE WERK VON EGON SCHIELE. Einführung von Arthur Roessler. Wien, Rikola-Verlag, 1922. Erschienen in einer einmaligen Auflage von 80 Exemplaren. Enthält 2 Lithographien (Kat. No. X, XI) und 6 Radierungen (Kat. No. II–VII).

## *Monographien und Auswahl von Aufsätzen*

AMBROSI, GUSTINUS, siehe Bibliogr. 13

7 ANKWICZ VON KLEEHOVEN, HANS. Egon Schiele. (Das Kunstwerk. 1951, No. 3). Wiesbaden 1951, S. 22–29, 5 Abb.

11

FILED: NEW YORK COUNTY CLERK 03/09/2022 08:50 PM    INDEX NO. 651896/2020

NYSCEF DOC. NO. 197                                 RECEIVED NYSCEF: 03/09/2022

8 BENESCH, OTTO. Egon Schiele als Zeichner. Wien, Österreichische Staatsdruckerei, o. J. 16 S., 24 Tafeln.

– Siehe Bibliogr. 17

BRENDEL, ULRIK, siehe Bibliogr. 9

CSOKOR, F.TH., siehe Bibliogr. 17

EISLER, MAX, siehe Bibliogr. 17

9 EGON-SCHIELE-HEFT, in: Die Aktion. 6. Jahrg., 2. Sept. 1916, S. 477–502. Mit 1 Titelzeichnung, 1 Porträt des Künstlers von F. A. Harta, 5 Zeichnungen, 1 Original-holzschnitt ,Badende Männer' und ,2 Notizen über Egon Schiele' von Ulrik Brendel und Heinrich Nowak.

10 FAISTAUER, ANTON. Neue Malerei in Österreich; Betrachtungen eines Malers. Wien, Amalthea-Verlag, (1923). S. 15–22, 6 Abb.

11 GROHMANN, WILL, in: Thieme-Becker, Allgemeines Lexikon der bildenden Künstler... Bd. 30. Leipzig 1936, S. 59.

12 GÜTERSLOH, PARIS v. Egon Schiele. Versuch einer Vorrede. Wien, Verlag Brüder Rosenbaum, o. J. (1915). 6 S., 9 Tafeln. Nachgedruckt in Bibliogr. 17

KAPRALIK, EDUARD, siehe Bibliogr. 17

13 KARPFEN, FRITZ. Das Egon-Schiele-Buch. Hg. von Fritz Karpfen. Mit einem Beitrag von Arthur Roessler und einem Leitspruch von Gustinus Ambrosi. (Wien, Wiener Graphische Werkstätte, 1921.) Mit 62 Tafeln. Der Beitrag von Arthur Roessler erschien 1922 in Buchform, siehe Bibliogr. 18.

14 KÜNSTLER, GUSTAV. Egon Schiele als Graphiker. (Turmschriften der österreich. Kulturvereinigung.) Wien, Amandus-Edition, 1946, 31 Tafeln.

15 LIEGLER, LEOPOLD. Egon Schiele. (Die Graphischen Künste. 1916, No. 3.) Wien 1916, S. 70–80, 8 Abb.

16 NIRENSTEIN, OTTO. Egon Schiele; Persönlichkeit und Werk. (Wien), Paul Zsolnay, 1930. Mit Einleitung, Werkverzeichnis, 5 Abb. und 140 Tafeln. Das grundlegende Werk über Schiele.

NOWAK, HEINRICH, siehe Bibliogr. 9

RATHE, KURT, siehe Bibliogr. 17

RIEGER, ERWIN, siehe Bibliogr. 17

17 ROESSLER, ARTHUR. In memoriam Egon Schiele. Hg. von Arthur Roessler. Mit Beiträgen von Otto Benesch, F. Th. Csokor, Max Eisler, P. v. Gütersloh, E. Kapralik, Kurt Rathe, Erwin Rieger, Paul Stefan, Hans Tietze. Wien, Richard Lanyi, 1921. Mit 1 Porträtaufnahme.

18 ROESSLER, ARTHUR. Erinnerungen an Egon Schiele. Marginalien zur Geschichte des Menschentums eines Künstlers. Wien, Carl Konegen, (1922). Mit einer Porträt-aufnahme. Nachdruck von Bibliogr. 13

– Siehe Bibliogr. 2, 3, 6, 13

STEFAN, PAUL, siehe Bibliogr. 17

TIETZE, HANS, siehe Bibliogr. 17

Zusammengestellt von Hans Bolliger

12

FILED: NEW YORK COUNTY CLERK 03/04/2022 08:50 PM   INDEX NO. 654896/2021

NYSCEF DOC. NO. 197   RECEIVED NYSCEF: 03/04/2022

KATALOG

**P 0065**

FILED: NEW YORK COUNTY CLERK 02/04/2022 08:50 PM

NYSCEF DOC. NO. 197

INDEX NO. 654898/2022

RECEIVED NYSCEF: 02/04/2022



1. Tote Stadt I. 1911. Öl auf Holz. 37,3:30,1 cm.

Signiert u. datiert: «EGON SCHIELE 1911» (eingekratzt).
Rückseitig betitelt: TOTE STADT.

Otto Nirenstein, Egon Schiele; Persönlichkeit und Werk, Wien 1930, Werkverzeichnis Nr. 94. –
Vgl. auch Nirenstein Nr. 63, 112 u. 113.

Wohl das farbig und malerisch schönste und abgeschlossenste der Landschaftsbilder «Tote
Stadt», die der Künstler in den Jahren 1910–12 im böhmischen Städtchen Krumau, dem Heimat-
ort der Mutter, malte.

Sammlungen: Fritz Grünbaum, Dr. Alfred Spitzer, Arthur Roessler, alle in Wien, dann in Privat-
besitz Wien.

Ausstellungen: Hagenbund, Wien 1912, Nr.237. – Kunsthandlung Würthle, Wien 1925/26,
Nr.11. – Gedächtnisausstellung Hagenbund, Wien 1928, Nr.20. – «Die Kunst unserer Zeit»,
Künstlerhaus, Wien 1930.

Abbildungen: Nirenstein, Tafel 59. – Karpfen, Das Egon-Schiele-Buch, Tafel 24.

15



FILED: NEW YORK COUNTY CLERK 02/09/2022 08:50 PM

NYSCEF DOC. NO. 197

INDEX NO. 654898/2021

RECEIVED NYSCEF: 02/09/2022



2. Schiffe im Hafen. 1908. Öl auf Karton. 17:23,9 cm.

Signiert und datiert: SCHIELE EGON 08.
Nicht bei Nirenstein.

Frühe, malerisch sehr reizvolle Studie. Wohl aus Triest. Vergleiche die stark verwandten Werke Nirenstein Nrn. 31 und 32, Tafeln 3 und 12.



