UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TIMOTHY REIF, ET AL.,

        Plaintiffs,

- against -

THE ART INSTITUTE OF CHICAGO, ET AL.,

        Defendants.

---

23-cv-2443 (JGK)

<u>ORDER</u>

JOHN G. KOELTL, District Judge:

    The parties are directed to appear, by phone, for a status conference on **Tuesday, October 31, 2023**, at **3:30 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
           October 23, 2023

                                            John G. Koeltl
                                    United States District Judge