```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

TIMOTHY REIF, ET AL.,

               Plaintiffs,

    - against -

THE ART INSTITUTE OF CHICAGO, ET AL.,

               Defendants.

23-cv-2443 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The upcoming conference on **Tuesday, October 31, 2023**, at **3:30 p.m.** is directed to issues raised by the answer and counterclaim. Subject to any changes raised during the conference, the Court will schedule oral argument on the pending motion to dismiss and cross motion for summary judgment for **Thursday, November 9, 2023**, at **11:30 a.m.**, in Courtroom 14A, 500 Pearl Street, New York, New York 10007.

**SO ORDERED.**

Dated:    New York, New York
            October 24, 2023

                                         /s/ John G. Koeltl
                                         John G. Koeltl
                              United States District Judge