```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

TIMOTHY REIF, ET AL.,

              Plaintiffs,

  - against -

THE ART INSTITUTE OF CHICAGO, ET AL.,

              Defendants.

23-cv-2443 (JGK)

<u>ORDER</u>

**JOHN G. KOELTL, District Judge:**

    The defendant should respond to the plaintiffs' letter dated November 2, 2023, ECF No. 62, by **5:00 p.m.** on **Monday, November 6, 2023.** The response should address, among other matters, whether the defendant has waived any statute of limitations defense in this action by raising an affirmative declaratory judgment counterclaim. The defendant should also address how the current motion to dismiss can be decided in view of the additional issues raised by the answer and counterclaim and the status of the Manhattan District Attorney. The Court will hold a pre-motion conference on **Thursday, November 9,** at **10:00 a.m.**, in Courtroom 14A, 500 Pearl Street, New York, New York 10007, together with the argument on the pending motion to dismiss and cross motion for summary judgment.

**SO ORDERED.**

Dated:    New York, New York
            November 3, 2023

                                        /s/ John G. Koeltl
                                     John G. Koeltl
                              **United States District Judge**