UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――

TIMOTHY REIF, ET AL.,

               Plaintiffs,

    - against -

THE ART INSTITUTE OF CHICAGO, ET AL.,

               Defendants.
―――――――――――――――――――――――――――――

23-cv-2443 (JGK)

ORDER

**JOHN G. KOELTL**, District Judge:

    The pre-motion conference and argument on the pending motion to dismiss and cross motion for summary judgment is adjourned from **10:00 a.m.** to **2:00 p.m.** on **Thursday, November 9, 2023**, in Courtroom 14A, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:    New York, New York
            November 7, 2023

                                      _____
                                         John G. Koeltl
                                  United States District Judge