UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TIMOTHY REIF, ET AL.,

            Plaintiffs,

- against -

THE ART INSTITUTE OF CHICAGO, ET AL.,

           Defendants.

23-cv-2443 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The plaintiffs are directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion for reconsideration, ECF No. 75, and motion to amend the amended complaint, ECF No. 78.

SO ORDERED.

Dated:   New York, New York
         January 17, 2024

                                      John G. Koeltl
                                  United States District Judge