UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TIMOTHY REIF, ET AL.,

          Plaintiffs,

- against -

THE ART INSTITUTE OF CHICAGO, ET AL.,

          Defendants.

23-cv-2443 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    All claims in this case having been dismissed, see ECF No. 90, the Clerk of Court is directed to enter judgment dismissing the complaint. The Clerk is also directed to close all pending motions and to close this case.

SO ORDERED.

Dated:    New York, New York
           March 18, 2024

                                      John G. Koeltl
                                United States District Judge