**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TIMOTHY REIF, ET AL.,

                     Plaintiffs,

    -against-                                             23 **CIVIL** 2443 (JGK)

                                                      **JUDGMENT**

THE ART INSTITUTE OF CHICAGO, ET AL.,

                     Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 18, 2024, all claims in this case having been dismissed. Judgment is entered dismissing the complaint; accordingly, the case is closed.

**Dated:** New York, New York

      March 19, 2024

                                                               **RUBY J. KRAJICK**

                                                                **Clerk of Court**
                            **BY:**     K. Mango

                                                                **Deputy Clerk**