UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TIMOTHY REIF, ET AL.,

               Plaintiffs,         23-cv-2443 (JGK)

   - against -                   ORDER

THE ART INSTITUTE OF CHICAGO, ET AL.,

               Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by April 21, 2025.

SO ORDERED.

Dated:    New York, New York
           April 7, 2025

                                                John G. Koeltl
                                    United States District Judge