```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――

TIMOTHY REIF, ET AL.,

        Plaintiffs,

— against —

THE ART INSTITUTE OF CHICAGO, ET AL.,

        Defendants.

23-cv-2443 (JGK)

ORDER

―――――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

Any opposition to the Motion to Withdraw dated April 22, 2025, ECF No. 102, should be filed by **April 30, 2025**. Any reply should be filed by **May 5, 2025**.

SO ORDERED.

Dated:   New York, New York
         April 23, 2025

                         /s/ John G. Koeltl
                          John G. Koeltl
                  United States District Judge