UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIMOTHY REIF, ET AL.,

        Plaintiffs,

23-cv-2443 (JGK)

ORDER

- against -

THE ART INSTITUTE OF CHICAGO, ET AL.,

        Defendants.

JOHN G. KOELTL, District Judge:

Any opposition to the cross-motion filed by Dunnington Bartholow & Miller, LLP, ECF No. 107, should be filed by **May 15, 2025**. Any reply should be filed by **May 26, 2025**.

SO ORDERED.

Dated:   New York, New York
        May 1, 2025

                                            John G. Koeltl
                                      United States District Judge