```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------

TIMOTHY REIF, ET AL.,

        Plaintiffs,

  - against -

THE ART INSTITUTE OF CHICAGO, ET AL.,

        Defendants.

23-cv-2443 (JGK)

ORDER

-----------------------------------------

JOHN G. KOELTL, District Judge:

    This case is **stayed** pending a decision of the Appellate Division, First Department, of the New York State Supreme Court of the appeal of the criminal proceeding relating to the Russian War Prisoner. The parties should file a status report to this Court within fourteen days of the disposition of that appeal.

SO ORDERED.

Dated:    New York, New York
            June 12, 2025

                                              John G. Koeltl
                                     United States District Judge