DUNNINGTON
BARTHOLOW & MILLER LLP

ATTORNEYS AT LAW

230 Park Avenue, 21st Floor | New York, NY 10169 | Telephone: 212.682.8811 | www.dunnington.com | RDowd@dunnington.com

May 25, 2026

**VIA ECF**
Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 14A
New York, New York 10007-1312

Re: *Reif et al. v. Art Institute of Chicago,* Case no. 23 Civ. 2443 (JGK)

Dear Judge Koeltl,

This firm is currently listed as counsel of record for Plaintiffs. By this letter, Dunnington Bartholow & Miller hereby consents to the relief sought in the motion of Plaintiffs Timothy Reif and David Fraenkel, as Co-Trustees of the Leon Fischer Trust for the Life and Work of Fritz Grünbaum (the "Trust") (ECF 102-104, 114-117) and withdraws Dunnington's appearances on behalf Plaintiff's Reif and Fraenkel. Dunnington's appearances for the third plaintiff, Milos Vavra, remain in effect and are not withdrawn.

Additionally, we hereby withdraw the cross-motion to amend the complaint (ECF 107-110, 119-121).

Respectfully submitted,

/s/ Raymond J. Dowd