**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

TIMOTHY REIF and DAVID FRAENKEL, as Co-Trustees of the LEON FISCHER TRUST FOR THE LIFE AND WORK OF FRITZ GRÜNBAUM and MILOS VAVRA,

*Plaintiffs*,

v.

THE ART INSTITUTE OF CHICAGO,

*Defendant*, and

An Artwork *RUSSIAN PRISONER OF WAR* (1916) by Artist Egon Schiele,

*Defendant-in-rem.*

Case No. 1:23-cv-2443 (JGK)

**JOINT STATUS REPORT AND PROPOSED SCHEDULING ORDER**

Pursuant to the Court's Order dated November 9, 2026, ECF 134, Plaintiffs Timothy Reif and David Fraenkel, co-trustees of the Leon Fischer Trust for the Life and Work of Fritz Grünbaum (the "Trust"), Plaintiff Milos Vavra (together with the Trust, "Plaintiffs"), and Defendant The Art Institute of Chicago ("AIC") (together with Plaintiffs, the "Parties") submit the following Joint Status Report and Proposed Scheduling Order.

## I. PRIOR STAYS AND PRIOR RULE 26(f) REPORTS AND PROPOSED SCHEDULING ORDERS

Although this case has been pending since March 2023, it has been stayed in whole or in part for nearly the entire time. As a result, discovery has not yet begun.

From April 2023 to March 2024, discovery was stayed pending the Court's decision on AIC's motion to dismiss Plaintiffs' First Amended Complaint. ECF 25 at 2, ECF 74, ECF 86, ECF 92. On March 19, 2024, after the Court granted AIC's motion and denied Plaintiffs' motion for leave to amend their complaint, the Clerk entered judgment for AIC. ECF 93. Plaintiffs appealed,

and on April 4, 2025, the Second Circuit issued a mandate on its order vacating the judgment for AIC and instructing that Plaintiffs be permitted to file their proposed Second Amended Complaint. ECF 93, 95-96. Later that month, the judge presiding over a related criminal proceeding in New York state court issued an order requiring AIC to surrender the same artwork at issue in this case. ECF 124 at 2. AIC appealed. From June 2025 to early November 2026, this case was stayed pending the Appellate Division's decision on AIC's appeal. ECF 125. The Appellate Division reversed, the District Attorney has not appealed, and this Court therefore lifted the stay on November 9, 2026. ECF 134.

In April and June 2025, during a brief period in which the case was not stayed, the Parties filed Rule 26(f) reports and proposed scheduling orders. ECF 101, 124. The Parties' first submission presented two disputes impacting the discovery schedule, which concerned bifurcation and the disclosure of expert witnesses. ECF 101 at 6-20. The Court resolved those disputes in an Order dated June 5, 2025, and directed the Parties to submit a revised Rule 26(f) report and proposed scheduling order taking into account the Court's rulings. ECF 123. The Parties did so on June 11, 2025. ECF 124.

The Parties' positions in the June 11, 2025 submission remain largely unchanged, including as to: the basis for subject matter jurisdiction (Section II); the subjects on which discovery is needed (Section III); limitations on discovery (Section V); anticipated discovery disputes (Section VI); amendments to the pleadings (Section VII); expert witness disclosures (Section VIII); electronic discovery (Section IX); anticipated motions (Section X); early settlement resolution (Section XI); and trial (Section XII). ECF 124 at 3-7, 10-12. Regarding anticipated discovery disputes (Section VI), Plaintiffs contend that federal legislation enacted in April 2026—the Holocaust Expropriated Art Recovery Act of 2025, Public Law No. 119-82—eliminated certain

defenses in actions to restitute artwork lost due to Nazi persecution, including the defense of laches. Plaintiffs reserve the right to object to discovery requests relevant to eliminated defenses, although no potential dispute will be ripe until AIC formulates its discovery requests. Regarding amendments to the pleadings (Section VII), the Parties' June 11, 2025 submission referenced a motion by Dunnington Bartholow & Miller—counsel for Plaintiff Milos Vavra—to amend the proposed Second Amended Complaint. ECF 124 at 10. That motion has since been withdrawn. ECF 127-128.

The Parties submit a new proposed scheduling order in Section II, *infra*. The Parties have not appeared for a Rule 16(b)(1)(B) scheduling conference and respectfully submit that a conference is not necessary under the circumstances. However, the Parties would be happy to appear to discuss their proposed scheduling order if the Court wishes.