3. Landschaft mit Häusern. 1914. Öl auf Holz. 25,2:38,8 cm.

Signiert und datiert: EGON SCHIELE 1914.
Nicht bei Nirenstein.

Fabrikähnliches Gebäude mit Areal an einer Strasse, die horizontal durch eine baumbewachsene Landschaft führt. Im oberen Bildviertel zwei Gehöfte. – Impressionistische Studie, die wohl wesentlich früher entstanden und vom Künstler nachdatiert sein dürfte.

16

FILED: NEW YORK COUNTY CLERK 03/04/2022 08:50 PM

NYSCEF DOC. NO. 197

INDEX NO. 651896/2022

RECEIVED NYSCEF: 03/04/2022



4. Selbstbildnis. Schwarze Kreide, aquarelliert. 21,5 : 15,3 cm.

Hervorragendes Selbstbildnis von 1910 auf gelbem Packpapier. Mit
knappen plastischen Mitteln wird eine starke maskenhafte Wirkung
erreicht, die durch die leichten Aquarellakzente noch erhöht wird.
Signiert und datiert: S. 1910. Rückseitig Nachlaßstempel.



5. Selbstbildnis mit Grimasse. Schwarze Kreide, Aquarell und
Tempera. 45,3 : 25 cm.

Stark farbiges, hauptsächlich auf roten Farbklängen (mit blauen
Akzenten im Rock) aufgebautes Selbstbildnis. Auf gelbem Pack-
papier. Signiert und datiert «10».



6. Schriftsteller Tom. Bleistift u. Öl. 27,5 : 23,2 cm.

Die wenigen linearen Elemente und Farbakzente ergeben eine starke
porträthafte Wirkung. Auf gelbem Packpapier. Monogrammiert u.
datiert «10».



7. Knabenbildnis. Bleistift, Tempera u. Kleisterfarbe.
43 : 22 cm.

Prachtvolle Studie zum «Bildnis eines Knaben (Rainerbub)» von 1910,
Nirenstein 72, Taf. 38. Kopf, Hände, der obere Teil des Kleides und
die Kniepartie sind farbig voll ausgeführt, der Umriss des Körpers ist
in kräftigen blauen und violetten Strichen angedeutet. Auf gelbem
Packpapier. – Rückseitig Frauenakt, Bleistift. 32,4 : 28,5 cm.

17

FILED: NEW YORK COUNTY CLERK 02/04/2022 08:50 PM

NYSCEF DOC. NO. 197

INDEX NO. 651898/2022

RECEIVED NYSCEF: 02/04/2022



8. Schuh anziehendes Mädchen. Kohlestift und Aquarell.
35,5 : 31,5 cm.

Reizvolle Darstellung in den Farben gelb, braun, schwarz und
grün auf gelbem Packpapier. Signiert und datiert «1910». Rück-
seitig Nachlaßstempel.



9. Skizze zur «Stadt am blauen Fluss». Kohlestift u. Aqua-
rell. 45 : 31,6 cm.

Farbig reiche und voll durchgeführte Studie aus Krumau, der
«Stadt am blauen Fluss» oder «Die tote Stadt». Das endgültige
Bild dieses Titels wurde von einem andern Standort aus gemalt
als die vorliegende Skizze. Monogrammiert und datiert «10».
Vgl. Nummer 1.



10. Liegender Halbakt mit rotem Hut.
Schwarze Kreide, Aquarell, Tem-
pera und Deckweiss. 45,3 : 28,6 cm

Zeichnerisch und farbig sehr lebendiges
Blatt. Auf gelbem Packpapier. Mono-
grammiert und datiert: «S. 10».

18

FILED: NEW YORK COUNTY CLERK 02/04/2022 08:50 PM

NYSCEF DOC. NO. 197

INDEX NO. 654898/2022

RECEIVED NYSCEF: 02/04/2022



11. Sitzendes Mädchen. Aquarell u. Bleistift. 39,5:30,9 cm.

Farbig reiches und sehr fein differenziertes Aquarell von vollkommener Frische der Farben. Auf gelbem Packpapier. Monogrammiert und «1911» datiert.



12. Sitzende Frau. Bleistift u. Kleisterfarbe. 55:25,5 cm.

Grossangelegtes Porträtblatt in leuchtenden Kleisterfarben. Auf imitiertem Japan. Um 1911 entstanden.



13. Stehender Akt mit Draperietuch. Aquarell u. Bleistift. 55:19 cm.

Sehr schönes Blatt von 1911. Die Farben des Draperietuches von ganz besonderem malerischem Reiz. Signiert und «1911» datiert. Auf gelbem Packpapier.



14. Halbakt «Schwarzes Mädchen». Aquarell u. Bleistift. 44,9:29,2 cm.

Sehr schöne voll signierte und «11» datierte Arbeit. Auf gelbem Packpapier. – Die Dargestellte ist das Modell des Bildes «Schwarzes Mädchen», Nirenstein Nr. 83, Taf. 48.

19

FILED: NEW YORK COUNTY CLERK 02/04/2022 08:50 PM
NYSCEF DOC. NO. 197

INDEX NO. 651896/2021
RECEIVED NYSCEF: 02/04/2022



15. Selbstbildnis als Büsser. Bleistift. 51,5:27,1 cm.

Interessantes Selbstbildnis des Künstlers um 1911. Auf gelbem Pack-papier. Wohl Vorstudie zur linken Figur des Bildes «Prozession», Nirenstein Nr. 88, Taf. 53.



16. Selbstbildnis, Akt. Bleistift, Tempera und Deckweiss. 52,2:30 cm.

Wichtiges und für eine Reihe von schonungslos analysierenden Selbst-bildnissen dieser Zeit typisches Blatt. Hauptsächlich auf roten und braunen Farben aufgebaut. Monogrammiert und «1911» datiert. Auf imitiertem Japan. Vergleiche auch das «Selbstbildnis mit Grimasse», Nr. 5.



17. Akt. Schwarze Kreide. 52,9:25,2 cm.

Sehr schönes Studienblatt. Auf Japan. Monogrammiert und «1911» datiert. – Rückseitig weitere Aktstudie nach dem gleichen Modell. Schwarze Kreide. 47:18,5 cm. – Die beiden Zeichnungen stammen aus der gleichen Schaffensgruppe wie das Blatt «Mutter und Kind», Nr. 2 der Mappe «Egon Schiele, Handzeichnungen, Wien, Ed. Strache, 1920.»



18. Zwei Proletarierkinder. Schwarze Kreide und Aquarell. 44:23 cm.

Prachtvolles Aquarell um 1911 entstanden. Auf gelbem Packpapier. Unsigniert.