## II. PROPOSED SCHEDULING ORDER

Given past stays, Plaintiffs have not yet filed the Second Amended Complaint. *See* ECF 124 at 8. Plaintiffs previously filed the proposed Second Amended Complaint in redline form on December 15, 2023. ECF 80-41. With the Court's permission, Plaintiffs will file the proposed Second Amended Complaint in final form on or before November 20, 2026.[1]

The Parties propose the following additional deadlines for fact discovery, expert discovery, and dispositive motions. The Parties' proposal allows ten months to complete all discovery (fact and expert). Because this case involves a historical record spanning decades (from World War II to the present) and because expert analysis likely will be central to the Parties' claims and defenses, the Parties respectfully submit that the proposed schedule is appropriate.

[1] Plaintiffs may propose minor revisions to the proposed Second Amended Complaint based on intervening events. In that event, Plaintiffs will share the proposed revisions with AIC prior to filing.

| EVENT | DEADLINE |
|---|---|
| File Second Amended Complaint | November 20, 2026 |
| Response to Second Amended Complaint, including any Counterclaim[2] | December 11, 2026 |
| Response to Counterclaim (if any) | January 8, 2027 |
| Initial Disclosures | January 22, 2027 |
| Serve Initial Document Requests and Interrogatories | January 22, 2027 |
| Plaintiffs' Expert Disclosures[3] | April 29, 2027 |
| Defendant's Expert Disclosures (by Party without burden of proof) | May 14, 2027 |
| Serve Supplemental Document Requests, Supplemental Interrogatories, and Requests for Admission | May 21, 2027 |
| Fact Discovery Cutoff | June 22, 2027 |
| Plaintiffs' Expert Report Deadline | August 3, 2027 |
| Defendant's Expert Report Deadline | September 14, 2027 |
| Expert Discovery Cutoff | October 28, 2027 |

[2] As stated in the Parties' prior Rule 26(f) report and proposed scheduling order, AIC may file a motion to dismiss or a motion for judgment on the pleadings as to Plaintiffs' constructive trust claim. *See* ECF 124 at 11.

[3] Per the Court's Order dated June 5, 2025, *see* ECF 123, the Expert Disclosures and Responsive Expert Disclosures shall identify the Parties' trial experts and the general subject matter(s) of their testimony, and include a copy of each expert's C.V.

| EVENT | DEADLINE |
|---|---|
| Dispositive Motion Filing Deadline | December 23, 2027 |

The Parties will meet and confer concerning pre-trial and trial deadlines within 14 days after the denial of any summary judgment motion(s). The Parties also agree to supplement their Initial Disclosures pursuant to Fed. R. Civ. P. 26(e) within a reasonable period of time after discovery of the information necessitating supplementation.

Dated: November 13, 2026

**KELLEY DRYE & WARREN LLP**

By: */s/ Elizabeth N. Krasnow*
Elizabeth N. Krasnow
Genna S. Steinberg
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Telephone: (212) 808-7800
ekrasnow@kelleydrye.com
gsteinberg@kelleydrye.com

*Counsel for Plaintiffs Timothy Reif and David Fraenkel, as Co-Trustees of the Leon Fischer Trust for the Life and Work of Fritz Grünbaum*

**DUNNINGTON BARTHOLOW & MILLER LLP**

By: */s/ Raymond J. Dowd*
Raymond J. Dowd
Claudia G. Jaffe
230 Park Avenue, 21st Floor
New York, NY 10169
Telephone: (212) 682-8811
rdowd@dunnington.com
cjaffe@dunnington.com

*Counsel for Plaintiff Milos Vavra (a 50% co-heir of Fritz Grünbaum)*

**WILSON SONSINI GOODRICH & ROSATI P.C.**

By: */s/ Morris J. Fodeman*
Morris J. Fodeman
Sheryl S. Bassin
31 West 52nd Street
Fifth Floor
New York, NY 10019-6118
Telephone: (212) 999-5800
mfodeman@wsgr.com
sbassin@wsgr.com

Luis Li (admitted *pro hac vice*)
Matthew Donohue (admitted *pro hac vice*)
953 East Third St., Suite 100
Los Angeles, California 90013
Telephone: (323) 210-2900
luis.li@wsgr.com
mdonohue@wsgr.com

*Counsel for Defendant The Art Institute of Chicago*