20

P 0071

FILED: NEW YORK COUNTY CLERK 02/09/2022 08:50 PM

NYSCEF DOC. NO. 197

INDEX NO. 651898/2022

RECEIVED NYSCEF: 02/09/2022



19. Selbstbildnis im Gefängnis. Aquarell u. Bleistift. 44,5 : 23,5 cm.

Eines der seltenen Selbstbildnisse aus dem Gefängnis von Neulengbach, wo Schiele 1912 wegen angeblicher Herstellung «pornographischer Bilder» während 24 Tagen in Haft gehalten wurde. Das Gesicht wiederspiegelt die Einsamkeit und die Schrecken, die über den sensiblen Künstler hereingebrochen sind. – Hervorragend schönes Aquarell in vier Farben: rot, schwarz, blau und gelb. Auf Japan. Voll signiert, datiert «24.4.1912» und bezeichnet «Ich liebe Gegensätze».



20. Schlafendes Mädchen. Aquarell u. Bleistift. 42,5 : 27 cm.

Farbig und zeichnerisch sehr feine Arbeit von bester Erhaltung und Farbfrische. Auf Bütten. Voll signiert und «1911» datiert.



21. Sitzende Frau mit aufgestützten Händen. Aquarell, Bleistift u. weisse Deckfarbe. 47,8 : 26 cm.

Aquarell in den Farben rot, schwarz, gelb-braun und weiss. Prachtvolle Arbeit von bester Erhaltung und vollkommener Farbfrische. Auf Bütten. Voll signiert und «1911» datiert. – Rückseitig Bleistiftskizze nach dem gleichen Modell. 33,5 : 15 cm.



22. Modell, das Gesicht verbergend. Bleistift, Aquarell u. Tempera. 47,2 : 28,3 cm.

Sehr schöne farbige Zeichnung in 3 Farben: schwarz, rot, gelb, wobei die Farbe des Papiers im linken Arm und Gesicht als vierte Farbe verwendet wird. Auf Bütten. Voll signiert und «1912» datiert.

21

FILED: NEW YORK COUNTY CLERK 02/09/2022 08:50 PM

NYSCEF DOC. NO. 197

INDEX NO. 654898/2022

RECEIVED NYSCEF: 02/09/2022



23. Stehende Frau. Aquarell, Tempera u. Bleistift.
47,6 : 19,4 cm.

Bedeutende Arbeit von 1912. Voll signiert und datiert. Auf
Japan.



24. Halbakt vom Rücken. Aquarell u. Bleistift.
34 : 25,5 cm.

Auf Japanbütten. Voll signiert u. «1912» datiert.



25. Sitzende. Bleistift, Aquarell u. Tempera.
44,8 : 26,7 cm.

Schöne farbige Arbeit in schwarz, rot, blau, gelb und grün.
Auf Japan. Voll signiert und «1912» datiert. – Rückseitig:
Kinderstudie. Bleistift. 17,4 : 19 cm.

22

FILED: NEW YORK COUNTY CLERK 02/04/2022 08:50 PM

NYSCEF DOC. NO. 197

INDEX NO. 654898/2022

RECEIVED NYSCEF: 02/04/2022



26. Stehender Mann mit feuerrotem Tuch. Bleistift u. Tempera. 45,5 : 22,2 cm.

Wundervoll farbige, sehr expressive Zeichnung auf Japan. Voll signiert, «1913» datiert und «Stehender Mann» bezeichnet. Wohl Selbstbildnis. – Rückseitig Bildnisskizze Heinrich Benesch. Bleistift. 35,1 : 26,1 cm.



27. Stehende Frau in Rot. Zimmermannsbleistift u. rote Tempera. 49,3 : 17,9 cm.

Prachtvolle farbige Zeichnung auf Japan. Voll signiert und «1913» datiert.



28. Rote Bluse. Bleistift, Aquarell u. Tempera. 48,2 : 31,2 cm.

Sehr schöne farbige Zeichnung auf Japan. Voll signiert, «1913» datiert und «Rote Bluse» bezeichnet. Siehe auch farbiges Umschlagbild.



29. Knabenbildnis. Bleistift, Aquarell, farbige Kreide u. Tempera. 44,3 : 31,6 cm.

Sehr schöne farbige Studie, bis auf die linke Hand voll durchgeführt. Auf Japan. Voll signiert und «1914» datiert.

23

FILED: NEW YORK COUNTY CLERK 02/09/2022 08:50 PM

NYSCEF DOC. NO. 197

INDEX NO. 654898/2021

RECEIVED NYSCEF: 02/09/2022



30. Selbstbildnis. Schwarze Kreide. 44:29,8 cm.

Bedeutendes Selbstbildnis im Profil nach rechts, der Kopf in Drei-
viertelprofil dem Beschauer zugewandt. Auf Japan. Um 1914 ent-
standen. – Rückseitig Bleistiftzeichnung einer sitzenden Frau, voll
signiert und «1914» datiert. 44:31,3 cm.



31. Porträt Arthur Roessler. Bleistift. 27,6:26,9 cm.

Vorzeichnung zur Kaltnadelradierung (Kat. Nr. IV). Voll signiert
und datiert «1914». Auf Japan. – Arthur Roessler setzte sich sehr
früh und nach dem Tode Schieles immer wieder in zahlreichen Auf-
sätzen und Schriften für den Künstler ein. Ihm verdanken wir auch
die Publikationen aus dem Nachlass «Briefe und Prosa von Egon
Schiele» (Bibliogr. 2) und «Egon Schiele im Gefängnis» (Bibliogr. 3)
sowie die Mappe «Das Graphische Werk von Egon Schiele» (Bibliogr. 6).
– Rückseitig sehr freie Zeichnung. Bleistift. 47,7:25,5 cm.



32. Mönch. Bleistift. 45,2:16,8 cm.

Expressive, lineare Zeichnung. Auf Japan. Voll signiert und «1914»
datiert.



33. Liegender weiblicher Akt auf oranger Unter-
lage. Schwarze Kreide u. Tempera. 30,8:41 cm.

Prachtvolle farbige Zeichnung auf Japan. Voll signiert
und «1914» datiert.

24

P 0075

FILED: NEW YORK COUNTY CLERK 02/09/2022 08:50 PM

NYSCEF DOC. NO. 197

INDEX NO. 651898/2022

RECEIVED NYSCEF: 02/09/2022



34. Stehender Akt mit gespreizten Beinen und gelbbraunem Umhangtuch. Schwarze Kreide u. Tempera. 46:28,2 cm.

Farbige Zeichnung um 1914 nach dem gleichen Modell wie Nr. 33. Auf Japan. Wie das vorige Blatt von höchster künstlerischer Qualität und von bester Erhaltung.



35. Sich umarmende Akte. Schwarze Kreide u. Tempera. 48,5:26,7 cm.

Vollendet schönes farbiges Blatt von monumentaler plastischer Wirkung. Auf Japan. Voll signiert und «1914» datiert.



36. Bildnis Edith Schiele. Schwarze Kreide. 29,7:21,2 cm.

Prachtvolle lineare Zeichnung nach der Frau des Künstlers. Dieses Blatt dokumentiert die einzigartige Porträtkunst Schieles. Die Linie wird hier zum reichklingenden Instrument, das mit allen Registern die Anmut, den Charme und die ganze Schönheit dieser Frau besingt. Das Blatt ist im Jahr der Verheiratung mit Edith entstanden. Voll signiert und «1915» datiert.



37. Mutter und Kind. Schwarze Kreide. 48,4:28,1 cm.

Hervorragend schöne Zeichnung von 1915. Auf imitiertem Japan. Voll signiert und «1915» datiert. – Die leidenschaftlich bewegten Linien bringen in wunderbarster Weise die Innigkeit und verhaltene Dramatik dieser Szene zum Ausdruck.

25

FILED: NEW YORK COUNTY CLERK 02/09/2022 08:50 PM

NYSCEF DOC. NO. 197

INDEX NO. 654898/2021

RECEIVED NYSCEF: 02/09/2022



38. Sitzender Halbakt. Bleistift. 40,5 : 24,5 cm.

Lebendige lineare Zeichnung. Auf Japan. Um 1915 entstanden. – Rückseitig: Sitzende, vornübergebeugt. Bleistift. 39,7 : 29,8 cm.



39. Bildnis eines gefangenen Russen. Schwarze Kreide u. Tempera. 47,7 : 26,3 cm.

Sehr schön aufgebaute Porträtstudie eines russischen Soldaten aus dem Kriegsgefangenenlager in Mühling, wo Schiele seit Januar 1916 in der «Provianturabteilung» des Lagers Dienst leistete. Voll signiert und «1916» datiert. Oben der Name des Dargestellten in russischer Schrift. – Rückseitig: Stehendes, aneinandergelehntes nacktes Paar. Bleistift. 48,4 : 30,2 cm. Voll signiert und «1913» datiert. Auf Japan.



40. Halbakt mit grüner Bluse. Bleistift, Aquarell, farbige Kreide u. Tempera. 37,3 : 20,2 cm.

Hervorragend schöne farbige Zeichnung im Dreiviertelprofil nach links. Voll signiert und «1916» datiert. Auf Japan.



41. Sonnenblume. Schwarze Kreide u. Tempera. 39,5 : 24,5 cm.

Prachtvoll lebendige Naturstudie in vier Farben: grün, gelb, violett und rot. Auf glattem Maschinenpapier. Voll signiert und «1916» datiert.

26

FILED: NEW YORK COUNTY CLERK 02/04/2022 08:50 PM

NYSCEF DOC. NO. 197

INDEX NO. 654896/2022

RECEIVED NYSCEF: 02/04/2022



42. Männliches Bildnis. Schwarze Kreide. 34,5 : 20,8 cm.

Prachtvolle Studie, in der der Porträtierte mit wenigen Akzenten: Kopf, linker Arm mit Hand und rechte Hand, psychologisch und bildmässig gültig erfasst und ausgesagt ist. Auf glattem Maschinenpapier. Voll signiert und «1917» datiert.



43. Zentralinspektor Benesch. Schwarze Kreide u. Tempera. 37,5 : 23,5 cm.

Ausdrucksvolle Porträtstudie. Kopf und Hände ganz ausgeführt und von wunderbarer Farbigkeit. Auf glattem Maschinenpapier. Voll signiert und «1917» datiert. – Der Dargestellte ist der Vater des Direktors der Albertina Otto Benesch und einer der frühesten Sammler von Schiele.



44. Frauenbildnis. Schwarze Kreide u. Tempera. 28,5 : 17,5 cm.

Sehr schöne farbige Zeichnung auf glattem Maschinenpapier. Voll signiert und «1917» datiert. – Kopf, Hals und Schulterpartie der Frau sind ganz ausgeführt, die ineinander verschlungenen Hände vorgezeichnet, auf der linken Hand ist die Farbe des Kleides angedeutet. Durch die raffinierte Anlage der Zeichnung, den voll ausgeführten oberen Teil, die offene freie Mitte, die durch die schöne Handpartie nach unten kompositionell abgeschlossen wird, hinterlässt das Bildnis den Eindruck des bewusst so Erstrebten und Endgültigen, was der Künstler wohl auch durch die Signierung des Blattes bestätigen wollte.

27

**FILED: NEW YORK COUNTY CLERK 03/09/2022 08:50 PM**

NYSCEF DOC. NO. 197

INDEX NO. 651896/2022

RECEIVED NYSCEF: 03/09/2022



45. Vorstadthaus. Bleistift u. farbige Kreide.
24:36,9 cm.

Lebendiges farbiges Studienblatt auf weissem, auf-
gezogenem Bütten. Voll signiert und «1916» datiert.



46. Gebirgslandschaft. Schwarze Kreide.
17,6:41,8 cm.

Zeichnerisch interessante, mit sparsamsten Mitteln auf-
gebaute Skizze einer österreichischen Gebirgslandschaft
mit Alphütten und Stadeln. Voll signiert u. «1917»
datiert.

47. Dächer von Hinterhäusern. Schwarze Kreide.
25,4:45 cm.



Sehr typische Zeichnung, in der seine zeichnerische
Handschrift voll zur Geltung kommt und seine Vorliebe,
Landschaften und Modelle häufig aus möglichst hoch
gewähltem Blickpunkt in kompliziertesten Perspektiven
darzustellen, um so ins Innerste vordringen und ganz
neue Aspekte des Gegenstandes aufzeigen zu können.
Voll signiert und «1917» datiert. Auf glattem Ma-
schinenpapier.

48. Kniende, vornübergebeugt. Schwarze Kreide.
31,5:41 cm.

Prachtvolle Zeichnung auf Velin. Voll signiert u. «1918»
datiert.

28

FILED: NEW YORK COUNTY CLERK 03/04/2022 08:50 PM

NYSCEF DOC. NO. 197

INDEX NO. 651898/2022

RECEIVED NYSCEF: 03/04/2022



49. Weiblicher Rückenakt. Schwarze Kreide.
38,1 : 19,1 cm.

Der wunderbare Duktus der Linie und die unvergleichliche
zeichnerische Prägnanz kommen in dieser linearen Zeichnung in
seltener Weise zum Ausdruck. Voll signiert und «1917» datiert.
Auf glattem Maschinenpapier.



50. Halbakt mit grünen Strümpfen, seitlich vom Rücken.
Kreide u. Tempera. 43,4 : 19,8 cm.

Prachtvolle farbige Zeichnung. Auf glattem Maschinenpapier.
Voll signiert und «1917» datiert.



51. Sitzende mit angezogenem linkem Bein. Schwarze
Kreide u. Tempera. 35,1 : 25,5 cm.

Sehr schöne farbige Zeichnung. Auf glattem Maschinenpapier.
Voll signiert und «1917» datiert.

29

FILED: NEW YORK COUNTY CLERK 02/09/2022 08:50 PM

NYSCEF DOC. NO. 197

INDEX NO. 651896/2021

RECEIVED NYSCEF: 02/09/2022



52. Liegender Knabe mit aufgestütztem Kopf und über-
geschlagenem linkem Bein. Schwarze Kreide.
38,8 : 28 cm.

Auf glattem Maschinenpapier. Voll signiert und «1918»
datiert. – Der Künstler versucht wiederum, durch einen un-
erwartet gewählten Standort, eine neue, eindringliche Dar-
stellung des Gegenstandes zu geben.



53. Sitzender Akt von vorn. Schwarze Kreide.
34,5 : 26,2 cm.

Lineare Zeichnung nach der Frau des Künstlers. Auf glattem
Maschinenpapier. Voll signiert und «1918» datiert. – Schieles
Stil zeigt seit ungefähr 1915 eine zunehmende Ökonomie der
künstlerischen Mittel und eine Harmonisierung der Formen,
die in den Zeichnungen des letzten Lebensjahres ihren Höhe-
punkt erreichen. Der Künstler scheint durch die Besserung
der wirtschaftlichen Lage und durch die glückliche Verbindung
mit Edith die persönliche Problematik überwunden zu haben.
Das Eckige, Explosive der Linie, die Deformation als Steige-
rungsmittel machen runden, harmonischen Formen Platz und
die Linie selber wird mit neuen, geballten Energien auf-
geladen.



54. Tafelrunde (Die Freunde). Plakatlithographie in
5 Farben. 68,2 : 53,2 cm.

Nirenstein 173. Vgl. auch Nirenstein 172. Plakat der Früh-
jahrsausstellung 1918 der Wiener Secession, in welcher den
Werken Schieles der Ehrenplatz eingeräumt war. Unter-
halb des Bildes die Schrift in Schwarzdruck: «Secession 49.
Ausstellung 9–6 1 K». Darunter links: «Steindruck Alb.
Berger Wien VIII». Im Stein voll signiert und «1918»
datiert. Von absolut frischester Erhaltung. Sehr selten.

30

FILED: NEW YORK COUNTY CLERK 02/04/2022 08:50 PM

NYSCEF DOC. NO. 197

INDEX NO. 654898/2021

RECEIVED NYSCEF: 02/04/2022

# VERZEICHNIS

## DES GRAPHISCHEN WERKES

PAGE 31

FILED: NEW YORK COUNTY CLERK 03/04/2022 08:50 PM

NYSCEF DOC. NO. 197

INDEX NO. 654896/2021

RECEIVED NYSCEF: 03/04/2022

Bearbeitet von Eberhard W. Kornfeld und Hans Bolliger

Für wertvolle Hinweise danken wir Herrn Prof. Dr. Otto Benesch, Wien

FILED: NEW YORK COUNTY CLERK 02/09/2022 08:50 PM

NYSCEF DOC. NO. 197

INDEX NO. 651896/2022

RECEIVED NYSCEF: 02/09/2022

... Was nun des Künstlers originalgraphische Arbeiten angeht, die bloss mit zwei Ausnahmen, der frühen Lithographie für die in München erschienene «Sema»-Mappe und dem kleinen Holzschnitt, der in der Berliner Wochenschrift «Die Aktion» (Nr. 35/36, v. 2. September 1916) [dem Verfasser war der zweite in der «Aktion» erschienene Holzschnitt (Kat. Nr. IX) nicht bekannt] zum Abdruck gelangte, in ihrer Gesamtheit in dieser Mappe vereinigt sind, erachte ich sie in ihrer eindrucksstarken Augenscheinlichkeit der Interpretation für nicht bedürfend. Berichtenswert dünkt mir dagegen die Geschichte ihrer Entstehung. Im Sommer 1913, als Egon Schiele für einige Zeit in Altmünster am Traunsee mein Gast war, klagte er mir wieder einmal über die sein Schaffen lähmende äussere Not, über die für seine Verhältnisse hohen Kosten von Malmaterial, Rahmen, Bilderkisten und Versandspesen. «Da haben Sie es doch um vieles leichter. Sie brauchen nur Papier, Tinte und Feder und das Porto für einen doppelten Brief und sind dadurch frei von Wien, auf den engen Markt einer Stadt nicht angewiesen. Könnte ich es doch auch so machen!» schloss er seufzend. Darauf erwiderte ich, dass er es recht gut ähnlich wie der Schriftsteller machen könnte, wenn er beispielsweise graphische Blätter schüfe. Für derlei sei der Markt, die Absatzmöglichkeit grösser als für Bilder, namentlich in Deutschland, wo er unter der Mitwirkung eines Kunsthändlers, etwa der von Gurlitt in Berlin, für graphische Blätter, Radierungen oder Holzschnitte sicherlich Käufer finden würde. «No ja, damit werden Sie schon recht haben. Ich weiss ja von Kollegen, dass graphische Arbeiten leichter Abnehmer finden als Bilder, besonders wenn letztere über das beliebte ,Zimmerschmuckformat' dimensioniert sind – es möcht mich auch reizen, graphisch zu arbeiten, und zwar nicht nur des leichteren Verkaufes halber – aber ich kann weder radieren noch in Holz schneiden, und diese Techniken erst zu lernen, bin ich nicht geduldig genug. Denn in der Zeit, die ich zum Radieren einer Platte brauche, zeichne ich gut und mühelos fünfzig bis sechzig, ja mehr, gewisslich an die hundert Blätter. Und dann drängt es mich immer mehr und mehr zur Farbe.» – Auf meine Entgegnung, dass Schiele wohl die kurzen Tage des nahenden Winters zum Malen, die langen Abende dagegen zum Radieren nutzen sollte, antwortete er: «Wenn ich tagsüber ordentlich male, werde ich abends nicht mehr ordentlich radieren können, dazu nicht mehr die Kraft haben.» «Nun», sagte ich, «nach Goethes Ansicht hat man immer noch die Kraft, zu tun, wovon man überzeugt ist»; worauf wir über diesen Gegenstand vorerst nicht mehr sprachen. Egon Schiele hatte die Anregung jedoch nicht vergessen, denn am 19. Februar 1914 schrieb er mir: «Lieber Herr Roessler! Ich mache Ihnen einen Vorschlag: Geben Sie mir die Werkzeuge zum Radieren – für die betreffende Anzahl

33

P 0084

FILED: NEW YORK COUNTY CLERK 03/09/2022 08:50 PM

NYSCEF DOC. NO. 197

INDEX NO. 651896/2022

RECEIVED NYSCEF: 03/09/2022

neuer Blätter! – Gurlitt schrieb, er möchte gerne die Platten kaufen. Wenn Sie einverstanden sind und zu mir kommen wollen, so bitte ich Sie, mir vorerst zu schreiben. Herzliche Grüsse.» Ich gab Schiele das erforderliche Geld zur Anschaffung der Radierwerkzeuge und Kupferplatten und erfuhr bei dieser Gelegenheit, dass sich der vortreffliche Graphiker Robert Philippi kameradschaftlichst bereiterklärt hatte, Schiele in der Handhabung der Radiernadel zu unterweisen. Am 12. Mai 1914 lud mich Schiele brieflich ein, die ersten zwei seiner Radierungen bei ihm zu besichtigen. Als ich zu ihm kam, wies er mir die kleine Platte mit der Bildnisradierung des auch als Kunstsammler bekannten «Griechenbeisl»-Wirtes Hauer vor. Nachdem wir uns über diese Arbeit unterhalten hatten und ich nach der zweiten Radierung fragte, drehte Schiele schmunzelnd die Platte um und sagte, auf die Rückseite des Kupferblechs deutend: «Da drauf ist die erste Radierung. Ein Kopf. Hätte mein Selbstporträt werden sollen. Heisst aber nicht viel.» Auf meine tröstende Bemerkung, dass die Radierung für einen allerersten Versuch doch sehr respektabel sei, erklärte Schiele vergnügt, der allererste Versuch sei von ihm auf einer Platte von Philippi gewagt worden. «Philippi findet das Gekritzel zwar recht gut, verheissungsvoll für die Zukunft, aber ich glaube, dass er mir bloss Kurasche machen will. Ich hab' übrigens Kurasche, und Spass macht mir das Radieren auch. Nur möchte ich es jetzt gern mit einem grösseren Format probieren. Würden Sie nicht eine grosse Kupferplatte kaufen und mir zu einer Porträtradierung sitzen wollen?» – Zu ersterem erklärte ich mich sofort bereit, zu letzterem wollte ich mich aber erst nach Rückkehr von meiner Reise nach England, die unmittelbar bevorstand, verstehen. Schiele radierte nun in den Monaten Juni und Juli 1914 die beiden grossen Platten «Kauernde» und «Kümmernis», und nach meiner im August 1914 erfolgten Heimkehr mein Porträt. Wenige Wochen später, als ich dem Künstler einige Aufträge von Graphiksammlern übermitteln wollte, lehnte er die Übernahme mit der entschiedenen Erklärung ab, dass er keine Radierung mehr machen wolle. Er kenne nunmehr die Kaltnadeltechnik, die die einzige «ehrliche und künstlerische Radiertechnik» sei, sie berge keine Lockung mehr für ihn, sie sei zu langwierig und langweilig, er zeichne wieder lieber, habe auch schon das ganze Handwerkszeug verschenkt. Tatsächlich rührte Schiele fürderhin keinen Stichel mehr an. Erst vier Jahre später liess er sich auf wiederholte Einladung der «Gesellschaft für vervielfältigende Kunst» dazu herbei, eine originalgraphische Arbeit zu übernehmen, und zwar diesmal in Lithographie. Die genannte Gesellschaft hatte von Schiele für ihre Jahresmappe eine Landschaft gewünscht, Schiele aber zeichnete auf den Stein den Akt eines kleinen Mädchens! Die Gesellschaft bat ihn neuerlich um eine Landschaft, Schiele, starrköpfig wie er mitunter zu sein pflegte, zeichnete statt dessen das Bildnis des Dichter-Malers Gütersloh! Die Gesellschaft fühlte sich brüskiert und lehnte, obwohl es sich bei dem Bildnisse Güterslohs um eine künstlerisch hochwertige Leistung handelt, die Übernahme ab. Um die beiden vortrefflichen Originalsteinzeichnungen, für die der Künstler selbst gar kein Interesse mehr an den Tag legte, vor dem Verderben zu bewahren, da die

34

P 0085

FILED: NEW YORK COUNTY CLERK 03/09/2022 08:50 PM

NYSCEF DOC. NO. 197

INDEX NO. 654898/2021

RECEIVED NYSCEF: 03/09/2022

Druckerei darauf drängte, dass die Steine abgeschliffen werden, veranlasste ich die Herstellung der Abzüge, die jetzt dieser Mappe zur wertvollen Bereicherung dienen. Nach diesen beiden Lithographien hat Schiele keinerlei wie immer geartete Graphik mehr geschaffen.

Bemerkt sei noch, dass sämtliche Radierungen von Schiele Kaltnadelarbeiten sind. Über die technische Hochwertigkeit der originalgraphischen Arbeiten, welche diese Mappe enthält, besteht kein Zweifel für den Sachverständigen. Kein Zweifel besteht ferner über die künstlerische Hochwertigkeit eben dieser Arbeiten bei jenen, welche die Naturgabe beglückt, deren Goethe sich rühmte, nämlich: «Die Natur mit dem Auge des Malers zu sehen, vor dessen Bilde Sie eben stehen.»

ARTHUR ROESSLER

Text aus Bibliographie Nr. 6

Arthur Roessler (* 20. Februar 1877 in Wien; † 20. Juli 1955 ebenda)
Die Ausstellung in der Galerie Gute Kunst und Klippstein fanden in der Zeit vom 8. September bis 6. Oktober 1956 statt. Die Drucklegung dieses Katalogs war offenbar kurz nach dem Tod von Arthur Rössler. Der Artikel, welche als Einleitung für den Katalog Teil Verzeichnis des grafischen Werkes und von Arthur Rössler stammt ist ein Auszug eines einleitenden Artikels der des Rikola Verlags unter dem Titel "Das Graphische Werk von Egon Schiele" aus dem Jahre 1922 verwendet wurde.

35

FILED: NEW YORK COUNTY CLERK 02/09/2022 08:50 PM

NYSCEF DOC. NO.: 197

INDEX NO. 651898/2022

RECEIVED NYSCEF: 02/09/2022



## I. MÄNNLICHER AKT

42:23,5 cm.

*Lithographie 1912*

Unten rechts im Stein signiert und datiert: ‚EGON SCHIELE 1912'.

a. Probedrucke. Sehr selten. Meist signiert und als solche bezeichnet.

Auflage in der Mappe ‚SEMA', 15 Originalsteinzeichnungen, München, Delphin-Verlag, o. J. (1912).

b. 15 Drucke auf Japanbütten der Vorzugsausgabe. Alle von Hand signiert und datiert: EGON SCHIELE 1912.

c. 200 Drucke auf Velin der Normalausgabe. Alle von Hand signiert und gleich bezeichnet wie die Vorzugsausgabe.

In der ‚SEMA-Mappe' erschienen u.a. noch Lithographien der folgenden Künstler: Karl Caspar, Paul Klee, Alfred Kubin, Max Oppenheimer, Edwin Scharff.

37

FILED: NEW YORK COUNTY CLERK 02/04/2022 08:50 PM

NYSCEF DOC. NO. 197

INDEX NO. 654898/2021

RECEIVED NYSCEF: 02/04/2022



## II. PORTRÄT DES WIRTES FRANZ HAUER

12,8 : 10,8 cm.

*Kaltnadel 1914*

a. Drucke zu Lebzeiten von Schiele. Meist in bräunlicher Farbe auf Japan, im Unterrand vom Künstler signiert und datiert. Sehr selten.

  1 Ex. Slg. Prof. Otto Benesch

  1 Ex. Klipstein & Kornfeld

b. Drucke der Roessler-Mappe, siehe Bibliographie Nr. 6. In schwarzer Farbe auf festem Velin, ohne breiten Rand.

Vgl. die Vorzeichnung, ehem. Slg. Heinrich Benesch, heute Besitz der Albertina.

38

FILED: NEW YORK COUNTY CLERK 02/04/2022 08:50 PM

NYSCEF DOC. NO. 197

INDEX NO. 651896/2021

RECEIVED NYSCEF: 02/04/2022



## III. SELBSTBILDNIS

12,1 : 10,6 cm.

*Kaltnadel 1914*

*a.* Drucke zu Lebzeiten von Schiele. (Bis anhin nicht bekannt geworden.)

*b.* Drucke der Roessler-Mappe, siehe Bibliographie Nr. 6. In schwarzer Farbe auf festem Velin, ohne breiten Rand.

39

P 0089

FILED: NEW YORK COUNTY CLERK 02/04/2022 08:50 PM

NYSCEF DOC. NO. 197

INDEX NO. 651896/2021

RECEIVED NYSCEF: 02/04/2022



## IV. BILDNIS ARTHUR ROESSLER

23,9:32 cm.

*Kaltnadel 1914*

*a.* Drucke zu Lebzeiten von Schiele. (Bis anhin nicht bekannt geworden.)

*b.* Drucke der Roessler-Mappe, siehe Bibliographie Nr. 6. In dunkel-
grüner Farbe, auf Büttenpapier.

Vgl. Kat. Nr. 31.
Die Vorzeichnung heute in schweiz. Privatsammlung.

40

P 0090

FILED: NEW YORK COUNTY CLERK 02/09/2022 08:50 PM

NYSCEF DOC. NO: 197

INDEX NO. 654898/2022

RECEIVED NYSCEF: 02/09/2022



### V. BILDNISKOPF

12,8 : 10,6 cm.

*Kaltnadel 1914*

*a.* Drucke zu Lebzeiten von Schiele. (Bis anhin nicht bekannt geworden.)

*b.* Drucke der Roessler-Mappe, siehe Bibliographie Nr. 6. In schwarzer
Farbe auf festem Velin, ohne breiten Rand.

41

FILED: NEW YORK COUNTY CLERK 02/04/2022 08:50 PM

NYSCEF DOC. NO. 197

INDEX NO. 654896/2022

RECEIVED NYSCEF: 02/04/2022



## VI. KAUERNDE

31,5:48 cm.

*Kaltnadel 1914*

*a.* Drucke zu Lebzeiten von Schiele. (Bis anhin nicht bekannt geworden.)

*b.* Drucke der Roessler-Mappe, siehe Bibliographie Nr. 6. In dunkel-
grüner Farbe, auf Velin.

42

FILED: NEW YORK COUNTY CLERK 03/09/2022 08:50 PM

NYSCEF DOC. NO. 197

INDEX NO. 651898/2022

RECEIVED NYSCEF: 03/09/2022



## VII. KÜMMERNIS

47,8 : 31,5 cm.

*Kaltnadel 1914*

*a.* Drucke zu Lebzeiten von Schiele. (Bis anhin nicht bekannt geworden.)

*b.* Drucke der Roessler-Mappe, siehe Bibliographie Nr. 6. In dunkel-
    grüner Farbe auf Velin.

43

PAGE 42

PAGE 42

P 0093

FILED: NEW YORK COUNTY CLERK 02/09/2022 08:50 PM

NYSCEF DOC. NO. 197

INDEX NO. 651898/2022

RECEIVED NYSCEF: 02/09/2022



## VIII. BADENDE MÄNNER

8 : 10 cm.

*Holzschnitt 1916*

*a.* Probedrucke. (Bis anhin nicht bekannt geworden.)

Auflage in ‚Die Aktion', Wochenschrift für Politik, Literatur, Kunst. Herausgegeben von Franz Pfemfert. Sondernummer ‚Egon-Schiele-Heft', Nr. 35/36. Berlin-Wilmersdorf, 2. Sept. 1916.

*b.* Drucke der in einer limitierten Auflage von 100 Exemplaren erschienenen ‚Büttenausgabe'. Auf starkem weissem Velinpapier, ohne rückseitigen Text. (Velinpapier entgegen der Angabe ‚Büttenausgabe'.)

*c.* Drucke der in nicht numerierter Auflage erschienenen Normalausgabe, ebenfalls ohne rückseitigen Text. Auf leichtem Velinpapier, heute meist leicht gelblich verfärbt.

44

P 0094

FILED: NEW YORK COUNTY CLERK 03/04/2022 08:50 PM

NYSCEF DOC. NO. 197

INDEX NO. 651896/2022

RECEIVED NYSCEF: 03/04/2022



IX. MÄNNLICHER KOPF (Maske des Todes)

10,1 : 8,1 cm.

*Holzschnitt 1916*

Text der Katalogisierung analog Nr. VIII.

Erschienen im Heft 39/40, 30. Sept. 1916, in beiden Ausgaben mit rück-
seitigem Text.

45

FILED: NEW YORK COUNTY CLERK 02/09/2022 08:50 PM

NYSCEF DOC. NO. 197

INDEX NO. 651896/2021

RECEIVED NYSCEF: 02/09/2022



## X. MÄDCHEN

45,2:63 cm.

*Lithographie 1918*

*a.* Drucke zu Lebzeiten von Schiele. (Bis anhin nicht bekannt geworden.)

*b.* Auflage von 25 numerierten Exemplaren auf Velin. Mit einem vom Verleger angebrachten Signaturstempel mit dem falschen Datum von ‚1914'.

*c.* Drucke der Roessler-Mappe, siehe Bibliographie Nr. 6. In schwarzer Farbe auf festem Velin, mit breitem Rand.

46

FILED: NEW YORK COUNTY CLERK 03/09/2022 08:50 PM

NYSCEF DOC. NO. 197

INDEX NO. 654896/2022

RECEIVED NYSCEF: 03/09/2022



## XI. PORTRÄT PARIS VON GÜTERSLOH

25,6:30 cm.

*Lithographie 1918*

a. Drucke zu Lebzeiten von Schiele. (Bis anhin nicht bekannt geworden.)

b. Drucke mit Signaturstempel und falschem Datum ,1914'.

c. Drucke der Roessler-Mappe, siehe Bibliographie Nr. 6. In dunkel-
   brauner Farbe auf Velin.

Die Vorzeichnung von 1918 befindet sich heute in der Albertina, Wien.
Sie diente ebenfalls als Vorstudie zum Porträt Paris von Gütersloh,
vgl. Nirenstein 177.

47

FILED: NEW YORK COUNTY CLERK 03/04/2022 08:50 PM

NYSCEF DOC. NO. 197

INDEX NO. 654898/2022

RECEIVED NYSCEF: 03/04/2022

# ANKAUF · VERKAUF

von ausgewählten

# BILDERN

# AQUARELLEN

# ZEICHNUNGEN

# GRAPHIK

alter und moderner Meister des 15.–20. Jahrhunderts

Reichhaltiges Lager · Illustrierte Kataloge

Übernahme ganzer Sammlungen und hochwertiger Einzelstücke

zur Auktion

KLIPSTEIN & KORNFELD, VORM.

# GUTEKUNST & KLIPSTEIN

BERN          LAUPENSTRASSE 49          TEL. (031) 3 46 73

PRINTED IN SWITZERLAND

STÄMPFLI & CIE., BERN

CLICHÉS UND FARBCLICHÉ

R. HENZI & CO. AG., BERN

PAGE 47

PAGE 47

P 0098

FILED: NEW YORK COUNTY CLERK 03/09/2022 08:50 PM

NYSCEF DOC. NO. 197

INDEX NO. 651898/2021

RECEIVED NYSCEF: 03/09/2022



SEIT 1849

# HOERNER BANK

A K T I E N G E S E L L S C H A F T

---

## TRANSLATION OF A SWISS DOCUMENT

---

Exhibition Catalog of Egon Schiele Works

Pages P 0052 - P 0098

# E G O N

# S C H I E L E

P 0052

---

FILED: NEW YORK COUNTY CLERK 03/04/2022 08:50 PM

NYSCEF DOC. NO. 197

INDEX NO. 654898/2022

RECEIVED NYSCEF: 03/04/2022

Storage and Exhibition Catalog No. 57

GUTEKUNST & KLIPSTEIN
49 Laupen Strasse, Berne

| Nos. | Francs | Nos. | Francs |
|------|--------|------|--------|
| 1 | 4,250 | 34 | Private Ownership |
| 2 | 1,500 | 35 | 700 |
| 3 | 1,800 | 36 | 600 |
| 4 | 750 | 37 | 600 |
| 5 | 600 | 38 | 450 |
| 6 | 500 | 39 | 700 |
| 7 | 650 | 40 | 650 |
| 8 | 550 | 41 | Private Ownership |
| 9 | 800 | 42 | 450 |
| 10 | 550 | 43 | Private Ownership |
| 11 | 600 | 44 | 600 |
| 12 | 650 | 45 | 450 |
| 13 | 650 | 46 | 450 |
| 14 | 650 | 47 | 600 |
| 15 | 450 | 48 | 500 |
| 16 | 650 | 49 | 500 |
| 17 | 500 | 50 | 600 |
| 18 | 600 | 51 | 650 |
| 19 | Private Ownership | 52 | 450 |
| 20 | 550 | 53 | 500 |
| 21 | 600 | 54 | 125 |
| 22 | 600 | 55 I/c | 100 |
| 23 | 600 | 56 II/a | 175 |
| 24 | 450 | 57 II/b | 90 |
| 25 | 650 | 58 III/b | 100 |
| 26 | 700 | 59 IV/b | 150 |
| 27 | 700 | 60 V/b | 90 |
| 28 | 750 | 61 VI/b | 150 |
| 29 | 650 | 62 VII/b | 150 |
| 30 | 550 | 63 X/b | 125 |
| 31 | Private Ownership | 64 X/c | 100 |
| 32 | 400 | 65 XI/c | 150 |
| 33 | Private Ownership | | |

· P 0053

PAGE 49

PAGE 49

FILED: NEW YORK COUNTY CLERK 02/09/2022 08:50 PM

NYSCEF DOC. NO. 197

INDEX NO. 654898/2021

RECEIVED NYSCEF: 02/09/2022

STORAGE CATALOG NO. 57

KLIPSTEIN & KORNFELD
formerly

**GUTEKUNST & KLIPSTEIN**

49 Laupen Strasse, Berne

P 0054

PAGE 50

PAGE 50

FILED: NEW YORK COUNTY CLERK 03/09/2022 08:50 PM

NYSCEF DOC. NO. 197

INDEX NO. 654898/2021

RECEIVED NYSCEF: 03/09/2022

# E G O N
# S C H I E L E

EXHIBITION

**E G O N   S C H I E L E**

PAINTINGS - WATERCOLORS - DRAWINGS
GRAPHICS

September 8th  -  October 6, 1956

**P 0055**

PAGE 51

PAGE 51

FILED: NEW YORK COUNTY CLERK 03/09/2022 08:50 PM

NYSCEF DOC. NO. 197

INDEX NO. 654898/2022

RECEIVED NYSCEF: 03/09/2022

EGON SCHIELE

Even though handbooks of modern art drawing a veil of silence over his name are still edited, today, nearly four decades after his death, there is now a growing awareness seeing him as one of the leading artists of expressionism. Born in 1890, he died in 1918 already, making him a meteorite lighting up in the skies of art as quickly as it went out. His main artistic career lasted just eight years, 1910 - 1918, but at the age of sixteen, while attending the academy, he had already delivered significant samples of his talent. Had Schiele stayed within the spell of the decorative practiced in the "Vienna Worshop" and the "Show of Art", as he was during the years of 1908 and 1909, all he could have been was a talented and tasteful epigone of Klimt. Instead, he abandoned those shackles by his own inner strength and took the critical leap that the older Kokoschka had done before him in 1908 by stepping out of the decorative culture of the school of Vienna and into a radical expression of art which dared to look into the eye of the gorgon's head of a truth appearing abysmally ugly. At the time, this may have appeared like treason to the followers of the decorative style, but in reality it meant that the door into a new world was opened and Austrian art was rescued. As Kokoschka grew to the greatest painter of Austrian expressionism, Schiele is the grandest graphic artist. In that way, the most valuable seeds of the future present in Klimt's art waere salvaged and brought to an amazing development.

For those who, like the writer, knew Schiele since 1910 from close personal contact, it was interesting to watch how he approached the three major columns of a new style of art which changed the artistic face of Europe arouond the turn of the century. Towards Hodler, Schiele felt a deep respect, the kind of respect that he had felt for a long time towards this friend of Klimt. Towards Munch, he fostered an awestruck admiration created by the former's personal world which drew him into its magic spell. An unconditionally affirmative love connected him with Klimt, a sort of a spiritual father and son relationship, to which he established a memorial by one of his grandest pictures, the "Two Hermits" in 1911. There was a deep internal band between them and they were both carried off by death during the same year, the mature man and the younger one. Klimt, who had never really had a student, was his intrinsic instructor. Klimt's art is the breeding ground from which Schiele drew his strength. He is the Klimt of the university pictures, of the Beethoven frieze, the creator of "Death and Life", of the "Family of Emigrants", the deeply